JUDGE SCHEINDLIN

SOFTWARE FREEDOM LAW CENTER, INC.
Daniel B. Ravicher (DR1498)
Aaron Williamson (AW1337)
Mishi Choudhary (MC2009)
Michael A. Spiegel (MS2309)
1995 Broadway, 17th Floor
New York, NY 10023-5882
Tel.: 212-580-0800
Fax.: 212-580-0898

Attorneys for Plaintiffs *Software Freedom
Conservancy, Inc.* and *Erik Andersen*

'09 CIV 10155



RECEIVED
DEC 1 4 2009
U.S.D.C. S.D.N.Y.
CASHIERS

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------- X
SOFTWARE FREEDOM CONSERVANCY, INC. and   :
ERIK ANDERSEN,                           :
                                         :     ECF CASE
                    Plaintiffs,          :
         -against-                       :     Civil Action No. CV_____
                                         :
BEST BUY CO., INC., SAMSUNG ELECTRONICS  :
AMERICA, INC., WESTINGHOUSE DIGITAL      :
ELECTRONICS, LLC, JVC AMERICAS           :     COMPLAINT
CORPORATION, WESTERN DIGITAL             :
TECHNOLOGIES, INC., ROBERT BOSCH LLC,    :
PHOEBE MICRO, INC., HUMAX USA INC.,      :
COMTREND CORPORATION, DOBBS-STANFORD     :
CORPORATION, VERSA TECHNOLOGY INC.,      :
ZYXEL COMMUNICATIONS INC., ASTAK INC.,   :
and GCI TECHNOLOGIES CORPORATION,        :
                                         :
                    Defendants.          :
------------------------------------------------------- X
```

This is an action by the Software Freedom Conservancy, Inc., a 501(c)(3) not-for-profit

charitable corporation organized under the laws of the State of New York, and Erik Andersen, an

1

individual, ("Plaintiffs") by and through their attorneys, the Software Freedom Law Center, Inc., to recover damages arising from infringement of Plaintiffs' copyrights in the software program known as BusyBox™ by Best Buy Co., Inc., Samsung Electronics America, Inc., Westinghouse Digital Electronics, LLC, JVC Americas Corporation, Western Digital Technologies, Inc., Robert Bosch LLC, Phoebe Micro, Inc., Humax USA Inc., Comtrend Corporation, Dobbs-Stanford Corporation, Versa Technology Inc., Zyxel Communications Inc., Astak Inc., and GCI Technologies Corporation ("Defendants") and to enjoin each Defendant's future infringement. Specifically, each Defendant distributed and continues to copy, modify, or distribute Plaintiffs' copyrighted BusyBox software without Plaintiffs' permission and despite the fact that Plaintiffs notified each Defendant of its unlawful activity.  Since each Defendant has infringed Plaintiffs' copyrights, and since that infringement is ongoing, Plaintiffs seek damages, injunctive relief, attorneys' fees, and all other appropriate remedies available under the law.

## THE PARTIES

1.  The Software Freedom Conservancy, Inc. is a 501(c)(3) tax exempt New York not-for-profit corporation with a principal place of business at 1995 Broadway, 17th Fl., New York, New York 10023.  The Conservancy acts as the corporate home and fiscal sponsor for various free and open source software ("FOSS") projects.  The Conservancy also serves as copyright enforcement agent for the owners of rights in and to some of its member projects.

2.  Mr. Erik Andersen is a private individual with a residence in Springville, Utah. Mr. Andersen develops, markets, distributes, and licenses computer software in a professional capacity.

2

3.  On information and belief, Best Buy Co., Inc., ("BestBuy") is a Minnesota corporation with its principal place of business at 7601 Penn Avenue South, Richfield, MN 55423-3645.

4.  On information and belief, Samsung Electronics America, Inc., ("Samsung") is a New York corporation with its principal place of business at 105 Challenger Road, Ridgefield Park, NJ 07660.

