# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Software Freedom Conservancy, Inc., And Erik Andersen | Plaintiff, |
| -v- | **Rule 7.1 Statement** |
| Best Buy Co. Inc., et al. | Defendant. |

RECEIVED DEC 14 2009 U.S.D.C. S.D.N.Y. CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

__Software Freedom Conservancy, Inc.__ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

There is no such corporation.

**Date:** 12/14/2009

_signature_ RAYKHER

**Signature of Attorney**

**Attorney Bar Code:** DR1498