*(signature)*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

SOFTWARE FREEDOM CONSERVANCY, INC.
and ERIK ANDERSON                                    09-CIV-10155 (SAS)

        Plaintiffs,                    Judge Scheindlin

       v.

BEST BUY CO., INC., SAMSUNG ELECTRONICS        **STIPULATION**
AMERICA, INC., WESTINGHOUSE DIGITAL            **EXTENDING TIME**
ELECTRONICS, LLC, JVC AMERICAS
CORPORATION, WESTERN DIGITAL
TECHNOLOGIES, INC., ROBERT BOSCH LLC,
PHOEBE MICRO, INC., HUMAX USA INC.,
COMTREND CORPORATION, DOBBS-STANFORD
CORPORATION, VERSA TECHNOLOGY INC.,
ZYXEL COMMUNICATIONS INC., ASTAK, INC.,
and GCI TECHNOLOGIES CORPORATION,

        Defendants.
----------------------------------------------------------------x



    WHEREAS, plaintiffs filed the complaint in this action on December 14, 2009 (the

"Complaint");

    WHEREAS, plaintiff served defendant JVC Americas Corporation ("JVC") with the

Complaint on or about December 17, 2009;

    WHEREAS no prior request for an extension of time has been made to the Court.

    **IT IS HEREBY STIPULATED, CONSENTED AND AGREED** by and between the

undersigned parties, through their counsel, as follows:

1. The time for JVC to answer, move against, or otherwise respond to the Complaint is

    hereby extended to and including March 8, 2010.

2. JVC waives any objection with respect to the service of process of the Complaint, but

    otherwise reserves all of its defenses and objections.

            [Signatures on next page]

Dated: New York, New York
　　　　December 22, 2009

Daniel B. Ravicher
Aaron Williamson
Mishi Choudhary
Michael A. Spiegel
Software Freedom Law Center, Inc.
1995 Broadway, 17th Floor
New York, NY 10023-5882
Tel.: (212) 580-0800
Fax: (212) 580-0898

*Attorneys for Plaintiff's*

Dated: New York, New York
　　　　December 22, 2009

David L. Yohai
Jeffrey Osterman
David Yolkut
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Tel.: (212) 310-8000
Fax: (212) 310-8007

*Attorneys for JVC Americas Corporation*

SO ORDERED this __ day of
_____ , 20__ :

Honorable Shira A. Scheindlin
United States District Judge