UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Index No. 09 CIV 10155

SOFTWARE FREEDOM CONSERVANCY, INC., AND ERIK ANDERSEN

, Plaintiff(s)

- against -

BEST BUY CO. INC., ET AL.

, Defendant(s)

State of California     )
                        )   SS.:
County of Santa Clara   )

## AFFIDAVIT OF SERVICE

Susan Jeanne Parker being duly sworn, deposes and says
that she is over the age of 18 years; is not a party to this action and resides
within the State of California.  That on 12/17/2009 at 10:32 AM at:
    ASTAK INC.
    1911 ARLOG DRIVE

    SAN JOSE CA 95131
Deponent served the:

SUMMONS IN A CIVIL ACTION AND COMPLAINT
INDIVIDUAL RULES AND PROCEDURES FOR JUDGE SHIRA A. SCHEINDLIN
PROCEDURES FOR ELECTRONIC CASE FILING
RULE 7.1 STATEMENT

on ASTAK INC.

a domestic and/or foreign corporation
by delivering thereat true copies to Elliott Ning
personally, deponent knew said corporation so served to be the corporation,
described in same as said recipient and knew said individual to be the
Engineering Director and who stated that they were
authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 35   HEIGHT: 5'7''   WEIGHT: 145   HAIR: BLACK   RACE: ASIAN   SEX: MALE

Susan Jeanne Parker     Lic. #n/a

SWORN TO BEFORE ME

OUR DOC# 24753
Software Freedom Law Center
1995 Broadway
17th Floor
New York NY 10023
212-461-1911

VERONICA MARQUEZ
COMM. #1719477
NOTARY PUBLIC - CALIFORNIA
SANTA CLARA COUNTY
COMM. EXPIRES JAN. 22, 2011