UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Index No. 09 CIV 10155

---

SOFTWARE FREEDOM CONSERVANCY, INC., AND ERIK ANDERSEN

, Plaintiff(s)

- against -

BEST BUY CO. INC., ET AL.

, Defendant(s)

---

State of Minnesota    )
                      ) SS.:
County of Hennepin    )

### AFFIDAVIT OF SERVICE

Bob Yates being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides
within the State of Minnesota.  That on 12/16/2009 at  2:40 PM at:
    BEST BUY CO., INC.
    7601 PENN AVENUE SOUTH
    RICHFIELD MN 55423
Deponent served the:

SUMMONS IN A CIVIL ACTION AND COMPLAINT
INDIVIDUAL RULES AND PROCEDURES FOR JUDGE SHIRA A. SCHEINDLIN
PROCEDURES FOR ELECTRONIC CASE FILING
RULE 7.1 STATEMENT

on BEST BUY CO., INC.

a domestic and/or foreign corporation
by delivering thereat true copies to Tom Harris
personally, deponent knew said corporation so served to be the corporation,
described in same as said recipient and knew said individual to be the
Counsel and who stated that they were
authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 60   HEIGHT: 6'3''   WEIGHT: 240   HAIR: BROWN   RACE: WHITE   SEX: MALE

Bob Yates    Lic. #NONE

SWORN TO BEFORE ME 12/17/09

DAVID HALLDORSON
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2010

OUR DOC# 24741
Software Freedom Law Center
1995 Broadway
17th Floor
New York NY 10023
212-461-1911