UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Index No. 09 CIV 10155

SOFTWARE FREEDOM CONSERVANCY, INC., AND ERIK ANDERSEN

, Plaintiff(s)

- against -

BEST BUY CO. INC., ET AL.

, Defendant(s)

State of Texas  )
                ) SS.:
County of Dallas )

AFFIDAVIT OF SERVICE

Jack Rosser being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides
within the State of Texas. That on 12/17/2009 at 10:55 AM at:

    DOBBS-STANFORD CORPORATION
    2715 ELECTRONIC LANE

    DALLAS TX 75220
Deponent served the:

SUMMONS IN A CIVIL ACTION AND COMPLAINT
INDIVIDUAL RULES AND PROCEDURES FOR JUDGE SHIRA A. SCHEINDLIN
PROCEDURES FOR ELECTRONIC CASE FILING
RULE 7.1 STATEMENT

on DOBBS-STANFORD CORPORATION

a domestic and/or foreign corporation
by delivering thereat true copies to J. Fred Dobbs
personally, deponent knew said corporation so served to be the corporation,
described in same as said recipient and knew said individual to be the
CEO and who stated that they were
authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 60   HEIGHT: 5'9''   WEIGHT: 260   HAIR: GREY   RACE: WHITE   SEX: MALE

SWORN TO BEFORE ME _____ 12/17/09

Jack Rosser   TEXAS SUPREME COURT #SCH1072

OUR DOC# 24750
Software Freedom Law Center
1995 Broadway
17th Floor
New York NY 10023
212-461-1911

JUSTIN SAULS
My Commission Expires
August 8, 2011
NOTARY PUBLIC STATE OF TEXAS