UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Index No. 09 CIV 10155

---

SOFTWARE FREEDOM CONSERVANCY, INC., AND ERIK ANDERSEN

, Plaintiff(s)

- against -

BEST BUY CO. INC., ET AL.

, Defendant(s)

---

State of New York      )
                       )  SS.:
County of New York     )

### AFFIDAVIT OF SERVICE

Manny Bayo being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New Jersey. That on 12/17/2009 at 10:55 AM at:

    GCI TECHNOLOGIES CORPORATION
    1 MAYFIELD AVENUE
    EDISON NJ 08837

Deponent served the:

SUMMONS IN A CIVIL ACTION AND COMPLAINT
INDIVIDUAL RULES AND PROCEDURES FOR JUDGE SHIRA A. SCHEINDLIN
PROCEDURES FOR ELECTRONIC CASE FILING
RULE 7.1 STATEMENT

on GCI TECHNOLOGIES CORPORATION

a domestic and/or foreign corporation by delivering thereat true copies to Maria Comerci personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be the Office Manager and who stated that they were authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 55   HEIGHT: 5'5''   WEIGHT: 160   HAIR: BROWN   RACE: WHITE   SEX: FEMALE

Manny Bayo          Lic. #N/A

SWORN TO BEFORE ME 12/21/09

GONZALES YARIELA
Notary Public, State of New York
No #: 01GO6175217
Qualified in Bronx County
Commission Expires 10/09/2011

OUR DOC# 24755
Software Freedom Law Center
1995 Broadway
17th Floor
New York NY 10023
212-461-1911