UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Index No. 09 CIV 10155

---

SOFTWARE FREEDOM CONSERVANCY, INC., AND ERIK ANDERSEN

, Plaintiff(s)

- against -

BEST BUY CO. INC., ET AL.

, Defendant(s)

---

State of New York    )
                     )  SS.:
County of New York   )

## AFFIDAVIT OF SERVICE

Manny Bayo being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New Jersey . That on 12/17/2009 at 1:38 PM at:

        JVC AMERICAS CORPORATION
        1700 VALLEY ROAD
        WAYNE NJ 07470

Deponent served the:

SUMMONS IN A CIVIL ACTION AND COMPLAINT
INDIVIDUAL RULES AND PROCEDURES FOR JUDGE SHIRA A. SCHEINDLIN
PROCEDURES FOR ELECTRONIC CASE FILING
RULE 7.1 STATEMENT

on JVC AMERICAS CORPORATION

a domestic and/or foreign corporation
by delivering thereat true copies to Teresa Charrkas
personally, deponent knew said corporation so served to be the corporation,
described in same as said recipient and knew said individual to be the
Legal Assistant and who stated that they were
authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 55   HEIGHT: 5'5''   WEIGHT: 140   HAIR: BLACK   RACE: WHITE   SEX: FEMALE

Manny Bayo                                    Lic. # n/a

SWORN TO BEFORE ME 12/21/09

OUR DOC# 24744
Software Freedom Law Center
1995 Broadway
17th Floor
New York NY 10023
212-461-1911

**GONZALES YARIELA**
Notary Public, State of New York
No #: 01GO6175217
Qualified in Bronx County
Commission Expires 10/09/2011