UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Index No. 09 CIV 10155

SOFTWARE FREEDOM CONSERVANCY, INC., AND ERIK ANDERSEN, Plaintiff(s)

- against -

BEST BUY CO. INC., ET AL., Defendant(s)

State of California )
) SS.:
County of Santa Clara )

## AFFIDAVIT OF SERVICE

Susan Jeanne Parker being duly sworn, deposes and says that she is over the age of 18 years; is not a party to this action and resides within the State of California. That on 12/17/2009 at 11:03 AM at:

PHOEBE MICRO, INC
47606 KATO ROAD
FREMONT CA 94538

Deponent served the:

SUMMONS IN A CIVIL ACTION AND COMPLAINT
INDIVIDUAL RULES AND PROCEDURES FOR JUDGE SHIRA A. SCHEINDLIN
PROCEDURES FOR ELECTRONIC CASE FILING
RULE 7.1 STATEMENT

on PHOEBE MICRO, INC

a domestic and/or foreign corporation
by delivering thereat true copies to Flora Zheng personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be the Operations Manager and who stated that they were authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 45   HEIGHT: 5'2''   WEIGHT: 115   HAIR: BLACK   RACE: ASIAN   SEX: FEMALE

SWORN TO BEFORE ME

Susan Jeanne Parker   Lic. #n/a

OUR DOC# 24747
Software Freedom Law Center
1995 Broadway
17th Floor
New York NY 10023
212-461-1911

VERONICA MARQUEZ
COMM. #1719477
NOTARY PUBLIC - CALIFORNIA
SANTA CLARA COUNTY
COMM. EXPIRES JAN. 22, 2011