UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Index No. 09 CIV 10155

SOFTWARE FREEDOM CONSERVANCY, INC., AND ERIK ANDERSEN

, Plaintiff(s)

- against -

BEST BUY CO. INC., ET AL.

, Defendant(s)

State of Illinois      )
                       ) SS.:
County of DuPage       )

## AFFIDAVIT OF SERVICE

Robert Harenberg being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of Illinois. That on 12/17/2009 at 2:31 PM at:
ROBERT BOSCH LLC
2800 SOUTH 25TH AVENUE
BROADVIEW IL 60155
Deponent served:

SUMMONS IN A CIVIL ACTION AND COMPLAINT
INDIVIDUAL RULES AND PROCEDURES FOR JUDGE SHIRA A. SCHEINDLIN
PROCEDURES FOR ELECTRONIC CASE FILING
RULE 7.1 STATEMENT
on ROBERT BOSCH LLC

a domestic and/or foreign limited liability company by delivering thereat true copies to Cecille Martin personally, deponent knew said company so served to be the company, described in same as said recipient and knew said individual to be the Assistent General Councel and who stated that they were authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 37   HEIGHT: 5'5''   WEIGHT: 130   HAIR: BLACK   RACE: ASIAN   SEX: FEMALE

Robert Harenberg   Lic. #n/a

SWORN TO BEFORE ME 12-18-09

Joan C Harenberg

OUR DOC# 24746
Software Freedom Law Center
1995 Broadway
17th Floor
New York NY 10023
212-461-1911

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/28/13