UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Index No. 09 CIV 10155

SOFTWARE FREEDOM CONSERVANCY, INC., AND ERIK ANDERSEN

, Plaintiff(s)

- against -

BEST BUY CO. INC., ET AL.

, Defendant(s)

State of California    )
                       )  SS.:
County of Los Angeles  )

AFFIDAVIT OF SERVICE

Carlos H. Canas being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides
within the State of California.  That on 12/17/2009 at  1:15 PM at:
    VERSA TECHNOLOGY INC.
    4711 CHINO AVE

    CHINO CA 91710
Deponent served the:

SUMMONS IN A CIVIL ACTION AND COMPLAINT
INDIVIDUAL RULES AND PROCEDURES FOR JUDGE SHIRA A. SCHEINDLIN
PROCEDURES FOR ELECTRONIC CASE FILING
RULE 7.1 STATEMENT

on VERSA TECHNOLOGY INC.

a domestic and/or foreign corporation
by delivering thereat true copies to Erica Yang
personally, deponent knew said corporation so served to be the corporation,
described in same as said recipient and knew said individual to be the
Office Manager and who stated that they were
authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 35   HEIGHT: 5'3''   WEIGHT: 120   HAIR: BLACK   RACE: ASIAN   SEX: FEMALE

12/21/09

SWORN TO BEFORE ME  D Azmi
Notary public
my comm. Exp. 03/15/2013

Carlos H. Canas    Lic. #4571

OUR DOC# 24751
Software Freedom Law Center
1995 Broadway
17th Floor
New York NY 10023
212-461-1911



D. AZMI
Commission # 1840536
Notary Public - California
Orange County
My Comm. Expires Mar 15, 2013