UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Index No. 09 CIV 10155

---

SOFTWARE FREEDOM CONSERVANCY, INC., AND ERIK ANDERSEN

, Plaintiff(s)

- against -

BEST BUY CO. INC., ET AL.

, Defendant(s)

---

| State of California | ) | |
|---|---|---|
| | ) | SS.: |
| County of Los Angeles | ) | |

### AFFIDAVIT OF SERVICE

Ignacio Gutierrez being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides
within the State of California.  That on 12/23/2009 at  1:52 PM at:

        ZYXEL COMMUNICATIONS INC.
        1130 NORTH MILLER STREET

        ANAHEIM CA 92806
Deponent served the:

SUMMONS IN A CIVIL ACTION AND COMPLAINT
INDIVIDUAL RULES AND PROCEDURES FOR JUDGE SHIRA A. SCHEINDLIN
PROCEDURES FOR ELECTRONIC CASE FILING
RULE 7.1 STATEMENT

on ZYXEL COMMUNICATIONS INC.

a domestic and/or foreign corporation
by delivering threat true copies to Hortensia Tafoalla
personally, deponent knew said corporation so served to be the corporation,
described in same as said recipient and knew said individual to be the
Managing Agent and who stated that they were
authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 54 HEIGHT: 5'6''   WEIGHT: 154    HAIR: WHITE     RACE: LT BROWN  SEX: FEMALE

12/23/09

Ignacio Gutierrez          Lic. #5060

SWORN TO BEFORE ME

Notary Public
My Comm Exp.
03/15/2013

OUR DOC# 24752
Software Freedom Law Center
1995 Broadway
17th Floor
New York NY 10023
212-461-1911

D. AZMI
Commission # 1840536
Notary Public - California
Orange County
My Comm. Expires Mar 15, 2013