UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SOFTWARE FREEDOM CONSERVANCY, INC. and ERIK ANDERSON,

    Plaintiffs,

v.

BEST BUY CO., INC., SAMSUNG ELECTRONICS AMERICA, INC., WESTINGHOUSE DIGITAL ELECTRONICS, LLC, JVC AMERICAS CORPORATION, WESTERN DIGITAL TECHNOLOGIES, INC., ROBERT BOSCH LLC, PHOEBE MICRO, INC., HUMAX USA INC., COMTREND CORPORATION, DOBBS-STANFORD CORPORATION, VERSA TECHNOLOGY INC., ZYXEL COMMUNICATIONS INC., ASTAK, INC., and GCI TECHNOLOGIES CORPORATION,

    Defendants.

No.: 09-CV-10155 (SAS)

**NOTICE OF APPEARANCE**

---

**PLEASE TAKE NOTICE** that the undersigned attorney hereby appears as attorney of record for Defendant Comtrend Corporation and further requests that copies of all papers in this action be served upon her at the address set forth below.

DATED this the 6th day of January, 2010.

          _____
          Emily B. Kirsch (EB 4216)
          Email: ekirsch@reedsmith.com
          REED SMITH LLP
          599 Lexington Avenue
          New York, New York  10022
          Telephone:  +1 212 521-5400
          Facsimile:  +1 212 521-5450

          *Counsel for Defendant COMTREND CORPORATION*