UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SOFTWARE FREEDOM CONSERVANCY, INC. and ERIK ANDERSON,

        Plaintiffs,

v.

BEST BUY CO., INC., SAMSUNG ELECTRONICS AMERICA, INC., WESTINGHOUSE DIGITAL ELECTRONICS, LLC, JVC AMERICAS CORPORATION, WESTERN DIGITAL TECHNOLOGIES, INC., ROBERT BOSCH LLC, PHOEBE MICRO, INC., HUMAX USA INC., COMTREND CORPORATION, DOBBS-STANFORD CORPORATION, VERSA TECHNOLOGY INC., ZYXEL COMMUNICATIONS INC., ASTAK, INC., and GCI TECHNOLOGIES CORPORATION,

        Defendants.

No.: 09-CV-10155 (SAS)

**NOTICE OF APPEARANCE**

---

**PLEASE TAKE NOTICE** that the undersigned attorney hereby appears as attorney of record for Defendant Zyxel Communications Inc. and further requests that copies of all papers in this action be served upon her at the address set forth below.

DATED this the 7th day of January, 2010.

                                                 */s/ Emily B. Kirsch*
                                                 Emily B. Kirsch (EB 4216)
                                                 Email: ekirsch@reedsmith.com
                                                 REED SMITH LLP
                                                 599 Lexington Avenue
                                                 New York, New York 10022
                                                 Telephone:   +1 212 521-5400
                                                 Facsimile:    +1 212 521-5450

                                                 *Counsel for Defendant*
                                                 *ZYXEL COMMUNICATIONS INC.*