UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
SOFTWARE FREEDOM
CONSERVANCY, INC. and ERIK
ANDERSEN

                Plaintiffs,

  -against-

BEST BUY CO., INC., SAMSUNG
ELECTRONICS AMERICA, INC.,
WESTINGHOUSE DIGITAL
ELECTRONICS, LCC, JVC
AMERICAS CORPORATION,
WESTERN DIGITAL
TECHNOLOGIES, INC., ROBERT
BOSCH LLC, PHOEBE MICRO, INC.,
HUMAX USA INC., COMTREND
CORPORATION, DOBBS-STANFORD
CORPORATION, VERSA
TECHNOLOGY INC., ZYXEL
COMMUNICATIONS INC., ASTAK
INC., and GCI TECHNOLOGIES
CORPORATION,

                Defendants.
-------------------------------------------------------X

Civil Action No. 09-CIV-10155 (SAS)

Judge Scheindlin

**NOTICE OF APPEARANCE**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

      Please enter my appearance as counsel in this case on behalf of defendant Dobbs-Stanford Corporation.  I certify that I am admitted to practice in this Court.

Dated:  New York, New York
        January 7, 2010

  /s/ Michael T. Mervis
   Michael T. Mervis (MM 0306)
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900
mmervis@proskauer.com
*Attorneys for defendant Dobb-Stanford Corporation*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the below date, he did cause a true and correct copy of the foregoing **Notice of Appearance** to be served via this Court's Electronic Case Filing system upon counsel for all parties.

Dated:  January 7, 2010

                                            s/Justin F. Heinrich
                                            Justin F. Heinrich (JH 3379)
                                            (jheinrich@proskauer.com)