Sc.Heindlin,J.

SOFTWARE FREEDOM LAW CENTER, INC.
Daniel B. Ravicher
Aaron Williamson
Mishi Choudhary
Michael A. Spiegel
1995 Broadway, 17th Floor
New York, New York 10023-5882
Tel: 212-580-0800
E-Mail: ravicher@softwarefreedom.org
*Attorneys for Plaintiffs Software Freedom
Conservancy, Inc. and Erik Andersen*

ROBERT B. ROSEN, ESQ.
HELLRING LINDEMAN GOLDSTEIN & SIEGAL LLP
One Gateway Center
Newark, New Jersey 07102-5386
Tel: (973) 621-9020
E-Mail: rbrosen@hlgslaw.com
*Attorneys for Defendant GCI Technologies Corporation*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/10

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
SOFTWARE FREEDOM CONSERVANCY, :
INC. and ERIK ANDERSEN,
                                    :
         Plaintiffs,
                                    :
-against-
                                    :
BEST BUY CO., INC., SAMSUNG
ELECTRONICS AMERICA, INC.,          :
WESTINGHOUSE DIGITAL ELEC-
TRONICS, LLC JVC AMERICAS           :
CORPORATION, WESTERN DIGITAL
TECHNOLOGIES, INC., ROBERT          :
BOSCH LLC, PHOEBE MICRO, INC.,
HUMAX USA INC., COMTREND COR-:
PORATION, DOBBS-STANFORD
CORPORATION, VERSA TECHNOLOGY:
INC., ZYXEL COMMUNICATIONS
INC., ASTAK INC., and GCI           :
TECHNOLOGIES CORPORATION,
                                    :
         Defendants.
------------------------------------x

Case No. 09-CV-10155 (SAS)

STIPULATION AND ORDER
EXTENDING TIME OF DEFENDANT
GCI TECHNOLOGIES CORPORATION
TO RESPOND TO THE COMPLAINT

**WHEREAS**, plaintiffs filed a Complaint against defendants on December 14, 2009; and

**WHEREAS**, defendant GCI Technologies Corporation ("GCI") has waived any objections it may have as to service of process.

**NOW THEREFORE**, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, plaintiffs and GCI, through their undersigned counsel, hereby stipulate and agree that the time within which GCI may respond to the Complaint filed by the plaintiffs is hereby extended through and including March 8, 2010. There have been no previous requests by the parties for an extension. This extension does not alter any date if already fixed by the Court. *No further extensions for this, or any defendant in this action, will be granted.*

IT IS SO STIPULATED.

SOFTWARE FREEDOM LAW CENTER, INC.
Attorneys for Plaintiffs Software Freedom Conservancy, Inc. and Erik Anderson

By: _____
DANIEL B. RAVICHER

Dated: *Jan 5, 2010*

HELLRING LINDEMAN GOLDSTEIN & SIEGAL LLP
Attorneys for Defendant GCI Technologies Corporation

By: _____
ROBERT B. ROSEN
A Member of the Firm

Dated:

SO ORDERED:

_____
U.S.D.J.

1/6/2010

-2-