# SIMMONS JANNACE, LLP

KEVIN P. SIMMONS
STEVEN D. JANNACE
SAL F. DELUCAΔ

WILLIAM T. COLLINS, III
JASON W. CREECH
GEORGE C. FONTANA, JR.
MICHAEL D. KERNΔ
ALLISON C. LEIBOWITZ
ADAM M. LEVY
STEPHANIE A. LIANTONIO*
MARVIN N. ROMERO*

ATTORNEYS AT LAW
75 JACKSON AVENUE
SYOSSET, NEW YORK 11791-3139
(516) 802-0630
FAX (516) 802-0631

COUNSEL

SUSAN B. JANNACE
ROSS M. CHINITZΔ

*ALSO ADMITTED NJ
ΔALSO ADMITTED CT

January 8, 2010

VIA ECF

Hon. Shira A. Scheindlin
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

      Re:   Software Freedom Conservancy, Inc. and Erik Andersen
              v. Best Buy Co., Inc., et al.
              Civil Action No. 09 CIV 10155

Dear Judge Scheindlin:

    We represent Best Buy Co., Inc. ("Best Buy") in this matter. Plaintiffs and Best Buy agreed to extend Best Buy's time to answer or move to March 8, 2010.

    Attached please find the Stipulation extending Best Buy's time to answer or move executed by all affected parties. If the stipulation meets with your approval, please "so order" the stipulation. The reasons that Best Buy needs more time to answer or move is that Best Buy needs to further investigate the claims asserted against it by plaintiffs and to explore the possibility of an amicable resolution with plaintiffs. Best Buy has made no prior request for an extension of its time to answer or move.

    Thank you.

                                      Respectfully submitted,

                                      /s/ Kevin P. Simmons

                                      Kevin P. Simmons (ks-7818)

Hon. Shira A. Scheindlin
United States District Judge
Southern District of New York
January 8, 2010
Page 2


JWC:js
Enc.

cc:    Software Freedom Law Center, Inc.
<u>VIA ECF</u>

        Justin F. Heinrich, Esq.
        Proskauer Rose LLP
        <u>VIA ECF</u>

        Emily Bab Kirsch, Esq.
        Reed Smith (NYC)
        <u>VIA ECF</u>