Simmons Jannace, LLP
75 Jackson Avenue
Syosset, New York 11791-3139
(516) 802-0630
By: Kevin P. Simmons (ks-7818)
Attorneys for Defendant
Best Buy Co., Inc.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------X   Civil Action No.:
SOFTWARE FREEDOM CONSERVANCY, INC.       09 CIV 10155
and ERIK ANDERSEN,

                Plaintiffs,             **STIPULATION**

      -against-

BEST BUY CO., INC., SAMSUNG ELECTRONICS
AMERICA, INC., WESTINGHOUSE DIGITAL      Scheindlin, J.
ELECTRONICS, LLC, JVC AMERICAS
CORPORATION, WESTERN DIGITAL
TECHNOLOGIES, INC., ROBERT BOSCH LLC,
PHOEBE MICRO, INC., HUMAX USA INC.,
COMTREND CORPORATION, DOBBS-STANFORD
CORPORATION, VERSA TECHNOLOGY INC.,
ZYXEL COMMUNICATIONS INC., ASTAK INC.,
and GCI TECHNOLOGIES CORPORATION,

                Defendants.
------------------------------------X

    **IT IS HEREBY STIPULATED AND AGREED,** by and between the attorneys for plaintiffs Software Freedom Conservancy, Inc. and Erik Andersen and attorneys for defendant Best Buy Co., Inc., ("Best Buy") that the time for Best Buy to answer or move with regard to plaintiffs' Complaint is hereby extended to and including March 8, 2010.

    **IT IS FURTHER AGREED,** that Best Buy waives any objection to service of process of plaintiffs' Compliant.

    **IT IS FURTHER AGREED,** that a facsimile copy of this stipulation shall be filed with the

Court and shall be deemed an original. This Stipulation may be signed in counterparts which, when taken together, shall constitute a single document.

Dated: Syosset, New York
January 7, 2010

| | |
|---|---|
| SOFTWARE FREEDOM LAW CENTER, INC.<br>Attorneys for Plaintiffs<br>Software Freedom Conservancy, Inc.<br>And Erik Andersen | SIMMONS JANNACE, LLP<br>Attorneys for Defendant<br>Best Buy Co., Inc. |
| By: /s/ Daniel B. Ravicher<br>    Daniel B. Ravicher (DR-1498)<br>**Office & P.O. Address:**<br>1995 Broadway, 17th Floor<br>New York, New York 10023-5882<br>(212) 580-0800 | By: /s/ Kevin P. Simmons<br>    Kevin P. Simmons (ks-7818)<br>**Office & P.O. Address:**<br>75 Jackson Avenue<br>Syosset, New York 11791<br>(516) 802-0630 |

**SO ORDERED:**

_____
Honorable Shira A. Scheindlin
U.S.D.J.

stip ext time to answer