*Scheindlin, S*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOFTWARE FREEDOM CONSERVANCY, INC. and ERIK ANDERSON, | 09 CIV 10155 (SAS) |
| Plaintiffs | Judge Scheindlin |
| v. | **STIPULATION EXTENDING TIME** |
| BEST BUY CO., INC., SAMSUNG ELECTRONICS AMERICA, INC., WESTINGHOUSE DIGITAL ELECTRONICS, LLC, JVC AMERICAS CORPORATION, WESTERN DIGITAL TECHNOLOGIES, INC., ROBERT BOSCH LLC, PHOEBE MICRO, INC., HUMAX USA INC., COMTREND CORPORATION, DOBBS-STANFORD CORPORATION, VERSA TECHNOLOGY INC., ZYXEL COMMUNICATIONS INC., ASTAK, INC., and GCI TECHNOLOGIES CORPORATION, |  |
| Defendants. | |

WHEREAS, plaintiffs filed the complaint in this action on December 14, 2009 (the

"Complaint");

WHEREAS, plaintiff served defendant Zyxel Communications Inc. ("Zyxel") with the

Complaint on or about December 23, 2009;

WHEREAS, no prior request for an extension of time has been made to the Court.

IT IS HEREBY STIPULATED, CONSENTED AND AGREED by and between the

undersigned parties, through their counsel, as follows:

1. The time for Zyxel to answer, move against, or otherwise respond to the

   Complaint is hereby extended to and including March 8, 2010.

2. Zyxel waives any objection with respect to the service of process of the

   Complaint but otherwise reserves all of its defenses and objections.

[Signatures on next page]

Dated:    New York, New York          Dated:    New York, New York
               January 7, 2010                       January 7, 2010

_____      _____
Daniel B. Ravicher                   Emily B. Kirsch
Aaron Williamson                  Reed Smith LLP
Mishi Choudhary                    599 Lexington Avenue
Michael A. Spiegel                 New York, New York 10022
Software Freedom Law Center, Inc.     Tel. (212) 521-5400
1995 Broadway, 17th Floor           Fax. (212) 521-5450
New York, NY 10023-5882
Tel: (212) 580-0800                 Attorneys for Zyxel Communications Inc.
Fax: (212) 580-0898

Attorneys for Plaintiffs


SO ORDERED this _____ day of
_____, 2010

_____
Honorable Shira A. Scheindlin
United States District Judge