Scheindlin

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
SOFTWARE FREEDOM CONSERVANCY,
INC. and ERIK ANDERSEN

                Plaintiff,

-against-

BEST BUY CO., INC., SAMSUNG
ELECTRONICS AMERICA, INC.,
WESTINGHOUSE DIGITAL ELECTRONICS,
LCC, JVC AMERICAS CORPORATION,
WESTERN DIGITAL TECHNOLOGIES, INC.,
ROBERT BOSCH LLC, PHOEBE MICRO,
INC., HUMAX USA INC., COMTREND
CORPORATION, DOBBS-STANFORD
CORPORATION, VERSA TECHNOLOGY
INC., ZYXEL COMMUNICATIONS INC.,
ASTAK INC., and GCI TECHNOLOGIES
CORPORATION,

                Defendants.
----------------------------------------------------------X

Civil Action No. 09-CIV-10155 (SAS)

Judge Scheindlin

**STIPULATION
EXTENDING TIME**

     WHEREAS, plaintiffs filed the complaint in this action on December 14, 2009 (the "Complaint");

     WHEREAS, plaintiff served defendant Dobbs-Stanford Corporation ("Dobbs"), with the Complaint on or about December 17, 2009;

     WHEREAS no prior request for an extension of time has been made to the Court by Dobbs.

     **IT IS HEREBY STIPULATED, CONSENTED AND AGREED** by and between the undersigned parties, through their counsel, as follows:

1.     The time for Dobbs to answer, move against, or otherwise respond to the Complaint is hereby extended to and including March 8, 2010.

2.     Dobbs waives any objection with respect to the service of process of the Complaint, but otherwise reserves all of its defenses and objections.

(Signatures on next page)

Dated: New York, New York
January 7, 2010

*Michael Spiegel*

Daniel B. Ravicher (DR1498)
Aaron Williamson (AW1337)
Mishi Choudhary (MC2009)
Michael A. Spiegel (MS2309)

SOFTWARE FREEDOM LAW CENTER, INC.
1995 Broadway, 17th Floor
New York, NY 10023-5882
Tel: (212) 580-0800
Fax: (212) 580-0898
*Attorneys for Plaintiffs*

Dated: New York, New York
January 7, 2010

*Justin Heinrich*

Michael T. Mervis (MM 0306)
Justin F. Heinrich (JH 3379)

PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

Paul V. Storm (Texas Bar No. 19325350)
Not currently admitted, Southern District of New York
STORM LLP
901 Main St. Ste. 7100
Dallas, TX 75202
Tel: (214) 734-3400
Fax: (214) 347-4799

*Attorneys for Dobbs-Stanford Corporation*

SO ORDERED this ___7___ day of
___Jan___, 2010:

Honorable Shira A. Scheindlin
United States District Judge

2