*Scheindlin, J*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED  1/8/10
```

| | |
|---|---|
| SOFTWARE FREEDOM CONSERVANCY, INC. X<br>and ERIK ANDERSON,<br><br>             Plaintiffs,<br><br>   v.<br><br>BEST BUY CO., INC., SAMSUNG ELECTRONICS<br>AMERICA, INC., WESTINGHOUSE DIGITAL<br>ELECTRONICS, LLC, JVC AMERICAS<br>CORPORATION, WESTERN DIGITAL<br>TECHNOLOGIES, INC., ROBERT BOSCH, LLC,<br>PHOEBE MICRO, INC., HUMAX USA INC.,<br>COMTREND CORPORATION, DOBBS-<br>STANDFORD CORPORATION, VERSA<br>TECHNOLOGY INC., ZYXEL<br>COMMUNICATIONS INC., ASTAK, INC., and<br>GCI TECHNOLOGIES CORPORATION,<br><br>             Defendants.<br>                             X | :: ECF CASE<br>::<br>::<br>:: Civil No.: 09-CIV-10155 (SAS)<br>::<br>::<br>:: Judge Scheindlin<br>::<br>::<br>:: **STIPULATION EXTENDING**<br>:: **TIME FOR DEFENDANT**<br>:: **SAMSUNG ELECTRONICS**<br>:: **AMERICA, INC.**<br>::<br>::<br>::<br>::<br>::<br>::<br>:: |

WHEREAS, plaintiffs filed the complaint in this action on December 14, 2009 (the "Complaint");

WHEREAS, plaintiffs served defendant Samsung Electronics America, Inc. ("Samsung") with the Complaint on or about December 17, 2009;

WHEREAS, no prior request for an extension of time has been made to the Court.

IT IS HEREBY STIPULATED, CONSENTED AND AGREED by and between the undersigned parties, through their counsel, as follows:

1. The time for Samsung to answer, move against, or otherwise respond to the Complaint is hereby extended to and including March 8, 2010.

2. Samsung waives any objection with respect to the service of process of the

Complaint, but otherwise reserves all of its defenses and objections.

Dated:  New York, New York
January _6_, 2010

_____
Daniel B. Ravicher (DR1498)
Aaron Williamson (AW1337)
Mishi Choudhary (MC2009)
Michael A. Spiegel (MS2309)
Software Freedom Law Center, Inc.
1995 Broadway, 17th Floor
New York, NY 10023-5882
Tel:  (212) 580-0800
Fax:  (212) 580-0989

*Attorneys for Plaintiffs*

Dated:  Chester, New Jersey
January _6_, 2010

_____
Roger P. Sauer (RS1311)
E-mail: roger.sauer@bullivant.com
Michael M. Ratoza, *pro hac vice* pending
E-mail: michael.ratoza@bullivant.com
BULLIVANT HOUSER BAILEY PC
888 S.W. Fifth Ave., Ste. 300
Portland, Oregon 97204-2089
Tel: (503) 228-6351
Fax: (503) 295-0915

*Attorneys for Samsung Electronics America, Inc.*

SO ORDERED this _7_ day of
January, 2010

_____
Honorable Shira A. Scheindlin
United States District Judge

12244453.1