UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Index No. 09 CIV 10155

---

SOFTWARE FREEDOM CONSERVANCY, INC., AND ERIK ANDERSEN

, Plaintiff(s)

- against -

BEST BUY CO. INC., ET AL.

, Defendant(s)

---

State of California    )
                       ) SS.:
County of Sacramento   )

## AFFIDAVIT OF SERVICE

Jenice Rossner being duly sworn, deposes and says
that she is over the age of 18 years; is not a party to this action and resides
within the State of California.  That on 01/06/2010 at  1:10 PM at:
          CORPORATION SERVICE COMPANY
          2730 GATEWAY OAKS DRIVE SUITE 100
          SACRAMENTO CA 95833
Deponent served the:

SUMMONS IN A CIVIL ACTION AND COMPLAINT
INDIVIDUAL RULES AND PROCEDURES FOR JUDGE SHIRA A. SCHEINDLIN
PROCEDURES FOR ELECTRONIC CASE FILING
RULE 7.1 STATEMENT

on WESTERN DIGITAL TECHNOLOGIES, INC.

a domestic and/or foreign corporation
by delivering thereat true copies to Becky DeGeorge
personally, deponent knew said corporation so served to be the corporation,
described in same as said recipient and knew said individual to be the
Managing Agent and who stated that they were
authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 48  HEIGHT: 5'7''   WEIGHT: 160    HAIR: BLONDE     RACE: WHITE     SEX: FEMALE

SWORN TO BEFORE ME *see attached*

Jenice Rossner     Lic. #98-02

OUR DOC# 24745
Software Freedom Law Center
1995 Broadway
17th Floor
New York NY 10023
212-461-1911

# CALIFORNIA JURAT WITH AFFIANT STATEMENT

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)

_____  _____
Signature of Document Signer No. 1    Signature of Document Signer No. 2 (if any)

State of California
County of SACRAMENTO

Subscribed and sworn to (or affirmed) before me on this 7th day of JANUARY, 20 10, by

(1) JENILE ROSSNER,
Name of Signer

proved to me on the basis of satisfactory evidence to be the person who appeared before me (.) (,)

(and

(2) _____,
Name of Signer

proved to me on the basis of satisfactory evidence to be the person who appeared before me.)

Signature _____
Signature of Notary Public

[Notary Seal: JOSH DITRI, COMM. # 1843131, NOTARY PUBLIC - CALIFORNIA, SACRAMENTO COUNTY, COMM. EXPIRES APRIL 4, 2013]

Place Notary Seal Above

──────────── OPTIONAL ────────────

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Further Description of Any Attached Document**

Title or Type of Document: _____

Document Date: _____  Number of Pages: _____

Signer(s) Other Than Named Above: _____

| RIGHT THUMBPRINT OF SIGNER #1 | RIGHT THUMBPRINT OF SIGNER #2 |
|---|---|
| Top of thumb here | Top of thumb here |

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5910   Reorder: Call Toll-Free 1-800-876-6827