```
UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
                                            Index No. 09 CIV 10155
```

SOFTWARE FREEDOM CONSERVANCY, INC., AND ERIK ANDERSEN

, Plaintiff(s)

- against -

BEST BUY CO. INC., ET AL.

, Defendant(s)

```
State of California    )
                       )   SS.:
County of Sacramento   )
```

### AFFIDAVIT OF SERVICE

Jenice Rossner being duly sworn, deposes and says
that she is over the age of 18 years; is not a party to this action and resides
within the State of California.  That on 01/06/2010 at  1:20 PM at:
   PARA CORP.
   28304 GATEWAY OAK DRIVE #200
   SACRAMENTO CA 95833
Deponent served the:

SUMMONS IN A CIVIL ACTION AND COMPLAINT
INDIVIDUAL RULES AND PROCEDURES FOR JUDGE SHIRA A. SCHEINDLIN
PROCEDURES FOR ELECTRONIC CASE FILING
RULE 7.1 STATEMENT

on WESTINGHOUSE DIGITAL ELECTRONICS, LLC

a domestic and/or foreign corporation
by delivering thereat true copies to Ninh Ho
personally, deponent knew said corporation so served to be the corporation,
described in same as said recipient and knew said individual to be the
Client Rep and who stated that they were
authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 33  HEIGHT: 5'8''   WEIGHT: 160     HAIR: BLACK      RACE: ASIAN    SEX: MALE

```
                                        Jenice Rossner       Lic. #98-02

SWORN TO BEFORE ME  see attached       OUR DOC# 24743
                                        Software Freedom Law Center
                                        1995 Broadway
                                        17th Floor
                                        New York NY 10023
                                        212-461-1911
```

# CALIFORNIA JURAT WITH AFFIANT STATEMENT

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], not Notary)

_____  _____
Signature of Document Signer No. 1   Signature of Document Signer No. 2 (if any)

State of California

County of SACRAMENTO

Subscribed and sworn to (or affirmed) before me on this 7th day of JANUARY, 20 10, by

(1) JENCE ROSSNER,
Name of Signer

proved to me on the basis of satisfactory evidence to be the person who appeared before me (.) (,)

~~(and~~

(2) _____,
Name of Signer

proved to me on the basis of satisfactory evidence to be the person who appeared before me.)

Signature _____
Signature of Notary Public

**JOSH DITRI**
COMM. # 1843131
NOTARY PUBLIC - CALIFORNIA
SACRAMENTO COUNTY
COMM. EXPIRES APRIL 4, 2013

Place Notary Seal Above

───────────── OPTIONAL ─────────────

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Further Description of Any Attached Document**

Title or Type of Document: _____

Document Date: _____  Number of Pages: _____

Signer(s) Other Than Named Above: _____

| RIGHT THUMBPRINT OF SIGNER #1 | RIGHT THUMBPRINT OF SIGNER #2 |
|---|---|
| Top of thumb here | Top of thumb here |

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5910   Reorder: Call Toll-Free 1-800-876-6827