*Sebtondlin, J*

SOFTWARE FREEDOM LAW CENTER, INC.
Aaron Williamson (AW1337)
1995 Broadway, 17th Floor
New York, NY 10023-5882
Tel.: 212-580-0800
Fax.: 212-580-0898

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOFTWARE FREEDOM CONSERVANCY, INC. and ERIK ANDERSEN,<br><br>   Plaintiffs,<br><br>  v.<br><br>BEST BUY CO., INC., SAMSUNG ELECTRONICS AMERICA, INC., WESTINGHOUSE DIGITAL ELECTRONICS, LLC, JVC AMERICAS CORPORATION, WESTERN DIGITAL TECHNOLOGIES, INC., ROBERT BOSCH LLC, PHOEBE MICRO, INC., HUMAX USA INC., COMTREND CORPORATION, DOBBS-STANFORD CORPORATION, VERSA TECHNOLOGY INC., ZYXEL COMMUNICATIONS INC., ASTAK INC., and GCI TECHNOLOGIES CORPORATION,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>) 09-CIV-10155 (SAS)<br>)<br>) Judge Scheindlin<br>)<br>) **STIPULATION EXTENDING TIME**<br>) **FOR DEFENDANT HUMAX USA INC.**<br>) **TO RESPOND TO COMPLAINT**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 1/11/10

WHEREAS, Plaintiffs filed their Complaint in this action on December 14, 2009;

WHEREAS, Plaintiffs caused Defendant HUMAX USA INC ("Humax") to be served

with the Complaint on or about December 17, 2009;

WHEREAS, Plaintiffs and Humax (collectively, the "Parties") have agreed that Humax should have a 60-day extension to respond to the Complaint, so that the Parties may discuss the potential resolution of the case; and

WHEREAS, Humax has made no prior request for an extension of time to respond to the Complaint;

Therefore, **IT IS HEREBY STIPULATED, CONSENTED, AND AGREED** by and between the undersigned parties, through their counsel, as follows:

1. The time for Humax to file an Answer, to move against, or otherwise to respond to the Complaint is hereby extended to and including March 8, 2010.

2. Humax waives any objection that it may have with respect to the service of process of the Complaint, but otherwise Humax reserves all of its defenses and objections.

Dated: January _7_, 2010

Aaron Williamson (AW1337)
Software Freedom Law Center, Inc.
1995 Broadway, 17th Floor
New York, NY 10023-5882
Telephone: 212-580-0800
Facsimile: 212-580-0890

*Attorneys for Plaintiffs*

Dated: January 7, 2010

Bo-Yong Park (BP 1622)
The Law Office of Bo-Yong Park, P.C.
632 West 28th Street, 4th Floor
New York, NY 10001
Telephone: (800) 615-6470
Facsimile: (877) 849-5996
Email: bpark@byplaw.com

*Attorneys for HUMAX USA INC.*

SO ORDERED this _11_ day of ____, 2010:

Hon. Shira A. Scheindlin
United States District Judge