2010-Jan-05 11:58 SOFTWARE FREEDOM LAW CENTER 2125800898

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
SOFTWARE FREEDOM CONSERVANCY,   :   09 Civ. 10155 (SAS)
INC. and ERIK ANDERSON,          :
                                 :   STIPULATION
            Plaintiffs,          :
                                 :
    - against -                  :
                                 :
BEST BUY CO., INC., et al.,      :
                                 :
            Defendants.          :
-------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED as follows:

(1) that the time for defendant Robert Bosch LLC to answer, move or otherwise respond to the Complaint herein be and is extended to March 8, 2010;

(2) that defendant Robert Bosch LLC waives any objection to the adequacy of the service of the Complaint upon it on December 17, 2009; and

(3) that plaintiffs and defendant Robert Bosch LLC will work diligently to try to resolve this action as to defendant Robert Bosch LLC during the period of the extension provided for in this stipulation.

[signatures on next page]

-2-

| | |
|---|---|
| Dated: New York, New York<br>January 5, 2010 | Dated: New York, New York<br>January 5, 2010 |
| SOFTWARE FREEDOM LAW CENTER | SCHIFF HARDIN LLP |
| Attorneys for Plaintiffs Software<br>Freedom Conservancy, Inc. and<br>Erik Anderson<br>1995 Broadway, 17th Floor<br>New York, New York 10023-5882<br>(212) 580-0800 | Attorneys for Defendant<br>Robert Bosch LLC<br>900 Third Avenue<br>New York, New York 10022<br>(212) 753-5000 |
| By: _____<br>Aaron Williamson (AW1337) | By: _____<br>David Jacoby (DJ3440) |

SO ORDERED:

_____
Hon. Shira A. Scheindlin
United States District Judge

Dated: New York, New York
January 22, 2010