IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOFTWARE FREEDOM CONSERVANCY, INC. AND ERIK ANDERSON,<br><br>                Plaintiffs,<br><br>   v.<br><br>BEST BUY CO., INC.,SAMSUNG ELECTRONICS AMERICA, INC., WESTINGHOUSE DIGITAL ELECTRONICS, LLC, JVC AMERICAS CORPORATION, WESTERN DIGITAL TECHNOLOGIES, INC., ROBERT BOSCH LLC, PHOEBE MICRO, INC., HUMAX USA INC., COMTREND CORPORATION, DOBBS-STANFORD CORPORATION, VERSA TECHNOLOGY INC., ZYXEL COMMUNICATIONS INC., ASTAK INC., AND GCI TECHNOLOGIES CORPORATION,<br>                Defendants. | ECF CASE<br><br>Civil Action No. 1:09-cv-10155-SAS |

## **NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that Ognian V. Shentov of Jones Day, admitted to practice before this Court, hereby appears in this action as attorney for defendant Western Digital Corporation.

Dated:  New York, New York  
         January 26, 2010

Respectfully submitted,

 /s/ Ognian V. Shentov  
Ognian V. Shentov (OS-4868)  
JONES DAY  
222 E. 41st Street  
New York, NY  10017  
Telephone: 212-326-3939  
Facsimile: 212-755-7306  
ovshentov@jonesday.com

*Attorney for Defendant Western Digital Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document was served by electronic service on all parties of record via CM/ECF.

New York, New York
January 26, 2010

By:   s/ Ognian V. Shentov
       Ognian V. Shentov (OS-4868)