UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOFTWARE FREEDOM CONSERVANCY, INC. and ERIK ANDERSEN,<br><br>        Plaintiffs,<br><br>   v.<br><br>BEST BUY CO., INC.; SAMSUNG ELECTRONICS AMERICA, INC.; WESTINGHOUSE DIGITAL ELECTRONICS, LLC; JVC AMERICAS CORPORATION; WESTERN DIGITAL TECHNOLOGIES, INC.; ROBERT BOSCH LLC; PHOEBE MICRO, INC.; HUMAX USA INC.; COMTREND CORPORATION; DOBBS-STANDFORD CORPORATION; VERSA TECHNOLOGY INC.; and GCI TECHNOLOGIES CORPORATION,<br><br>        Defendants. | Civil Action No: 09-cv-10155 (SAS)<br>Judge Scheindlin<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned, admitted to practice before this Court, hereby appears in this action as attorney for defendant Westinghouse Digital Electronics, LLC.

Dated: January 27, 2010

                                                              s/Kyle B. Fleming
                                                Kyle B. Fleming (KF-2327)
                                                Renner, Otto, Boisselle & Sklar, LLP
                                                1621 Euclid Avenue, 19th Floor
                                                Cleveland, Ohio 44115
                                                (216) 621-1113

                                                *Attorneys for Westinghouse Digital*
                                                *Electronics, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document was served by electronic service on all parties of record via CM/ECF.


Dated: January 27, 2010

    s/Kyle B. Fleming    
Kyle B. Fleming (KF-2327)
