Case 1:09-cv-10155-SAS Document 33 Filed 01/28/2010 Page 1 of 2

*Seidenling/J*

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOFTWARE FREEDOM CONSERVANCY, INC. and ERIK ANDERSEN,<br><br>Plaintiffs,<br><br>v.<br><br>BEST BUY CO., INC.; SAMSUNG ELECTRONICS AMERICA, INC.; WESTINGHOUSE DIGITAL ELECTRONICS, LLC; JVC AMERICAS CORPORATION; WESTERN DIGITAL TECHNOLOGIES, INC.; ROBERT BOSCH LLC; PHOEBE MICRO, INC.; HUMAX USA INC.; COMTREND CORPORATION; DOBBS-STANDFORD CORPORATION; VERSA TECHNOLOGY INC.; and GCI TECHNOLOGIES CORPORATION,<br><br>Defendants. | Civil Action No: 09-cv-10155 (SAS)<br>Judge Scheindlin<br><br>**STIPULATION EXTENDING TIME** |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/28/10

WHEREAS, Plaintiffs filed their Complaint in this action on December 14, 2009;

WHEREAS, Plaintiffs caused Defendant WESTINGHOUSE DIGITAL ELECTRONICS, LLC ("Westinghouse") to be served with the Complaint on or about January 6, 2010;

WHEREAS, Westinghouse has made no prior request for an extension of time to respond to the Complaint;

Therefore, IT IS HEREBY STIPULATED, CONSENTED, AND AGREED by and between the undersigned parties, through their counsel, as follows:

1. The time for Westinghouse to file an Answer, to move against, or to otherwise respond to the Complaint is hereby extended to and includes March 8, 2010.

2. Westinghouse waives any objection that it may have with respect to the service of process of the Complaint, but otherwise Westinghouse reserves all of its defenses and objections.

*This extension does not alter any other date fixed by the Court, including the date of the initial conference*

Dated: January 26, 2010

Daniel B. Ravicher (DR-1498)
Software Freedom Law Center, Inc.
1995 Broadway, 17th Floor
New York, New York 10023-5882
(212) 580-0800

*Attorneys for Plaintiffs*

Dated: January 26, 2010

Kyle B. Fleming (KF-2327)
Renner, Otto, Boisselle & Sklar, LLP
1621 Euclid Avenue, 19th Floor
Cleveland, Ohio 44115
(216) 621-1113

*Attorneys for Westinghouse Digital Electronics, LLC*

SO ORDERED this 28 day of January, 2010:

Hon. Shira A. Scheindlin
United States District Judge

2