

Selton DLIN, J

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOFTWARE FREEDOM CONSERVANCY, INC. and ERIK ANDERSON,<br><br>                                      Plaintiffs,<br>v.<br><br>BEST BUY CO., INC., SAMSUNG ELECTRONICS AMERICA, INC., WESTINGHOUSE DIGITAL ELECTRONICS, LLC, JVC AMERICAS CORPORATION, WESTERN DIGITAL TECHNOLOGIES, INC., ROBERT BOSCH LLC, PHOEBE MICRO, INC., HUMAX USA INC., COMTREND CORPORATION, DOBBS-STANFORD CORPORATION, VERSA TECHNOLOGY INC., ZYXEL COMMUNICATIONS INC., ASTAK INC., and GCI TECHNOLOGIES CORPORATION,<br>                                      Defendants. | ECF CASE<br><br>Civil Action No. 1:09-cv-10155-SAS<br><br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT WESTERN DIGITAL TECHNOLOGIES, INC. TO RESPOND TO THE COMPLAINT** |

WHEREAS, Plaintiffs filed a Complaint against defendants on December 14, 2009 and served Western Digital Technologies, Inc. ("WDT") on January 6, 2010; and

WHEREAS, WDT waives any objections it may have to the service of process;

NOW THEREFORE, pursuant to Federal Rule of Civil Procedure 6(b), Plaintiffs and WDT, through their undersigned counsel, hereby stipulate and agree that the time within which WDT may respond to the Complaint filed by the Plaintiffs is hereby extended through and including March 8, 2010. There have been no previous requests by the parties for an extension. This extension does not alter any other date fixed by the Court, including the initial conference date.

IT IS SO STIPULATED.

Respectfully submitted,

SOFTWARE FREEDOM LAW CENTER, INC.

By: _____
Daniel B. Ravicher (DR1498) Aaron Williamson
(AW1337) Mishi Choudhary (MC2009) Michael A.
Spiegel (MS2309) 1995 Broadway, 17th Floor New York,
NY 10023-5882 Tel.: 212-580-0800 Fax.: 212-580-0898

Attorneys for Plaintiffs *Software Freedom Conservancy, Inc.* and *Erik Andersen*

JONES DAY

By: _____  1/26/10
Ognian V. Shentov, PhD (OS-4868)
222 East 41st Street
New York, New York 10017-6702
Tel: 212.326.3939
Fax: 212.755.7306

Attorneys for Defendant *Western Digital Technologies, Inc.*

SO ORDERED:

_____
Hon. Shira A Scheindlin
United States District Judge

Dated: 1/28/10