UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOFTWARE FREEDOM CONSERVANCY, INC. and ERIK ANDERSON,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>BEST BUY CO., INC., SAMSUNG ELECTRONICS AMERICA, INC., WESTINGHOUSE DIGITAL ELECTRONICS, LLC, JVC AMERICAS CORPORATION, WESTERN DIGITAL TECHNOLOGIES, INC., ROBERT BOSCH LLC, PHOEBE MICRO, INC., HUMAX USA INC., COMTREND CORPORATION, DOBBS-STANFORD CORPORATION, VERSA TECHNOLOGY INC., ZYXEL COMMUNICATIONS INC., ASTAK, INC., and GCI TECHNOLOGIES CORPORATION,<br><br>　　　　　　　Defendants. | No.: 09-CV-10155 (SAS)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned attorney hereby appears as attorney of record for Defendant Astak, Inc. and further requests that copies of all papers in this action be served upon her at the address set forth below.

DATED this the 2nd day of February, 2010.

　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　Emily B. Kirsch (EB 4216)
　　　　　　　　　　　　　　　　　Email: ekirsch@reedsmith.com
　　　　　　　　　　　　　　　　　REED SMITH LLP
　　　　　　　　　　　　　　　　　599 Lexington Avenue
　　　　　　　　　　　　　　　　　New York, New York 10022
　　　　　　　　　　　　　　　　　Telephone:　+1 212 521-5400
　　　　　　　　　　　　　　　　　Facsimile:　+1 212 521-5450

　　　　　　　　　　　　　　　　　*Counsel for Defendant ASTAK, INC.*

US_ACTIVE-103128222.1