IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOFTWARE FREEDOM CONSERVANCY, INC. AND ERIK ANDERSON,<br><br>    Plaintiffs,<br><br>  v.<br><br>BEST BUY CO., INC.,SAMSUNG ELECTRONICS AMERICA, INC., WESTINGHOUSE DIGITAL ELECTRONICS, LLC, JVC AMERICAS CORPORATION, WESTERN DIGITAL TECHNOLOGIES, INC., ROBERT BOSCH LLC, PHOEBE MICRO, INC., HUMAX USA INC., COMTREND CORPORATION, DOBBS-STANFORD CORPORATION, VERSA TECHNOLOGY INC., ZYXEL COMMUNICATIONS INC., ASTAK INC., AND GCI TECHNOLOGIES CORPORATION,<br>    Defendants. | ECF CASE<br><br>Civil Action No. 1:09-cv-10155-SAS |

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Lynn M. Marvin of Jones Day, admitted to practice before this Court, hereby appears in this action as attorney for defendant Western Digital Corporation.

Dated: New York, New York
       February 2, 2010

Respectfully submitted,

 /s/ Lynn M. Marvin
Lynn M. Marvin (LM-2281)
JONES DAY
222 E. 41st Street
New York, NY  10017
Telephone: 212-326-3939
Facsimile: 212-755-7306
lmarvin@jonesday.com

*Attorney for Defendant Western Digital Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document was served by electronic service on all parties of record via CM/ECF.

New York, New York
February 2, 2010

By:   s/ Lynn M. Marvin
      Lynn M. Marvin (LM-2281)