UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
SOFTWARE FREEDOM CONSERVANCY, INC.
and ERIK ANDERSON                                        1:09-cv-10155 (SAS)
                                                         ECF CASE

            Plaintiffs,

        v.

BEST BUY CO., INC., SAMSUNG ELECTRONICS        **NOTICE OF APPEARANCE**
AMERICA, INC., WESTINGHOUSE DIGITAL
ELECTRONICS, LLC, JVC AMERICAS
CORPORATION, WESTERN DIGITAL
TECHNOLOGIES, INC., ROBERT BOSCH LLC,
PHOEBE MICRO, INC., HUMAX USA INC.,
COMTREND CORPORATION, DOBBS-STANFORD
CORPORATION, VERSA TECHNOLOGY INC.,
ZYXEL COMMUNICATIONS INC., ASTAK, INC.,
and GCI TECHNOLOGIES CORPORATION,

            Defendants.
-------------------------------------------------------------------x

**NOTICE OF APPEARANCE FOR DEFENDANT JVC AMERICAS CORPORATION**

        PLEASE TAKE NOTICE that David L. Yohai of Weil, Gotshal and Manges LLP,

admitted to practice before this Court, hereby appears in the above-captioned action as counsel

for defendant JVC Americas Corporation.

Dated: New York, New York
        February 3, 2010

                                            /s/  David L. Yohai
                                            David L. Yohai
                                            Weil, Gotshal & Manges LLP
                                            767 Fifth Avenue
                                            New York, NY 10153
                                            Tel.: (212) 310-8000
                                            Fax: (212) 310-8007
                                            david.yohai@weil.com

                                            *Attorney for JVC Americas Corporation*