IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOFTWARE FREEDOM CONSERVANCY, INC., AND ERIK ANDERSON,<br><br>Plaintiffs,<br><br>v.<br><br>BEST BUY CO., INC., SAMSUNG ELECTRONICS AMERICA, INC., WESTINGHOUSE DIGITAL ELECTRONICS, LLC, JVC AMERICAS CORPORATION, WESTERN DIGITAL TECHNOLOGIES, INC., ROBERT BOSCH LLC, PHOEBE MICRO, INC., HUMAX USA INC., COMTREND CORPORATION, DOBBS-STANFORD CORPORATION, VERSA TECHNOLOGY, INC., ZYXEL COMMUNICATIONS, INC., ASTAK INC., and GCI TECHNOLOGIES CORPORATION<br><br>Defendants. | ECF CASE<br><br>Civil Action No. 1:09-CV-10155-SAS |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Airina L. Rodrigues of the law firm of DLA Piper LLP (US), admitted to practice before this Court, hereby appears in the above-captioned action as counsel for Defendant Humax USA, Inc.

Dated: New York, New York.
February 5, 2009

Respectfully Submitted,

/s/ Airina L. Rodrigues
Airina L. Rodrigues
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY  10020-1104
airina.rodrigues@dlapiper.com
212 335-4500 (t)
212 335-4501 (f)

*Attorney for Defendant Humax USA, Inc.*

EAST\42803952.1