UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SOFTWARE FREEDOM CONSERVANCY, INC. and
ERIK ANDERSON,

                                                                                                                 09-CV-10155 (SAS)

                              Plaintiffs,

        -against-                                                                              <u>APPEARANCE</u>

BEST BUY CO., INC., SAMSUMG
ELECTRONICS AMERICA, INC.,
WESTINGHOUSE DIGITAL ELECTRONICS,
LLC, JVC AMERICAS CORPORATION,
WESTERN DIGITAL TECHNOLOGIES, INC.,
ROBERT BOSCH LLC, PHOEBE MICRO, INC.,
HUMAS USA, INC., COMTREND
CORPORATION, DOBBS-STANFORD
CORPORATION, VERSA TECHNOLOGY INC.,
ZYXEL COMMUNICATIONS INC., ASTAK
INC., and GCI TECHNOLOGIES
CORPORATION
                              Defendants.
------------------------------------------------------------X

To the Clerk of this court and all parties of record:

       Please enter my appearance as counsel in this case for defendant Phoebe Micro, Inc.

       I certify that I am admitted to practice in this court.


Dated: February 9, 2010                           Respectfully submitted,

                                                         <u>/s/ Andrew M. Kaver</u>
                                                         Andrew M. Kaver (AK1012)
                                                         32 Broadway, Suite 1710
                                                         New York, NY 10004
                                                         Tel: (917) 338-6873
                                                         Fax: (212) 693-2167