UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SOFTWARE FREEDOM CONSERVANCY,    09 Civ. 10155 (SAS)
and ERIK ANDERSEN,    ECF CASE

      Plaintiff(s)    [PROPOSED] ORDER GRANTING
                            *PRO HAC VICE* ADMISSION

      - against -

BEST BUY CO., INC., et al.

      Defendants.
-----------------------------------------------------------X

SHIRA A. SCHEINDLIN, U.S.D.J.:

    WHEREAS, counsel Eugene Pak and Andrew Valentine of DLA PIPER LLP (US) having been retained by defendant HUMAX USA INC., in this matter;

    WHEREAS, Attorneys Pak and Valentine having submitted written requests to be admitted pro hac vice in this matter;

    AND WHEREAS, appropriate fees having been paid to the Court;

    IT IS HEREBY ORDERED: that Attorneys Eugene Pak and Andrew Valentine are hereby granted admission to this Court to represent HUMAX USA, INC. on a *pro hac vice* basis.

SO ORDERED.

_____
SHIRA A. SCHEINDLIN
United State District Court Judge

Eugene M. Pak, Esq.
DLA Piper LLP
555 Mission Street Suite 2400
San Francisco, CA 94105-2933
(415) 615-6024 (T) (F) (415) 659-7324
www.dlapiper.com

Dated:
February 11, 2010

WEST\21877397.1
372584-900200



**DLA Piper LLP (US)**
555 Mission Street, Suite 2400
San Francisco, California  94105-2933
www.dlapiper.com

Eugene M. Pak
eugene.pak@dlapiper.com
T  415.615.6024
F  415.659.7324

February 8, 2010

The Honorable Shira A. Scheindlin
United States District Judge
U.S. District Court, for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 15-C
New York, NY 10007-1312

Re:   <ins>Software Freedom Conservancy, Inc. and Erik Andersen v. Best Buy Co., Inc. et al.</ins>
      **U.S. District Court, Southern District of New York Case No. 09 CIV 10155**
      *Pro Hac Vice* **Application of Eugene M. Pak**

Dear Judge Scheindlin:

I have been retained as legal counsel by defendant Humax USA Inc. in the above-entitled matter. I respectfully request admission to the U.S. District Court for the Southern District of New York on a *pro hac vice* basis to represent my client's interests in defending this matter. I have conferred with plaintiffs' counsel, Aaron Williamson at the Software Freedom Law Center, and he does not oppose such admission. Attorneys from our New York office, Andrew Deutsch and Airina Rodrigues, will also be filing a notice of appearance.

Enclosed is a check in the amount of $25.00 to cover the fee for *pro hac vice* admission.

Very truly yours,

DLA Piper LLP (US)

*/s/ Eugene M. Pak*

Eugene M. Pak

Admitted to practice in California

Encl.

WEST\21877251.1
372584-900200