UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
SOFTWARE FREEDOM CONSERVANCY, INC.
and ERIK ANDERSON

                      Plaintiffs,

              v.

BEST BUY CO., INC., SAMSUNG ELECTRONICS
AMERICA, INC., WESTINGHOUSE DIGITAL
ELECTRONICS, LLC, JVC AMERICAS
CORPORATION, WESTERN DIGITAL
TECHNOLOGIES, INC., ROBERT BOSCH LLC,
PHOEBE MICRO, INC., HUMAX USA INC.,
COMTREND CORPORATION, DOBBS-STANFORD
CORPORATION, VERSA TECHNOLOGY INC.,
ZYXEL COMMUNICATIONS INC., ASTAK, INC.,
and GCI TECHNOLOGIES CORPORATION,

                      Defendants.
------------------------------------------------------------------x

1:09-cv-10155 (SAS)
ECF CASE

**NOTICE OF APPEARANCE**

## **NOTICE OF APPEARANCE FOR DEFENDANT JVC AMERICAS CORPORATION**

      PLEASE TAKE NOTICE that David Yolkut of Weil, Gotshal and Manges LLP, admitted to practice before this Court, hereby appears in the above-captioned action as counsel for defendant JVC Americas Corporation.

Dated:  New York, New York
          February 16, 2010

                                              /s/ David Yolkut
                                              David Yolkut
                                              Weil, Gotshal & Manges LLP
                                              767 Fifth Avenue
                                              New York, NY 10153
                                              Tel.: (212) 310-8000
                                              Fax: (212) 310-8007
                                              david.yolkut@weil.com

                                              *Attorney for JVC Americas Corporation*

US_ACTIVE:\43298578\01\79085.0056