UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SOFTWARE FREEDOM CONSERVANCY, INC.
and ERIK ANDERSON,

        Plaintiffs,

v.

BEST BUY CO., INC., SAMSUNG ELECTRONICS
AMERICA, INC., WESTINGHOUSE DIGITAL
ELECTRONICS, LLC, JVC AMERICAS
CORPORATION, WESTERN DIGITAL
TECHNOLOGIES, INC., ROBERT BOSCH, LLC,
PHOEBE MICRO, INC., HUMAX USA INC.,
COMTREND CORPORATION, DOBBS-
STANDFORD CORPORATION, VERSA
TECHNOLOGY INC., ZYXEL
COMMUNICATIONS INC., ASTAK, INC., and
GCI TECHNOLOGIES CORPORATION,

        Defendants.

ECF CASE

Civil No.: 09-CIV-10155 (SAS)

Judge Scheindlin



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/16/10

## ORDER ADMITTING COUNSEL *PRO HAC VICE*

The Court has considered the unopposed request to admit *pro hac vice* Michael M. Ratoza and Chad Colton of Bullivant Houser Bailey PC on behalf of Defendant Samsung Electronics America, Inc., and the request is hereby GRANTED. ^300 Pioneer Tower, 888 SW Fifth Avenue, Portland, OR 97204, (503) 499-4615.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Michael M. Ratoza and Chad Colton are hereby admitted to practice before the Court *pro hac vice* on behalf of Defendant Samsung Electronics America, Inc. in this civil action upon the deposit of the required $25 fee per applicant to the Clerk of the Court.

DATED: Feb. 16, 2010.

                                   The Honorable Shira A. Scheindlin
                                   United States District Judge

12308528.1