

**DLA Piper** LLP (US)
555 Mission Street, Suite 2400
San Francisco, California 94105-2933
www.dlapiper.com

Eugene M. Pak
eugene.pak@dlapiper.com
T  415.615.6024
F  415.859.7324

February 16, 2010

*Via Facsimile [212-805-7920]; Confirmation via U.S. Mail*

The Honorable Shira A. Scheindlin
United States District Judge
Attention: Deputy J. Reily
U.S. District Court, for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 15-C
New York, NY 10007-1312



Re:   **Software Freedom Conservancy, Inc. and Erik Andersen v. Best Buy Co., Inc. et al.**
      **U.S. District Court, Southern District of New York Case No. 09 CIV 10155**

Dear Judge Scheindlin:

I am primary outside counsel for defendant Humax USA, Inc. in the above-referenced matter which is set for a scheduling conference on Monday, February 22, 2010 at 4:30 p.m.. I practice in the San Francisco office of DLA Piper, but have recently been admitted *pro hac vice* in this matter. I respectfully request to appear by telephone at the scheduling conference. My associate, Airina Rodrigues, of my firm's New York office will also appear in person.

The telephone number where I may be contacted is (415) 615-6024.

Thank you for your consideration of this request.

Very truly yours,

DLA Piper LLP (US)

Eugene M. Pak

*Defendant's counsel's request to appear by telephone at the February 22, 2010 conference is hereby granted.*

*Date: 2/16/10*

SO ORDERED

Shira A. Scheindlin
U.S.D.J.

cc:   Airina Rodrigues, Esq
      DLA Piper LLP (US), New York



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/17/10

WEST\21882631.1
372584-900200