Scheindlin, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOFTWARE FREEDOM CONSERVANCY, INC. and ERIK ANDERSON,<br><br>Plaintiffs<br><br>v.<br><br>BEST BUY CO., INC., SAMSUNG ELECTRONICS AMERICA, INC., WESTINGHOUSE DIGITAL ELECTRONICS, LLC, JVC AMERICAS CORPORATION, WESTERN DIGITAL TECHNOLOGIES, INC., ROBERT BOSCH LLC, PHOEBE MICRO, INC., HUMAX USA INC., COMTREND CORPORATION, DOBBS-STANFORD CORPORATION, VERSA TECHNOLOGY INC., ZYXEL COMMUNICATIONS INC., ASTAK, INC., and GCI TECHNOLOGIES CORPORATION,<br><br>Defendants. | 09 CIV 10155 (SAS)<br><br>Judge Scheindlin<br><br>**STIPULATION EXTENDING TIME** |



2/17/10

WHEREAS, plaintiffs filed the complaint in this action on December 14, 2009 (the "Complaint");

WHEREAS, plaintiff served defendant Astak, Inc. ("Astak") with the Complaint on or about December 17, 2009;

WHEREAS, no prior request for an extension of time has been made to the Court.

IT IS HEREBY STIPULATED, CONSENTED AND AGREED by and between the undersigned parties, through their counsel, as follows:

1. The time for Astak to answer, move against, or otherwise respond to the Complaint is hereby extended to and including March 8, 2010.

2. Astak waives any objection with respect to the service of process of the Complaint but otherwise reserves all of its defenses and objections.

[Signatures on next page]

| | |
|---|---|
| Dated: New York, New York<br>February 2, 2010 | Dated: New York, New York<br>February 2, 2010 |

_____
Daniel B. Ravicher
Aaron Williamson
Mishi Choudhary
Michael A. Spiegel
Software Freedom Law Center, Inc.
1995 Broadway, 17th Floor
New York, New York 10023-5882
Tel: (212) 580-0800
Fax: (212) 580-0898

Attorneys for Plaintiffs

_____
Emily B. Kirsch
Reed Smith LLP
599 Lexington Avenue
New York, New York 10022
Tel. (212) 521-5400
Fax. (212) 521-5450

Attorneys for Astak, Inc.

SO ORDERED this _3_ day of
_Feb_____, 2010

_____
Honorable Shira A. Scheindlin
United States District Judge