UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
SOFTWARE FREEDOM CONSERVANCY,
INC. and ERIK ANDERSON,

        Plaintiffs,

    v.

BEST BUY CO., INC., SAMSUNG
ELECTRONICS AMERICA, INC.,
WESTINGHOUSE DIGITAL
ELECTRONICS, LLC, JVC AMERICAS
CORP., WESTERN DIGITAL
TECHNOLOGIES INC., ROBERT BOSCH
LLC, PHOEBE MICRO, INC., HUMAX USA,
INC., COMTREND CORPORATION,
DOBBS-STANFORD CORPORATION,
VERSA TECHNOLOGY INC., ZYXEL
COMMUNICATIONS INC., ASTAK INC.,
and GCI TECHNOLOGIES CORPORATION.

        Defendants.
------------------------------------- X

09 Civ 10155 (SAS)

STIPULATION



```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/10
```

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Software Freedom Conservancy, Inc., and Erik Anderson and Defendant Versa Technology, Inc. ("Versa Technology"), through their undersigned attorneys, that (i) Versa Technology's time to answer or otherwise respond to the Complaint is adjourned to March 7, 2010; (ii) Versa Technology waives any defense based on service of process; (iii) this Stipulation may be executed in counterparts; and (iv) facsimile and pdf signatures of this Stipulation shall be no less binding than original signatures.

Dated: January 21, 2010
New York, New York

| SOFTWARE FREEDOM LAW CENTER | MOSES & SINGER LLP |
|---|---|
| By: *(signature)* | By: *(signature)* |
| Aaron Williamson, Esq. | Philippe Zimmerman, Esq. |
| 1995 Broadway, 17th Floor | The Chrysler Building |
| New York, NY 10023 | 405 Lexington Avenue |
| (212) 580-0800 | New York, NY 10174 |
| Attorneys for Plaintiffs Software | (212) 554-7800 |
| Freedom Conservancy, Inc., and | Attorneys for Defendant |
| Erik Anderson | Versa Technology, Inc. |

So Ordered:

*(signature)*
U.S.D.J.    2/17/10