# ⊞ Bullivant|Houser|Bailey PC

Attorneys at Law

MICHAEL M. RATOZA
Direct Dial: (503) 499-4695
E-mail: michael.ratoza@bullivant.com

February 17, 2010



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/18/10

*Via Facsimile (212 805 7920)*

Hon. Shira A. Scheindlin
United States District Judge
Attn: Deputy J. Reily
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

Re:     *Software Freedom Conservancy, Inc., et al. v. Best Buy Co., Inc., et al.*
U.S. District Court, Southern District of New York, Case No. 09-CIV-10155

Dear Judge Scheindlin:

I am primary outside counsel for defendant Samsung Electronics America, Inc. in the above referenced matter which is set for a scheduling conference on Monday, February 22, 2010, at 4:30 p.m. I practice in the Portland, Oregon office of Bullivant Houser Bailey, PC, but have recently been admitted *pro hac vice* in this matter. I respectfully request to appear by telephone at the scheduling conference.

The telephone numbers where I may be contacted is (503) 499-4695.

Thank you for your consideration of this request.

Very truly yours,

Michael M. Ratoza

MMR:mc

Hon. Shira A. Scheindlin
February 17, 2010
Page 2

Defendant Samsung Electronics America, Inc.'s request to appear by telephone at the February 22, 2010 conference is hereby granted.

DATED: February ⎯17⎯, 2010.

Shira A. Scheindlin
U.S. District Court Judge

12335989.1