UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SOFTWARE FREEDOM CONSERVANCY, INC.    :     ECF CASE
and ERIK ANDERSEN,                         :

                                           :     Civil Action
                                         :     No. 09 Civ 10155

                  **Plaintiffs,**       :

                **- against -**         :

                                         :     **NOTICE OF**
BEST BUY CO., INC., SAMSUNG ELECTRONICS  :     <u>**APPEARANCE**</u>
AMERICA, INC., WESTINGHOUSE DIGITAL    :
ELECTRONICS, LLC, JVC AMERICAS         :
CORPORATION, WESTERN DIGITAL          :
TECHNOLOGIES, INC., ROBERT BOSCH LLC,  :
PHOEBE MICRO, INC., HUMAX USA INC.     :
COMTREND CORPORATION, DOBBS-STANDARD :
CORPORATION, VERSA TECHNOLOGY INC.,   :
ZYXEL COMMUNICATIONS, INC., ASTAK INC.  :
and GCI TECHNOLOGIES CORPORATION,    :

                                         :
                  **Defendants.**    :
------------------------------------------------------------------X

       **PLEASE TAKE NOTICE,** that the undersigned attorneys hereby appear

in the above-entitled action for Defendant, Westinghouse Digital Electronics, LLC.

Dated: New York, New York
      February 19, 2010

                                **KANE KESSLER, P.C.**

                              By:_____
                                Sarah Bawany Yousuf, Esq.
                              *Attorneys for Defendant*
                              *Westinghouse Digital*
                              *Electronics, LLC*
                              1350 Avenue of the Americas
                              New York, New York 10019
                              (212) 541-6222