SHEINALNS,

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
SOFTWARE FREEDOM CONSERVANCY, INC.
And ERIK ANDERSON,

          09-CIV-10155 (SAS)

      Plaintiffs,

          ECF Case

   v.

BEST BUY CO., INC., SAMSUNG ELECTRONICS
AMERICA, INC., WESTINGHOUSE DIGITAL
ELECTRONICS, LLC, JVC AMERICAS
CORPORATION, WESTERN DIGITAL
TECHNOLOGIES, INC., ROBERT BOSCH LLC,
PHOEBE MICRO, INC., HUMAX USA INC.,
COMTREND CORPORATION, DOBBS-STANFORD
CORPORATION, VERSA TECHNOLOGY INC., ZYXEL
COMMUNICATIONS INC., ASTAK, INC. and GCI
TECHNOLOGIES CORPORATION,

          **STIPULATION**
          **EXTENDING TIME**

      Defendants.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 2/22/10

----------------------------------------------------------------x

    WHEREAS, plaintiffs filed the complaint in this action on December 14, 2009 (the "Complaint");

    WHEREAS, plaintiffs served defendant Phoebe Micro, Inc. ("Phoebe") with the complaint on or about December 17, 2009;

    WHEREAS, no prior request for an extension of time has been made to the Court.

1. The time for Phoebe to answer, move against, or otherwise respond to the Complaint is hereby extended to and including March 15, 2010.

2. Phoebe waives any objection with respect to the service of process of the Complaint, but otherwise reserves all of its defenses and objections.

Dated: New York, New York
February 17, 2010

*Daniel Ravicher* (signature)

Daniel B. Ravicher
Aaron Williamson
Mishi Choudhary
Michael A. Spiegel
Software Freedom Law Center, inc.
1995 Broadway, 17th floor
New York, NY 10023-5882
Tel.: (212) 580-0800
Fax: (212) 580-0898

*Attorneys for Plaintiffs*

Dated: New York, New York
February 17, 2010

(signature)

Andrew M. Kaver (AK1012)
Law Offices of Andrew M. Kaver
32 Broadway, Suite 1710
New York, NY 10004
Tel.: (917) 338-6873
Fax: (212) 693-2167

*Attorneys for Phoebe Micro, Inc.*

SO ORDERED this 19 day of Feb, 2010

(signature)

Honorable Shira A. Scheindlin
United States District Judge