

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOFTWARE FREEDOM CONSERVANCY,
INC., et al.

                    Plaintiffs,
- against -

BEST BUY CO, INC., et al.

                    Defendants.

SCHEDULING ORDER

09 Civ. 10155 (SAS)

Conference Date: February 22, 2010

SHIRA A. SCHEINDLIN, U.S.D.J.:

    WHEREAS, the Court issued an Order for a Conference in accordance with Fed. R. Civ. P. 16(b) on February 1, 2010 (the "Order"); and

    WHEREAS, the Order requires that the parties jointly prepare and sign a proposed scheduling order containing certain information;

    NOW, THEREFORE, the parties hereby submit the following information as required by the Order:

(1)    the date of the conference and the appearances for the parties;

February 22, 2010, 4:30PM

For Plaintiffs SOFTWARE FREEDOM CONSERVANCY, INC. and ERIK ANDERSEN:

Daniel B. Ravicher
ravicher@softwarefreedom.org
Aaron Williamson
aaronw@softwarefreedom.org
Mishi Choudhary
mishi@softwarefreedom.org
Michael A. Spiegel
mspiegel@softwarefreedom.org
Software Freedom Law Center
1995 Broadway, 17th Floor
New York, NY 10023-5882
Tel.: (212) 580-0800
Fax: (212) 580-0898

1

For Defendant BEST BUY CO., INC.:

Kevin P. Simmons
ksimmons@simmonsjannace.com
Jason W. Creech
jcreech@simmonsjannace.com
Simmons Jannace, LLP
75 Jackson Avenue
Syosset , NY 11791-3139
Tel.: (516) 802-0630
Fax: (516) 802-0631


For Defendant SAMSUNG ELECTRONICS AMERICA, INC.:

Michael M. Ratoza
michael.ratoza@bullivant.com
Bullivant Houser Bailey PC
888 S.W. Fifth Ave., Ste. 300
Portland, OR 97204-2089
Tel.: (503) 228-6351
Fax: (503) 295-0915


For Defendant WESTINGHOUSE DIGITAL ELECTRONICS, LLC:

Kyle Bradford Fleming
kfleming@rennerotto.com
Renner, Otto, Boisselle & Sklar, LLP
1621 Euclid Avenue - 19th Floor
Cleveland, Ohio U.S.A. 44115
Tel.: (216) 736-3114
Fax: (216) 621-6165


For Defendant JVC AMERICAS CORPORATION:

David Lawrence Yohai
david.yohai@weil.com
David Yolkut
david.yolkut@weil.com
Weil, Gotshal & Manges LLP (NYC)
757 Fifth Avenue
New York , NY 10153
Tel.: (212) 310-8000

Fax: (212) 310-8007


For Defendant WESTERN DIGITAL TECHNOLOGIES, INC.:

Ognjan Varbanov Shentov
ovshentov@jonesday.com
Lynn Michelle Marvin
lmarvin@JonesDay.com
Jones Day
222 East 41st Street
New York, NY 10017
Tel.: (212)-326-3650
Fax: (212)-755-7306


For Defendant ROBERT BOSCH LLC

David Jacoby
djacoby@schiffhardin.com
Schiff Hardin LLP
900 Third Avenue
New York, New York 10022
Tel.: (212) 753-5000
Fax: (212) 753-5044


For Defendant PHOEBE MICRO, INC.

Andrew Kaver
andy@kaverlaw.com
32 Broadway, Suite 1710
New York, NY 10004
Tel.: (917) 338-6873
Fax: (212) 693-2167


For Defendant HUMAX USA INC.:

Airina Lynn Rodrigues
airina.rodrigues@dlapiper.com
Andrew Lawrence Deutsch
andrew.deutsch@dlapiper.com
DLA Piper
1251 Avenue of The Americas

New York , NY 10020
Tel.: (212)-335-4673
Fax: (917)-778-8673

Andrew Valentine
Andrew.Valentine@dlapiper.com
DLA Piper LLP
2000 University Avenue
East Palo Alto , CA 94303
Tel.: (650) 833-2065
Fax: (650) 687-1204

Eugene M. Pak
eugene.pak@dlapiper.com
DLA Piper LLP(US)
555 Mission Street, Suite 2400
San Francisco, CA 94105
Tel.: (415) 836-2500
Fax: (415)836-2501


