UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Plaintiff, *Software Freedom*

-v-

Defendant. *Best Buy et al.*

------------------------------------------------------------x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

09 CIV 10155 (SAS) ( )

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/10

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☐ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Specific Non-Dispositive Motion/Dispute:*
  _____
  _____

  If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

☑ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
  Purpose:_____

☐ Habeas Corpus

☐ Social Security

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
  Particular Motion:_____

☐ All such motions: _____

*Do not check if already referred for general pretrial.

Dated  Feb. 22, 2010

SO ORDERED:

_____
United States District Judge

*May would be best.*

*Thanks*