UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
:
SOFTWARE FREEDOM CONVERSANY,             :       Civil Action No. 09-Civ-10155
INC., ET AL.                             :       (SAS)
:
Plaintiff,                        :
:
-   v –                               :       **NOTICE OF APPEARANCE**
:
BEST BUY CO., INC., ET AL.,               :
:
Defendants.                       :
:
---------------------------------------------------------------- X

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE, that the undersigned has been retained as attorney for

defendant Versa Technology, Inc., and demands that all papers in this action be served upon the

undersigned at the office and post office address stated below.

I certify that I am admitted to practice in this court.

Dated: March 2, 2010
New York, New York                  MOSES & SINGER LLP


   s/Philippe A. Zimmerman
Philippe A. Zimmerman
405 Lexington Avenue
New York, New York 10174-1299
Tel.: 212-554-7800
Fax: 212-554-7700
pzimmerman@mosessinger.com

*Attorneys for Defendant,*
*Versa Technology, Inc.*

797767v1  012606.0101