UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOFTWARE FREEDOM CONSERVANCY, INC. and ERIK ANDERSEN,<br><br>    Plaintiffs,<br><br>            -against-<br><br>BEST BUY CO., INC., SAMSUNG ELECTRONICS AMERICA, INC., WESTINGHOUSE DIGITAL ELECTRONICS, LLC, JVC AMERICAS CORPORATION, WESTERN DIGITAL TECHNOLOGIES, INC., ROBERT BOSCH LLC, PHOEBE MICRO, INC., HUMAX USA INC., COMTREND CORPORATION, DOBBS-STANFORD CORPORATION, VERSA TECHNOLOGY INC., ZYXEL COMMUNICATIONS INC., ASTAK INC., and GCI TECHNOLOGIES CORPORATION,<br><br>    Defendants. | Civil Action No. 09-CIV-10155 (SAS) |

**APPEARANCE**

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Best Buy Co., Inc.

    I certify that I am admitted to practice in this Court.


Dated: New York, New York      /s/ David Leichtman
       March 3, 2010      David Leichtman (DL-7233)
                                     Robins, Kaplan, Miller & Ciresi L.L.P.
                                     499 Park Avenue, Suite 1200
                                     New York, New York  10022
                                     Tel.:  212.980.7400
                                     Fax:  212.980.7499
                                     dleichtman@rkmc.com

2

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the below date, he did cause a true and correct copy of the foregoing **Appearance** to be served via this Court's Electronic Case Filing system upon counsel for all parties.

Dated: March 3, 2010

    /s/ Oren D. Langer
Oren D. Langer (OL 5962)