Simmons Jannace, LLP
115 Eileen Way, Suite 103
Syosset, New York 11791
(516) 802-0630
By: Jason W. Creech (jc-8093)
Attorneys for Defendant
Best Buy Co., Inc.

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

–––––––––––––––––––––––––––––––––––X     Civil Action No.:

SOFTWARE FREEDOM CONSERVANCY, INC.     09 CIV 10155
and ERIK ANDERSEN,

               Plaintiffs,     **NOTICE OF APPEARANCE**

        -against-

BEST BUY CO., INC., SAMSUNG ELECTRONICS
AMERICA, INC., WESTINGHOUSE DIGITAL     Scheindlin, J.
ELECTRONICS, LLC, JVC AMERICAS
CORPORATION, WESTERN DIGITAL
TECHNOLOGIES, INC., ROBERT BOSCH LLC,
PHOEBE MICRO, INC., HUMAX USA INC.,
COMTREND CORPORATION, DOBBS-STANFORD
CORPORATION, VERSA TECHNOLOGY INC.,
ZYXEL COMMUNICATIONS INC., ASTAK INC.,
and GCI TECHNOLOGIES CORPORATION,

              Defendants.
–––––––––––––––––––––––––––––––––––X

       **PLEASE TAKE NOTICE,** that the defendant, Best Buy Co., Inc., by Jason W.

Creech, Esq. of SIMMONS JANNACE, LLP appears for said defendant**.**  Jason W. Creech,

Esq.'s e-mail address is jcreech@simmonsjannace.com.

Dated: Syosset, New York
      March 4, 2010

Yours, etc.,

SIMMONS JANNACE, LLP

By: /s/ Jason W. Creech
    Jason W. Creech (jc-8093)
Attorneys for Defendant
Best Buy Co., Inc.
**Office & P.O. Address:**
115 Eileen Way, Suite 103
Syosset, New York 11791
(516) 802-0630

TO:   Daniel Ben Ravicher, Esq.
     SOFTWARE FREEDOM
     LAW CENTER, INC.
     Attorneys for Plaintiff
     Software Freedom Conservancy, Inc.
     **Office & P.O. Address:**
     1995 Broadway, 17th Floor
     New York, New York 10023
     (212) 580-0800

     Justin F. Heinrich
     PROSKAUER ROSE LLP (New York)
     Attorneys for Defendant
     Dobbs-Stanford Corporation
     **Office & P.O. Address:**
     1585 Broadway
     New York, New York 10036
     (212) 969-3277

     Emily Bab Kirsch
     REED SMITH (NYC)
     Attorneys for Defendants
     Comtred Corporation, Versa Technology Inc.,
     Zyxel Communications Inc. and Astak Inc.
     **Office & P.O. Address:**
     599 Lexington Avenue
     New York, New York 10022
     (212) 521-5400

Kyle Bradford Fleming
BAKER & DANIELS
Attorneys for Defendants
Samsung Electronics America, Inc.
and Westinghouse Digital Electronics, LLC
**Office & P.O. Address:**
111 East Wayne Street, Suite 800
Fort Wayne, IN 46802
(216) 861-7374

David Lawrence Yohai
WEIL, GOTSHAL & MANGES LLP (NYC)
Attorneys for Defendant
JVC Americas Corporation
**Office & P.O. Address:**
757 Fifth Avenue
New York, New York 10153
(212) 310-8000

Andrew Kaver
LAW OFFICES OF ANDREW KAVER
Attorneys for Defendants
Western Digital Technologies, Inc.,
Robert Bosch LLC and Phoebe Micro, Inc.
**Office & P.O. Address:**
305 Broadway, 7th Floor
New York, NY 10007
(212) 897-5803

Airina Lynn Rodrigues
DLA PIPER
Attorneys for Defendant
Humax USA Inc.
**Office & P.O. Address:**
1251 Avenue of the Americas
New York, New York 10020
(212) 335-4673

Ognjan Varbanov Shentov
JONES DAY
Attorneys for Defendants
GCI Technologies Corporation
and Western Digital Corporation
**Office & P.O. Address:**
901 Lakeside Avenue
Cleveland, OH 44114
(212) 326-3650