## CERTIFICATE OF SERVICE

RE:   Software Freedom Conservancy, Inc., et al.
       v. Best Buy Co., Inc., et al.
       <u>Docket No.: 09-cv-10155-SAS</u>

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF NASSAU     )

I, Jillian Schreiber, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of the **NOTICE OF APPEARANCE** was made on March 4, 2010 by:

XX    Mail service: Regular first class United States mail, postage fully pre-paid, addressed to:

Daniel Ben Ravicher, Esq.
SOFTWARE FREEDOM
LAW CENTER, INC.
Attorneys for Plaintiff
Software Freedom Conservancy, Inc.
**Office & P.O. Address:**
1995 Broadway, 17th Floor
New York, New York 10023
(212) 580-0800

Justin F. Heinrich
PROSKAUER ROSE LLP (New York)
Attorneys for Defendant
Dobbs-Stanford Corporation
**Office & P.O. Address:**
1585 Broadway
New York, New York 10036
(212) 969-3277

Emily Bab Kirsch
REED SMITH (NYC)
Attorneys for Defendants
Comtred Corporation, Versa Technology Inc.,
Zyxel Communications Inc. and Astak Inc.
**Office & P.O. Address:**
599 Lexington Avenue
New York, New York 10022
(212) 521-5400

Kyle Bradford Fleming
BAKER & DANIELS
Attorneys for Defendants
Samsung Electronics America, Inc.
and Westinghouse Digital Electronics, LLC
**Office & P.O. Address:**
111 East Wayne Street, Suite 800
Fort Wayne, IN 46802
(216) 861-7374

David Lawrence Yohai
WEIL, GOTSHAL & MANGES LLP (NYC)
Attorneys for Defendant
JVC Americas Corporation
**Office & P.O. Address:**
757 Fifth Avenue
New York, New York 10153
(212) 310-8000

Andrew Kaver
LAW OFFICES OF ANDREW KAVER
Attorneys for Defendants
Western Digital Technologies, Inc.,
Robert Bosch LLC and Phoebe Micro, Inc.
**Office & P.O. Address:**
305 Broadway, 7th Floor
New York, NY 10007
(212) 897-5803

Airina Lynn Rodrigues
DLA PIPER
Attorneys for Defendant
Humax USA Inc.
**Office & P.O. Address:**
1251 Avenue of the Americas
New York, New York 10020
(212) 335-4673

Ognjan Varbanov Shentov
JONES DAY
Attorneys for Defendants
GCI Technologies Corporation
and Western Digital Corporation
**Office & P.O. Address:**
901 Lakeside Avenue
Cleveland, OH 44114
(212) 326-3650

Under penalty of perjury, I declare that the foregoing is true and correct.

/s/ Jillian Schreiber
Jillian Schreiber

Sworn to before me this
4th day of March, 2010

/s/ Jaclyn M. Misita
Notary Public
State of New York
No. 01M16149006
Commission Expires July 3, 2010