So Ne!ndLin

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SOFTWARE FREEDOM CONSERVANCY, INC.
and ERIK ANDERSEN,

              Plaintiffs,

v.

BEST BUY CO., INC., SAMSUNG ELECTRONICS
AMERICA, INC., WESTINGHOUSE DIGITAL
ELECTRONICS, LLC, JVC AMERICAS
CORPORATION, WESTERN DIGITAL
TECHNOLOGIES, INC., ROBERT BOSCH, LLC,
PHOEBE MICRO, INC., HUMAX USA INC.,
COMTREND CORPORATION, DOBBS-
STANDFORD CORPORATION, VERSA
TECHNOLOGY INC., ZYXEL
COMMUNICATIONS INC., ASTAK, INC., and
GCI TECHNOLOGIES CORPORATION,

              Defendants.

---

ECF CASE

Civil No.: 09-CIV-10155 (SAS)

Judge Scheindlin

[Stamp: DATE / DOCUMENT / ELECTRONICALLY FILED / 3/5/10]

## STIPULATED ORDER FOR EXTENSION OF TIME FOR DEFENDANT SAMSUNG ELECTRONICS AMERICA, INC. ("SAMSUNG") TO FILE ITS ANSWER, FOR PLAINTIFFS AND SAMSUNG TO SERVE THEIR INITIAL DISCLOSURES AND TO MAKE INTIAL DISCOVERY REQUESTS

It appearing that Plaintiffs and Defendant Samsung have been engaged in good faith settlement negotiations, that these parties have been unable to complete their anticipated settlement due to the need for additional time to investigate certain complex software codes and uses of the codes, that Samsung's location in Korea has added to a geographical and language challenge that has contributed to the need for additional time to complete the software code investigation leading up to the anticipated settlement, and that these parties believe that their time, attention and resources are best focused at this time on completing the tasks needed for settlement, the Plaintiffs and Defendant Samsung stipulate and agree to a

1

reasonable two week extension of time for Samsung to file its answer in this cause to March 22, 2010 from the current due date of March 8, 2010. This is the second extension of time for the filing of Samsung's answer. In addition, the Plaintiffs and Defendant Samsung for the same reasons stipulate and agree to extend the date for their exchange of initial disclosures to March 22, 2010 from the current due date of March 8, 20010, and further stipulate and agree to extend the date by two weeks to April 5, 2010 for them to make initial discovery requests of one another.

Dated: March 5, 2010.

Daniel Ben Ravicher, (DR 1498)
Software Freedom Law Center, Inc.
1995 Broadway, 17th Floor
New York, NY 10023
Phone: 212 580 0800
Fax: 212 580 0898
E-mail: ravicher@softwarefreedom.org

Michael M. Ratoza (admitted *pro hac vice*)
Bullivant Houser Bailey PC
888 S.W. Fifth Ave., Ste. 300
Portland, OR 97204
Phone: 503 228 6351
Fax: 503 295 0915
E-mail: michael.ratoza@bullivant.com

SO ORDERED this 5 day of March, 2010.

Hon. Shira A. Scheindlin
United States District Judge

2