# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Software Freedom Conservancy, Inc., and Erik Anderson,   Plaintiff, <br><br> -v- <br><br> Best Buy Co. Inc., et al.,   Defendant. | Case No. 1:09-cv-10155 (SAS) <br><br> **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Westinghouse Digital Electronics, LLC ("Westinghouse") (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Westinghouse is a wholly-owned subsidiary of Nexis, Inc., and no publicly held corporation owns 10% or more of Westinghouse stock.

**Date:** 3/8/2010

s/Kyle B. Fleming
**Signature of Attorney**

**Attorney Bar Code:** KF-2327