**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SOFTWARE FREEDOM CONSERVANCY, INC. and ERIK ANDERSEN, <br><br> Plaintiffs, <br><br> -against- <br><br> BEST BUY CO., INC., SAMSUNG ELECTRONICS AMERICA, INC., WESTINGHOUSE DIGITAL ELECTRONICS, LLC, JVC AMERICAS CORPORATION, WESTERN DIGITAL TECHNOLOGIES, INC., ROBERT BOSCH LLC, PHOEBE MICRO, INC., HUMAX USA INC., COMTREND CORPORATION, DOBBS-STANFORD CORPORATION, VERSA TECHNOLOGY INC., ZYXEL COMMUNICATIONS INC., ASTAK INC., and GCI TECHNOLOGIES CORPORATION, <br><br> Defendants. | FILED VIA ECF <br><br> Civil Action No. 09-CIV-10155 (SAS) <br><br> **JURY TRIAL DEMANDED** |

### DEFENDANT BEST BUY CO., INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Best Buy Co., Inc. discloses the following:  Best Buy Co., Inc. is a publicly traded company and no publicly held corporation owns 10% or more of Best Buy Co., Inc.'s stock.

Dated: New York, New York  
       March 8, 2010

Respectfully submitted,

/s/ David Leichtman  
David Leichtman (DL-7233)  
dleichtman@rkmc.com  
Hillel I. Parness (HP-1638)  
hiparness@rkmc.com  
Oren D. Langer (OL-5962)  
odlanger@rkmc.com

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
499 Park Avenue, Suite 1200
New York, New York  10022
Tel.:  212.980.7400
Fax:  212.980.7499

Emmett J. McMahon
Sharon E. Roberg-Perez
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402
Tel.:  612.349.8500
Fax:  612. 339.4181

*Counsel for Best Buy Co., Inc.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the below date, he did cause a true and correct copy of the foregoing **DEFENDANT BEST BUY CO., INC.'S CORPORATE DISCLOSURE STATEMENT** to be served via this Court's Electronic Case Filing system upon counsel for all parties.

Dated:  March 8, 2010

                                                                /s/ Oren D. Langer  
                                                                Oren D. Langer (OL-5962)