UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————X

SOFTWARE FREEDOM CONSERVANCY, INC. :
and ERIK ANDERSEN,

                          Plaintiffs     :

              -against-                   :

BEST BUY CO. INC., et al.,               :

                          Defendants.    :

————————————————————————X

09 Civ. 10155 (SAS)

**RULE 7.1 STATEMENT
OF DEFENDANT
ROBERT BOSCH LLC**

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges

and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the

undersigned counsel for defendant Robert Bosch LLC (a private non-governmental party),

certifies as follows:

        The parent companies of Robert Bosch LLC are Robert Bosch North America

Corporation, Robert Bosch Industrieanlagen GmbH and Robert Bosch GmbH and no publicly

held corporation owns 10% or more of the stock of Robert Bosch LLC.

Dated: New York, New York
       March 8, 2010

                          SCHIFF HARDIN LLP

                          By: _____
                              David Jacoby (DJ3440)

                          Attorneys for Defendant
                          Robert Bosch LLC
                          900 Third Avenue
                          New York, NY 10022
                          (212) 753-5000

NY\50772191.1