UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
SOFTWARE FREEDOM CONSERVANCY, INC.
and ERIK ANDERSEN                                    09-CIV-10155 (SAS)

           Plaintiffs,                          Judge Scheindlin

    v.

BEST BUY CO., INC., SAMSUNG ELECTRONICS                **DISCLOSURE STATEMENT**
AMERICA, INC., WESTINGHOUSE DIGITAL                    **OF DEFENDANT**
ELECTRONICS, LLC, JVC AMERICAS                         **JVC AMERICAS CORP.**
CORPORATION, WESTERN DIGITAL                           **PURSUANT TO RULE 7.1 OF**
TECHNOLOGIES, INC., ROBERT BOSCH LLC,                  **THE FEDERAL RULES OF**
PHOEBE MICRO, INC., HUMAX USA INC.,                    **CIVIL PROCEDURE**
COMTREND CORPORATION, DOBBS-STANFORD
CORPORATION, VERSA TECHNOLOGY INC.,
ZYXEL COMMUNICATIONS INC., ASTAK, INC.,                **FILED ELECTRONICALLY**
and GCI TECHNOLOGIES CORPORATION,

           Defendants.
------------------------------------------------------------------x

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant JVC Americas Corporation ("JVC Americas") hereby states, by and through its undersigned counsel, the JVC Americas is a wholly-owned subsidiary of Victor Company of Japan, Limited.

       Dated: New York, New York
             March 8, 2010


       /s/  David L. Yohai
       David L. Yohai
       David Yolkut
       Weil, Gotshal & Manges LLP
       767 Fifth Avenue
       New York, New York 10153
       (212) 310-8000
       david.yohai@weil.com

       *Attorneys for Defendant JVC Americas Corp.*