MOSES & SINGER LLP
Philippe Zimmerman
pzimmerman@mosessinger.com
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Telephone:  (212) 554-7800
Facsimile:   (917) 206-4395

and

THE YOCCA LAW FIRM LLP
Mark W. Yocca (*pro hac vice* application to be filed)
myocca@yocca.com
Paul Kim (*pro hac vice* application to be filed)
pkim@yocca.com
19900 MacArthur Boulevard, Suite 650
Irvine, California 92612
Telephone:   (949) 253-0800
Facsimile:    (949) 253-0870
Attorneys for Defendant,
VERSA TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOFTWARE FREEDOM CONSERVANCY, INC. and ERIK ANDERSEN,<br><br>                              Plaintiffs,<br><br>vs.<br><br>BEST BUY CO., INC., SAMSUNG ELECTRONICS AMERICA, INC., WESTINGHOUSE DIGITAL ELECTRONICS, LLC, JVC AMERICAS CORPORATION, WESTERN DIGITAL TECHNOLOGIES, INC., ROBERT BOSCH LLC, PHOEBE MICRO, INC., HUMAX USA INC., COMTREND CORPORATION, DOBBS-STANDFORD CORPORATION, VERSA TECHNOLOGY INC., ZYXEL COMMUNICATIONS INC., ASTAK INC., and GCI TECHNOLOGIES CORPORATION,<br><br>                              Defendants. | **09 CIV. 10155 (SAS)**<br><br><br>**DEFENDANT VERSA TECHNOLOGY, INC.'S RULE 7.1 STATEMENT** |

807191v1  012659.0101

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Versa Technology, Inc. (a private non-governmental parties), hereby certify that defendant Versa Technology, Inc. does not have any publicly held corporate parents, affiliates and/or subsidiaries.

Dated:  March 8, 2010

                Respectfully submitted,

                MOSES & SINGER LLP

                By://pzimmerman
                    Philippe Zimmerman
                    The Chrysler Building
                    405 Lexington Avenue
                    New York, NY 10174
                Telephone: (212) 554-7800
                Facsimile:  (917) 206-4395

                        and

                Mark W. Yocca (*pro hac vice* application to be filed)
                Paul Kim (*pro hac vice* application to be filed)
                THE YOCCA LAW FIRM LLP
                19900 MacArthur Boulevard, Suite 650
                Irvine, California 92612
                Telephone:  (949) 253-0800
                Facsimile:   (949) 253-0870

                Attorneys for Defendant,
                VERSA TECHNOLOGY, INC.