Michael T. Mervis
Justin F. Heinrich
PROSKAUER ROSE LLP
1585 Broadway
New York, New York 10036
Tel.:	(212) 969-3000
Fax:	(212) 969-2900

John Fischer
Scott Pershern
STORM LLP
901 Main St., Ste. 7100
Dallas, TX 75202
Tel.:	(214) 347-4700
Fax:	(214) 347-4799

*Attorneys for Defendant*
*Dobbs-Stanford Corporation*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SOFTWARE FREEDOM CONSERVANCY, INC., et al.,<br><br>　　　　　　Plaintiffs,<br><br>- against -<br><br>BEST BUY, INC., et al.,<br><br>　　　　　　Defendants. | **DEFENDANT DOBBS-STANFORD CORPORATION'S CERTIFICATE OF INTERESTED PARTIES**<br><br>09 Civ. 10155 (SAS) |

Pursuant to Fed. R. Civ. P. 7.1, Defendant Dobbs-Stanford Corporation discloses the following:  Dobbs-Stanford Corporation is a private company, and has no parent corporation.

Dated:  March 8, 2010

        For Defendant

        DOBBS-STANFORD CORPORATION

        /s/ Michael T. Mervis

        _____

        Justin F. Heinrich
        jheinrich@proskauer.com
        Michael T. Mervis
        mmervis@proskauer.com
        Proskauer Rose LLP (New York)
        1585 Broadway
        New York , NY 10036
        Tel.: (212)-969-3277
        Fax: (212)-969-2900

        John Fischer
        jfischer@stormllp.com
        Scott Pershern
        spershern@stormllp.com
        Storm LLP
        901 Main St., Ste. 7100
        Dallas, TX 75202
        Tel.: (214) 347-4700
        Fax: (214) 347-4799

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th Day of March, 2010, I caused a true and correct copy of DEFENDANT DOBBS-STANFORD CORPORATION'S CERTIFICATE OF INTERESTED PARTIES to be filed and served via the Court's Electronic Case Filing system upon all counsel of record.

Dated: March 8, 2010

                                              s/Justin F. Heinrich
                                              Justin F. Heinrich (JH 3379)
                                              (jheinrich@proskauer.com)