Michael T. Mervis
Justin F. Heinrich
PROSKAUER ROSE LLP
1585 Broadway
New York, New York 10036
Tel.:    (212) 969-3000
Fax:    (212) 969-2900

John Fischer
Scott Pershern
STORM LLP
901 Main St., Ste. 7100
Dallas, TX 75202
Tel.:    (214) 347-4700
Fax:    (214) 347-4799

*Attorneys for Defendant*
*Dobbs-Stanford Corporation*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| SOFTWARE FREEDOM CONSERVANCY, INC., et al.<br><br>                    Plaintiffs,<br><br>- against -<br><br>BEST BUY, INC., et al.<br><br>                    Defendants. | **ORIGINAL ANSWER OF DEFENDANT**<br>**DOBBS-STANFORD CORPORATION**<br><br>09 Civ. 10155 (SAS) |

Defendant Dobbs-Stanford Company L.P. ("Dobbs-Stanford") answers the complaint of

Plaintiff Software Freedom Conservancy, Inc. and Erik Anderson (together "SFCI") as follows:

**The Parties**

1.      Dobbs-Stanford is without sufficient information to form a belief as to the truth of the

allegations in this paragraph at this time, and on that basis denies each and every allegation in

this paragraph.

2.      Dobbs-Stanford is without sufficient information to form a belief as to the truth of the allegations in this paragraph at this time, and on that basis denies each and every allegation in this paragraph.

3.      Dobbs-Stanford is without sufficient information to form a belief as to the truth of the allegations in this paragraph at this time, and on that basis denies each and every allegation in this paragraph.

4.      Dobbs-Stanford is without sufficient information to form a belief as to the truth of the allegations in this paragraph at this time, and on that basis denies each and every allegation in this paragraph.

5.      Dobbs-Stanford is without sufficient information to form a belief as to the truth of the allegations in this paragraph at this time, and on that basis denies each and every allegation in this paragraph.

6.      Dobbs-Stanford is without sufficient information to form a belief as to the truth of the allegations in this paragraph at this time, and on that basis denies each and every allegation in this paragraph.

7.      Dobbs-Stanford is without sufficient information to form a belief as to the truth of the allegations in this paragraph at this time, and on that basis denies each and every allegation in this paragraph.

8.      Dobbs-Stanford is without sufficient information to form a belief as to the truth of the allegations in this paragraph at this time, and on that basis denies each and every allegation in this paragraph.

9.      Dobbs-Stanford is without sufficient information to form a belief as to the truth of the allegations in this paragraph at this time, and on that basis denies each and every allegation in this paragraph.

10.     Dobbs-Stanford is without sufficient information to form a belief as to the truth of the allegations in this paragraph at this time, and on that basis denies each and every allegation in this paragraph.

11.   Dobbs-Stanford is without sufficient information to form a belief as to the truth of the allegations in this paragraph at this time, and on that basis denies each and every allegation in this paragraph.

12.   Admit.

13.   Dobbs-Stanford is without sufficient information to form a belief as to the truth of the allegations in this paragraph at this time, and on that basis denies each and every allegation in this paragraph.

14.   Dobbs-Stanford is without sufficient information to form a belief as to the truth of the allegations in this paragraph at this time, and on that basis denies each and every allegation in this paragraph.

15.   Dobbs-Stanford is without sufficient information to form a belief as to the truth of the allegations in this paragraph at this time, and on that basis denies each and every allegation in this paragraph.

16.   Dobbs-Stanford is without sufficient information to form a belief as to the truth of the allegations in this paragraph at this time, and on that basis denies each and every allegation in this paragraph.

## Jurisdiction & Venue

17.   Dobbs-Stanford admits that this court has subject matter jurisdiction under 17 U.S.C. § 501 and 28 U.S.C. §§ 1331 and 1355(c).

18.   Dobbs-Stanford admits that it has an Internet website, and that it sells products throughout the United States, but is without sufficient information to form a belief as to the truth of the remaining allegations in this paragraph at this time, and on that basis denies each and every remaining allegation in this paragraph.

19.   Dobbs-Stanford admits that venue is proper in this jurisdiction under 28 U.S.C. §§ 1391(b) and 1400(a).

**Factual Background**

20.     Dobbs-Stanford is without sufficient information to form a belief as to the truth of the allegations in this paragraph at this time, and on that basis denies each and every allegation in this paragraph.

21.     Dobbs-Stanford is without sufficient information to form a belief as to the truth of the allegations in this paragraph at this time, and on that basis denies each and every allegation in this paragraph.

22.     Dobbs-Stanford is without sufficient information to form a belief as to the truth of the allegations in this paragraph at this time, and on that basis denies each and every allegation in this paragraph.

23.     Dobbs-Stanford is without sufficient information to form a belief as to the truth of the allegations in this paragraph at this time, and on that basis denies each and every allegation in this paragraph.

