UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOFTWARE FREEDOM CONSERVANCY, INC., et al.,<br><br>                                                    Plaintiffs,<br><br>               - against -<br><br>BEST BUY, INC., et al.<br><br>                                                    Defendants. | 09 Civ. 10155 (SAS)<br><br>ECF CASE |

## **RULE 7.1 STATEMENT OF WESTERN DIGITAL TECHNOLOGIES, INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Western Digital Technologies, Inc. ("WDT"), by and through its counsel, hereby discloses that it is a nongovernmental corporate party in this action.  Western Digital Corporation, parent corporation to WDT and a publicly held corporation, owns 10% or more of WDT's stock.

This statement is accurate as of its execution date of March 8, 2010.

Dated:  New York, New York
           March 8, 2010

Respectfully submitted,

JONES DAY


 /s/ Lynn M. Marvin
Ognian Shentov, Esq. (OS-4868)
Lynn M. Marvin, Esq. (LM-2281)
JONES DAY
222 E. 41st Street
New York, NY  10017
Telephone: 212-326-3939
Facsimile: 212-755-7306

Counsel for Defendant
WESTERN DIGITAL TECHNOLOGIES, INC.

## CERTIFICATE OF SERVICE

I, Lynn M. Marvin, an attorney at Jones Day, hereby certifies, under penalty of perjury, that on March 8, 2010 I caused a true and correct copy of RULE 7.1 STATEMENT OF WESTERN DIGITAL TECHNOLOGIES, INC. to be served by ECF delivery and electronic mail on all counsel of record.

Dated:  New York, New York
        March 8, 2010

                                                  /s/ Lynn M. Marvin
                                                  Lynn M. Marvin (LM-2281)