REED SMITH LLP
Emily B. Kirsch
599 Lexington Avenue
23rd Floor
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
Ekirsch@reedsmith.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOFTWARE FREEDOM CONSERVANCY, INC., et al.<br><br>　　　　　Plaintiffs,<br><br>- against -<br><br>BEST BUY, INC., et al.<br><br>　　　　　Defendants. | 09 Civ. 10155 (SAS) |

## CERTIFICATE OF SERVICE

I, Emily B. Kirsch , certify that on this 8th day of March 2010, I caused a true and correct copy of the **DEFENDANT COMTREND CORPORATION'S ANSWER TO COMPLAINT** and **DEFENDANT COMTREND CORPORATION'S RULE 26(a)(1) INITIAL DISCLOSURES** to be served upon the entities on the attached Service List in the manner indicated.

　　　　　　　　　　　　　　　　　　　　／s／ Emily B. Kirsch
　　　　　　　　　　　　　　　　　　　　Emily B. Kirsch (EB 4216)
　　　　　　　　　　　　　　　　　　　　REED SMITH LLP
　　　　　　　　　　　　　　　　　　　　599 Lexington Avenue
　　　　　　　　　　　　　　　　　　　　New York, New York  10022
　　　　　　　　　　　　　　　　　　　　Telephone:   +1 212 521-5400
　　　　　　　　　　　　　　　　　　　　Facsimile:   +1 212 521-5450
　　　　　　　　　　　　　　　　　　　　Email:  ekirsch@reedsmith.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant COMTREND CORPORATION*

## SERVICE LIST

**By Electronic Mail**

Daniel B. Ravicher
ravicher@softwarefreedom.org
1995 Broadway, 17th Floor
New York, NY 10023-5882
Tel.: (212) 580-0800
Fax: (212) 580-0898

Kevin P. Simmons
ksimmons@sjslaw.com
Simmons, Jannace & Stagg, LLP
75 Jackson Avenue
Syosset, NY 11791-3139
Tel.: (516) 357-8100
Fax: (516) 357-8111

Michael M. Ratoza
michael.ratoza@bullivant.com
Bullivant Houser Bailey PC
888 S.W. Fifth Ave., Ste. 300
Portland, OR 97204-2089
Tel.: (503) 228-6351
Fax: (503) 295-0915

Kyle Bradford Fleming
kfleming@rennerotto.com
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, IN 46802
Tel.: (216) 861-7374
Fax: (216) 373-6557

David Lawrence Yohai
david.yohai@weil.com
Weil, Gotshal & Manges LLP (NYC)
757 Fifth Avenue
New York, NY 10153
Tel.: (212) 310-8000
Fax: (212) 310-8007

Ognjan Varbanov Shentov
ovshentov@jonesday.com
222 East 41st Street
New York, NY 10017
Tel.: (212)-326-3650
Fax: (212)-755-7306

David Jacoby
djacoby@schiffhardin.com
Schiff Hardin LLP
900 Third Avenue
New York, New York 10022
Tel.: (212) 753-5000
Fax: (212) 753-5044

Andrew Kaver
andy@kaverlaw.com
32 Broadway, Suite 1710
New York, NY 10004
Tel.: (917) 338-6873
Fax: (212) 693-2167

Airina Lynn Rodrigues
airina.rodrigues@dlapiper.com
DLA Piper
1251 Avenue of The Americas
New York, NY 10020
Tel.: (212)-335-4673
Fax: (917)-778-8673

Andrew Valentine
Andrew.Valentine@dlapiper.com
DLA Piper LLP
2000 University Avenue
East Palo Alto, CA 94303
Tel.: (650) 833-2065
Fax: (650) 687-1204

Eugene M. Pak
eugene.pak@dlapiper.com
DLA Piper, LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105 Tel.: (415) 836-2500
Fax: (415)836-2501

Bill Overend
woverend@reedsmith.com
Reed Smith LLP
101 Second Street
San Francisco, CA 94105
Tel.: (415) 659-5919
Fax: (415) 391-8269

S.J. Christine Yang
cyang@sjclawpc.com
Law Offices of S.J. Christine Yang
17220 Newhope Street, Suite 101-102
Fountain Valley, Ca. 92708
Tel: 714-641-4022
Fax: 714-641-2082

Justin F. Heinrich
jheinrich@proskauer.com
Proskauer Rose LLP (New York)
1585 Broadway
New York, NY 10036
Tel.: (212)-969-3277
Fax: (212)-969-2900

John Fischer
jfischer@stormllp.com
Storm LLP
901 Main St., Ste. 7100
Dallas, TX 75202
Tel.: (214) 347-4700
Fax: (214) 347-4799

Paul Kim
pkim@yocca.com
The Yocca Law Firm LLP
19900 MacArthur Blvd., Suite 650
Irvine, California 92612
Tel.: (949) 253-0800
Fax: (949) 253-0870


Philippe Zimmerman
Moses & Singer, LLP
The Chrysler Building
405 Lexington Avenue New York, New York 10174-1299
(T) 212/554-7895
(F) 917/206-4395
PZimmerman@MosesSinger.com

Robert B. Rosen, Esq.
rbrosen@hlgslaw.com
Hellring Lindeman Goldstein & Siegal LLP
One Gateway Center
Newark, NJ 07102
Tel.: (973) 621-9020
Fax: (973) 621-7406