REED SMITH LLP
Emily B. Kirsch
599 Lexington Avenue
23rd Floor
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
Ekirsch@reedsmith.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOFTWARE FREEDOM CONSERVANCY, INC., et al.<br><br>              Plaintiffs,<br><br>- against -<br><br>BEST BUY, INC., et al.<br><br>              Defendants. | 09 Civ. 10155 (SAS) |

## CERTIFICATE OF SERVICE

I, Emily B. Kirsch, certify that on this 8th day of March 2010, I caused a true and correct copy of the **DEFENDANT ASTAK, INC.'S ANSWER TO COMPLAINT** and **DEFENDANT ASTAK, INC.'S RULE 26(a)(1) INITIAL DISCLOSURES** to be served upon the entities on the attached Service List in the manner indicated.

_____
Emily B. Kirsch (EB 4216)
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
Telephone:   +1 212 521-5400
Facsimile:   +1 212 521-5450
Email: ekirsch@reedsmith.com

*Counsel for Defendant Astak, Inc.*

# SERVICE LIST

**By Electronic Mail**

Daniel B. Ravicher
ravicher@softwarefreedom.org
1995 Broadway, 17th Floor
New York, NY 10023-5882
Tel.: (212) 580-0800
Fax: (212) 580-0898

Kevin P. Simmons
ksimmons@sjslaw.com
Simmons, Jannace & Stagg, LLP
75 Jackson Avenue
Syosset, NY 11791-3139
Tel.: (516) 357-8100
Fax: (516) 357-8111

Michael M. Ratoza
michael.ratoza@bullivant.com
Bullivant Houser Bailey PC
888 S.W. Fifth Ave., Ste. 300
Portland, OR 97204-2089
Tel.: (503) 228-6351
Fax: (503) 295-0915

Kyle Bradford Fleming
kfleming@rennerotto.com
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, IN 46802
Tel.: (216) 861-7374
Fax: (216) 373-6557

David Lawrence Yohai
david.yohai@weil.com
Weil, Gotshal & Manges LLP (NYC)
757 Fifth Avenue
New York, NY 10153
Tel.: (212) 310-8000
Fax: (212) 310-8007

Ognjan Varbanov Shentov
ovshentov@jonesday.com
222 East 41st Street
New York, NY 10017
Tel.: (212)-326-3650
Fax: (212)-755-7306

David Jacoby
djacoby@schiffhardin.com
Schiff Hardin LLP
900 Third Avenue
New York, New York 10022
Tel.: (212) 753-5000
Fax: (212) 753-5044

Andrew Kaver
andy@kaverlaw.com
32 Broadway, Suite 1710
New York, NY 10004
Tel.: (917) 338-6873
Fax: (212) 693-2167

Airina Lynn Rodrigues
airina.rodrigues@dlapiper.com
DLA Piper
1251 Avenue of The Americas
New York , NY 10020
Tel.: (212)-335-4673
Fax: (917)-778-8673

Andrew Valentine
Andrew.Valentine@dlapiper.com
DLA Piper LLP
2000 University Avenue
East Palo Alto , CA 94303
Tel.: (650) 833-2065
Fax: (650) 687-1204

Eugene M. Pak
eugene.pak@dlapiper.com
DLA Piper, LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105Tel.: (415) 836-2500
Fax: (415)836-2501

Bill Overend
woverend@reedsmith.com
Reed Smith LLP
101 Second Street
San Francisco, CA 94105
Tel.: (415) 659-5919
Fax: (415) 391-8269

S.J. Christine Yang
cyang@sjclawpc.com
Law Offices of S.J. Christine Yang
17220 Newhope Street, Suite 101-102
Fountain Valley, Ca. 92708
Tel: 714-641-4022
Fax: 714-641-2082

Justin F. Heinrich
jheinrich@proskauer.com
Proskauer Rose LLP (New York)
1585 Broadway
New York , NY 10036
Tel.: (212)-969-3277
Fax: (212)-969-2900

John Fischer
jfischer@stormllp.com
Storm LLP
901 Main St., Ste. 7100
Dallas, TX 75202
Tel.: (214) 347-4700
Fax: (214) 347-4799

Paul Kim
pkim@yocca.com
The Yocca Law Firm LLP
19900 MacArthur Blvd., Suite 650
Irvine, California 92612
Tel.: (949) 253-0800
Fax: (949) 253-0870


Philippe Zimmerman
Moses & Singer, LLP
The Chrysler Building
405 Lexington Avenue New York, New York 10174-1299
(T) 212/554-7895
(F) 917/206-4395
PZimmerman@MosesSinger.com

Robert B. Rosen, Esq.
rbrosen@hlgslaw.com
Hellring Lindeman Goldstein & Siegal LLP
One Gateway Center
Newark, NJ 07102
Tel.: (973) 621-9020
Fax: (973) 621-7406