Eugene M. Pak, Esq. (CA-168699)
DLA PIPER LLP (US)
555 Mission Street, 24th Floor
San Francisco, CA 94105
Tel: 415-836-2500
Fax: 415-836-2501

Andrew P. Valentine, Esq. (CA-162094)
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2215
Tel: 650-833-2000
Fax: 650-833-2001

Andrew L. Deutsch, Esq. (NY-1198522)
Airina Lynn Rodrigues, Esq. (NY-4607362)
DLA PIPER LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, NY 10020-1104
Tel: 212-335-4500
Fax: 212-335-4501

Attorneys for Defendant Humax USA, Inc.

**SOFTWARE FREEDOM CONSERVANCY, and ERIK ANDERSEN,**

**Plaintiffs**

**v.**

**BEST BUY CO., INC., et al.**

**Defendants.**

**ECF CASE**
09 Civ. 10155 (SAS)

**DEFENDANT HUMAX USA, INC.'S RULE 7.1 DISCLOSURE STATEMENT**

**JURY TRIAL DEMANDED**

2

Pursuant to Rule 7.1 of the Federal Rule of Civil Procedure 7.1, Defendant Humax USA, Inc., by and through its counsel, discloses that it is a subsidiary of Humax Co. Ltd. (Korea).

Dated: March 8, 2010                               **DLA PIPER LLP (US)**


                                                   By: /s/ Eugene Pak _____
                                                       Eugene M. Pak (admitted *pro hac vice*)
                                                       555 Mission Street, 24th Floor
                                                       San Francisco, CA 94105
                                                       eugene.pak@dlapiper.com
                                                       Tel: 415-836-2500
                                                       Fax: 415-836-2501

                                                       Andrew P. Valentine (admitted *pro hac vice*)
                                                       DLA Piper LLP (US)
                                                       2000 University Avenue
                                                       East Palo Alto , CA 94303
                                                       Andrew.Valentine@dlapiper.com
                                                       Tel.: (650) 833-2065
                                                       Fax: (650) 687-1204

                                                       Andrew L. Deutsch
                                                       Airina L. Rodrigues
                                                       DLA Piper LLP (US)
                                                       1251 Avenue of the Americas
                                                       New York, NY  10020-1104
                                                       andrew.deustsch@dlapiper.com
                                                       airina.rodrigues@dlapiper.com
                                                       Tel: 212 335-4500
                                                       Fax: 212 335-4501

                                                       Attorneys for Defendant Humax USA, Inc.