UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOFTWARE FREEDOM CONSERVANCY, INC. and ERIK ANDERSON,<br><br>Plaintiffs<br><br>v.<br><br>BEST BUY CO., INC., SAMSUNG ELECTRONICS AMERICA, INC., WESTINGHOUSE DIGITAL ELECTRONICS, LLC, JVC AMERICAS CORPORATION, WESTERN DIGITAL TECHNOLOGIES, INC., ROBERT BOSCH LLC, PHOEBE MICRO, INC., HUMAX USA INC., COMTREND CORPORATION, DOBBS-STANFORD CORPORATION, VERSA TECHNOLOGY INC., ZYXEL COMMUNICATIONS INC.,ASTAK, INC., and GCI TECHNOLOGIES CORPORATION,<br><br>Defendants. | 09 CIV 10155 (SAS)<br><br>Judge Scheindlin<br><br>**DEFENDANT COMTREND CORPORATIONS'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1(a), and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel for Defendant Comtrend Corporation hereby certifies that Comtrend Corporation Taiwan, 3F-1, 10 Lane 609, Chung Hsin Road, Section 5, San Chung City, Taipei Hsien, Taiwan 241 holds 100% of the outstanding stock of Comtrend Corporation.

DATED this the 8th day of March, 2010.

                                                                                        /s/ Emily Kirsch
Emily B. Kirsch (EB 4216)
Email: ekirsch@reedsmith.com
REED SMITH LLP
599 Lexington Avenue
New York, New York  10022
Telephone:   +1 212 521-5400
Facsimile:   +1 212 521-5450

William R. Overend (CA State Bar No. 180209)
Email: woverend@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, California 94105
Telephone: (415) 543-8700
Facsimile: (415) 391-8269

*Counsel for Defendant Comtrend Corporation*

2