UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOFTWARE FREEDOM CONSERVANCY, INC. and ERIK ANDERSON,<br><br>　　　　　　　Plaintiffs<br><br>　　v.<br><br>BEST BUY CO., INC., SAMSUNG ELECTRONICS AMERICA, INC., WESTINGHOUSE DIGITAL ELECTRONICS, LLC, JVC AMERICAS CORPORATION, WESTERN DIGITAL TECHNOLOGIES, INC., ROBERT BOSCH LLC, PHOEBE MICRO, INC., HUMAX USA INC., COMTREND CORPORATION, DOBBS-STANFORD CORPORATION, VERSA TECHNOLOGY INC., ZYXEL COMMUNICATIONS INC., ASTAK, INC., and GCI TECHNOLOGIES CORPORATION,<br><br>　　　　　　　Defendants. | 09 CIV 10155 (SAS)<br><br>Judge Scheindlin<br><br>**DEFENDANT ASTAK, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

　　　　Pursuant to Federal Rule of Civil Procedure 7.1(a), and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel for Defendant ASTAK, Inc. hereby certifies that no publicly held corporation owns 10% or more of the stock of ASTAK.

　　　　Dated: New York, New York
　　　　　　　March 9, 2010

　　　　　　　　　　　　　　　　　　　　　　　**REED SMITH LLP**

　　　　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　　　　Emily B. Kirsch

　　　　　　　　　　　　　　　　　　　　　　　**REED SMITH LLP**
　　　　　　　　　　　　　　　　　　　　　　　599 Lexington Avenue
　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10022
　　　　　　　　　　　　　　　　　　　　　　　Tel. (212) 521-5400
　　　　　　　　　　　　　　　　　　　　　　　Fax. (212) 521-5450

　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant ASTAK, Inc.*