UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOFTWARE FREEDOM CONSERVANCY, INC. and ERIK ANDERSON,<br><br>Plaintiffs<br><br>v.<br><br>BEST BUY CO., INC., SAMSUNG ELECTRONICS AMERICA, INC., WESTINGHOUSE DIGITAL ELECTRONICS, LLC, JVC AMERICAS CORPORATION, WESTERN DIGITAL TECHNOLOGIES, INC., ROBERT BOSCH LLC, PHOEBE MICRO, INC., HUMAX USA INC., COMTREND CORPORATION, DOBBS-STANFORD CORPORATION, VERSA TECHNOLOGY INC., ZYXEL COMMUNICATIONS INC.,ASTAK, INC., and GCI TECHNOLOGIES CORPORATION,<br><br>Defendants. | 09 CIV 10155 (SAS)<br><br>Judge Scheindlin<br><br>**DEFENDANT ZYXEL COMMUNICATIONS, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1(a), and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel for Defendant ZyXEL Communications, Inc. hereby certifies that ZyXEL Communications Corporation, a Taiwan public company located at No. 6 Innovation Road II, Hsinchu Science Park, Hsinchu, Taiwan, is the parent corporation of ZyXEL Communications, Inc. in the U.S. No other publicly held corporation owns 10% or more of the stock of ZyXEL Communications, Inc.

Dated: New York, New York
       March 9, 2010

                                                **REED SMITH LLP**

                                                By: _____/s/ Emily Kirsch_____
                                                    Emily B. Kirsch

                                                **REED SMITH LLP**
                                                599 Lexington Avenue
                                                New York, NY 10022
                                                Tel. (212) 521-5400
                                                Fax. (212) 521-5450

                                                *Attorneys for Defendant ZyXEL*
                                                *Communications, Inc.*

**OF COUNSEL**

S.J. Christine Yang
Law Offices of S. J. Christine Yang
17220 Newhope Street, Suite 101-102
Fountain Valley, CA 92708
Tel: 714-641-4022
Fax: 714-641-2082
cyang@sjclawpc.com

2