USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/9/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
SOFTWARE FREEDOM CONSERVANCY, :
INC., et al. : ECF CASE
              Plaintiffs, :
    -against- : Civil Action No. 1:09-cv-10155-SAS
  :
BEST BUY CO., INC., et al., : **NOTICE OF VOLUNTARY**
              Defendants. : **DISMISSAL**
---------------------------------------------------------- X

       Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiffs Software Freedom Conservancy, Inc. and Erik Andersen hereby dismiss defendant GCI Technologies Corporation from this action WITHOUT PREJUDICE, and without costs to any party. Plaintiffs maintain this action against all other defendants.

       Respectfully submitted,

SOFTWARE FREEDOM LAW CENTER, INC.

By: _____

Daniel B. Ravicher (DR1498)
Aaron Williamson (AW1337)
Mishi Choudhary (MC2009)
Michael A. Spiegel (MS2309)
1995 Broadway, 17th Floor
New York, NY 10023-5882
Tel.: 212-580-0800
Fax.: 212-580-0898

DATED: March 9, 2010
New York, NY

Attorneys for Plaintiffs *Software Freedom Conservancy, Inc.* and *Erik Andersen*

SO ORDERED:
_____
Hon. Shira A Scheindlin
United States District Judge

Proposed Order for 1:09-cv-10155-SAS Software Freedom Conservan...

**Subject:** Proposed Order for 1:09-cv-10155-SAS Software Freedom Conservancy, Inc., et al. v. Best Buy Co., Inc. et al.
**From:** "Daniel B. Ravicher" <ravicher@softwarefreedom.org>
**Date:** Mon, 08 Mar 2010 15:58:13 -0500
**To:** orders_and_judgments@nysd.uscourts.gov
**CC:** "Robert B. Rosen" <rbrosen@HLGSLAW.COM>

```
Hon. Shira A. Scheindlin
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Judge Scheindlin:

Please find attached hereto a proposed order dismissing defendant GCI
TECHNOLOGIES CORPORATION from the matter of 1:09-cv-10155-SAS Software
Freedom Conservancy, Inc., et al. v. Best Buy Co., Inc. et al.  As the
plaintiffs and this particular defendant have reached a settlement of
their dispute, the plaintiffs hereby respectfully request that you
review and endorse the enclosed order.  Plaintiffs maintain this action
against all other defendants.

Very truly yours,
s/ Daniel B. Ravicher
Daniel B. Ravicher, Esq. (DR-1498)
Legal Director
Software Freedom Law Center
1995 Broadway, 17th Fl.
New York, NY 10023
(212) 461-1902 direct
(212) 580-0800 main
(212) 580-0898 fax
ravicher@softwarefreedom.org
www.softwarefreedom.org

Attorneys for Plaintiffs Software Freedom Conservancy, Inc., and Erik
Andersen

attachment
```

| | |
|---|---|
| **GCI Proposed Dismissal Order.pdf** | **Content-Type:** application/pdf<br>**Content-Encoding:** base64 |