UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SOFTWARE FREEDOM CONSERVANCY, INC.
And ERIK ANDERSON,

        Plaintiffs,

   v.

BEST BUY CO., INC., SAMSUNG ELECTRONICS
AMERICA, INC., WESTINGHOUSE DIGITAL
ELECTRONICS, LLC, JVC AMERICAS
CORPORATION, WESTERN DIGITAL
TECHNOLOGIES, INC., ROBERT BOSCH LLC,
PHOEBE MICRO, INC., HUMAX USA INC.,
COMTREND CORPORATION, DOBBS-STANFORD
CORPORATION, VERSA TECHNOLOGY INC., ZYXEL
COMMUNICATIONS INC., ASTAK, INC. and GCI
TECHNOLOGIES CORPORATION,

        Defendants.

------------------------------------------------------------x

09-CIV-10155 (SAS)

Judge Scheindlin

**STIPULATION EXTENDING TIME**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/16/10

    WHEREAS, plaintiffs filed the complaint in this action on December 14, 2009 (the "Complaint");

    WHEREAS, plaintiffs served defendant Phoebe Micro, Inc. ("Phoebe") with the complaint on or about December 17, 2009;

    WHEREAS, one prior request for an extension of time has been made to the Court to extend the time to answer until March 15, 2010;

    WHEREAS, the parties have discussed settlement terms and have a high possibility of settling the matter in the next several weeks.

IT IS HEREBY STIPULATED, CONSENTED AND AGREED by and between the undersigned parties, through their counsel, as follows:

1. The time for Phoebe to answer, move against, or otherwise respond to the Complaint is hereby extended to and including April 15, 2010.

2. The time for Phoebe to file initial disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedures is extended to April 29, 2010.

3. The time for the parties to serve their initial requests for production of documents is extended to May 21, 2010.

4. All other dates in the Court's Scheduling Order dated February 22, 2010 (Doc. No. 53), except as modified above, shall apply.

5. Phoebe waives any objection with respect to the service of process of the Complaint, but otherwise reserves all of its defenses and objections.

Dated: New York, New York
March 12, 2010

*Daniel B. Ravicher*

Daniel B. Ravicher
Aaron Williamson
Mishi Choudhary
Michael A. Spiegel
Software Freedom Law Center, inc.
1995 Broadway, 17th floor
New York, NY 10023-5882
Tel.: (212) 580-0800
Fax: (212) 580-0898

*Attorneys for Plaintiffs*

Dated: New York, New York
March 12, 2010

Andrew M. Kaver (AK1012)
Law Offices of Andrew M. Kaver
32 Broadway, Suite 1710
New York, NY 10004
Tel.: (917) 338-6873
Fax: (212) 693-2167

*Attorneys for Phoebe Micro, Inc.*

SO ORDERED this 16 day of

_____March_____, 2010

_____
Honorable Shira A. Scheindlin
United States District Judge