UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOFTWARE FREEDOM CONSERVANCY,
INC. and ERIK ANDERSEN,

    Plaintiffs,

-against-

BEST BUY CO., INC., SAMSUNG
ELECTRONICS AMERICA, INC.,
WESTINGHOUSE DIGITAL ELECTRONICS,
LLC, JVC AMERICAS CORPORATION,
WESTERN DIGITAL TECHNOLOGIES, INC.,
ROBERT BOSCH LLC, PHOEBE MICRO,
INC., HUMAX USA INC., COMTREND
CORPORATION, DOBBS-STANFORD
CORPORATION, VERSA TECHNOLOGY
INC., ZYXEL COMMUNICATIONS INC.,
ASTAK INC., and GCI TECHNOLOGIES
CORPORATION,

    Defendants.

Civil Action No. 09-CIV-10155 (SAS)

MAR 17 2010

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/10

## STIPULATED ORDER FOR EXTENSION OF TIME FOR DEFENDANT BEST BUY CO. INC. AND PLAINTIFFS TO MAKE THEIR INITIAL DISCOVERY REQUESTS

It appearing that Plaintiffs and Defendant Best Buy Co., Inc. ("Best Buy") have been engaged in good faith settlement negotiations, that the parties have been unable to complete their anticipated settlement due to the need for additional time to investigate certain issues, and that these parties believe that their time, attention and resources are best focused at this time on completing the tasks needed for settlement, the Plaintiffs and Defendant Best Buy stipulate and agree to a reasonable two week extension of time, from March 22, 2010 to April 5, 2010, for the Plaintiffs and Defendant Best Buy to make their initial discovery requests of one another.

81366556.1

Dated: March 17, 2010

Respectfully submitted,

**SOFTWARE FREEDOM LAW CENTER, INC.**

_____
Daniel Ben Ravicher (DR-1498)
Ravicher@softwarefreedom.org
1995 Broadway, 17th Floor
New York, New York 10023
Tel.: (212) 580-0800
Fax: (212) 580-0898

ATTORNEY FOR PLAINTIFFS SOFTWARE FREEDOM CONSERVANCY, INC. AND ERIK ANDERSEN

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

s/ _____
David Leichtman (DL-7233)
dleichtman@rkmc.com
Hillel I. Parness (HP-1638)
hiparness@rkmc.com
Oren D. Langer (OL-5962)
odlanger@rkmc.com
499 Park Ave.
Suite 1200
New York, New York 10022
Tel.: (212) 980-7400
Fax: (212) 980-7499

ATTORNEYS FOR BEST BUY CO., INC.

SO ORDERED this 17 day of March, 2010

_____

Hon. Shira A. Scheindlin
United States District Judge