UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOFTWARE FREEDOM CONSERVANCY, INC., et al.<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　　　- against -<br><br>BEST BUY, INC., et al.<br><br>　　　　　　　　　　　　Defendants. | 09 Civ. 10155 (SAS)<br><br>ECF CASE |

## STIPULATED ORDER FOR AN EXTENSION OF TIME FOR PLAINTIFFS AND DEFENDANT WESTERN DIGITAL TECHNOLOGIES, INC. TO MAKE INITIAL DISCOVERY REQUESTS

It appearing that Plaintiffs and Defendant Western Digital Technologies, Inc. ("WDT") have been engaged in good faith settlement negotiations, that these parties have been unable to complete their anticipated settlement due to the need for additional time to investigate certain complex software codes and uses of the codes, that WDT's software licensor located in Taiwan has added a geographical challenge that has contributed to the need for additional time to complete the software code investigation leading up to the anticipated settlement, and that these parties believe that their time, attention and resources are best focused at this time on completing the tasks needed for settlement, the Plaintiffs and Defendant WDT stipulate and agree to a reasonable three week extension of time for the Plaintiffs and Defendant WDT to make initial discovery requests of one another from the current due date of March 22, 2010 to April 12, 2010. No other extension of this date has been previously sought by WDT for these discovery requests. Plaintiffs have sought and were granted an extension of the time to serve initial discovery requests on Defendants Samsung Electronics America, Inc. and Phoebe Micro, Inc.

Dated: New York, New York
March 17, 2010

Respectfully submitted,

SOFTWARE FREEDOM LAW CENTER, INC.

_____
Daniel B. Ravicher
ravicher@softwarefreedom.org
Aaron Williamson
aaronw@softwarefreedom.org
Mishi Choudhary
mishi@softwarefreedom.org
Michael A. Spiegel
mspiegel@softwarefreedom.org
1995 Broadway, 17th Floor
New York, NY 10023-5882
Tel.: (212) 580-0800
Fax: (212) 580-0898

Counsel for Plaintiffs SOFTWARE FREEDOM CONSERVANCY, INC. and ERIK ANDERSEN:

JONES DAY

_____
Ognian Shentov, Esq. (OS-4868)
Lynn M. Marvin, Esq. (LM-2281)
JONES DAY
222 E. 41st Street
New York, NY 10017
Telephone: 212-326-3939
Facsimile: 212-755-7306

Counsel for Defendant
WESTERN DIGITAL TECHNOLOGIES, INC.

SO ORDERED this 17 day of March, 2010

_____
SHIRA A. SCHEINDLIN
United States District Judge

2