Eugene M. Pak, Esq. (CA-168699)
DLA PIPER LLP (US)
555 Mission Street, 24th Floor
San Francisco, CA 94105
Tel: 415-836-2500
Fax: 415-836-2501

Andrew P. Valentine, Esq. (CA-162094)
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2215
Tel: 650-833-2000
Fax: 650-833-2001

Andrew L. Deutsch, Esq. (NY-1198522)
Airina Lynn Rodrigues, Esq. (NY-4607362)
DLA PIPER LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, NY 10020-1104
Tel: 212-335-4500
Fax: 212-335-4501

Attorneys for Defendant Humax USA, Inc.

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOFTWARE FREEDOM CONSERVANCY, and ERIK ANDERSEN,<br><br>Plaintiffs<br><br>v.<br><br>BEST BUY CO., INC., et al.<br><br>Defendants. | ECF CASE<br>09 Civ. 10155 (SAS)<br><br>JURY TRIAL DEMANDED<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 3/19/10 |

**STIPULATED ORDER EXTENDING TIME FOR PLAINTIFFS AND
DEFENDANT HUMAX USA, INC. TO SERVE INITIAL DOCUMENT REQUESTS**

It appearing that Plaintiffs and Defendant Humax USA, Inc. have been engaged in good faith settlement negotiations, and these parties have been unable to complete settlement due to the need for additional time to investigate certain complex issues regarding software code, and that Humax's parent company's location in Korea has added to a geographical and language challenge that has contributed to the need for additional time to complete the software code investigation for settlement, and the parties believe that their time, attention, and resources are best focused at this time on complete tasks needed for settlement, the Plaintiffs and Defendant Humax USA, Inc. stipulate and agree to a four-week extension of time to serve initial documents requests on one another from the current deadline of March 22, 2010 to and including April 12, 2010. Humax USA, Inc. has already answered the Complaint, and the parties have already exchanged initial disclosures. Other deadlines set forth in the Court's Scheduling Order shall remain unchanged.

Dated: March 18, 2010

**DLA PIPER LLP (US)**

By: *[signature]*

Eugene M. Pak (admitted *pro hac vice*)
555 Mission Street, 24th Floor
San Francisco, CA 94105
eugene.pak@dlapiper.com
Tel: 415-836-2500
Fax: 415-836-2501

Andrew L. Deutsch
Airina L. Rodrigues
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020-1104
andrew.deustsch@dlapiper.com
airina.rodrigues@dlapiper.com
Tel: 212 335-4500
Fax: 212 335-4501

Attorneys for Defendant Humax USA, Inc.

Dated: March 18, 2010                SOFTWARE FREEDOM LAW CENTER, INC.

By: _____
Aaron Williamson, Esq.
1995 Broadway, 17th Floor
New York, NY 10023
Phone: (212) 580-0800
Fax: (212) 580-0898
aaronw@softwarefreedom.org
Tel: 415-836-2500
Fax: 415-836-2501

Attorneys for Plaintiffs

IT IS SO ORDERED this 19 day
of March, 2010.

_____
Hon. Shira A. Scheindlin
United States District Judge