Michael T. Mervis
Justin F. Heinrich
PROSKAUER ROSE LLP
1585 Broadway
New York, New York 10036
Tel.: (212) 969-3000
Fax: (212) 969-2900

John Fischer
Scott Pershern
STORM LLP
901 Main St., Ste. 7100
Dallas, TX 75202
Tel: (214) 347-4700
Fax: (214) 347-4799

*Attorneys for Defendant
Dobbs-Stanford Corporation*



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/23/10

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
SOFTWARE FREEDOM CONSERVANCY, INC. and
ERIK ANDERSEN

        Plaintiffs,

  against

BEST BUY CO., INC., et al.,

        Defendants.

-------------------------------------------------------X

ECF Case

Civil Action No. 09-CIV-10155 (SAS)

Judge Scheindlin

**JURY TRIAL DEMANDED**

### STIPULATED ORDER EXTENDING TIME FOR PLAINTIFFS AND DEFENDANT DOBBS-STANFORD CORPORATION TO SERVE INITIAL DOCUMENT REQUESTS

It appearing that Plaintiffs and Defendant Dobbs-Stanford Corporation ("DSC") have been engaged in good faith settlement negotiations, and these parties have been unable to complete settlement due to the need for additional time to investigate certain complex issues regarding software code and that DSC'S vendor's location in Taiwan has added to a

geographical and language challenge that has contributed to the need for additional time to complete the software code investigation for settlement, and the parties believe that their time, attention, and resources are best focused at this time on complete tasks needed for settlement, the Plaintiffs and Defendant DSC stipulate and agree to a three-week extension of time to serve initial documents requests on one another from the current deadline of March 22, 2010 to and including April 12, 2010. DSC has already answered the Complaint, and the parties have already exchanged initial disclosures. Other deadlines set forth in the Court's Scheduling Order shall remain unchanged.

*No further extensions!*

Dated: March 22, 2010

**DOBBS-STANFORD CORPORATION**

Justin F. Heinrich
jheinrich@proskauer.com
Michael T. Mervis
mmervis@proskauer.com
Proskauer Rose LLP (New York)
1585 Broadway
New York, NY 10036
Tel.: (212)-969-3277
Fax: (212)-969-2900

John Fischer
jfischer@stormllp.com
Scott Pershern
spershern@stormllp.com
Storm LLP
901 Main St., Ste. 7100
Dallas, TX 75202
Tel.: (214) 347-4700
Fax: (214) 347-4799

2

Dated: March 22, 2010

SOFTWARE FREEDOM LAW CENTER, INC.

By: /s/ Michael A. Spiegel
Aaron Williamson, Esq.
Michael A. Spiegel, Esq.
1995 Broadway, 17th Floor
New York, NY 10023
Phone: (212) 580-0800
Fax: (212) 580-0898
aaronw@softwarefreedom.org
mspiegel@softwarefreedom.org
Tel: 415-836-2500
Fax: 415-836-2501

Attorneys for Plaintiffs

IT IS SO ORDERED this 22 day of March, 2010.

Hon. Shira A. Scheidlin
United States District Judge

3