Scheindlin, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
SOFTWARE FREEDOM CONSERVANCY, INC.
and ERIK ANDERSEN

        Plaintiffs,

   v.

BEST BUY CO., INC., SAMSUNG ELECTRONICS
AMERICA, INC., WESTINGHOUSE DIGITAL
ELECTRONICS, LLC, JVC AMERICAS
CORPORATION, WESTERN DIGITAL
TECHNOLOGIES, INC., ROBERT BOSCH LLC,
PHOEBE MICRO, INC., HUMAX USA INC.,
COMTREND CORPORATION, DOBBS-STANFORD
CORPORATION, VERSA TECHNOLOGY INC.,
ZYXEL COMMUNICATIONS INC., ASTAK, INC.,
and GCI TECHNOLOGIES CORPORATION,

        Defendants.
----------------------------------------------------------------x

09-CIV-10155 (SAS)

Judge Scheindlin

**ECF CASE**
**FILED ELECTRONICALLY**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/10
```

### STIPULATED ORDER EXTENDING TIME FOR PLAINTIFFS AND DEFENDANT JVC AMERICAS CORP. TO SERVE INITIAL DOCUMENT REQUESTS

It appearing that Plaintiffs and defendant JVC Americas Corporation ("JVC") have been engaged in good-faith settlement negotiations, and that these parties have been unable to complete settlement due to the need for additional time to investigate and resolve certain issues, and the parties believe that their time, attention and resources are best focused at this time on tasks related to settlement, the Plaintiffs and JVC stipulate and agree to a four-week extension of time to serve initial document requests on one another from the current deadline of March 22, 2010 to and including April 19, 2010. JVC has already answered Plaintiffs' Complaint, and the parties have already exchanged initial disclosures. Other deadlines in the Court's Scheduling Order (Docket No. 53) remain unchanged.

[Signatures on next page]

Dated: New York, New York
       March 22, 2010

*/s/ Daniel Ravicher/scy*

Daniel B. Ravicher
Aaron Williamson
Mishi Choudhary
Michael A. Spiegel
Software Freedom Law Center, Inc.
1995 Broadway, 17th Floor
New York, NY 10023-5882
Tel.: (212) 580-0800
Fax: (212) 580-0898

*Attorneys for Plaintiffs*

Dated: New York, New York
       March 22, 2010

*/s/ David L. Yohai*

David L. Yohai
David Yolkut
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Tel.: (212) 310-8000
Fax: (212) 310-8007

*Attorneys for JVC Americas Corporation*

SO ORDERED this 22 day of March, 2010:

_____
Honorable Shira A. Scheindlin
United States District Judge