*Settongding*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOFTWARE FREEDOM CONSERVANCY, INC. and
ERIK ANDERSON,

                    Plaintiffs

          v.

BEST BUY CO., INC., SAMSUNG ELECTRONICS
AMERICA, INC., WESTINGHOUSE DIGITAL
ELECTRONICS, LLC, JVC AMERICAS
CORPORATION, WESTERN DIGITAL
TECHNOLOGIES, INC., ROBERT BOSCH LLC,
PHOEBE MICRO, INC., HUMAX USA INC.,
COMTREND CORPORATION, DOBBS-STANFORD
CORPORATION, VERSA TECHNOLOGY INC.,
ZYXEL COMMUNICATIONS INC., ASTAK, INC.,
and GCI TECHNOLOGIES CORPORATION,

                    Defendants.

09 CIV 10155 (SAS)

Judge Scheindlin

**STIPULATION EXTENDING TIME**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/10

         It appearing that Plaintiffs and Defendant Astak, Inc. ("Astak") have been engaged in

good faith settlement negotiations, that the parties have been unable to complete their anticipated

settlement due to the need for additional time to investigate certain issues, and that these parties

believe that their time, attention and resources are best focused at this time on completing the

tasks needed for settlement, the Plaintiffs and Defendant Astak stipulate and agree to a

reasonable two week extension of time, from March 22, 2010 to April 5, 2010, for the Plaintiffs

and Defendant Astak to make their initial discovery requests of one another.

                         [Signatures on next page]

Dated:     New York, New York
           March 19, 2010

Daniel B. Ravicher
Aaron Williamson
Mishi Choudhary
Michael A. Spiegel
Software Freedom Law Center, Inc.
1995 Broadway, 17th Floor
New York, NY 10023-5882
Tel: (212) 580-0800
Fax: (212) 580-0898

Attorneys for Plaintiffs

Dated:     New York, New York
           March 19, 2010

Emily B. Kirsch
Reed Smith LLP
599 Lexington Avenue
New York, New York 10022
Tel. (212) 521-5400
Fax. (212) 521-5450

Attorneys for Astak, Inc.

SO ORDERED this 22 day of
March, 2010

Honorable Shira A. Scheindlin
United States District Judge

-2-