Scheindlin

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOFTWARE FREEDOM CONSERVANCY, INC. and ERIK ANDERSON, <br><br> Plaintiffs <br><br> v. <br><br> BEST BUY CO., INC., SAMSUNG ELECTRONICS AMERICA, INC., WESTINGHOUSE DIGITAL ELECTRONICS, LLC, JVC AMERICAS CORPORATION, WESTERN DIGITAL TECHNOLOGIES, INC., ROBERT BOSCH LLC, PHOEBE MICRO, INC., HUMAX USA INC., COMTREND CORPORATION, DOBBS-STANFORD CORPORATION, VERSA TECHNOLOGY INC., ZYXEL COMMUNICATIONS INC., ASTAK, INC., and GCI TECHNOLOGIES CORPORATION, <br><br> Defendants. | 09 CIV 10155 (SAS) <br><br> Judge Scheindlin <br><br> **STIPULATION EXTENDING TIME** |



It appearing that Plaintiffs and Defendant Comtrend Corporation ("Comtrend") have been engaged in good faith settlement negotiations, that the parties have been unable to complete their anticipated settlement due to the need for additional time to investigate certain issues, and that these parties believe that their time, attention and resources are best focused at this time on completing the tasks needed for settlement, the Plaintiffs and Defendant Comtrend stipulate and agree to a reasonable two week extension of time, from March 22, 2010 to April 5, 2010, for the Plaintiffs and Defendant Comtrend to make their initial discovery requests of one another.

[Signatures on next page]

-2-

| | |
|---|---|
| Dated: New York, New York<br>March 19, 2010 | Dated: New York, New York<br>March 19, 2010 |

*Michael Spiegel*

Daniel B. Ravicher
Aaron Williamson
Mishi Choudhary
Michael A. Spiegel
Software Freedom Law Center, Inc.
1995 Broadway, 17th Floor
New York, NY 10023-5882
Tel: (212) 580-0800
Fax: (212) 580-0898

Attorneys for Plaintiffs

*Emily Kirsch*

Emily B. Kirsch
Reed Smith LLP
599 Lexington Avenue
New York, New York 10022
Tel. (212) 521-5400
Fax. (212) 521-5450

Attorneys for Comtrend Corporation

SO ORDERED this 22 day of
March, 2010

*[signature]*

Honorable Shira A. Scheindlin
United States District Judge

-2-