Scheindlin,

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────
SOFTWARE FREEDOM CONSERVANCY, INC.
and ERIK ANDERSEN,

           Plaintiffs,

    v.

BEST BUY CO., INC., SAMSUNG ELECTRONICS
AMERICA, INC., WESTINGHOUSE DIGITAL
ELECTRONICS, LLC, JVC AMERICAS
CORPORATION, WESTERN DIGITAL
TECHNOLOGIES, INC., ROBERT BOSCH, LLC,
PHOEBE MICRO, INC., HUMAX USA INC.,
COMTREND CORPORATION, DOBBS-
STANDFORD CORPORATION, VERSA
TECHNOLOGY INC., ZYXEL
COMMUNICATIONS INC., ASTAK, INC., and
GCI TECHNOLOGIES CORPORATION,

           Defendants.
───────────────────────────────

ECF CASE

Civil No.: 09-CIV-10155 (SAS)

Judge Scheindlin

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/10

STIPULATED ORDER FOR FURTHER EXTENSION OF TIME FOR
DEFENDANT SAMSUNG ELECTRONICS AMERICA, INC. ("SAMSUNG")
TO FILE ITS ANSWER, FOR PLAINTIFFS AND SAMSUNG TO SERVE THEIR
INITIAL DISCLOSURES AND TO MAKE INTIAL DISCOVERY REQUESTS

    It appearing that Plaintiffs and Defendant Samsung have been engaged continuing in good faith settlement negotiations, that these parties have negotiated a settlement resolution in principle subject to modification by Samsung of certain complex computer code, that Samsung has been undertaking the appropriate code modifications but these code modifications have not been completed and have not been reviewed and approved by Plaintiffs at this time, that these parties therefore require a brief further extension of time in order to perfect their settlement arrangements, that Samsung's location in Korea has added to a geographical and language challenge that, in addition to the complexity of the computer

1

code, has contributed to the need for additional time to complete the software code modifications, and that these parties believe that their time, attention and resources are best focused at this time on completing the code work and code review so as to accomplish their settlement, the Plaintiffs and Defendant Samsung stipulate and agree to a further reasonable two week extension of time for Samsung to file its answer in this cause to April 5, 2010 from the current due date of March 22, 2010. This is the third extension of time for the filing of Samsung's answer. In addition, the Plaintiffs and Defendant Samsung for the same reasons stipulate and agree to extend the date for their exchange of initial disclosures to April 5, 2010 from the current due date of March 22, 20010, and further stipulate and agree to extend the date by two weeks to April 19, 2010 for them to make initial discovery requests of one another. This is the second extension of time for the exchange of initial disclosures and the making of initial discovery.

Dated: March 19, 2010.

*Daniel Ben Ravicher by Michael Ratoza, with permission*

Daniel Ben Ravicher, (DR 1498)
Software Freedom Law Center, Inc.
1995 Broadway, 17th Floor
New York, NY 10023
Phone: 212 580 0800
Fax: 212 580 0898
E-mail: ravicher@softwarefreedom.org
Of Attorneys for Plaintiffs

Michael M. Ratoza (admitted *pro hac vice*)
Bullivant Houser Bailey PC
888 S.W. Fifth Ave., Ste. 300
Portland, OR 97204
Phone: 503 228 6351
Fax: 503 295 0915
E-mail: michael.ratoza@bullivant.com
Of Attorneys for Defendant Samsung

2

SO ORDERED this 22 day of March, 2010.

_____
Hon. Shira A. Scheindlin
United States District Judge

12417324.1