2010-Mar-22 17:57 SOFTWARE FREEDOM LAW CENTER 2125800898

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/24/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

SOFTWARE FREEDOM CONSERVANCY, INC. :   09 Civ. 10155 (SAS)
and ERIK ANDERSEN,
                                     :
                    Plaintiffs       :   **STIPULATION**
                                     :
        -against-
                                     :
BEST BUY CO. INC., et al.,
                                     :
                    Defendants.
---------------------------------------------------------X

IT IS HEREBY STIPULATED BETWEEN COUNSEL AS FOLLOWS:

It appearing that Plaintiffs and Defendant Robert Bosch LLC have been engaged in good faith settlement negotiations, that the parties have been unable to complete their anticipated settlement due to the need for additional time to investigate certain issues, and that these parties believe that their time, attention and resources are best focused at this time on completing the tasks needed for settlement, the Plaintiffs and Defendant Robert Bosch LLC Best Buy stipulate and agree to a reasonable three-week extension of time, from March 22, 2010 to April 12, 2010, for the Plaintiffs and Defendant Robert Bosch LLC to make their initial discovery requests of one another. Neither Plaintiffs nor Defendant Robert Bosch LLC has sought a previous extension of this deadline. Both have served their initial disclosures pursuant to Rule 26(A) and Defendant Robert Bosch LLC has served and filed its Answer, all in timely fashion.

Dated: New York, New York
       March 22, 2010

                                        Respectfully submitted,

                                        SOFTWARE FREEDOM LAW CENTER
                                        Attorneys for Plaintiffs Software Freedom
                                        Conservancy, Inc. and Erik Andersen

_[signature]_

Aaron Williamson [AW 1337]
Daniel B. Ravicher [DR 1498]
Mishi Choudhary [MC 2009]
Michael A. Spiegel [MS 2309]
1995 Broadway, 17th Floor
New York, New York 10023-5882
(212) 580-0800

SCHIFF HARDIN LLP
Attorneys for Defendant Robert Bosch LLC

_[signature]_

David Jacoby (DJ 3440)
900 Third Avenue
New York, New York 10022
(212) 753-5000

Dated: New York, New York
       March 22, 2010

SO ORDERED.

_[signature]_
U.S.D.J.

New York, New York
March 23, 2010

NY\50778616.1