SOFTWARE FREEDOM LAW CENTER, INC.
Daniel B. Ravicher (DR1498)
Aaron Williamson (AW1337)
Mishi Choudhary (MC2009)
Michael A. Spiegel (MS2309)
1995 Broadway, 17th Floor
New York, NY 10023-5882
Tel.: 212-580-0800
Fax.: 212-580-0898

Attorneys for Plaintiffs *Software Freedom
Conservancy, Inc.* and *Erik Andersen*

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- X
SOFTWARE FREEDOM                       :
CONSERVANCY, INC., et al.,             :
                                       :        ECF CASE
                      Plaintiffs,      :
        -against-                      :        Civil Action No. 09-CV-10155 (SAS)
                                       :
BEST BUY CO., INC., et al.,            :
                                       :
                      Defendants.      :
------------------------------------------------- X

## PLAINTIFFS' REPLY TO DEFENDANT BEST BUY CO., INC'S
## ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS

Plaintiffs Software Freedom Conservancy, Inc., and Erik Andersen ("Plaintiffs") file this

Reply to the Answer of Best Buy Co., Inc. ("Best Buy"), filed March 8, 2010. All allegations not

expressly admitted are denied. The first set of paragraphs marked 1-35 of Best Buy's Answer do

not require a response. Plaintiffs incorporate by reference the allegations in their Complaint in

response to each and every of Best Buy's Affirmative Defenses.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

36.     Plaintiffs deny all allegations contained in Paragraph 36 of Best Buy's First Affirmative Defense.

### SECOND AFFIRMATIVE DEFENSE

37.     Plaintiffs deny all allegations contained in Paragraph 37 of Best Buy's Second Affirmative Defense.

### THIRD AFFIRMATIVE DEFENSE

38.     Plaintiffs deny all allegations contained in Paragraph 38 of Best Buy's Third Affirmative Defense.

### FOURTH AFFIRMATIVE DEFENSE

39.     Plaintiffs deny all allegations contained in Paragraph 39 of Best Buy's Fourth Affirmative Defense.

### FIFTH AFFIRMATIVE DEFENSE

40.     Plaintiffs deny all allegations contained in Paragraph 40 of Best Buy's Fifth Affirmative Defense.

### SIXTH AFFIRMATIVE DEFENSE

41.     Plaintiffs deny all allegations contained in Paragraph 41 of Best Buy's Sixth Affirmative Defense.

### SEVENTH AFFIRMATIVE DEFENSE

42.     Plaintiffs deny all allegations contained in Paragraph 42 of Best Buy's Seventh Affirmative Defense.

## RESPONSE TO COUNTERCLAIMS

1.      Plaintiffs deny the allegations contained in Paragraph 1 of Best Buy's Counterclaims to the extent that Paragraph 1 alleges Best Buy is entitled to any relief under the Federal Declaratory Judgment Act.  Plaintiffs admit the allegations contained in Paragraph 1 of Best Buy's Counterclaims that there is an actual controversy between Plaintiffs and Best Buy arising under the United States copyright laws.

2.      Plaintiffs admit that this Court has subject matter jurisdiction as alleged in Paragraph 2 of Best Buy's Counterclaims.

3.      Plaintiffs are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 3 of Best Buy's Counterclaims and therefore denies them.

4.      Plaintiffs admit the allegations of Paragraph 4 of Best Buy's Counterclaims.

5.      Plaintiffs admit the allegations of Paragraph 5 of Best Buy's Counterclaims.

6.      Plaintiffs deny the allegations of Paragraph 6 of Best Buy's Counterclaims to the extent they assert that Mr. Andersen alleges he is the author, developer and owner of "[all of] the" copyrights in BusyBox.  Plaintiffs admit that they allege that Mr. Andersen is the author and owner of copyrights in portions of BusyBox.

7.      Plaintiffs admit the allegations of Paragraph 7 of Best Buy's Counterclaims.

8.      Plaintiffs admit the allegations of Paragraph 8 of Best Buy's Counterclaims.

## FIRST COUNTERCLAIM

## DECLARATORY JUDGMENT OF NON-INFRINGEMENT

9.      Plaintiffs repeat and reallege each of the allegations contained in Paragraphs 1-8

3

as if set forth fully herein.

10.    Plaintiffs admit the allegations of Paragraph 10 of Best Buy's Counterclaim for Declaratory Judgment of Non-Infringement.

11.    Plaintiffs deny the allegations of Paragraph 11 of Best Buy's Counterclaim for Declaratory Judgment of Non-Infringement.

12.    Plaintiffs deny the allegations of Paragraph 12 of Best Buy's Counterclaim for Declaratory Judgment of Non-Infringement.

## JURY DEMAND

Plaintiffs do not request a jury trial.

## PRAYER FOR RELIEF

Plaintiffs incorporate by reference the Prayer for Relief set forth in Plaintiffs' Complaint. Plaintiffs deny that Best Buy is entitled to any relief.

Dated: March 29, 2010                    Respectfully submitted,
      New York, New York                SOFTWARE FREEDOM LAW CENTER, INC.

By:  s/ Daniel B. Ravicher

Daniel B. Ravicher (DR1498)
Aaron Williamson (AW1337)
Mishi Choudhary (MC2009)
Michael A. Spiegel (MS2309)
1995 Broadway, 17th Floor
New York, NY 10023-5882
Tel.: 212-580-0800
Fax.: 212-580-0898

Attorneys for Plaintiffs *Software Freedom Conservancy, Inc.* and *Erik Andersen*

4

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned certifies that on the below date he caused a true and correct copy of the

foregoing **PLAINTIFFS' REPLY TO DEFENDANT BEST BUY CO., INC'S ANSWER,**

**AFFIRMATIVE DEFENSES AND COUNTERCLAIMS** to be served upon counsel for all

parties via this Court's Electronic Case Filing system.


Dated:   March 29, 2010                           /s Daniel B. Ravicher
                                                 Daniel B. Ravicher (DR1498)