UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
SOFTWARE FREEDOM CONSERVANCY, INC.
and ERIK ANDERSEN,

                      Plaintiffs,

vs.

BEST BUY CO., INC., SAMSUNG ELECTRONICS
AMERICA, INC., WESTINGHOUSE DIGITAL
ELECTRONICS, LLC, JVC AMERICAS
CORPORATION, WESTERN DIGITAL
TECHNOLOGIES, INC., ROBERT BOSCH LLC,
PHOEBE MICRO, INC., HUMAX USA INC.,
COMTREND CORPORATION,
DOBBS-STANDFORD CORPORATION, VERSA
TECHNOLOGY INC., ZYXEL
COMMUNICATIONS INC., ASTAK INC., and GCI
TECHNOLOGIES CORPORATION,

                      Defendants.

**09 CIV. 10155 (SAS)**
ECF CASE

Assigned to the Honorable Shira A.
Scheindlin

[~~PROPOSED~~] **ORDER GRANTING
PRO HAC VICE ADMISSION**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/30/10

WHEREAS, counsel Paul Kim of The Yocca Law Firm LLP, 19900 MacArthur Blvd.,

Suite # 650, Irvine, CA 92612, (949) 253-0800, has been retained by Defendant VERSA

TECHNOLOGY, INC., in this mater;

WHEREAS, Paul Kim has submitted an unopposed, written request to be admitted pro

hac vice in this matter;

AND WHEREAS, the required $25 fee was submitted payable to the Clerk of the Court

at the time the written request was made;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that attorney Paul Kim be

admitted to practice before the Court pro hac vice on behalf of Defendant VERSA

TECHNOLOGY, INC. in this matter.

Dated: 3/30/10

The Honorable Shira A. Scheindlin
United States District Judge

807159v1  012659.0101