UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOFTWARE FREEDOM CONSERVANCY, INC. and ERIK ANDERSEN,

Plaintiffs,

vs.

BEST BUY CO., INC., SAMSUNG ELECTRONICS AMERICA, INC., WESTINGHOUSE DIGITAL ELECTRONICS, LLC, JVC AMERICAS CORPORATION, WESTERN DIGITAL TECHNOLOGIES, INC., ROBERT BOSCH LLC, PHOEBE MICRO, INC., HUMAX USA INC., COMTREND CORPORATION, DOBBS-STANDFORD CORPORATION, VERSA TECHNOLOGY INC., ZYXEL COMMUNICATIONS INC., ASTAK INC., and GCI TECHNOLOGIES CORPORATION,

Defendants.

09 CIV. 10155 (SAS)
ECF CASE

Assigned to the Honorable Shira A. Scheindlin

[~~PROPOSED~~] ORDER GRANTING PRO HAC VICE ADMISSION



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/30/10

WHEREAS, counsel Mark W. Yocca of The Yocca Law Firm LLP, 19900 MacArthur Blvd., Suite # 650, Irvine, CA 92612, (949) 253-0800, has been retained by Defendant VERSA TECHNOLOGY, INC., in this mater;

WHEREAS, Mark W. Yocca has submitted an unopposed, written request to be admitted pro hac vice in this matter;

AND WHEREAS, the required $25 fee was submitted payable to the Clerk of the Court at the time the written request was made;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that attorney Mark W. Yocca be admitted to practice before the Court pro hac vice on behalf of Defendant VERSA TECHNOLOGY, INC. in this matter.

Dated: 3/30/10

The Honorable Shira A. Scheindlin
United States District Judge

807159v1 012659.0101