IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOFTWARE FREEDOM CONSERVANCY, INC. and ERIK ANDERSON<br><br>Plaintiffs,<br><br>v.<br><br>BEST BUY CO., INC., SAMSUNG ELECTRONICS AMERICA, INC., WESTINGHOUSE DIGITAL ELECTRONICS, LLC, JVC AMERICAS CORPORATION, WESTERN DIGITAL TECHNOLOGIES, INC., ROBERT BOSCH LLC, PHOEBE MICRO, INC., HUMAX USA INC., COMTREND CORPORATION, DOBBS-STANFORD CORPORATION, VERSA TECHNOLOGY INC., ZYXEL COMMUNICATIONS INC., ASTAK INC., AND GCI TECHNOLOGIES CORPORATION<br><br>Defendants | Civil Action No. 1:09-cv-10155-SAS<br><br>ECF CASE |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Stela C. Tipi of Jones Day, admitted to practice before this Court, hereby appears in this action as attorney for defendant Western Digital Corporation.

Dated:  New York, New York
April 2, 2010

Respectfully submitted,

 /s/ Stela C. Tipi
Stela C. Tipi (ST0195)
JONES DAY
222 E. 41st Street
 New York, NY  10017
Telephone: 212-326-3606
Facsimile: 212-755-7306
stipi@jonesday.com
*Attorney for Defendant Western Digital Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document was served by electronic service on all parties of record via CM/ECF.

By:    s/ Stela C. Tipi
         Stela C. Tipi (ST0195)