UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SOFTWARE FREEDOM CONSERVANCY, INC. and ERIK ANDERSEN,<br><br>    Plaintiffs,<br><br>    vs.<br><br>BEST BUY CO., INC., SAMSUNG ELECTRONICS AMERICA, INC., WESTINGHOUSE DIGITAL ELECTRONICS, LLC, JVC AMERICAS CORPORATION, WESTERN DIGITAL TECHNOLOGIES, INC., ROBERT BOSCH, LLC, PHOEBE MICRO, INC., HUMAX USA INC., COMTREND CORPORATION, DOBBS-STANDFORD CORPORATION, VERSA TECHNOLOGY INC., ZYXEL COMMUNICATIONS INC., ASTAK, INC., and GCI TECHNOLOGIES CORPORATION,<br><br>    Defendants. | ECF CASE<br><br>Civil No.: 09-CIV-10155 (SAS)<br><br>Judge Scheindlin<br><br>**CORPORATE DISCLOSURE STATEMENT OF SAMSUNG ELECTRONICS AMERICA, INC.** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Samsung Electronics America, Inc. ("Samsung") hereby states, by and through its undersigned counsel, that Samsung is a wholly-owned subsidiary of Samsung Electronics Co., Ltd.

DATED:  April 5, 2010

                                      BULLIVANT HOUSER BAILEY PC

                                      By  /s/ Michael M. Ratoza
                                          Michael M. Ratoza, admitted *pro hac vice*
                                          BULLIVANT HOUSER BAILEY PC
                                          300 Pioneer Tower, 888 SW Fifth Avenue
                                          Portland, Oregon  97204
                                          Telephone: 503.228.6351
                                          Facsimile: 503.295.0915
                                          E-mail:  michael.ratoza@bullivant.com

                                  Attorneys for Defendant SAMSUNG ELECTRONICS AMERICA, INC.