SCHEINMAN S

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------  X
SOFTWARE FREEDOM CONSERVANCY, INC., et  :
al.,                                                       :     ECF CASE
                              Plaintiffs,                   :
        -against-                                          :     Civil Action No. 1:09-cv-10155-SAS
                                                           :
BEST BUY CO., INC., et al,                                 :     STIPULATION OF DISMISSAL
                              Defendants.                   :
-------------------------------------------------------  X
```

Plaintiffs Software Freedom Conservancy, Inc. and Erik Andersen and Defendant Comtrend

Corporation hereby stipulate to dismiss defendant Comtrend Corporation from this action WITHOUT

PREJUDICE, and without costs to any party. Plaintiffs maintain this action against all other

defendants.

DATED: April 1 , 2010

Michael Spiegel

Michael A. Spiegel (MS2309)
Software Freedom Law Center, Inc.
1995 Broadway, 17th Floor
New York, NY 10023-5882
Tel: (212) 580-0800
Fax: (212) 580-0898

Attorneys for Plaintiffs

Emily B. Kirsch
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022
Tel: (212) 521-5400
Fax: (212) 521-5450

Attorneys for Comtrend Corporation

SO ORDERED this ⑥ day of April 2010:

Hon. Shira A. Scheindlin
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/6/10