# WEIL, GOTSHAL & MANGES LLP

767 FIFTH AVENUE
NEW YORK, NY 10153
(212) 310-8000
FAX: (212) 310-8007

AUSTIN
BOSTON
BRUSSELS
BUDAPEST
DALLAS
FRANKFURT
HOUSTON
LONDON
MIAMI
PARIS
PRAGUE
SILICON VALLEY
SINGAPORE
WARSAW
WASHINGTON, D.C.

DAVID L. YOHAI
DIRECT LINE (212) 310-8275
E-MAIL: david.yohai@weil.com

April 26, 2010

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/10
```

**BY FACSIMILE**

Honorable Gabriel W. Gorenstein
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: **Software Freedom Conservancy, Inc. v. Best Buy Co., Inc.,
No. 09-CV-10155 (SAS) (GWG)**

Dear Judge Gorenstein:

We write on behalf of all parties in the above-referenced action. In accordance with Paragraph 8 of the Standing Order Applicable to Settlement Conferences Before Judge Gorenstein, the parties hereby request that the settlement conference in this action, currently scheduled for May 11, 2010, be adjourned until June 29, 2010 at 2:30 p.m., which was a date and time provided by the Court's Deputy Clerk. This adjournment is sought to accommodate certain scheduling conflicts, and given certain ongoing settlement discussions between and among some of the parties. Plaintiffs and all Defendants consent to this requested adjournment, and the parties have not previously requested an adjournment of this conference.

Respectfully Submitted,

David L. Yohai
Counsel for Defendant JVC Americas Corp.

*Granted. Letters due June 24, 2010.*

SO ORDERED: DATE: 4/26/10
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

cc:   Daniel B. Ravicher, Esq. (by-email)
      All Defense Counsel (by e-mail)

US_ACTIVE:\43374724\03\79085.9056

TOTAL P.02