**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SOFTWARE FREEDOM CONSERVANCY,
INC. and ERIK ANDERSEN,

      Plaintiffs,

         -against-

BEST BUY CO., INC., SAMSUNG
ELECTRONICS AMERICA, INC.,
WESTINGHOUSE DIGITAL ELECTRONICS,
LLC, JVC AMERICAS CORPORATION,
WESTERN DIGITAL TECHNOLOGIES, INC.,
ROBERT BOSCH LLC, PHOEBE MICRO,
INC., HUMAX USA INC., COMTREND
CORPORATION, DOBBS-STANFORD
CORPORATION, VERSA TECHNOLOGY
INC., ZYXEL COMMUNICATIONS INC.,
ASTAK INC., and GCI TECHNOLOGIES
CORPORATION,

      Defendants.

Civil Action No. 09-CIV-10155 (SAS)

ECF Case



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/10

## ORDER FOR ADMISSION *PRO HAC VICE*

Upon the unopposed request of Oren D. Langer, attorney for Best Buy Co., Inc., and the

appropriate fees having been paid to the Court;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Emmett J. McMahon |
| Firm Name: | Robins, Kaplan, Miller & Ciresi L.L.P. |
| Address: | 2800 LaSalle Plaza, 800 LaSalle Avenue |
| City/State/Zip: | Minneapolis, Minnesota 55402-2015 |
| Phone Number: | (612) 349-8500 |
| Fax Number: | (612) 339-4181 |
| Email address: | ejmcmahon@rkmc.com |

is admitted to practice *pro hac vice* as counsel for Best Buy Co., Inc., in the above captioned case

in the United States District Court for the Southern District of New York.

Dated:  April __, 2010
City, State:  New York, NY


The Honorable Shira A. Scheindlin
United States District Court Judge