UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOFTWARE FREEDOM CONSERVANCY,
INC. and ERIK ANDERSEN,

        Plaintiffs,

        -against-

BEST BUY CO., INC., SAMSUNG
ELECTRONICS AMERICA, INC.,
WESTINGHOUSE DIGITAL ELECTRONICS,
LLC, JVC AMERICAS CORPORATION,
WESTERN DIGITAL TECHNOLOGIES, INC.,
ROBERT BOSCH LLC, PHOEBE MICRO,
INC., HUMAX USA INC., COMTREND
CORPORATION, DOBBS-STANFORD
CORPORATION, VERSA TECHNOLOGY
INC., ZYXEL COMMUNICATIONS INC.,
ASTAK INC., and GCI TECHNOLOGIES
CORPORATION,

        Defendants.

Civil Action No. 09-CIV-10155 (SAS)

ECF Case



## ORDER FOR ADMISSION *PRO HAC VICE*

Upon the unopposed request of Oren D. Langer, attorney for Best Buy Co., Inc., and the

appropriate fees having been paid to the Court;

**IT IS HEREBY ORDERED** that

    Applicant's Name:    Sharon E. Roberg-Perez
    Firm Name:    Robins, Kaplan, Miller & Ciresi L.L.P.
    Address:    2800 LaSalle Plaza, 800 LaSalle Avenue
    City/State/Zip:    Minneapolis, Minnesota 55402-2015
    Phone Number:    (612) 349-8500
    Fax Number:    (612) 339-4181
    Email address:    seroberg-perez@rkmc.com

is admitted to practice *pro hac vice* as counsel for Best Buy Co., Inc., in the above captioned case

in the United States District Court for the Southern District of New York.

Dated: April __, 2010
City, State: New York, NY

 

_____
The Honorable Shira A. Scheindlin
United States District Court Judge