Scheindlin, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
SOFTWARE FREEDOM CONSERVANCY, :
INC., et al., :  ECF CASE
                Plaintiffs, :
    -against- :  Civil Action No. 1:09-cv-10155-SAS
 :
BEST BUY CO., INC., et al, :  **STIPULATION OF DISMISSAL**
                Defendants. :
------------------------------------------------------------ X

      Plaintiffs Software Freedom Conservancy, Inc. and Erik Andersen and Defendant Samsung Electronics America, Inc., ("Samsung") hereby stipulate to dismiss defendant Samsung from this action WITHOUT PREJUDICE, and without costs to any party. Plaintiffs maintain this action against all other defendants.

DATED:    May 6, 2010

_____      _____
Daniel B. Ravicher (DR1498)      Michael M. Ratoza (admitted *pro hac vice*)
Software Freedom Law Center, Inc.      Bullivant Houser Bailey PC
1995 Broadway, 17th Floor      888 S.W. Fifth Avenue, Suite 300
New York, NY 10023-5882      Portland, Oregon 97204
(212) 580-0800      (503) 228-6351

Attorneys for Plaintiffs      Attorneys for Samsung Electronics America, Inc.

SO ORDERED this 10 day of May 2010:

_____
Hon. Shira A Scheindlin
United States District Judge

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/10
```