USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/12/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
SOFTWARE FREEDOM CONSERVANCY,         :
INC., et al.,                         :      ECF CASE
               Plaintiffs,             :
     -against-                      :      Civil Action No. 1:09-cv-10155-SAS
                                      :
BEST BUY CO., INC., et al,            :      **STIPULATION OF DISMISSAL**
               Defendants.             :
------------------------------------------------------------ X

       Plaintiffs Software Freedom Conservancy, Inc. and Erik Andersen and Defendant Samsung Electronics America, Inc., ("Samsung") hereby stipulate to dismiss defendant Samsung from this action WITHOUT PREJUDICE, and without costs to any party. Plaintiffs maintain this action against all other defendants.

DATED:     May 6, 2010


_____
Daniel B. Ravicher (DR1498)
Software Freedom Law Center, Inc.
1995 Broadway, 17th Floor
New York, NY 10023-5882
(212) 580-0800

Attorneys for Plaintiffs

_____
Michael M. Ratoza (admitted *pro hac vice*)
Bullivant Houser Bailey PC
888 S.W. Fifth Avenue, Suite 300
Portland, Oregon 97204
(503) 228-6351

Attorneys for Samsung Electronics America, Inc.


SO ORDERED this 12 day of May 2010:

_____
Hon. Shira A. Scheindlin
United States District Judge