Scheindlin, J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
SOFTWARE FREEDOM CONSERVANCY,                    :
INC., et al.,                                    :      ECF CASE
                              Plaintiffs,        :
            -against-                            :      Civil Action No. 1:09-cv-10155-SAS
                                                 :
BEST BUY CO., INC., et al,                       :      **STIPULATION OF DISMISSAL**
                              Defendants.         :
---------------------------------------------------------------- X

Plaintiffs Software Freedom Conservancy, Inc. and Erik Andersen and Defendant

Dobbs-Stanford Corporation ("DSC") hereby stipulate to dismiss defendant DSC from this

action WITHOUT PREJUDICE and without costs to any party.  Plaintiffs maintain this action

against all other defendants.


DATED:  May 5, 2010


_____                    _____ 5/10/10

Daniel B. Ravicher                           Michael T. Mervis
Michael A. Spiegel                           Justin F. Heinrich
Software Freedom Law Center, Inc.            Proskauer Rose LLP (New York)
1995 Broadway, 17th Floor                    1585 Broadway
New York, NY 10023-5882                      New York , NY 10036
(212) 580-0800                               (212)-969-3277

Attorneys for Plaintiffs                     Attorneys for Dobbs-Stanford Corporation


SO ORDERED this 12 day of May 2010:

_____
Hon. Shira A. Scheindlin
United States District Judge