SOFTWARE FREEDOM LAW CENTER, INC.
Daniel B. Ravicher (DR1498)
Aaron Williamson (AW1337)
Michael A. Spiegel (MS2309)
1995 Broadway, 17th Floor
New York, NY 10023-5882
Tel.: 212-580-0800
Fax.: 212-580-0898

Attorneys for Plaintiffs *Software Freedom*
*Conservancy, Inc.* and *Erik Andersen*

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| -------------------------------------------------------------------- | X | |
| SOFTWARE FREEDOM CONSERVANCY, INC. and ERIK ANDERSEN, | : | ECF CASE |
| | : | |
| Plaintiffs, | : | 09-CV-10155 (SAS) |
| -against- | : | |
| | : | |
| BEST BUY CO., INC., SAMSUNG ELECTRONICS AMERICA, INC., WESTINGHOUSE DIGITAL ELECTRONICS, LLC, JVC AMERICAS CORPORATION, WESTERN DIGITAL TECHNOLOGIES, INC., ROBERT BOSCH LLC, PHOEBE MICRO, INC., HUMAX USA INC., COMTREND CORPORATION, DOBBS-STANFORD CORPORATION, VERSA TECHNOLOGY INC., ZYXEL COMMUNICATIONS INC., ASTAK INC., and GCI TECHNOLOGIES CORPORATION, | : : : : : : : : : : : | **NOTICE OF PLAINTIFFS' MOTION FOR DEFAULT, OR IN THE ALTERNATIVE, SUMMARY JUDGMENT AGAINST DEFENDANT WESTINGHOUSE DIGITAL ELECTRONICS, LLC** |
| | : | |
| Defendants. | : | |
| -------------------------------------------------------------------- | X | |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support

1

of Plaintiffs' Motion for Default Judgment, or in the Alternative, Summary Judgment; Plaintiffs'

Rule 56.1 Statement of Material Facts; the Declaration of Erik Andersen, dated June 1, 2010, and

Exhibits 1-2 annexed thereto; the Declaration of Bradley M. Kuhn, dated June 3, 2010, and

Exhibits 1-3 annexed thereto; the Declaration of Daniel B. Ravicher, dated June 3, 2010, and

Exhibits 1-4 annexed thereto; and on all the prior proceedings and matters of record in this case,

plaintiffs Software Freedom Conservancy, Inc. and Erik Andersen will move the court before the

Honorable Shira A. Scheindlin, United States District Court Judge, at the United States

Courthouse, 500 Pearl Street, New York, New York, at a date and time to be determined by the

Court, for an order granting default judgment, or in the alternative, summary judgment in favor

of the Plaintiffs against Defendant Westinghouse Digital Electronics, LLC pursuant to Federal

Rules of Civil Procedure 37 and 56.  Upon entry of judgment, Plaintiffs will also seek the entry

of an award of (i) permanent injunctive relief, (ii) damages, (iii) reasonable attorneys' fees and

costs, and (iv) any such further relief as the court may deem just and proper.

PLEASE TAKE NOTICE that pursuant to the schedule set by the court at the May 20th

pre-trial conference in this matter, any opposing papers or answering memoranda are to be served

by June 17, 2010.

Dated: June 3, 2010
      New York, New York

                                      Respectfully submitted,
                                      SOFTWARE FREEDOM LAW CENTER, INC.

                                      By:  s/ Daniel B. Ravicher
                                      Daniel B. Ravicher (DR1498)
                                      Aaron Williamson (AW1337)
                                      Michael A. Spiegel (MS2309)
                                      1995 Broadway, 17th Floor
                                      New York, NY 10023-5882
                                      Tel.: 212-580-0800
                                      Fax.: 212-580-0898

                                      Attorneys for Plaintiffs *Software Freedom Conservancy, Inc. and Erik Andersen*