| Home | Products | Dealers | Support | Customer Service | News | Commercial Partners |

Site Map | Search [        ] [GO]

# V-CHIP UPDATES

The V-Chip update is not needed to operate your TV - the only purpose of the update is to allow the TV to use a new ratings system if one is developed.

Legal Disclaimer

```
WESTINGHOUSE DIGITAL ELECTRONICS LLC

Non-Exclusive Copyright License

Westinghouse Digital Electronics LLC ("Westinghouse")
is the owner of certain firmware update software and
related intellectual property rights relating to the
```

☐ I agree.

[ Next >> ]

If you wish to determine whether your TV is enabled with the capability to update the content ratings system, please click here

**V-Chip Information Notification**

Enter your Serial Number: `5130J83900293`

Where to find your numbers.

Enter your Model Number: `TX-52F480S ▼`

Enter your Part Number: `TW-51302-C052A ▼`

Privacy • Trademarks & Terms of Use • Contact Us

Did the information on this page help you?  [yes] [no]

©2010 Westinghouse Digital, LLC. All rights reserved.