# ARIN WHOIS Database Search

Search ARIN WHOIS for: 207.38.27.164

```
Intelenet Communications NETWORK-207-38-0-0 (NET-207-38-0-0-1)
                              207.38.0.0 - 207.38.47.255
Westinghouse Digital Electronics ICI-WESTINGHOUSE-1 (NET-207-38-27-160-1)
                              207.38.27.160 - 207.38.27.175


# ARIN WHOIS database, last updated 2010-05-25 20:00
# Enter ? for additional hints on searching ARIN's WHOIS database.
#
# ARIN WHOIS data and services are subject to the Terms of Use
# available at https://www.arin.net/whois_tou.html
```