Non-Exclusive Copyright License

Westinghouse Digital Electronics LLC ("Westinghouse") is the owner of certain firmware update software and related intellectual property rights relating to the specified model of Westinghouse LCD television ("Update").  In consideration of your agreement to be bound by the terms and conditions of this Agreement and upon your affirmative acknowledgement of this license agreement by checking the box below, Westinghouse grants you a non-exclusive, non-transferable copyright license ("Agreement"), and will provide you access to the Update for your specified LCD television, to be downloaded to a Windows compatible USB flash drive.  This Agreement is subject to the following terms and conditions:

1.      Pursuant to this License Agreement, you are authorized to download, install, and use the Update on your Westinghouse LCD television.  The Update is only compatible with the specified television and may cause serious damage if uploaded to the incorrect model Westinghouse television.

2.      The Update contains proprietary information and data of Westinghouse and its licensors.  This Agreement does not constitute the sale of the Update or any copy of the Update.  All intellectual property rights in the Update software shall remain the exclusive property of Westinghouse and/or its licensors.

3.      You may download and install the Update for personal, non-commercial purposes only.  You are not authorized to copy any aspect of the Update, either in whole or in part, for any other personal or commercial use.  You are prohibited from modifying, altering, or otherwise manipulating the Update or its source code.

4.      This is a single user license.  You may not sell, lease, loan, or otherwise distribute this Update to any third person. You may not sublicense or transfer this Update to a third party.  This Agreement will terminate automatically if you breach any of its terms or if you uninstall, delete, and destroy the Update and all copies.

5.      You agree to read and strictly follow the Update installation instructions provided on the Westinghouse website for your specific model LCD television.  You acknowledge that failure to follow the installation instructions can result in serious damage to your LCD television.  You agree that Westinghouse shall not be responsible for any damage to or diminished performance of your Westinghouse LCD television set that may result from your: (i) failure to properly follow the Update installation instructions, (ii) use of incompatible data transfer devices, or (iii) use of an incompatible computer operating system.  Damage to your LCD television set caused by such misuse shall be your sole responsibility.

6.      THE UPDATE IS PROVIDED TO YOU FREE OF CHARGE, "AS IS" WITH ALL ITS FAULTS.  YOUR USE OF THE UPDATE IS AT YOUR SOLE RISK.  WESTINGHOUSE HEREBY DISCLAIMS ALL WARRANTIES, WHETHER EXPRESS OR IMPLIED, WITH RESPECT TO THE UPDATE, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR NON-INFRINGEMENT.  WESTINGHOUSE DOES NOT WARRANT THAT THE UPDATE WILL MEET YOUR SPECIFIC REQUIREMENTS OR THAT THE QUALITY OF THE UPDATE WILL MEET YOUR EXPECTATIONS.  WESTINGHOUSE IS UNDER NO OBLIGATION TO SUPPORT THE UPDATES, OR TO PROVIDE FURTHER UPDATES OR ERROR CORRECTION.  SOME STATES DO NOT ALLOW THE EXCLUSION OF IMPLIED WARRANTIES, SO THE ABOVE EXCLUSION MAY NOT APPLY TO YOU, AND YOU MAY HAVE OTHER RIGHTS, WHICH VARY FROM STATE TO STATE.

7.      IN NO EVENT WILL WESTINGHOUSE BE LIABLE TO YOU OR TO ANY THIRD PARTY FOR ANY DIRECT, SPECIAL, INDIRECT, INCIDENTAL, OR CONSEQUENTIAL DAMAGES ARISING OUT OF OR IN CONNECTION WITH THE AGREEMENT OR THE USE, INABILITY TO USE, OPERATION, OR PERFORMANCE OF THE UPDATE, WHETHER SUCH LIABILITY ARISES FROM ANY CLAIM BASED UPON CONTRACT, WARRANTY, TORT, PRODUCTS LIABILITY OR OTHERWISE, AND WHETHER OR NOT WESTINGHOUSE HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH LOSS OR DAMAGE.

8.      This Agreement will be governed by the laws of the State of California, without regard to its choice of law rules.

9.      The parties hereby consent to the exclusive jurisdiction of, and venue in, any federal or state court of competent jurisdiction located in the County of Los Angeles, California for the purpose of adjudicating any matter arising from or in connection with this Agreement.  Each party hereby waives its right to a jury trial of any claim or cause of action arising out of, directly or indirectly, this Agreement, and/or the use of the Westinghouse website or its contents.

10.     All provisions of this Agreement are independent of each other.  If any provision herein shall be held illegal, invalid, or unenforceable, in whole or in part, such provision shall be modified to the minimum extent necessary to make it legal, valid and enforceable, and the legality, validity and enforceability of all other provisions of this Agreement shall not be affected thereby.

11.     This Agreement represents the complete and exclusive agreement between you and Westinghouse

relating to the Update. You acknowledge that you have not relied on any other representation not specifically included in this Agreement.  You represent that you are of legal age and have the legal capacity to enter into this Agreement.