**Subject:** Your attached letter of September 2, 2009
**From:** "Moore, Arthur" <amoore@wde.com>
**Date:** Tue, 15 Sep 2009 11:40:32 -0700
**To:** <ravicher@softwarefreedom.org>
**CC:** <loni.kupchanko@tridentmicro.com>

Daniel B. Ravincher
Legal Director
Software Freedom Law Center

Dear Mr. Ravincher:

I am in house counsel for Westinghouse Digital Electronics (WDE) and I am responding to your attached letter to Richard Houng, Chief Executive Officer of WDE.  I have shared your letter with Ms. Loni Kupchanko, in house counsel for the company that supplies the video processor electronics for the TX-52F480S product in question.  Ms. Kupchanko has handled a prior issue involving the GPL relating to Trident's firmware for the same model television.  Here is her contact information.

Loni Kupchanko
Assistant General Counsel
Trident Microsystems, Inc
Office: (408) 764-8917
loni.kupchanko@tridentmicro.com

I will be your contact at Westinghouse and I will call you for a background discussion of Westinghouse's TX-52F480S product (but not the merits of this claim).

**Arthur Moore**
**Senior Counsel**
**Westinghouse Digital Electronics**
12150 Mora Drive
Santa Fe Springs, CA 90670
p: 562-236-9800 x. 148
f: 562-236-9896
m: 626-826-9984
**www.wde.com**

This email may contain confidential information which is legally privileged.  The informa

| | **Content-Description:** SoftwareFree |
|---|---|
| **SoftwareFreedomLawCenter-09-02-2009.pdf** | **Content-Type:**       application/o |
| | **Content-Encoding:**   base64 |