**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SOFTWARE FREEDOM CONSERVANCY,
INC. and ERIK ANDERSEN,

     Plaintiffs,

          -against-

BEST BUY CO., INC., SAMSUNG
ELECTRONICS AMERICA, INC.,
WESTINGHOUSE DIGITAL ELECTRONICS,
LLC, JVC AMERICAS CORPORATION,
WESTERN DIGITAL TECHNOLOGIES, INC.,
ROBERT BOSCH LLC, PHOEBE MICRO,
INC., HUMAX USA INC., COMTREND
CORPORATION, DOBBS-STANFORD
CORPORATION, VERSA TECHNOLOGY
INC., ZYXEL COMMUNICATIONS INC.,
ASTAK INC., and GCI TECHNOLOGIES
CORPORATION,

     Defendants.

Civil Action No. 09-CIV-10155 (SAS)

## APPEARANCE

To the Clerk of this court and all parties of record:

     Please enter my appearance as counsel in this case for Best Buy Co., Inc.

     I certify that I am admitted to practice *pro hac vice* in this case.

Dated:  Minneapolis, Minnesota
       June 18, 2010

/s/ Sharon E. Roberg-Perez
Sharon E. Roberg-Perez (MN 348272)
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402-2015
Tel.:  612.349.8500
Fax:  612.339.4181
seroberg-perez@rkmc.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on the below date, she did cause a true and correct copy of the foregoing **Appearance** to be served via this Court's Electronic Case Filing system upon counsel for all parties.

Dated:  June 18, 2010

/s/ Sharon E. Roberg-Perez
Sharon E. Roberg-Perez (MN 348272)