**UNITED STATES DISTRICT COURT**
<u>**SOUTHERN DISTRICT OF NEW YORK**</u>

| | |
|---|---|
| SOFTWARE FREEDOM CONSERVANCY, INC. and ERIK ANDERSEN,<br><br>    Plaintiffs,<br><br>    -against-<br><br>BEST BUY CO., INC., SAMSUNG ELECTRONICS AMERICA, INC., WESTINGHOUSE DIGITAL ELECTRONICS, LLC, JVC AMERICAS CORPORATION, WESTERN DIGITAL TECHNOLOGIES, INC., ROBERT BOSCH LLC, PHOEBE MICRO, INC., HUMAX USA INC., COMTREND CORPORATION, DOBBS-STANFORD CORPORATION, VERSA TECHNOLOGY INC., ZYXEL COMMUNICATIONS INC., ASTAK INC., and GCI TECHNOLOGIES CORPORATION,<br><br>    Defendants. | Civil Action No. 09-CIV-10155 (SAS) |

**APPEARANCE**

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for Best Buy Co., Inc.

I certify that I am admitted to practice *pro hac vice* in this case.

Dated:  Minneapolis, Minnesota          /s/ Emmett J. McMahon
       June 18, 2010                         Emmett J. McMahon (MN 198298)
                                                      Robins, Kaplan, Miller & Ciresi L.L.P.
                                                      2800 LaSalle Plaza
                                                      800 LaSalle Avenue
                                                      Minneapolis, MN  55402-2015
                                                      Tel.:  612.349.8500
                                                      Fax:  612.339.4181
                                                      ejmcmahon@rkmc.com

2

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on the below date, he did cause a true and correct copy of the foregoing **Appearance** to be served via this Court's Electronic Case Filing system upon counsel for all parties.

Dated:  June 18, 2010

                                    /s/ Emmett J. McMahon  
                                    Emmett J. McMahon (MN 198298)