*Counsel for Westinghouse's request to file a motion to withdraw is hereby granted.*

*SO ORDERED*

*/s/ Shira A. Scheindlin*
*USDJ*

*Date: 6/17/10*

LAW OFFICES
**RENNER, OTTO, BOISSELLE & SKLAR, LLP**
1621 EUCLID AVENUE, NINETEENTH FLOOR
CLEVELAND, OHIO 44115-2191
TEL: (216) 621-1113  FAX: (216) 621-6165
EMAIL: MailRoom@RennerOtto.com

June 16, 2010

FILED: 6/18/10

**Via FedEx**

The Honorable Shira A. Scheindlin
United States District Judge
Attn: Deputy J. Reily
U.S. District Court, for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 15-C
New York, NY 10007-1312

Re: ***Software Freedom Conservancy, Inc. and Erik Andersen v. Best Buy Co., Inc. et al.***
***Case No. 09-cv-10155***

Dear Judge Scheindlin:

I am a partner of the law firm Renner, Otto, Boisselle & Sklar, LLP and am lead outside counsel for defendant Westinghouse Digital Electronics, LLC ("Westinghouse") in the above-captioned case. Sarah B. Yousuf of Kane Kessler, LLP is local counsel for Westinghouse in the above-captioned case. Counsel for Westinghouse seek permission from the Court to file a motion to withdraw, as Westinghouse has been liquidated under California law, and its trustee has terminated our representation.

On April 2, 2010, Westinghouse, a California limited liability company, now known as Mora Electronics, LLC ("Mora"), executed a General Assignment (the "General Assignment"). Under the General Assignment, Mora assigned all of its assets (excluding real property leasehold interest and interests under agreements with labor unions or trade associations) to the Credit Management Association of California ("the CMA"), a California corporation, in trust, for the benefit of Mora's creditors.

The CMA has informed us that it will not further defend Westinghouse in this action. Consequently, the CMA has issued a bulletin to Westinghouse's creditors, including the plaintiff in this case, notifying them of the General Assignment for the benefit of creditors and providing creditors with a Proof of Claim form to file with the CMA in order to participate in disbursement of funds generated to unsecured creditors from the liquidation of Mora.

  Michael Joncich of the CMA informed me that Ms. Yousuf and Renner Otto are no longer authorized to represent Westinghouse, Mora or the CMA in connection with this case. Mr. Joncich also requested that we withdraw from representation in this matter.

  We have attempted to confer with opposing counsel regarding our proposed withdrawal of representation. Mr. Ravicher, Plaintiffs' counsel, expressed that Plaintiffs would not oppose the motion to withdraw if Westinghouse agreed to entry of a default judgment; however, because the CMA has terminated our services and any authority to act on behalf of Westinghouse, we are unable to agree to this proposal. Nonetheless, as discussed above it is our understanding that the CMA does not intend to defend the above-captioned case.

  Therefore we request a pre-motion conference regarding our proposed motion to withdrawal. A copy of this letter has been sent to Mr. Ravicher.

  Thank you for consideration of this request.

Very Truly Yours,<br><br>*[signature]*<br><br>Kyle B. Fleming

Cc: Daniel B. Ravicher