UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOFTWARE FREEDOM CONSERVANCY, INC.
and ERIK ANDERSON,

          Plaintiffs,

v.

BEST BUY CO., INC., SAMSUNG
ELECTRONICS AMERICA, INC.,
WESTINGHOUSE DIGITAL ELECTRONICS,
LLC, JVC AMERICAS CORPORATION,
WESTERN DIGITAL TECHNOLOGIES, INC.,
ROBERT BOSCH LLC, PHOEBE MICRO, INC.,
HUMAX USA INC., COMTREND
CORPORATION, DOBBS-STANFORD
CORPORATION, VERSA TECHNOLOGY INC.,
ZYXEL COMMUNICATIONS INC., ASTAK,
INC., and GCI TECHNOLOGIES
CORPORATION,

          Defendants.

No.: 09-CV-10155 (SAS)

**MOTION TO ADMIT COUNSEL**
*PRO HAC VICE*

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Emily B. Kirsch, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

| | |
|---|---|
| Applicant's Name: | Shiou-Jin Christine Hwang Yang |
| Firm Name: | Law Offices of S.J. Christine Yang |
| Address: | 17220 Newhope Street, Suite 101-102 |
| City/State/Zip: | Fountain Valley, California 92708 |
| Phone Number: | (714) 641-4022 |
| Fax Number: | (714) 641-2082 |

Shiou-Jin Christine Hwang Yang is a member in good standing of the Bar of the State of California.

There are no pending disciplinary proceedings against Shiou-Jin Christine Hwang Yang in any State or Federal court.

Dated: June 14, 2010
City, State: New York, New York

Respectfully submitted,

*[signature]*

Sponsor's
SDNY Bar:       EB4216
Firm Name:     Reed Smith LLP
Address:          599 Lexington Avenue
City/State/Zip: New York, NY 10022
Phone Number: (212) 521-5400
Fax Number:   (212) 521-5450

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOFTWARE FREEDOM CONSERVANCY, INC. and ERIK ANDERSON,

        Plaintiffs,

v.

BEST BUY CO., INC., SAMSUNG ELECTRONICS AMERICA, INC., WESTINGHOUSE DIGITAL ELECTRONICS, LLC, JVC AMERICAS CORPORATION, WESTERN DIGITAL TECHNOLOGIES, INC., ROBERT BOSCH LLC, PHOEBE MICRO, INC., HUMAX USA INC., COMTREND CORPORATION, DOBBS-STANFORD CORPORATION, VERSA TECHNOLOGY INC., ZYXEL COMMUNICATIONS INC., ASTAK, INC., and GCI TECHNOLOGIES CORPORATION,

        Defendants.

No.: 09-CV-10155 (SAS)

**AFFIDAVIT OF EMILY B. KIRSCH IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

STATE OF NEW YORK  )
                            ) ss.:
COUNTY OF NEW YORK  )

Emily B. Kirsch, being duly sworn, hereby deposes and says as follows:

1. I am of counsel at Reed Smith LLP, counsel for Defendant ZyXEL Corporation in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Shiou-Jin Christine Hwang Yang as counsel *pro hac vice* to represent Defendant in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1996. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Shiou-Jin Christine Hwang Yang since 2006.

4. Shiou-Jin Christine Hwang Yang is co-counsel for Defendant ZyXEL Corporation in Fountain Valley, New York.

5. I have found Shiou-Jin Christine Hwang Yang to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Shiou-Jin Christine Hwang Yang, *pro hac vice*.

7.     I respectfully submit a proposed order granting the admission of Shiou-Jin Christine Hwang Yang, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Shiou-Jin Christine Hwang Yang, *pro hac vice*, to represent Defendant in the above-captioned matter, be granted.

Dated: June 14, 2010  
City, State: New York, New York  
Notarized:

*Evelyn Green*

EVELYN GREEN  
Notary Public, State of New York  
No. 01GR4879671  
Qualified in New York County  
Commission Expires Dec. 15, 2011

Respectfully submitted,

*Emily Kirsch*

Name of Movant: Emily B. Kirsch  
SDNY Bar Code EB 4216

**THE STATE BAR
OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617

TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

June 4, 2010

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, SHIOU-JIN CHRISTINE HWANG YANG, #102048 was admitted to the practice of law in this state by the Supreme Court of California on December 9, 1981; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOFTWARE FREEDOM CONSERVANCY, INC. and ERIK ANDERSON,<br><br>Plaintiffs,<br><br>v.<br><br>BEST BUY CO., INC., SAMSUNG ELECTRONICS AMERICA, INC., WESTINGHOUSE DIGITAL ELECTRONICS, LLC, JVC AMERICAS CORPORATION, WESTERN DIGITAL TECHNOLOGIES, INC., ROBERT BOSCH LLC, PHOEBE MICRO, INC., HUMAX USA INC., COMTREND CORPORATION, DOBBS-STANFORD CORPORATION, VERSA TECHNOLOGY INC., ZYXEL COMMUNICATIONS INC., ASTAK, INC., and GCI TECHNOLOGIES CORPORATION,<br><br>Defendants. | No.: 09-CV-10155 (SAS)<br><br>**ORDER FOR ADMISSION**<br>***PRO HAC VICE***<br>**ON WRITTEN MOTION** |

Upon the Motion of Emily B. Kirsch, attorney for ZYXEL CORPORATION, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Shiou-Jin Christine Hwang Yang |
| Firm Name: | Law Offices of S.J. Christine yang |
| Address: | 17220 Newhope Street, Suite 101-102 |
| City/State/Zip: | Fountain Valley, Claifornia 92708 |
| Telephone/Fax: | (714) 641-4022; (714) 641-2082 |
| Email Address: | cyang@sjclawpc.com |

is admitted to practice pro hac vice as counsel for ZYXEL CORPORATION in the above-captioned case in the United States District Court for the Southern District of New York. All Attorneys appearing for this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated:       June __, 2010
City, State: New York, New York

---

United States District/Magistrate Judge