EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
SOFTWARE FREEDOM CONSERVANCY, :
INC., et al., : ECF CASE
 :
Plaintiffs, : Civil Action No. 1:09-cv-10155-
    -against- : SAS
 :
BEST BUY CO., INC., et al, : **STIPULATION OF DISMISSAL**
 X
Defendants.
----------------------------------------------------------

Plaintiffs Software Freedom Conservancy, Inc. and Erik Andersen and Defendant Humax USA, Inc., ("Humax") hereby stipulate to dismiss defendant Humax from this action WITHOUT PREJUDICE, and without costs to any party. Plaintiffs maintain this action against all other defendants.

DATED: June 23, 2010

_____          _____
Aaron Williamson (AW1337)           Eugene Pak (admitted *pro hac vice*)
Software Freedom Law Center, Inc.   DLA Piper
1995 Broadway, 17th Floor           555 Mission Street, Suite 2400
New York, NY 10023-5882             San Francisco, California 94105-2933
(212) 580-0800                      (415) 615-6024

Attorneys for Plaintiffs            Attorneys for Humax USA, Inc.


SO ORDERED this ___ day of _____ 2010:

Hon. Shira A Scheindlin
United States District Judge

WEST\22336364.1
372584-000200