UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOFTWARE FREEDOM CONSERVANCY, INC. and ERIK ANDERSON,<br><br>Plaintiffs,<br><br>v.<br><br>BEST BUY CO., INC., SAMSUNG ELECTRONICS AMERICA, INC., WESTINGHOUSE DIGITAL ELECTRONICS, LLC, JVC AMERICAS CORPORATION, WESTERN DIGITAL TECHNOLOGIES, INC., ROBERT BOSCH LLC, PHOEBE MICRO, INC., HUMAX USA INC., COMTREND CORPORATION, DOBBS-STANFORD CORPORATION, VERSA TECHNOLOGY INC., ZYXEL COMMUNICATIONS INC., ASTAK, INC., and GCI TECHNOLOGIES CORPORATION,<br><br>Defendants. | No.: 09-CV-10155 (SAS)(GWG)<br><br>**NOTICE OF WITHDRAWAL OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

Emily B. Kirsch hereby withdraws her motion, filed on June 14, 2010, to admit counsel *pro hac vice*.

Dated:         June 24, 2010
City, State:   New York, New York

*Emily B. Kirsch* (signature)
Emily B. Kirsch (EB 4216)
REED SMITH LLP
599 Lexington Avenue
New York, New York  10022
Telephone:   +1 212 521 5400
Facsimile:    +1 212 521 5450
ekirsch@reedsmith.com

*Counsel for Defendant ZyXEL Communications Inc.*