UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOFTWARE FREEDOM CONSERVANCY, INC.
and ERIK ANDERSON,

        Plaintiffs,

v.

BEST BUY CO., INC., SAMSUNG ELECTRONICS AMERICA, INC., WESTINGHOUSE DIGITAL ELECTRONICS, LLC, JVC AMERICAS CORPORATION, WESTERN DIGITAL TECHNOLOGIES, INC., ROBERT BOSCH LLC, PHOEBE MICRO, INC., HUMAX USA INC., COMTREND CORPORATION, DOBBS-STANFORD CORPORATION, VERSA TECHNOLOGY INC., ZYXEL COMMUNICATIONS INC., ASTAK, INC., and GCI TECHNOLOGIES CORPORATION,

        Defendants.

No.: 09-CV-10155 (SAS)



**ORDER FOR ADMISSION**
*PRO HAC VICE*
**ON WRITTEN REQUEST**



Upon the Request of Emily B. Kirsch, attorney for ZYXEL COMMUNICATIONS INC.;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Shiou-Jin Christine Hwang Yang |
| Firm Name: | Law Offices of S.J. Christine Yang |
| Address: | 17220 Newhope Street, Suite 101-102 |
| City/State/Zip: | Fountain Valley, California 92708 |
| Telephone/Fax: | (714) 641-4022; (714) 641-2082 |
| Email Address: | cyang@sjclawpc.com |

is admitted to practice pro hac vice as counsel for ZYXEL CORPORATION in the above-captioned case in the United States District Court for the Southern District of New York. All Attorneys appearing for this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated:    June 24, 2010
City, State:    New York, New York

                                      United States District/Magistrate Judge