Sexton DJ, J

EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

6/24/10

-------------------------------------------------- X
SOFTWARE FREEDOM CONSERVANCY,
INC., et al.,                                    ECF CASE: 09CV-10155

Plaintiffs,                                      Civil Action No. 1:09-cv-10155-
          -against-                              SAS

BEST BUY CO., INC., et al.,                      STIPULATION OF DISMISSAL
                                              X  Re: Humax
Defendants.
-------------------------------------------------- 

Plaintiffs Software Freedom Conservancy, Inc. and Erik Andersen and Defendant Humax USA, Inc. ("Humax") hereby stipulate to dismiss defendant Humax from this action WITHOUT PREJUDICE, and without costs to any party. Plaintiffs maintain this action against ALL other defendants.

DATED: June 23, 2010

_____            _____
Aaron Williamson (AW 1337)         Eugene Pak (admitted pro hac vice)
Software Freedom Law Center, Inc.  DLA Piper
1995 Broadway, 17th Floor          555 Mission Street, Suite 2400
New York, NY 10023-5882            San Francisco, California 94105-2933
(212) 580-0800                     (415) 615-6024

Attorneys for Plaintiffs           Attorneys for Humax USA, Inc.

SO ORDERED this ___ day of June 2010:

_____  USDJ

WEST\220685041
053531-020530

/s/ _____   6/24/10
Hon. Shira A. Scheindlin
United States District Judge

WEST\22306961.1
17581-44281