**WESTINGHOUSE DIGITAL ELECTRONICS, LLC**
Kyle B. Fleming (KF-2327)
RENNER, OTTO, BOISSELLE & SKLAR, LLP
1621 Euclid Ave., 19th Floor
Cleveland, Ohio 44115
(216) 621-1113

Sarah Bawany Yousuf (SBY-0305)
KANE KESSLER, P.C.
1350 Avenue of the Americas
New York, New York 10019
(212) 541-6222

*Attorneys for Defendant*
*Westinghouse Digital Electronics, LLC*

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOFTWARE FREEDOM CONSERVANCY, INC. and ERIK ANDERSEN,<br><br>Plaintiffs,<br><br>v.<br><br>BEST BUY CO., INC.; SAMSUNG ELECTRONICS AMERICA, INC.; WESTINGHOUSE DIGITAL ELECTRONICS, LLC; JVC AMERICAS CORPORATION; WESTERN DIGITAL TECHNOLOGIES, INC.; ROBERT BOSCH LLC; PHOEBE MICRO, INC.; HUMAX USA INC.; COMTREND CORPORATION; DOBBS-STANDFORD CORPORATION; VERSA TECHNOLOGY INC.; and GCI TECHNOLOGIES CORPORATION,<br><br>Defendants. | Civil Action No: 09-cv-10155 (SAS)<br>Judge Scheindlin<br><br>**NOTICE OF DEFENDANT WESTINGHOUSE DIGITAL EELCTRONICS, LLC'S MOTION TO WITHDRAW COUNSEL OF RECORD** |

1

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendant's Motion to Withdraw Counsel of Record; Declaration of Jay R. Campbell in Support of Motion to Withdraw Counsel of Record; and Exhibits A-C to Declaration annexed thereto, defendant Westinghouse Digital Electronics, LLC will move the court before the Honorable Judge Shira A. Scheindlin, United States District Judge, United States Courthouse, 500 Pearl Street, New York, New York, for an order granting the withdrawal of the law firms of Renner, Otto, Boisselle & Sklar, LLP and Kane Kessler, P.C. as counsel for Westinghouse Digital Electronics, LLC pursuant to Local Civil Rule 1.4.

Dated: June 29, 2010 in Cleveland, Ohio

    Respectfully submitted,

/s/ *Kyle B. Fleming*_____
Kyle B. Fleming (KF-2327)
Renner, Otto, Boisselle & Sklar, LLP
1621 Euclid Ave., 19th Floor
Cleveland, Ohio 44115
(216) 621-1113

Sarah Bawany Yousuf (SBY-0305)
Kane Kessler, P.C.
1350 Avenue of the Americas
New York, New York 10019
(212) 541-6222

*Attorneys for Westinghouse Digital Electronics, LLC*