Exhibit B

------ Forwarded Message
From: Michael Joncich <mjoncich@creditservices.org>
Organization: CMA Business Credit Services
Reply-To: <mjoncich@emailcma.org>
Date: Thu, 10 Jun 2010 11:08:04 -0700
To: 'Jay Campbell' <jcampbell@rennerotto.com>, "'Newman, Samuel A.'" <SNewman@gibsondunn.com>
Subject: WDE / Withdraw and termination

This will confirm that your firm's representation of Westinghouse Digital Electronics, LLC has been terminated and that your firm is not authorized to represent CMA or Mora Electronics.