Exhibit C

From: Daniel B. Ravicher [ravicher@softwarefreedom.org]
Sent: Wednesday, June 02, 2010 4:16 PM
To: Kyle Fleming; Sarah Hawa Bawany Yousuf
Cc: Betsy Batts; Jay Campbell; Todd Tucker
Subject: Re: Software Freedom Conservancy, Inc. v. Best Buy Co., Inc. et al., 09-cv-10155, Motion to Withdraw

Kyle and Sarah,

At this time, Plaintiffs do not consent to your withdrawal from representation of Westinghouse Digital Electronics, LLC, in this matter and will oppose any such motion should you make it.  If, however, your client would consent to default judgment and an award of all appropriate remedies against it, then Plaintiffs would reconsider their position.

Regards,

Daniel B. Ravicher, Legal Director
Software Freedom Law Center (SFLC) and Moglen Ravicher LLC
1995 Broadway, 17th Fl., New York, NY 10023
(212) 461-1902 direct  (212) 580-0800 main  (212) 580-0898 fax
ravicher@softwarefreedom.org   www.softwarefreedom.org


On 05/26/2010 12:27 PM, Betsy Batts wrote:
> Mr. Ravicher:
>
> Per your conversation with Jay Campbell, attached for your review:
>
> 1)           Proposed Motion to Withdraw;
> 2)           Declaration in Support of Motion to Withdraw;
> 3)           Attachment A to the Declaration; and
> 4)           Proposed Order.
>
> A similar motion was granted in Zenith Electronics, LLC v. V, Inc. et
> al. in the Eastern District of Texas on Monday, May 24, 2010 for
> Westinghouse.
>
> Best,
> Elizabeth Batts
>
> _Elizabeth A. Batts__ |__ __Renner, Otto, Boisselle & Sklar LLP_
> 1621 Euclid Ave., Ste. 19 | Cleveland, Ohio 44115 USA
> T: +1.216.621.1113 | F: +1.216.377.1219
>