SOFTWARE FREEDOM LAW CENTER, INC.
Daniel B. Ravicher (DR1498)
Aaron Williamson (AW1337)
Michael A. Spiegel (MS2309)
1995 Broadway, 17th Floor
New York, NY 10023-5882
Tel.: 212-580-0800
Fax.: 212-580-0898

Attorneys for Plaintiffs *Software Freedom Conservancy, Inc.* and *Erik Andersen*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
SOFTWARE FREEDOM CONSERVANCY, INC. and      :
ERIK ANDERSEN,                              :    ECF CASE
                                            :
                    Plaintiffs,             :    09-CV-10155 (SAS)
        -against-                           :
                                            :
BEST BUY CO., INC., SAMSUNG ELECTRONICS     :    **NOTICE OF PLAINTIFFS'**
AMERICA, INC., WESTINGHOUSE DIGITAL         :    **MOTION TO JOIN**
ELECTRONICS, LLC, JVC AMERICAS              :    **SUCCESSORS IN INTEREST**
CORPORATION, WESTERN DIGITAL                :    **OF DEFENDANT**
TECHNOLOGIES, INC., ROBERT BOSCH LLC,       :    **WESTINGHOUSE DIGITAL**
PHOEBE MICRO, INC., HUMAX USA INC.,         :    **ELECTRONICS, LLC**
COMTREND CORPORATION, DOBBS-STANFORD        :
CORPORATION, VERSA TECHNOLOGY INC.,         :
ZYXEL COMMUNICATIONS INC., ASTAK INC.,      :
and GCI TECHNOLOGIES CORPORATION,           :
                                            :
                    Defendants.             :
------------------------------------------------------------------ X

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion to Join Successors in Interest of Defendant Westinghouse Digital Electronics, LLC; the Declaration of Daniel B. Ravicher in Support of Plaintiffs' Motion to Join

Successors in Interest of Defendant Westinghouse Digital Electronics, LLC, dated August 9, 2010, and Exhibits 1–3 annexed thereto; and on all the prior proceedings and matters of record in this case, plaintiffs Software Freedom Conservancy, Inc. and Erik Andersen will move the court before the Honorable Shira A. Scheindlin, United States District Court Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, at a date and time to be determined by the court, for an order joining Credit Managers Association of California, d/b/a Credit Management Association, and Westinghouse Digital, LLC, as successors in interest of defendant Westinghouse Digital Electronics, LLC, pursuant to Federal Rule of Civil Procedure 25(c).

A copy of this Notice of Motion and its supporting memorandum and declaration are being served on Credit Managers Association of California, d/b/a Credit Management Association, and Westinghouse Digital, LLC, as provided in Federal Rule of Civil Procedure 4.

Dated: August 9, 2010
      New York, New York

                Respectfully submitted,
                SOFTWARE FREEDOM LAW CENTER, INC.

                By: s/ Daniel B. Ravicher
                Daniel B. Ravicher (DR1498)
                Aaron Williamson (AW1337)
                Michael A. Spiegel (MS2309)
                1995 Broadway, 17th Floor
                New York, NY 10023-5882
                Tel.: 212-580-0800
                Fax.: 212-580-0898

                Attorneys for Plaintiffs *Software Freedom Conservancy, Inc. and Erik Andersen*