UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
SOFTWARE FREEDOM CONSERVANCY, INC. and :
ERIK ANDERSEN, : ECF CASE
  :
                        Plaintiffs, : 09-CV-10155 (SAS)
  -against- :
  :
BEST BUY CO., INC., SAMSUNG ELECTRONICS : **DECLARATION OF**
AMERICA, INC., WESTINGHOUSE DIGITAL : **DANIEL B. RAVICHER**
ELECTRONICS, LLC, JVC AMERICAS : **IN SUPPORT OF**
CORPORATION, WESTERN DIGITAL : **PLAINTIFFS' MOTION**
TECHNOLOGIES, INC., ROBERT BOSCH LLC, : **TO JOIN SUCCESSORS**
PHOEBE MICRO, INC., HUMAX USA INC., : **IN INTEREST OF**
COMTREND CORPORATION, DOBBS-STANFORD : **DEFENDANT**
CORPORATION, VERSA TECHNOLOGY INC., : **WESTINGHOUSE**
ZYXEL COMMUNICATIONS INC., ASTAK INC., and : **DIGITAL**
GCI TECHNOLOGIES CORPORATION, : **ELECTRONICS, LLC**
  :
                        Defendants. :
------------------------------------------------------------------ X

I, Daniel B. Ravicher, pursuant to 28 U.S.C. 1746, declare as follows:

    1.    I am a member of the bar of this Court and the Legal Director of the Software Freedom Law Center ("SFLC"), counsel in this action to all plaintiffs. I am also a member of the Board of Directors for the Software Freedom Conservancy, a named plaintiff in this case. I offer this declaration in support of the foregoing plaintiffs' motion to join Credit Managers Association of California, d/b/a Credit Management Association ("CMA"), and Westinghouse Digital, LLC ("Successor Westinghouse Digital"), successors in interest of defendant Westinghouse Digital Electronics, LLC ("Predecessor Westinghouse Digital Electronics").

    2.    Attached hereto as Exhibit 1 is a true copy of a letter I received from Michael L. Joncich at CMA, on April 28, 2010, concerning Predecessor Westinghouse Digital Electronics'

General Assignment for the benefit of creditors. I have not received a more detailed accounting of the disposition of the assets of Predecessor Westinghouse Digital Electronics.

3. Attached hereto as Exhibit 2 are true copies of business entity reports for CMA and Successor Westinghouse Digital. The California Business Entity Detail for Westinghouse Digital, LLC, indicates its address is 500 N. State College Blvd, Suite 1300, Orange, CA 92868

4. Attached hereto as Exhibit 3 is a true copy of an American Registry for Internet Numbers (ARIN) WHOIS report for Westinghouse Digital Electronics, which was last updated on January 22, 2010, and which identifies the address of Predecessor Westinghouse Digital Electronics as 500 N. State College Blvd, Suite 1300, Orange, CA 92868.

5. On August 6, 2010, I received a phone call from Arthur Moore, who represented himself as being an in-house attorney for Successor Westinghouse Digital. In September and October 2009, before this action was filed, I had significant email and telephonic correspondence with an attorney named Arthur Moore who was then Senior Counsel for Predecessor Westinghouse Digital Electronics. When I spoke with Mr. Moore on August 6, 2010, he stated that he was the same attorney with whom I had previously corresponded.

I declare under penalty of perjury that the foregoing is true and correct.

_Daniel B. Ravicher_
Daniel B. Ravicher

Executed on August 9, 2010
New York, New York

2