Exhibit 2

## California Secretary of State Debra Bowen

| Secretary of State | Administration | Elections | Business Programs | Political Reform | Archives | Registries |
|---|---|---|---|---|---|---|

**Business Entities (BE)**

Online Services
- **Business Search**
- **Disclosure Search**
- **E-File Statements**
- **Mail Processing Times**

**Main Page**

**Service Options**

**Name Availability**

**Forms, Samples & Fees**

**Annual/Biennial Statements**

**Filing Tips**

**Information Requests**
(certificates, copies &
status reports)

**Service of Process**

**FAQs**

**Contact Information**

Resources
- **Business Resources**
- **Tax Information**
- **Starting A Business**
- **International Business
  Relations Program**

**Customer Alert**
(misleading business
solicitations)

## Business Entity Detail

Data is updated weekly and is current as of Friday, August 06, 2010. It is not a complete or certified record of the entity.

| | |
|---|---|
| **Entity Name:** | CREDIT MANAGERS ASSOCIATION OF CALIFORNIA |
| **Entity Number:** | C0421994 |
| **Date Filed:** | 10/18/1961 |
| **Status:** | ACTIVE |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Address:** | 40 E VERDUGO AVE |
| **Entity City, State, Zip:** | BURBANK CA 91502 |
| **Agent for Service of Process:** | MICHAEL G MITCHELL |
| **Agent Address:** | 40 E VERDUGO AVE |
| **Agent City, State, Zip:** | BURBANK CA 91502 |

* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

**Modify Search    New Search    Printer Friendly    Back to Search Results**

**Privacy Statement | Free Document Readers**

Copyright © 2010   California Secretary of State

Westlaw.

## Fictitious Business Name Record

### Source Information

| | |
|---|---|
| Information Current Through: | 06/29/2010 |
| Database Last Updated: | 07/25/2010 |
| Update Frequency: | MONTHLY |
| Current Date: | 07/28/2010 |
| Source: | LOS ANGELES County, CA |

### Business Information

| | |
|---|---|
| Name: | **CREDIT MGMT ASSN** |
| Address: | 40 E VERDUGO AVE |
| | BURBANK, CA 91502 |
| County: | LOS ANGELES |

### Filing Information

| | |
|---|---|
| Filing Date: | 02/05/2009 |
| Identification Number: | 09-0156156 |
| Business Type: | CORPORATION |

### Owner Information

| | |
|---|---|
| Name: | CREDIT MANAGERS ASSN OF CALI |
| Address: | 40 E VERDUGO AVE BURBANK CA 91502 |

### Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
for on-site manual retrieval of documents related to this or other matters.
Additional charges apply.

END OF DOCUMENT

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

# California Secretary of State Debra Bowen

**Secretary of State**        Administration   Elections   **Business Programs**   Political Reform   Archives   Registries

**Business Entities (BE)**

Online Services
- **Business Search**
- **Disclosure Search**
- **E-File Statements**
- **Mail Processing Times**

**Main Page**

**Service Options**

**Name Availability**

**Forms, Samples & Fees**

**Annual/Biennial Statements**

**Filing Tips**

**Information Requests**
(certificates, copies &
status reports)

**Service of Process**

**FAQs**

**Contact Information**

Resources
- **Business Resources**
- **Tax Information**
- **Starting A Business**
- **International Business
  Relations Program**

**Customer Alert**
(misleading business
solicitations)

## Business Entity Detail

Data is updated weekly and is current as of Friday, August 06, 2010. It is not a complete or certified record of the entity.

| | |
|---|---|
| **Entity Name:** | WESTINGHOUSE DIGITAL, LLC |
| **Entity Number:** | 201008310034 |
| **Date Filed:** | 03/23/2010 |
| **Status:** | ACTIVE |
| **Jurisdiction:** | DELAWARE |
| **Entity Address:** | 500 N STATE COLLEGE BLVD STE 1300 |
| **Entity City, State, Zip:** | ORANGE CA 92868-1625 |
| **Agent for Service of Process:** | PARACORP INCORPORATED (1082536) |
| **Agent Address:** | * |
| **Agent City, State, Zip:** | CA 92618 |

\* Indicates the information is not contained in the California Secretary of State's database.

* **Note:** If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

**Modify Search**     **New Search**     **Printer Friendly**     **Back to Search Results**

**Privacy Statement | Free Document Readers**
Copyright © 2010   California Secretary of State