Exhibit 3

## WHOIS-RWS

### CUSTOMER

| | |
|---|---|
| Name | Westinghouse Digital Electronics |
| Handle | C02408239 |
| Street | 500 N. State College Blvd<br>Suite 1300 |
| City | Orange |
| State/Province | CA |
| Postal Code | 92868 |
| Country | US |
| Registration Date | 2010-01-22 |
| Last Updated | 2010-01-22 |
| Comments | |
| RESTful Link | http://whois.arin.net/rest/customer/C02408239 |

### NETWORK RESOURCES

| | |
|---|---|
| ICI-WESTINGHOUSE-1 (NET-207-38-27-160-1) | 207.38.27.160 - 207.38.27.175 |

View upstream network's resource POC records.
View upstream organization's POC records.