UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Index No. 09 CIV 10155

_____

SOFTWARE FREEDOM CONSERVANCY, INC., AND ERIK ANDERSEN

, Plaintiff(s)

- against -

BEST BUY CO. INC., ET AL.

, Defendant(s)

_____

State of Delaware    )
                     )  SS.:
County of Kent   )

AFFIDAVIT OF SERVICE

Mark  Hubler being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides
within the State of Delaware.  That on 08/10/2010 at  3:45 PM at:
   PARACORP INCORPORATED
   40 E. DIVISION ST #A
   DOVER DE 19901
Deponent served the:

DECLARATION OF DANIEL B. RAVICHER IN SUPPORT OF PLAINTIFFS' MOTION TO JOIN SUCCESSORS
IN INTEREST OF DEFENDANT WESTINGHOUSE DIGITAL ELECTRONICS, LLC
MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION TO JOIN SUCCESSORS IN INTEREST OF
DEFENDANT WESTINGHOUSE DIGITAL ELECTRONICS, LLC
NOTICE OF PLAINTIFFS' MOTION TO JOIN SUCCESSORS IN INTEREST OF DEFENDANT WESTINGHOUSE
DIGITAL ELECTRONICS, LLC

on WESTINGHOUSE DIGITAL, LLC

a domestic and/or foreign corporation
by delivering thereat true copies to Glenda Hallett
personally, deponent knew said corporation so served to be the corporation,
described in same as said recipient and knew said individual to be the
Managing Agent and who stated that they were
authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 53 HEIGHT: 5'5''   WEIGHT: 210    HAIR: BROWN     RACE: WHITE    SEX: FEMALE

SWORN TO BEFORE ME 8/13/10

_Shelley Rae Miles_

**SHELLY RAE MILES**
**Notary Public**
**No. 2009328123**
**State of Delaware**
**County of Kent**
**My Commission Expires Feb. 7, 2014**

_Mark Hubler_  Lic. #n/a

OUR DOC# 26116
Software Freedom Law Center
1995 Broadway
17th Floor
New York NY 10023
212-461-1911