UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Index No. 09 CIV 10155

SOFTWARE FREEDOM CONSERVANCY, INC., AND ERIK ANDERSEN

, Plaintiff(s)

- against -

BEST BUY CO. INC., ET AL.

, Defendant(s)

State of California   )
                      )  SS.:
County of Los Angeles )

AFFIDAVIT OF SERVICE

Carlos H. Canas being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides
within the State of California. That on 08/10/2010 at 2:22 PM at:
   CREDIT MANAGERS ASSOCIATION OF CALIFORNIA
   40 E. VERDUGO AVE

   BURBANK CA 91502
Deponent served the:

DECLARATION OF DANIEL B. RAVICHER IN SUPPORT OF PLAINTIFFS' MOTION TO JOIN SUCCESSORS
IN INTEREST OF DEFENDANT WESTINGHOUSE DIGITAL ELECTRONICS, LLC
MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION TO JOIN SUCCESSORS IN INTEREST OF
DEFENDANT WESTINGHOUSE DIGITAL ELECTRONICS, LLC
NOTICE OF PLAINTIFFS' MOTION TO JOIN SUCCESSORS IN INTEREST OF DEFENDANT WESTINGHOUSE
DIGITAL ELECTRONICS, LLC

on CREDIT MANAGERS ASSOCIATION OF CALIFORNIA

a domestic and/or foreign corporation
by delivering thereat true copies to Michael Jonich
personally, deponent knew said corporation so served to be the corporation,
described in same as said recipient and knew said individual to be the
Office Manager and who stated that they were
authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 46   HEIGHT: 5'8''   WEIGHT: 200   HAIR: BROWN   RACE: WHITE   SEX: MALE

8/13/10

SWORN TO BEFORE ME  D. Azmi

D. AZMI
Commission # 1840536
Notary Public - California
Orange County
My Comm. Expires Mar 15, 2013

Carlos H. Canas   Lic. #4571

OUR DOC# 26117
Software Freedom Law Center
1995 Broadway
17th Floor
New York NY 10023
212-461-1911