UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Software Freedom Conservancy, Inc., et al.,

                      Plaintiffs,

v.

Best Buy, Inc., et al.,

                      Defendants.

------------------------------------------------------------x

09-cv-10155 (SAS)

**NOTICE OF WITHDRAWAL AND REQUEST FOR REMOVAL FROM DOCKET**

       PLEASE TAKE NOTICE that Justin F. Heinrich no longer represents Dobbs-Stanford Corporation, a former defendant in the captioned matter, and hereby withdraws his Notice of Appearance and requests removal of his name from the docket.

Dated: New York, New York
         August 3, 2010

                                                Justin F. Heinrich (JH0512)
                                                LAW OFFICES OF
                                                ROBERT C. GOTTLIEB
                                                111 Broadway, Ste. 701
                                                New York, NY 10006
                                                T: (212) 566-7766
                                                F: (212) 374-1506
                                                jheinrich@robertgottlieblaw.com

                                                U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                 |

Software Freedom Conservancy, Inc., et al. |

                                                 |     09-cv-10155 (SAS)

                        Plaintiffs,     |

                                                 |     **DECLARATION OF**

             v.                            |     **JUSTIN F. HEINRICH**

Best Buy, Inc., et al.,

                        Defendants. |

-------------------------------------------------------x

      1.     I, Justin F. Heinrich, an attorney duly authorized to practice law in this Court, submit this declaration in support of my request to be removed from the docket and withdraw as an attorney of record for Dobbs-Stanford Corporation ("DSC"), a former defendant in the captioned matter.

      2.     I am an attorney formerly associated with the law firm Proskauer Rose LLP ("Proskauer"), counsel to DSC. As of June 4, 2010, I am no longer affiliated with Proskauer. DSC remained a client of Proskauer and Michael T. Mervis, a partner at Proskauer, has already appeared on behalf of DSC.

      3.     Further, on May 12, 2010, by stipulation and order, DSC was voluntarily dismissed from the matter without prejudice (*see* Docket Entry #111) and is no longer a party.

WHEREFORE, for the foregoing reasons, I respectfully request to be removed from the docket and withdraw as attorney of record for DSC.

Dated: New York, New York
August 3, 2010

*Justin Heinrich*
Justin F. Heinrich (JH0512)
LAW OFFICES OF
ROBERT C. GOTTLIEB
111 Broadway, Ste. 701
New York, NY 10006
T: (212) 566-7766
F: (212) 374-1506
jheinrich@robertgottlieblaw.com