Simmons Jannace, LLP
115 Eileen Way, Suite 103
Syosset, New York 11791
(516) 802-0630
By: Kevin P. Simmons (ks-7818)
Attorneys for Defendant
Best Buy Co., Inc.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/10
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
SOFTWARE FREEDOM CONSERVANCY, INC.
and ERIK ANDERSEN,

        Plaintiffs,

   -against-

BEST BUY CO., INC., SAMSUNG ELECTRONICS
AMERICA, INC., WESTINGHOUSE DIGITAL
ELECTRONICS, LLC, JVC AMERICAS
CORPORATION, WESTERN DIGITAL
TECHNOLOGIES, INC., ROBERT BOSCH LLC,
PHOEBE MICRO, INC., HUMAX USA INC.,
COMTREND CORPORATION, DOBBS-STANFORD
CORPORATION, VERSA TECHNOLOGY INC.,
ZYXEL COMMUNICATIONS INC., ASTAK INC.,
and GCI TECHNOLOGIES CORPORATION,

        Defendants.
------------------------------------X

Civil Action No.:
09 CIV 10155

**STIPULATION TO
WITHDRAW AS COUNSEL**

Scheindlin, J.

   **WHEREAS**, plaintiffs Software Freedom Conservancy, Inc. and Erik Andersen commenced this action against Best Buy Co, Inc. ("Best Buy") and other defendants based on allegations of copyright infringement;

   **WHEREAS**, Best Buy initially retained Simmons Jannace, LLP ("Simmons Jannace") to serve as temporary counsel for the limited purpose of obtaining a sixty-day extension of Best Buy's time to

answer and to afford Best Buy time to retain counsel that specializes in intellectual property law;

**WHEREAS**, Simmons Jannace obtained a sixty-day extension of Best Buy's time to answer by Stipulation with plaintiffs, so-ordered by the Honorable Shira A. Scheindlin;

**WHEREAS**, Best Buy subsequently retained Robins, Kaplan, Miller, & Ciresi, L.L.P. to serve as Best Buy's counsel of record in this matter;

**WHEREAS**, Best Buy no longer requires the services of Simmons Jannace as counsel in this matter; and

**WHEREAS**, the parties will not be prejudiced by permitting Simmons Jannace to withdraw as counsel.

**IT IS HEREBY STIPULATED AND AGREED**, between Simmons Jannace and Robins Kaplan, as attorneys for Best Buy, that Simmons Jannace is hereby relieved as counsel of record for Best Buy and that the appearances of Kevin P. Simmons and Jason W. Creech of Simmons Jannace as counsel of record for Best Buy are hereby withdrawn; and

**IT IS FURTHER STIPULATED AND AGREED**, that this Stipulation may be executed in counterparts, any of which may be transmitted by facsimile and each of which when so executed and delivered shall be deemed an original, with all which shall together constitute one and the same agreement.

Dated: Syosset, New York
August 9, 2010

| | |
|---|---|
| ROBINS KAPLAN MILLER<br>& CIRESI, L.L.P.<br>Incoming Attorneys for Defendant<br>Best Buy Co., Inc. | SIMMONS JANNACE, LLP<br>Outgoing Attorneys for<br>Defendant Best Buy Co., Inc. |
| By:/s/ David Lechtman<br>    David Lechtman (dl-7233)<br>**Office & P.O. Address:**<br>499 Park Avenue<br>New York, New York 10022-1240<br>(212) 935-4724 | By:/s/ Kevin P. Simmons<br>    Kevin P. Simmons (ks-7818)<br>**Office & P.O. Address:**<br>115 Eileen Way, Suite 103<br>Syosset, New York 11791<br>(516) 802-0630 |

SIMMONS JANNACE, LLP
Outgoing Attorneys for
Defendant Best Buy Co., Inc.

By:/s/ Jason W. Creech
    Jason W. Creech (jc-8093)
**Office & P.O. Address:**
115 Eileen Way, Suite 103
Syosset, New York 11791
(516) 802-0630

SO ORDERED:

_____
Honorable Shira A. Scheindlin
U.S.D.J.

8/26/10

Stip to withdraw as counsel