Scheindlin, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
SOFTWARE FREEDOM CONSERVANCY, INC. :
and ERIK ANDERSEN,                                  :   ECF CASE
                                                    :
                              Plaintiffs,           :   Civil Action No. 1:09-cv-10155-SAS
        -against-                                   :
                                                    :
BEST BUY CO., INC., et al.                          :   **NOTICE OF VOLUNTARY**
                                                    :   **DISMISSAL**
                              Defendants.           :
------------------------------------------------------------ X

Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiffs Software Freedom Conservancy, Inc. and Erik Andersen hereby dismiss defendant Astak, Inc. from this action WITHOUT PREJUDICE, and without costs to any party. Plaintiffs maintain this action against all other defendants.

                                            Respectfully submitted,
                                            SOFTWARE FREEDOM LAW CENTER, INC.

                                       By:  _Daniel B. Ravicher_

                                            Daniel B. Ravicher (DR1498)
                                            1995 Broadway, 17th Floor
                                            New York, NY 10023-5882
                                            Tel.: 212-580-0800
                                            Fax.: 212-580-0898

                                            Attorneys for Plaintiffs *Software Freedom
                                            Conservancy, Inc.* and *Erik Andersen*

DATED: _Sept. 8_, 2010
       New York, NY

SO ORDERED:

_____
Hon. Shira A. Scheindlin
United States District Judge

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/8/10
```