<u>Exhibit A</u>
STIPULATION OF DISMISSAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
SOFTWARE FREEDOM CONSERVANCY, INC. :
and ERIK ANDERSEN,                                      :    ECF CASE
                                                        :
                            Plaintiffs,                 :    Civil Action No. 1:09-cv-10155-SAS
           -against-                                    :
                                                        :
BEST BUY CO., INC., et al.,                             :    STIPULATION OF DISMISSAL
                                                        :
                            Defendants.                 :
------------------------------------------------------- X

Plaintiffs Software Freedom Conservancy, Inc. and Erik Andersen and Defendant Robert Bosch LLC ("Bosch") hereby stipulate to dismiss defendant Bosch from this action WITHOUT PREJUDICE, and without costs or fees to any party. Plaintiffs maintain this action against all other defendants.

DATED: Sept. 9, 2010

_____                    _____
Aaron Williamson (AW1337)                    David Jacoby (DJ3440)
Software Freedom Law Center, Inc.            Schiff Hardin LLP
1995 Broadway, 17th Floor                    900 Third Avenue
New York, NY 10023-5882                      New York, NY 10022
Tel.: 212-580-0800                           Tel.: 212-753-5000

Attorneys for Plaintiffs                     Attorneys for Defendant

SO ORDERED:

_____
Hon. Shira A. Scheindlin
United States District Judge

9/13/10