# Exhibit 1

# Software Freedom Conservancy

- Overview
- Member Projects
- News
- Directors
- Officers
- Contact
- Donations

August 3, 2010

## Conservancy Receives Default Judgment For BusyBox GPL Enforcement

Software Freedom Conservancy received a default judgment on 27 July 2010 against Westinghouse (PDF) in Conservancy's ongoing lawsuit against many GPL violators of BusyBox's copyrights.

This order of default judgment marks the first time a court in the USA has granted an injunction ordering a GPL violator to permanently cease distribution of out-of-compliance GPL'd software.

Conservancy is proud to provide GPL enforcement services to its member projects. These enforcement services complement the many other non-profit management and organizational services Conservancy also provides to its many member projects.

Main Page | Contact | Privacy Policy | News Feed

This page is licensed under the Creative Commons Attribution-NonCommercial-NoDerivs 2.0 license.