5.  On information and belief, Westinghouse Digital Electronics, LLC, ("Westinghouse") is a California limited liability company with its principal place of business at 12150 Mora Drive, Santa Fe Springs, CA 90670.

6.  On information and belief, JVC Americas Corporation ("JVC") is a Delaware corporation with its principal place of business at 1700 Valley Road, Wayne, NJ 07470.

7.  On information and belief, Western Digital Technologies, Inc., ("Western Digital") is a Delaware corporation with its principal place of business at 20511 Lake Forest Drive, Lake Forest, CA 92630.

8.  On information and belief, Robert Bosch LLC ("Bosch") is a Delaware limited liability company with its principal place of business at 2800 South 25th Avenue, Broadview, Illinois 60155.

9.  On information and belief, Phoebe Micro, Inc. ("Phoebe Micro") is a California corporation with its principal place of business at 47606 Kato Road, Fremont, CA 94538.

10.  On information and belief, Humax USA Inc. ("Humax") is a Delaware corporation

with its principal place of business at 17501 Von Karman Ave., Irvine, CA 92614.

11. On information and belief, Comtrend Corporation ("Comtrend") is a California corporation with its principal place of business at 15375 Barranca Parkway, Suite C-104 Irvine, CA 92618.

12. On information and belief, Dobbs-Stanford Corporation ("Dobbs-Stanford") is a Texas corporation with its principal place of business at 2715 Electronic Lane, Dallas.TX 75220.

13. On information and belief, Versa Technology Inc. ("Versa Tech.") is a Nevada corporation with its principal place of business at 4711 Chino Ave, Chino, CA 91710.

14. On information and belief, ZyXEL Communications Inc. ("ZyXEL") is a California corporation with its principal place of business at 1130 North Miller Street, Anaheim, CA 92806-2001.

15. On information and belief, Astak Inc. ("Astak") is a California corporation with its principal place of business at 1911 Hartog Drive San Jose, CA 95131.

16. On information and belief, GCI Technologies Corporation ("GCI") is a New Jersey corporation with its principal place of business at 1 Mayfield Avenue, Edison, NJ 08837.

## JURISDICTION AND VENUE

17. This Court has subject matter jurisdiction over Plaintiffs' claims for copyright infringement pursuant to 17 U.S.C. § 501 and 28 U.S.C. §§ 1331 and 1338(a).

18.  This Court has personal jurisdiction over each Defendant pursuant to Rule 4(K)(1)(a) of the Federal Rules of Civil Procedure and §§ 301 and 302 of the New York Civil Practice Law and Rules.  On information and belief, each Defendant (i) conducted and continues to conduct substantial business in the State of New York; (ii) placed its allegedly infringing products into the stream of commerce throughout the United States with the expectation that they will be used by consumers in this judicial district, which products and services have been offered for sale and used in New York and this judicial district; (iii) caused infringement to occur and continue to occur in New York and in this judicial district; (iv) contracts to supply goods and services and/or maintains offices within this judicial district; or, (v) owns or operates websites for the purposes of distributing infringing electronic products or directly marketing, selling and supporting various physical products to people in and residents of New York and in this judicial district.

19.  Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b), (c) and 1400(a) because a substantial part of the events giving rise to the claims asserted herein arise in this district, and each Defendant, on information and belief, is and at all times was doing business in this district.

**FACTUAL BACKGROUND**

20.  Mr. Andersen is the author and developer of the BusyBox computer program, and the owner of copyrights in that computer program.  BusyBox is a single computer program that comprises a set of computing tools and optimizes them for computers with limited resources, such as cell phones, PDAs, and other small, specialized electronic devices.  BusyBox is extremely customizable, fast, and flexible, and, on information and belief, is used in countless

products sold by many manufacturers all over the world.