For Defendant COMTREND CORPORATION:

Emily Bab Kirsch
ekirsch@reedsmith.com
Reed Smith (NYC)
599 Lexington Avenue
New York , NY 10022
Tel.: (212)-521-5400
Fax: (212)-521-5450

Bill Overend
woverend@reedsmith.com
Reed Smith LLP
101 Second Street
San Francisco, CA 94105
Tel.: (415) 659-5919
Fax: (415) 391-8269


For Defendant ASTAK INC.:

Emily Bab Kirsch
ekirsch@reedsmith.com
Reed Smith (NYC)

599 Lexington Avenue
New York , NY 10022
Tel.: (212) 521-5400
Fax: (212) 521-5450


For Defendant ZYXEL COMMUNICATIONS INC.:

Emily Bab Kirsch
ekirsch@reedsmith.com
Reed Smith (NYC)
599 Lexington Avenue
New York , NY 10022
Tel.: (212)-521-5400
Fax: (212)-521-5450

S.J. Christine Yang
cyang@sjclawpc.com
Law Offices of S.J. Christine Yang
17220 Newhope Street, Suite 101-102
Fountain Valley, Ca. 92708
Tel: (714) 641-4022
Fax: (714) 641-2082


For Defendant DOBBS-STANFORD CORPORATION:

Michael T. Mervis
mmervis@proskauer.com
Justin F. Heinrich
jheinrich@proskauer.com
Proskauer Rose LLP (New York)
1585 Broadway
New York , NY 10036
Tel.: (212)-969-3277
Fax: (212)-969-2900

John Fischer
jfischer@stormllp.com
Scott Pershern
spershern@stormllp.com
Storm LLP
901 Main St., Ste. 7100
Dallas, TX 75202
Tel.: (214) 347-4700

5

Fax: (214) 347-4799


For Defendant VERSA TECHNOLOGY INC.:

Philippe Zimmerman
PZimmerman@MosesSinger.com
Moses & Singer LLP
The Chrysler Building
405 Lexington Avenue
New York, New York  10174-1299
Tel.: (212) 554-7895
Fax: (917) 206-4395

Mark Yocca
myocca@yocca.com
Paul Kim
pkim@yocca.com
The Yocca Law Firm LLP
19900 MacArthur Blvd., Suite 650
Irvine, California 92612
Tel.: (949) 253-0800
Fax: (949) 253-0870


For Defendant GCI TECHNOLOGIES CORPORATION:

Robert B. Rosen, Esq.
rbrosen@hlgslaw.com
Hellring Lindeman Goldstein & Siegal LLP
One Gateway Center
Newark, NJ 07102
Tel.: (973) 621-9020
Fax: (973) 621-7406


(2)    a concise statement of the issues as they then appear;

This case is based on claims by Plaintiffs that Defendants have infringed Plaintiffs' copyrights in a particular software program known as BusyBox. Plaintiffs are an individual copyright holder in BusyBox and the not-for-profit corporate home for BusyBox, which is also the designated copyright enforcement agent for the individual Plaintiff. Defendants are various corporations that distribute various electronic devices. Plaintiffs allege that Defendants redistributed Plaintiffs' copyrighted software program – either embedded within their physical products, electronically online through their websites, or both – without Plaintiffs' permission.

Plaintiffs seek an award of damages and attorneys fees and the issuance of a permanent injunction barring Defendants from continuing to do so.

No Defendant has answered yet, and Defendants are continuing to investigate and evaluate the defenses that may be available. Pending the results of the Defendants' investigations, Defendants expect to show that Plaintiffs have no damages, that Defendants did nothing actionable under copyright law, that any alleged copying was not willful, that Plaintiffs are the not proper parties, that the copyright held by Mr. Andersen is not applicable, and that, since being put on notice of the purported requirements of the general public license, Defendants have endeavored in good faith to come into compliance with what can only be described as a "moving target."

(3)    a scheduling order including

    (a)    the names of persons to be deposed and a schedule of planned depositions;

Names of persons to be deposed include Plaintiff Erik Andersen [start - mAy] and other individuals yet to be determined. Depositions of fact witnesses to be completed by December 17, 2010.

    (b)    a schedule for the production of documents;    *Initial disclosures by 3/8*

The parties will serve initial requests for production of documents by ~~May 21, 2010~~ *MAR 22*

    (c)    dates by which (i) each expert's reports will be supplied to the adverse side and

Initial expert reports due February 11, 2011; rebuttal expert reports due March 11, 2011.