24.     Dobbs-Stanford is without sufficient information to form a belief as to the truth of the allegations in this paragraph at this time, and on that basis denies each and every allegation in this paragraph.

25.     Dobbs-Stanford is without sufficient information to form a belief as to the truth of the allegations in this paragraph at this time, and on that basis denies each and every allegation in this paragraph.

26.     Denied as to Dobbs-Stanford.  Dobbs-Stanford is without sufficient information to form a belief as to the truth of the remaining allegations in this paragraph at this time, and on that basis denies each and every remaining allegation in this paragraph.

27.     Denied as to Dobbs-Stanford.  Dobbs-Stanford is without sufficient information to form a belief as to the truth of the remaining allegations in this paragraph at this time, and on that basis denies each and every remaining allegation in this paragraph.

28.     Denied as to Dobbs-Stanford.  Dobbs-Stanford is without sufficient information to form a
belief as to the truth of the remaining allegations in this paragraph at this time, and on that
basis denies each and every remaining allegation in this paragraph.

29.     Denied as to Dobbs-Stanford.  Dobbs-Stanford is without sufficient information to form a
belief as to the truth of the remaining allegations in this paragraph at this time, and on that
basis denies each and every remaining allegation in this paragraph.

## Claim for Relief

## Count I: Copyright Infringement

30.     Dobbs-Stanford incorporates by reference and adopts its responses to the paragraphs
above, as though fully set forth herein.

31.     Dobbs-Stanford is without sufficient information to form a belief as to the truth of the
allegations in this paragraph at this time, and on that basis denies each and every allegation in
this paragraph.

32.     Denied as to Dobbs-Stanford.  Dobbs-Stanford is without sufficient information to form a
belief as to the truth of the remaining allegations in this paragraph at this time, and on that
basis denies each and every remaining allegation in this paragraph.

33.     Denied as to Dobbs-Stanford.  Dobbs-Stanford is without sufficient information to form a
belief as to the truth of the remaining allegations in this paragraph at this time, and on that
basis denies each and every remaining allegation in this paragraph.

34.     Denied as to Dobbs-Stanford.  Dobbs-Stanford is without sufficient information to form a
belief as to the truth of the remaining allegations in this paragraph at this time, and on that
basis denies each and every remaining allegation in this paragraph.

35.     Denied as to Dobbs-Stanford.  Dobbs-Stanford is without sufficient information to form a
belief as to the truth of the remaining allegations in this paragraph at this time, and on that
basis denies each and every remaining allegation in this paragraph.

## Affirmative Defenses

1.      SFCI's Complaint fails to state a claim upon which relief may be granted and should be dismissed under Fed. R. Civ. P. 12(b)(6).

2.      SFCI's claim is barred because Dobbs-Stanford's alleged use of the relevant software code is under license, the terms of which Dobbs-Stanford has complied with.

3.      SFCI's claim is barred because it is made on the basis of purported copyright(s) that SFCI has not registered.

4.      SFCI's claims are barred by the applicable statute of limitations.

5.      SFCI's claims are barred by the doctrines of laches, 28 U.S.C. § 2462, and/or estoppel.

## Request for Relief

Dobbs-Stanford respectfully requests that the Court enter judgment against SFCI and award Dobbs-Stanford the following relief:

1.      That the Court dismiss, with prejudice, SFCI's Complaint against Dobbs-Stanford;

2.      That the Court award SFCI nothing;

3.      That the Court declare that Dobbs-Stanford has not violated any copyright belonging to any Plaintiff;

4.      That the Court declare this to be an exceptional case, and award Dobbs-Stanford its reasonable costs, expenses, and attorneys' fees; and

5.      That the Court award Dobbs-Stanford any and all further relief to which it may be

entitled.

Dated:  March 8, 2010                                        For Defendant
                                                            DOBBS-STANFORD CORPORATION

                                                            /s/ Michael T. Mervis

                                                            _____
                                                            Justin F. Heinrich
                                                            jheinrich@proskauer.com
                                                            Michael T. Mervis
                                                            mmervis@proskauer.com
                                                            Proskauer Rose LLP (New York)
                                                            1585 Broadway
                                                            New York , NY 10036
                                                            Tel.: (212)-969-3277
                                                            Fax: (212)-969-2900

                                                            John Fischer
                                                            jfischer@stormllp.com
                                                            Scott Pershern
                                                            spershern@stormllp.com
                                                            Storm LLP
                                                            901 Main St., Ste. 7100
                                                            Dallas, TX 75202
                                                            Tel.: (214) 347-4700
                                                            Fax: (214) 347-4799

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 8th Day of March, 2010, I caused a true and correct copy of

the ORIGINAL ANSWER OF DEFENDANT DOBBS-STANFORD CORPORATION to be

filed and served via the Court's Electronic Case Filing system upon all counsel of record.

Dated: March 8, 2010

s/Justin F. Heinrich
Justin F. Heinrich (JH 3379)
(jheinrich@proskauer.com)