21. Plaintiff Software Freedom Conservancy is a 501(c)(3) tax-exempt public charity comprised of many FOSS projects.  In addition to being the fiscal sponsor of its member projects, the Conservancy also serves as copyright enforcement agent for some owners of copyrights in the member projects.  BusyBox is a project of the Software Freedom Conservancy, which also acts as copyright enforcement agent for Mr. Andersen with respect to BusyBox.

22. Mr. Andersen has distributed BusyBox since on or about November 4, 1999.  He distributes BusyBox in source code form, the human-readable form of a computer program that a programmer must have in order to make changes to the program.  Mr. Andersen distributes BusyBox under a copyright license entitled the "GNU General Public License, Version 2" ("the License").  A copy of the License is attached to this Complaint as Exhibit A.

23. Under the License, Mr. Andersen grants certain permissions to other parties to copy, modify and redistribute BusyBox so long as those parties satisfy certain conditions.  In particular, Section 2(b) of the License, addressing each Licensee, states:

> You must cause any work that you distribute or publish, that in whole or in part contains or is derived from the Program or any part thereof, to be licensed as a whole at no charge to all third parties under the terms of this License.

Thus, if a Licensee redistributes a version of BusyBox, it may do so only under the terms of the License.  Distribution of BusyBox under any other terms or conditions is not allowed.

24. The object code or executable form of a computer program is the form that can actually be run on a computer, but which is not intelligible to the human reader and thus is not

practicably modifiable.  The License permits a Licensee to distribute BusyBox in object code or executable form on the condition that the Licensee gives recipients access to the source code corresponding to the version of BusyBox they are distributing in object code or executable form. Specifically, section 3 of the License states:

> You may copy and distribute the Program (or a work based on it, under Section 2) in object code or executable form under the terms of Sections 1 and 2 above provided that you also do one of the following:
>
> > a) Accompany it with the complete corresponding machine-readable source code, which must be distributed under the terms of Sections 1 and 2 above on a medium customarily used for software interchange; or,
> >
> > b) Accompany it with a written offer, valid for at least three years, to give any third party, for a charge no more than your cost of physically performing source distribution, a complete machine-readable copy of the corresponding source code, to be distributed under the terms of Sections 1 and 2 above on a medium customarily used for software interchange . . . .

Thus, to comply with the License, when a party distributes an object code or executable form of BusyBox, they must include either (i) the "complete corresponding machine-readable source code" or (ii) a "written offer ... to give any third party ... a complete machine-readable copy of the corresponding source code."  If a distributor fails to do this, they are not fulfilling the terms of the license and, thus, that distribution is not made with Mr. Andersen's permission.

25. Plaintiffs have at no time granted any permission to any party to copy, modify, or distribute BusyBox under any terms other than those of the License.  Plaintiffs do not permit anyone to distribute BusyBox except in compliance with the License.

26. On information and belief, each Defendant sells electronic products, such as high definition televisions, digital video recorders, DVD players, video cameras, wireless routers, etc.,

that contain embedded executable forms of software, called "firmware," or offers electronic versions of firmware for download via their website.  On information and belief, each Defendant has distributed firmware – embedded in electronic products or by itself – that contains BusyBox or a derivative work of BusyBox.  Each Defendant is required to have Plaintiffs' permission to make such distributions.  The only such permission available for BusyBox is the contingent one granted under the License.

27.  On information and belief, each Defendant has distributed BusyBox within firmware – embedded in electronic products or by itself – in a manner that does not comply with the License.  Such firmware includes that for: BestBuy's Insignia NS-WBRDVD Blu-ray Disc Player; Samsung's LN52A650 and LA26A450 LCD HDTV's; Westinghouse's TX-52F480S LCD HDTV; JVC's LT-42P789 LCD HDTV and VN-C20U IP Network Camera; Western Digital's WDBABF0000NBK WD TV HD Media Player; Bosch's DVR4C Security System DVR; Phoebe Micro's Airlink101 AR670W and AR690W wireless routers and Airlink101 AICAP650W IP Motion Wireless Camera; Humax's iCord HD HDTV DVR; Comtrend's CT-5621 and NexusLink 5631/ 5631E ADSL2+ bonded modems; Dobbs-Stanford's Frame Jazz EyeZone B1080P-2 digital media player; Versa Tech's PS-730 ITS Gateway and VX-BW2250 weatherproof dual radio outdoor wireless access point; ZyXEL's P-663H-51 ADSL 2+ Bonded 4 Port Router; Astak's CM-818DVR4V security camera system with DVR and CM-04DE and CM-04DEV security system DVR devices; and, GCI's Cortex HDC-3000 digital music controller.  Each Defendant has therefore made and, on information and belief, continues to make distributions of BusyBox without Plaintiff's permission.