    (ii) each expert's deposition will be completed;

April 15, 2011

    (d)    time when discovery is to be completed;

Fact discovery to be completed by December 17, 2010. Expert discovery to be completed by April 15, 2011.

    (e)    the date by which plaintiffs will supply its pre-trial order matters to defendants;

July 1, 2011

    (f)    the date by which the parties will submit a pre-trial order in a form conforming with the Court's instructions together with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and proposed jury instructions, for a jury trial; and

7

July 29, 2011

(g)     a space for the date for a final pre-trial conference pursuant to Fed. R. Civ. P. 16(d), to be filled in by the Court at the conference.

_____ JAN. 6 at 4:30 2011 _____

(4)     a statement of any limitations to be placed on discovery, including any protective or confidentiality orders;

The Parties anticipate moving for entry of a general protective order.  The Parties are not aware of any other limitations, but anticipate that issues relating to prohibitions or restrictions on taking foreign discovery may arise as to some defendants.

(5)     a statement of those discovery issues, if any, on which counsel, after a good faith effort, were unable to reach an agreement;

None.

(6)     anticipated fields of expert testimony, if any;

Plaintiffs anticipate expert testimony concerning the following issues: (i) technological issues, including the relationship between source code and object code and how to determine if certain object code is derived from particular source code; and, (ii) damages, including the scope of infringement of Plaintiff's copyrighted works.

Defendants anticipate expert testimony in the areas of (a) technological issues, including but not limited to the identity of the source code at issue in the accused products, and (2) damages.  Insofar as Defendants are competitors and the subjects of expert testimony involved may be competitively sensitive, Defendants may individually retain independent experts in order to safeguard their trade secrets and confidential information.

(7)     anticipated length of trial and whether to court or jury;

Counsel for the parties have conferred and their present best estimate of the length of trial is fifteen (15) days .  Certain Defendants contemplate that they may request a jury trial.

(8)     a statement that the Scheduling Order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference or when justice so requires;

This ORDER may be altered or amended only on a showing of good cause not foreseeable at the time of the conference or when justice so requires;

(9)     names, addresses, phone numbers and signatures of counsel;

For Plaintiffs SOFTWARE FREEDOM CONSERVANCY, INC. and ERIK ANDERSEN:

*Daniel B. Ravicher* (signature)

Daniel B. Ravicher
ravicher@softwarefreedom.org
Aaron Williamson
aaronw@softwarefreedom.org
Mishi Choudhary
mishi@softwarefreedom.org
Michael A. Spiegel
mspiegel@softwarefreedom.org
Software Freedom Law Center
1995 Broadway, 17th Floor
New York, NY 10023-5882
Tel.: (212) 580-0800
Fax: (212) 580-0898


For Defendant BEST BUY CO., INC.:

_____

Kevin P. Simmons
ksimmons@simmonsjannace.com
Jason W. Creech
jcreech@simmonsjannace.com
Simmons Jannace, LLP
75 Jackson Avenue
Syosset, NY 11791-3139
Tel.: (516) 802-0630
Fax: (516) 802-0631


For Defendant SAMSUNG ELECTRONICS AMERICA, INC.:

_____

Michael M. Ratoza
michael.ratoza@bullivant.com
Bullivant Houser Bailey PC
888 S.W. Fifth Ave., Ste. 300
Portland, OR 97204-2089
Tel.: (503) 228-6351
Fax: (503) 295-0915

For Defendant WESTINGHOUSE DIGITAL ELECTRONICS, LLC:

_____

Kyle Bradford Fleming
kfleming@rennerotto.com
Renner, Otto, Boisselle & Sklar, LLP
1621 Euclid Avenue - 19th Floor
Cleveland, Ohio U.S.A. 44115
Tel.: (216) 736-3114
Fax: (216) 621-6165

For Defendant JVC AMERICAS CORPORATION:

_____

David Lawrence Yohai
david.yohai@weil.com
David Yolkut
david.yolkut@weil.com
Weil, Gotshal & Manges LLP (NYC)
757 Fifth Avenue
New York, NY 10153
Tel.: (212) 310-8000
Fax: (212) 310-8007

For Defendant WESTERN DIGITAL TECHNOLOGIES, INC.:

_____

Ognjan Varbanov Shentov
ovshentov@jonesday.com
Lynn Michelle Marvin
lmarvin@JonesDay.com
Jones Day
222 East 41st Street
New York, NY 10017
Tel.: (212)-326-3650
Fax: (212)-755-7306

10

For Defendant ROBERT BOSCH LLC:

_____
David Jacoby
djacoby@schiffhardin.com
Schiff Hardin LLP
900 Third Avenue
New York, New York 10022
Tel.: (212) 753-5000
Fax: (212) 753-5044

For Defendant PHOEBE MICRO, INC.:

_____
Andrew Kaver
andy@kaverlaw.com
32 Broadway, Suite 1710
New York, NY 10004
Tel.: (917) 338-6873
Fax: (212) 693-2167

For Defendant HUMAX USA INC.:

_____
Airina Lynn Rodrigues
airina.rodrigues@dlapiper.com
Andrew Lawrence Deutsch
andrew.deutsch@dlapiper.com
DLA Piper
1251 Avenue of The Americas
New York , NY 10020
Tel.: (212)-335-4673
Fax: (917)-778-8673

Andrew Valentine
Andrew.Valentine@dlapiper.com
DLA Piper LLP
2000 University Avenue
East Palo Alto , CA 94303
Tel.: (650) 833-2065

Fax: (650) 687-1204

Eugene M. Pak
eugene.pak@dlapiper.com
DLA Piper LLP(US)
555 Mission Street, Suite 2400
San Francisco, CA 94105
Tel.: (415) 836-2500
Fax: (415)836-2501


For Defendant COMTREND CORPORATION:


Emily Bab Kirsch
ekirsch@reedsmith.com
Reed Smith (NYC)
599 Lexington Avenue
New York , NY 10022
Tel.: (212)-521-5400
Fax: (212)-521-5450

Bill Overend
woverend@reedsmith.com
Reed Smith LLP
101 Second Street
San Francisco, CA 94105
Tel.: (415) 659-5919
Fax: (415) 391-8269


For Defendant ASTAK INC.:

Emily Bab Kirsch
ekirsch@reedsmith.com
Reed Smith (NYC)
599 Lexington Avenue
New York , NY 10022
Tel.: (212) 521-5400
Fax: (212) 521-5450


For Defendant ZYXEL COMMUNICATIONS INC.:

Emily Bab Kirsch
ekirsch@reedsmith.com
Reed Smith (NYC)
599 Lexington Avenue
New York , NY 10022
Tel.: (212)-521-5400
Fax: (212)-521-5450

S.J. Christine Yang
cyang@sjclawpc.com
Law Offices of S.J. Christine Yang
17220 Newhope Street, Suite 101-102
Fountain Valley, Ca. 92708
Tel: (714) 641-4022
Fax: (714) 641-2082


For Defendant DOBBS-STANFORD CORPORATION:


Michael T. Mervis
mmervis@proskauer.com
Justin F. Heinrich
jheinrich@proskauer.com
Proskauer Rose LLP (New York)
1585 Broadway
New York , NY 10036
Tel.: (212)-969-3277
Fax: (212)-969-2900

John Fischer
jfischer@stormllp.com
Scott Pershern
spershern@stormllp.com
Storm LLP
901 Main St., Ste. 7100
Dallas, TX 75202
Tel.: (214) 347-4700
Fax: (214) 347-4799


For Defendant VERSA TECHNOLOGY INC.:

Philippe Zimmerman
PZimmerman@MosesSinger.com
Moses & Singer LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174-1299
Tel.: (212) 554-7895
Fax: (917) 206-4395

Mark Yocca
myocca@yocca.com
Paul Kim
pkim@yocca.com
The Yocca Law Firm LLP
19900 MacArthur Blvd., Suite 650
Irvine, California 92612
Tel.: (949) 253-0800
Fax: (949) 253-0870


For Defendant GCI TECHNOLOGIES CORPORATION:


Robert B. Rosen, Esq.
rbrosen@hlgslaw.com
Hellring Lindeman Goldstein & Siegal LLP
One Gateway Center
Newark, NJ 07102
Tel.: (973) 621-9020
Fax: (973) 621-7406


SO ORDERED

SHIRA A. SCHEINDLIN
United States District Judge

Dated: New York, New York
       Feb. 22, 2010