8

28.  In addition, under the License, any party that redistributes BusyBox in a manner that does not comply with the License immediately and automatically loses all rights granted under the License to copy and modify BusyBox.  Specifically, section 4 of the License states:

> You may not copy, modify, sublicense, or distribute the Program except as expressly provided under this License. Any attempt otherwise to copy, modify, sublicense or distribute the Program is void, and will automatically terminate your rights under this License.

Thus, once each Defendant made a distribution that did not comply with the License, that Defendant lost any and all right to copy, modify, or distribute BusyBox.  Any copying, modification, or distribution of BusyBox after that time by each Defendant was and is without Plaintiffs' permission.

29.  Prior to the filing of this complaint, Plaintiffs notified each Defendant of its unlawful conduct in writing.  Each Defendant has either ignored or refused to meaningfully respond to Plaintiffs and, on information and belief, continues to copy, modify or distribute BusyBox in violation of Plaintiffs' exclusive rights under the Copyright Act.  Because each Defendant was aware of its infringing activities from at least the date it received written notice from Plaintiffs, any copying, modification, or distribution of BusyBox after at least the date each Defendant received such notice was and is willful.

## CLAIM FOR RELIEF

## COUNT I- COPYRIGHT INFRINGEMENT

30. Plaintiffs reallege and restate paragraphs 1 through 30 as if more fully set forth herein.

9

31.  Mr. Andersen is, and at all relevant times has been, a copyright owner under United States copyright law in the FOSS software program known as BusyBox.  See, e.g., "BusyBox, v.0.60.3.", Copyright Reg. No. TX0006869051 (10/2/2008).  Plaintiff Software Freedom Conservancy is the corporate home for the BusyBox project and the designated copyright enforcement agent for Mr. Andersen with respect to BusyBox.

32.  Each Defendant's distribution of products or firmware that contain BusyBox without approval or authorization by Plaintiffs infringes Plaintiffs' exclusive copyrights in BusyBox pursuant to 17 U.S.C. § 501.

33. Plaintiffs are entitled to recover from each Defendant either (i) the amount of Plaintiffs' actual damages and any additional profits of each Defendant incurred as a result of the infringement or (ii) statutory damages. 17 U.S.C. § 504.

34.  Plaintiffs are also entitled to permanent injunctive relief pursuant to 17 U.S.C. § 502 and to an order impounding any and all infringing materials pursuant to 17 U.S.C. § 503. Plaintiffs have no adequate remedy at law for each Defendant's wrongful conduct because, among other things, (a) Plaintiffs' copyrights are unique and valuable property whose market value is impossible to assess, thus causing irreparable harm, (b) each Defendant's infringement harms Plaintiffs such that Plaintiffs could not be made whole by any monetary award, and (c) each Defendant's wrongful conduct, and the resulting damage to Plaintiffs, is continuing.

35.  Plaintiffs are also entitled to recover their attorneys' fees and costs of suit. 17 U.S.C. § 505.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request judgment against each Defendant as follows:

(1)   That the Court issue injunctive relief against each Defendant, and that each Defendant, its directors, principals, officers, agents, representatives, servants, employees, attorneys, successors and assigns, and all others in active concert or participation with each Defendant, be enjoined and restrained from copying, modifying, distributing or making any other infringing use of Plaintiffs' software.

(2)   That the Court order each Defendant to pay Plaintiffs' actual and consequential damages incurred or statutory damages;

(3)   That the Court order each Defendant to account for and disgorge to Plaintiffs all profits derived from its unlawful acts;

(4)   That the Court order each Defendant to pay Plaintiffs' litigation expenses, including reasonable attorneys' fees and costs of this action; and

(5)   That the Court grant Plaintiffs any such further relief as the Court may deem just and proper.

Dated: December 14, 2009
New York, New York

Respectfully submitted,
SOFTWARE FREEDOM LAW CENTER, INC.

By: _____

Daniel B. Ravicher (DR1498)
Aaron Williamson (AW1337)
Mishi Choudhary (MC2009)
Michael A. Spiegel (MS2309)
1995 Broadway, 17th Floor
New York, NY 10023-5882
Tel.: 212-580-0800
Fax.: 212-580-0898

Attorneys for Plaintiffs *Software Freedom Conservancy, Inc.* and *Erik Andersen*

12

**EXHIBIT A**

# The GNU General Public License

Version 2, June 1991

Copyright © 1989, 1991 Free Software Foundation, Inc.

51 Franklin Street, Fifth Floor, Boston, MA 02110-1301, USA

Everyone is permitted to copy and distribute verbatim copies of this license document, but changing it is not allowed.

## Preamble

The licenses for most software are designed to take away your freedom to share and change it. By contrast, the GNU General Public License is intended to guarantee your freedom to share and change free software—to make sure the software is free for all its users. This General Public License applies to most of the Free Software Foundation's software and to any other program whose authors commit to using it. (Some other Free Software Foundation software is covered by the GNU Library General Public License instead.) You can apply it to your programs, too.

When we speak of free software, we are referring to freedom, not price. Our General Public Licenses are designed to make sure that you have the freedom to distribute copies of free software (and charge for this service if you wish), that you receive source code or can get it if you want it, that you can change the software or use pieces of it in new free programs; and that you know you can do these things.

To protect your rights, we need to make restrictions that forbid anyone to deny you these rights or to ask you to surrender the rights. These restrictions translate to certain responsibilities for you if you distribute copies of the software, or if you modify it.

For example, if you distribute copies of such a program, whether gratis or for a fee, you must give the recipients all the rights that you have. You must make sure that they, too, receive or can get the source code. And you must show them these terms so they know their rights.

We protect your rights with two steps: (1) copyright the software, and (2) offer you this license which gives you legal permission to copy, distribute and/or modify the software.

Also, for each author's protection and ours, we want to make certain that everyone understands that there is no warranty for this free software. If the software is modified by someone else and passed on, we want its recipients to know that what they have is not the original, so that any problems introduced by others will not reflect on the original authors' reputations.

Finally, any free program is threatened constantly by software patents. We wish to avoid the danger that redistributors of a free program will individually obtain patent licenses, in effect making the program proprietary. To prevent this, we have made it clear that any patent must be licensed for everyone's free use or not licensed at all.

The precise terms and conditions for copying, distribution and modification follow.

### TERMS AND CONDITIONS FOR COPYING, DISTRIBUTION and MODIFICATION

0) This License applies to any program or other work which contains a notice placed by the copyright holder saying it may be distributed under the terms of this General Public License. The "Program", below, refers to any such program or work, and a "work based on the Program" means either the Program or any derivative work under copyright law: that is to say, a work containing the Program or a portion of it, either verbatim or with modifications and/or translated into another language. (Hereinafter, translation is included without limitation in the term "modification".) Each licensee is addressed as "you".

Activities other than copying, distribution and modification are not covered by this License; they are outside its scope. The act of running the Program is not restricted, and the output from the Program is covered only if its contents constitute a work based on the Program (independent of having been made by running the Program). Whether that is true depends on what the Program does.

1) You may copy and distribute verbatim copies of the Program's source code as you receive it, in any medium, provided that you conspicuously and appropriately publish on each copy an appropriate copyright notice and disclaimer of warranty; keep intact all the notices that refer to this License and to the absence of any warranty; and give any other recipients of the Program a copy of this License along with the Program.

You may charge a fee for the physical act of transferring a copy, and you may at your option offer warranty protection in exchange for a fee.

2) You may modify your copy or copies of the Program or any portion of it, thus forming a work based on the Program, and copy and distribute such modifications or work under the terms of Section 1 above, provided that you also meet all of these conditions:

   a) You must cause the modified files to carry prominent notices stating that you changed the files and the date of any change.

   b) You must cause any work that you distribute or publish, that in whole or in part contains or is derived from the Program or any part thereof, to be licensed as a whole at no charge to all third parties under the terms of this License.

   c) If the modified program normally reads commands interactively when run, you must cause it, when started running for such interactive use in the most ordinary way, to print or display an announcement including an appropriate copyright notice and a notice that there is no warranty (or else, saying that you provide a warranty) and that users may

redistribute the program under these conditions, and telling the user how to view a copy of this License. (Exception: if the Program itself is interactive but does not normally print such an announcement, your work based on the Program is not required to print an announcement.)

These requirements apply to the modified work as a whole. If identifiable sections of that work are not derived from the Program, and can be reasonably considered independent and separate works in themselves, then this License, and its terms, do not apply to those sections when you distribute them as separate works. But when you distribute the same sections as part of a whole which is a work based on the Program, the distribution of the whole must be on the terms of this License, whose permissions for other licensees extend to the entire whole, and thus to each and every part regardless of who wrote it.

Thus, it is not the intent of this section to claim rights or contest your rights to work written entirely by you; rather, the intent is to exercise the right to control the distribution of derivative or collective works based on the Program. In addition, mere aggregation of another work not based on the Program with the Program (or with a work based on the Program) on a volume of a storage or distribution medium does not bring the other work under the scope of this License.

3) You may copy and distribute the Program (or a work based on it, under Section 2) in object code or executable form under the terms of Sections 1 and 2 above provided that you also do one of the following:

   a) Accompany it with the complete corresponding machine-readable source code, which must be distributed under the terms of Sections 1 and 2 above on a medium customarily used for software interchange; or,

   b) Accompany it with a written offer, valid for at least three years, to give any third party, for a charge no more than your cost of physically performing source distribution, a complete machine-readable copy of the corresponding source code, to be distributed under the terms of Sections 1 and 2 above on a medium customarily used for software interchange; or,

   c) Accompany it with the information you received as to the offer to distribute corresponding source code. (This alternative is allowed only for noncommercial distribution and only if you received the program in object code or executable form with such an offer, in accord with Subsection b above.)

The source code for a work means the preferred form of the work for making modifications to it. For an executable work, complete source code means all the source code for all modules it contains, plus any associated interface definition files, plus the scripts used to control compilation and installation of the executable. However, as a special exception, the source code distributed need not include anything that is normally distributed (in either source or binary form) with the major components (compiler, kernel, and so on) of the operating system on which the executable runs, unless that component itself accompanies the executable.

If distribution of executable or object code is made by offering access to copy from a designated place, then offering equivalent access to copy the source code from the same place counts as

distribution of the source code, even though third parties are not compelled to copy the source along with the object code.

4) You may not copy, modify, sublicense, or distribute the Program except as expressly provided under this License. Any attempt otherwise to copy, modify, sublicense or distribute the Program is void, and will automatically terminate your rights under this License. However, parties who have received copies, or rights, from you under this License will not have their licenses terminated so long as such parties remain in full compliance.

5) You are not required to accept this License, since you have not signed it. However, nothing else grants you permission to modify or distribute the Program or its derivative works. These actions are prohibited by law if you do not accept this License. Therefore, by modifying or distributing the Program (or any work based on the Program), you indicate your acceptance of this License to do so, and all its terms and conditions for copying, distributing or modifying the Program or works based on it.

6) Each time you redistribute the Program (or any work based on the Program), the recipient automatically receives a license from the original licensor to copy, distribute or modify the Program subject to these terms and conditions. You may not impose any further restrictions on the recipients' exercise of the rights granted herein. You are not responsible for enforcing compliance by third parties to this License.

7) If, as a consequence of a court judgment or allegation of patent infringement or for any other reason (not limited to patent issues), conditions are imposed on you (whether by court order, agreement or otherwise) that contradict the conditions of this License, they do not excuse you from the conditions of this License. If you cannot distribute so as to satisfy simultaneously your obligations under this License and any other pertinent obligations, then as a consequence you may not distribute the Program at all. For example, if a patent license would not permit royalty-free redistribution of the Program by all those who receive copies directly or indirectly through you, then the only way you could satisfy both it and this License would be to refrain entirely from distribution of the Program.

If any portion of this section is held invalid or unenforceable under any particular circumstance, the balance of the section is intended to apply and the section as a whole is intended to apply in other circumstances.

It is not the purpose of this section to induce you to infringe any patents or other property right claims or to contest validity of any such claims; this section has the sole purpose of protecting the integrity of the free software distribution system, which is implemented by public license practices. Many people have made generous contributions to the wide range of software distributed through that system in reliance on consistent application of that system; it is up to the author/donor to decide if he or she is willing to distribute software through any other system and a licensee cannot impose that choice.

This section is intended to make thoroughly clear what is believed to be a consequence of the rest of this License.

8) If the distribution and/or use of the Program is restricted in certain countries either by patents or by copyrighted interfaces, the original copyright holder who places the Program

under this License may add an explicit geographical distribution limitation excluding those countries, so that distribution is permitted only in or among countries not thus excluded. In such case, this License incorporates the limitation as if written in the body of this License.

9) The Free Software Foundation may publish revised and/or new versions of the General Public License from time to time. Such new versions will be similar in spirit to the present version, but may differ in detail to address new problems or concerns.

Each version is given a distinguishing version number. If the Program specifies a version number of this License which applies to it and "any later version", you have the option of following the terms and conditions either of that version or of any later version published by the Free Software Foundation. If the Program does not specify a version number of this License, you may choose any version ever published by the Free Software Foundation.

10) If you wish to incorporate parts of the Program into other free programs whose distribution conditions are different, write to the author to ask for permission. For software which is copyrighted by the Free Software Foundation, write to the Free Software Foundation; we sometimes make exceptions for this. Our decision will be guided by the two goals of preserving the free status of all derivatives of our free software and of promoting the sharing and reuse of software generally.

NO WARRANTY

11) BECAUSE THE PROGRAM IS LICENSED FREE OF CHARGE, THERE IS NO WAR-RANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY APPLICABLE LAW. EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT HOLD-ERS AND/OR OTHER PARTIES PROVIDE THE PROGRAM "AS IS" WITHOUT WAR-RANTY OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. THE ENTIRE RISK AS TO THE QUALITY AND PER-FORMANCE OF THE PROGRAM IS WITH YOU. SHOULD THE PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF ALL NECESSARY SERVICING, REPAIR OR CORRECTION.

12) IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MAY MODIFY AND/OR REDISTRIBUTE THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES, INCLUDING ANY GENERAL, SPECIAL, INCI-DENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE USE OR INABIL-ITY TO USE THE PROGRAM (INCLUDING BUT NOT LIMITED TO LOSS OF DATA OR DATA BEING RENDERED INACCURATE OR LOSSES SUSTAINED BY YOU OR THIRD PARTIES OR A FAILURE OF THE PROGRAM TO OPERATE WITH ANY OTHER PROGRAMS), EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN AD-VISED OF THE POSSIBILITY OF SUCH DAMAGES.

END OF TERMS AND CONDITIONS