# Exhibit B-1

| | |
|---|---|
| 1 | NEWMEYER & DILLION LLP |
| | GREGORY L. DILLION, CBN 93712 |
| 2 | CAROL SHERMAN ZAIST, CBN 203995 |
| | 895 Dove Street, 5th Floor |
| 3 | Newport Beach, California  92660 |
| | (949) 854-7000; (949) 854-7099 (Fax) |
| 4 | |
| | RENNER, OTTO, BOISELLE & SKLAR, LLP |
| 5 | KYLE B. FLEMING, CBN 166386 |
| | 1621 Euclid Avenue, Nineteenth Floor |
| 6 | Cleveland, Ohio  44115 |
| | (216) 621-1113; (216) 621-6165 |
| 7 | |
| | Attorneys for Plaintiff Westinghouse Digital, LLC |
| 8 | |

SUPERIOR COURT OF CALIFORNIA

COUNTY OF ORANGE – CIVIL COMPLEX CENTER

| | | |
|---|---|---|
| 12 | WESTINGHOUSE DIGITAL, LLC, a Delaware limited liability company, | CASE NO.: |
| 13 | | |
| 14 | Plaintiff, | UNLIMITED JURISDICTION |
| 15 | vs. | **VERIFIED COMPLAINT TO QUIET TITLE IN PERSONAL PROPERTY AND FOR DECLARATORY RELIEF** |
| 16 | SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; LG ELECTRONICS, INC., a Korean corporation; TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, a New York corporation; SOFTWARE FREEDOM CONSERVANCY, INC., a New York corporation; ERIK ANDERSEN, an individual; and DARWIN CHANG, an individual; CREDIT MANAGERS ASSOCIATION OF CALIFORNIA, d/b/a CREDIT MANAGEMENT ASSOCIATION, a California non-profit association; ALL PERSONS UNKNOWN CLAIMING AN INTEREST IN THE PROPERTY, named as DOES 1 through 50, inclusive; and DOES 51 through 100, inclusive, | FILE DATE: TRIAL DATE SET:   No Date Set |
| 25 | Defendants. | |

For its Complaint to quiet title of certain personal property and for declaratory judgment, plaintiff Westinghouse Digital, LLC alleges with knowledge as to itself and otherwise on

2233922.2

VERIFIED COMPLAINT TO QUIET TITLE FOR PERSONAL PROPERTY AND DECL. RELIEF

information and belief as follows:

## PARTIES

1. Plaintiff Westinghouse Digital, LLC ("Westinghouse Digital") is a Delaware limited liability company having its principal place of business in Orange, California.

2. Defendant Samsung Electronics Co., Ltd. ("Samsung") is on information and belief a corporation of Korea having its principal place of business in Seoul, Korea. Samsung previously did business with Mora Electronics, LLC (formerly known as Westinghouse Digital Electronics, LLC) ("Mora") in the County of Orange, State of California, and thus has personally availed itself of the laws of this jurisdiction.

3. Defendant LG Electronics, Inc. ("LG") is on information and belief a corporation of Korea having its principal place of business in Seoul, Korea. LG previously did business with Mora in the County of Orange, State of California, and thus has personally availed itself of the laws of this jurisdiction.

4. Defendant the Trustees of Columbia University in the City of New York ("Columbia") is on information and belief a not-for-profit corporation under the laws of New York having its principal place of business in New York, New York. Columbia previously did business with Mora in the County of Orange, State of California, and thus has personally availed itself of the laws of this jurisdiction.

5. Defendant Software Freedom Conservancy, Inc. ("SFC") is on information and belief a non-profit incorporated under the laws of New York and having its principal place of business in New York, New York. SFC previously did business with Mora in the County of Orange, State of California, and thus has personally availed itself of the laws of this jurisdiction.

6. Defendant Erik Andersen ("Anderson") is on information and belief an individual residing in Springville, Utah. Anderson previously did business with Mora in the County of Orange, State of California, and thus has personally availed himself of the laws of this jurisdiction.

7. Defendant Darwin Chang ("Chang") is on information and belief an individual residing in Santa Clara County, California. Chang previously did business with Mora in the

2233922.2
- 2 -
VERIFIED COMPLAINT TO QUIET TITLE FOR PERSONAL PROPERTY AND DECL. RELIEF

1  County of Orange, State of California, and thus has personally availed himself of the laws of this jurisdiction.

8. Defendant Credit Managers Association of California, doing business as Credit Management Association ("CMA"), is a non-profit association incorporated under the laws of California having its principal place of business in Burbank, California. CMA entered into a business transaction with Mora in the County of Orange, State of California, as described below, and thus has availed itself of the laws of this jurisdiction.

9. Plaintiffs are informed and believe and thereon allege that defendants Does 1 through 50, inclusive, claim a legal and/or equitable right, title, estate, lien, or interest in the properties described in this complaint adverse to Plaintiffs' interests, or any cloud upon Plaintiffs' interests. In addition, Plaintiffs are informed and believe and thereon allege that defendants Does 51 through 100, inclusive, are responsible in some manner for the acts and/or omissions to act alleged in this complaint. Plaintiffs will seek leave of court to amend this complaint as the true names and capacities of defendants Does 1 through 50, inclusive, and/or Does 51 through 100, inclusive, are ascertained. Plaintiff is unaware of the true names and capacities of defendants Does 1 through 50, and accordingly sues those defendants by such fictitious names. Plaintiffs will amend this complaint to set forth the true names and capacities of these defendants when ascertained and as necessary. The named defendants and Does 1 through 100 will collectively be referred to as "Defendants," and as "Defendant" in the singular.

## JURISDICTION AND VENUE

10. The Court also has in rem jurisdiction over the property located within this state. Pursuant to Code of Civil Procedure, section 760.050, subdivision (b), the proper county for the trial of this action is Orange County, California, as the personal property at issue is principally located in Orange County at the commencement of this action.

11. The Court has personal jurisdiction over defendants because, on information and belief, each has done and/or does business in this jurisdiction and has committed the acts complained of herein in this jurisdiction and elsewhere, and Defendants' contacts with this jurisdiction are sufficient to render Defendants amenable to personal jurisdiction. The Court also

2233922.2                           - 3 -
VERIFIED COMPLAINT TO QUIET TITLE FOR PERSONAL PROPERTY AND DECL. RELIEF

1  has jurisdiction over the Defendants based on Defendants' claim of rights in certain property
2  located within this jurisdiction.

## THE DISPUTE

12. Mora formerly was known as Westinghouse Digital Electronics, LLC. Mora was and/or is a California limited liability company that imported and sold television sets under the trademark WESTINGHOUSE. Mora licensed the WESTINGHOUSE trademark from a subsidiary of CBS Corporation.

13. On or about June 10, 2008, and September 19, 2008, LG and Columbia (and others) filed an action in the U.S. District Court for Delaware alleging Mora and others infringed various patents owned by them (respectively) when Mora manufactured and sold various models of televisions.

14. On or about December 14, 2009, SFC and Andersen filed an action in the U.S. District Court for the Southern District of New York alleging that Mora and others violated certain copyrights by selling certain models of televisions.

15. On or about June 14, 2010, Chang filed an action in the Superior Court of the State of California, Santa Clara County, against Westinghouse Digital and others alleging that Westinghouse Digital is liable for certain debts of Mora under theories of successor liability and alter ego liability.

16. On April 2, 2010, Mora executed a General Assignment for the Benefit of its Creditors to CMA under California law, including California Code of Civil Procedure sections 493.010 et seq. A copy of the General Assignment is attached as Exhibit A.

17. The General Assignment was made to CMA, a non-profit association that has served business to-business companies since 1883. CMA helps credit, collection, and financial decision-makers get the information and support they need to make fast, accurate credit decisions. One of CMA's services is to assist insolvent companies with workouts or liquidation through cost effective alternatives to bankruptcy, such as California's Assignment for the Benefit of Creditors procedures. CMA has served as the assignee for the benefit of creditor on numerous occasions. Notification of the proposed sale of assets and liabilities of Mora was published in the Los

Angeles Times and Wall Street Journal.

18. After approximately one month of arms length negotiations, CMA, in its capacity as assignee for the benefit of Mora's creditors, entered into an Asset Purchase Agreement whereby Golden Star Electronics, LLC ("Golden Star") agreed to purchase from CMA certain of Mora's former assets and assume certain of its liabilities. CMA, Mora, and Golden Star were represented by separate and independent counsel. Nexis, Inc, the manager of Mora, obtained a fairness opinion from independent financial advisors certifying the fair treatment of Mora's creditors through the Asset Purchase Agreement. This fairness opinion was issued only after independent review by CMA of the opinion's financial analysis.

19. The Asset Purchase Agreement was dated April 2, 2010, and the assets transferred on the same day. Included among the assets and liabilities were those related to the trademark license from the subsidiary of CBS Corporation. A copy of the Bill of Sale identifying the assets and liabilities transferred to Westinghouse Digital is attached as Exhibit B. Specifically, these assets and liabilities include:

(a) Any and all tangible and intangible personal property assets acquired by CMA from Westinghouse Digital Electronics, LLC used in the operation of the business of the distribution of consumer electronic products, including without limitation all machinery and equipment, special tools, furniture, fixtures, inventory and work in process but excluding the inventory expressly described in Section (1) of Exhibit B of the Bill of Sale (Exhibit B).

(b) Any and all intangible assets acquired by CMA from Westinghouse Digital Electronics, LLC including, without limitation, customer lists, vendor lists, licensing and trademark rights to the name "Westinghouse Digital Electronics" and the rights to use the name "Westinghouse" under that certain Trade Name License with Westinghouse Electric Corporation.

(c) Any and all rights acquired by CMA from Westinghouse Digital Electronics, LLC under the contracts and agreements described as follows, subject to, in all cases, applicable restrictions and necessary consents of third parties.

///
///

| Other Party | Title |
|---|---|
| **Westinghouse trademark/trade name license agreements** | |
| Westinghouse Electric Corporation | Amended and Restated License Agreement |
| Westinghouse Electric Corporation | Amendment No. 1 to Amended and Restated License Agreement |
| Westinghouse Electric Corporation | Trade Name Agreement |

| Other Party | Title |
|---|---|
| **Materials Vendor Supply Agreements and NDAs** | |
| Wistron Corporation | Product Supply Agreement (including 10-27-05 Amendment) |
| Unihan Corporation | Mutual Confidentiality Agreement |
| Kenmos Technology Co., Ltd. | Mutual Confidentiality Agreement |
| Unity Opto Technology | Mutual Confidentiality Agreement |
| Everlight Electronics Co. | Mutual Confidentiality Agreement |
| Broadcom Corporation | Joint Nondisclosure Agreement (as amended; 2008 and 2009 agreements) |

| Other Party | Title |
|---|---|
| **Marketing Vendor Agreements** | |
| HWH Enterprises | Letter of Agreement *(public relations services)* |
| Consumer Electronics Ass'n | Yearly membership |

| Other Party | Title |
|---|---|
| **Customer Agreements** | |
| Target Corporation | Conditions of Contract (On-Line Vender Agreement); Also including Vendor Item Agreements (VIT) for 2009 and 2010 |
| Costco Wholesale | Basic Vendor Agreement |
| BJ's Wholesale Club, Inc. | Purchase Order Terms and Conditions (Blanket agreement) |
| Wal-Mart | Supplier Agreement (Online agreement) |
| Sam's Club | Supplier Agreement (Online agreement) |

| Other Party | Title |
|---|---|
| **License and Development Agreements** | |
| AdtekMedia, Inc. | Custom Software Development Agreement *(neonNow software)* |

| Other Party | Title |
|---|---|
| **Customer Service & Logistics Agreements** | |
| P&O Nedlloyd Logistics, LLC d/b/a The Gilbert Companies | Agency Agreement dated June 23, 2006 (the primary agreement) |
| P&O Nedlloyd Logistics, LLC d/b/a The Gilbert Companies | Standard Service Level Agreement dated July 14, 2006 |
| Zoyto Inc. | Master Services Agreement dated May 21, 2009 (with Statement of Work dated April 30, 2009) |

| | |
|---|---|
| Delta Products Corporation | Manufacturing Services Agreement dated October 17, 2007 |
| Delta Products Corporation | Service Quotation dated March 10, 2009 |
| Wistron Infocomm (Texas) Corporation | Quotation dated March 10, 2009 |
| Indusys Technology, Inc | On-Site Services Agreement dated 02-27-2009 |
| Federal Express Corporation and FedEx Ground Package System, Inc. | Pricing Agreement dated September 1, 2009 |
| ABF Freight System, Inc. | LTL pricing effective 08/01/2007 *(outbound shipments)* |
| Daylight Transport, LLC | Pricing Agreement effective 2/9/2009 *(outbound shipments)* |
| Yellow Transportation, Inc. | Standard Group Publication Confirmation *(tariff for outbound shipments)* |

| **Sales Representative Agreement** | |
|---|---|
| Impact Marketing | Sales Representative Agreement |

| **IT Agreement** | |
|---|---|
| iStreet | Service Level Agreement (with 2010 amendment) |

| **Lease Agreements** | |
|---|---|
| First American Title Company | Sub-Sublease Agreement |
| Rider Express | Commercial Lease Agreement dated December 1, 2009 |
| Storage West | Storage services agreement |
| Canon Financial Services | Lease Agreements:<br>• (10-28-2005) for IR-227 multifunction office machine<br>• (10-28-2009) for IR-5050N (2) and IR-1025if multifunction office machines |
| Dell Financial Services | Lease Agreements *(for Dell laptops)*-Lease Numbers:<br>• 003-008122263-005<br>• 003-008122263-006<br>• 003-008122263-007<br>• 003-008737771-001 |

| **Benefits agreements** | |
|---|---|
| Anthem Blue Cross Life and Health Insurance Company | Group Policy (BC PPO and Dental Blue Plan) |
| Blue Cross of California (dba Anthem Blue Cross) | Anthem Blue Cross HMO Plan (Group Benefit Agreement) |
| Blue Cross of California (dba Anthem Blue Cross) | Dental Net Group Benefit Agreement |
| Blue Cross of California | Group Benefit Agreement |

| | |
|---|---|
| (dba Anthem Blue Cross) | (Prudent Buyer Plan Amendment) |
| Mutual of Omaha Life Insurance Company | Group Policy No. GLUG-516H (employee life insurance) |
| Mutual of Omaha Life Insurance Company | Group Policy No. GLTD-516H (long term disability) |
| Mutual of Omaha Life Insurance Company | Group Policy No. GUG-516H (short term disability) |
| Mutual of Omaha Life Insurance Company | Group Policy No. GVTL-516H (voluntary life insurance) |
| Vision Service Plan | Group Vision Care Plan Plan number 30002396 |

| | |
|---|---|
| **Services and Secondment Agreements** | |
| Nexcast LLC | Secondment and Services Agreement *(Dave Parkin)* |
| Nexcast LLC and AdtekMedia, Inc. | Secondment and Services Agreement *(general)* |
| Akamai Lighting, LLC | Secondment and Services Agreement *(general)* |

| | |
|---|---|
| **Consulting Agreements** | |
| Rukkus, LLC | Consulting Agreement dated October 18, 2007 |

| |
|---|
| Miscellaneous WDE non-disclosure agreements - 2010 |
| Amazon. com Dated Jan 29, 2010 |
| Diamond Electronics Dated Jan 19, 2010 |
| St. George Distribution Corp. Dated January 15, 2010 |

| |
|---|
| MiscellaneousWDE non-disclosure agreements - 2009 |
| Anyhealth Insurance Service Dated Apr 3,2009 |
| Auvitek Dated Jul 21, 2009 |
| AXZM Dated Jun 15,2009 |
| Brawn Consulting Dated Jul 20, 2009 |
| Crowe Horwath Dated Mar 12, 2009 |
| CUD Inc Dated Feb 2, 2009 |
| Equipment Design & Mfg Dated Mar 9, 2009 |
| FTI Capital Afvisors, LLC Dated Nov 23,2009 |
| I Do It Co Dated Oct 9, 2009 |
| iWatt Inc Dated Dec 22, 2009 |
| Kick Back Dated Sep 18, 2009 |
| Mitac Technology Corp Dated Jun 1, 2009· |
| National Parts Dated Aug 2009 |
| Outcast media International, Inc Dated Feb 12,2009 |
| Pivo Media Inc Dated Oct 12, 2009 |
| Samsung Semiconductor, Inc Dated Aug 28, 2009 |
| Signature Technology Group Dated Jun 12,2009 |
| Taos Inc Dated Sep 1,2009 |
| XRoads Solutions Group Dated Dec 10, 2009 |

| |
|---|
| Miscellaneous WDE non-disclosure agreements - 2008 |
| A-1 Dated Jan 22, 2008 |
| Acme PCB Assembly Dated March 3, 2008 |
| Advantech Corporation Dated Aug 25, 2008 |
| Akamai Technologies, Inc Dated April 10, 2008 |
| American Panturell Technology Inc Dated Dec 16, 2008 |
| Amimon Ltd Dated March 14, 2008 |
| Amlogic Inc, Dated Jun 25, 2008 |
| Aonvision Technology Corp Dated Apr 22, 2008 |
| AOpen Inc Dated March 12, 2008 |
| Arizona Precision Sheet Metal Inc dated Oct 14, 2008 |
| Avnet Electronics Marketing Dated Aug 28, 2008 |
| Axentra Corporation Dated April 25, 2008 |
| Best Western Executive Inn Dated Aug 5, 2008 |
| Blackmagic Design Inc Dated May 1, 2008 |
| Certus Group of Companies Dated Dec 4, 2008 |
| Chi Mei Lighting Technology Corp Dated Dec 1, 2008 |
| Commendo Software, Inc Dated Apr 30, 2008 |
| Delta Electronics Dated Dec 5, 2008 |
| Diboss Co., LTD Dated Jan 4, 2008 |
| Emcore Corporation Dated May 19, 2008 |
| ePBoard Design Company Dated April 10, 2008 |
| Google Inc Dated Feb 7, 2008 |
| Gordon K Ota, OD A Professional Corp Dated Nov 5, 2008 |
| Gordon K Ota, OD A Professional Corp-Case Study Dated Nov 05, 2008 |
| Gowell Digital LTD dated Aug 6, 2008 |
| Green Plug Inc Dated Jan 16, 2008 |
| Hisense Imp. & Exp. Co, Ltd Dated May 13, 2008 |
| Huay &Huay CPA's Dated Sep 30, 2008 |
| Indusvs Technology Inc Dated Aug 21, 2008 |
| International Risk Consultants Dated Aug 11, 2008 |
| Ionics Ems Inc Dated Jun 25, 2008 |
| IPVALUE Management Inc Dated Dec 10, 2008 |
| James Braman Konarka Technologies Dated Aug 25, 2008 |
| Jean Co, Ltd Dated Oct 7, 2008 |
| Jhen Vei Electronic Dated May 28, 2008 |
| Johnstone, Downey, Klein Inc dba International Risk Consultants Dated Aug 11, 2008 |
| KLN Management Group Inc Dated Dec 10, 2008 |
| KLN Management Group Inc- Case Study Dated Dec 10, 2008 |
| Konarka Technologies Dated Aug 25, 2008 |
| Konka America Dated Sep 19, 2008 |
| Marshall Lebovits Dated Feb 7, 2008 |
| Mustek Systems Inc Dated Jun 5, 2008 |
| Open Peak Inc Dated Nov 20, 2008 |
| Oregan Networks Ltd Dated Dec 4, 2008 |
| Oscar Leung Dated Sep 6, 2008 |
| Power Sat USA Dated April 1, 2008 |
| Protech Technologies Inc Dated Sep 10, 2008 |
| Radiospire Networks, Inc Dated Jan 14, 2008 |
| Rhombus Services Dated January 30, 2008 |
| Sensory Inc Dated Mar 14, 2008 |

| |
|---|
| SJJ Embedded Micro Solutions Dated Dec 20, 2008 |
| SLS Dated Sep 5, 2008 |
| SMK Electronics America, Inc Dated Jul 30, 2008 |
| Tatung Tatung Company of America, Inc Dated Apr 21, 2008 |
| Tek Panel Inc Sep 05, 2008 |
| Tek Panel Inc- Case Study Dated Sep 05, 2008 |
| Thinkoptics Inc Dated Feb 29, 2008 |
| Thomson Licensing LLC Dated Oct 27, 2008 |
| Till Krueger Dated Dec 1, 2008 |
| Tony Wu Dted Apr 14, 2008 |
| Tyco Electronics Corporation Dated Ju19, 2008 |
| Tzero Technologies Inc, Dated Apr 29, 2008 |
| United Electrical Media Dated Dec 1, 2008 |
| Universal Microelectronics Co., LTD Dated Aug 5, 2008 |
| Zinwell Corporation Dated Oct 3, 2008 |

(d) Any and all Intellectual Property acquired by CMA from Westinghouse Digital Electronics, LLC concerning the business of the distribution of consumer electronic products, including, without limitation, the Intellectual Property set forth below. Intellectual Property means all intellectual property rights arising under the laws of the United States or any other jurisdiction with respect to the following: (i) trade names, trademarks and service marks (registered and unregistered), domain names, trade dress and similar rights and applications to register any of the foregoing (collectively, "Marks"); (ii) patents and patent applications and rights in respect of utility models or industrial designs (collectively, "Patents"); (iii) copyrights and registrations and applications therefore(collectively, "Copyrights"); and (iv) know-how, inventions, artwork, processes, marketing material, designs, manuals, schematics, blueprints, drawings discoveries, methods, technical data, specifications, research and development information, technology, data bases and other proprietary or confidential information (including ideas, research and development, customer lists manufacturing, engineering and unpatented technology) in each case that derives economic value from not being generally known to other Persons who can obtain economic value from its disclosure, but excluding any Copyrights or Patents that cover or protect any of the foregoing (collectively, "Trade Secrets"). Such Intellectual Property includes, without limitation, any Patents, Copyrights, Mark and Trade Secrets relating to the business of the distribution of consumer electronic products.

///

| Title | Country | Counsel Dist. No. | Application No. Filing Date | Patent No. Issue date |
|---|---|---|---|---|
| TELEVISION WITH AUTOMATIC INPUT SWITCHING | US | Kleinberg 15592 | 10/965,337 10/14/04 | 7,636,130 12/22/09 |
| ACOUSTIC FRAME FOR FLAT SCREEN TELEVISION | US | Kleinberg 15612 | 10/974,452 10/24/04 | |
| IMPROVED BACK PANEL FOR VIDEO DISPLAY DEVICE | US | Kleinberg 16078 | 11/426,254 10/04/06 | |
| BACK PANEL FOR VIDEO DISPLAY DEVICE | US | Kleinberg 16080 | 29/426,254 02/14/00 | |
| METHOD AND APPARATUS FOR AUTOMATIC STARTUP AND SHUTDOWN INCLUDING AUTOMATIC CONTENT SWITCHING | US | Kleinberg 17192 | 60/780,298 03/08/06 | |
| METHOD AND APPARATUS FOR DIGITAL AUTOMATIC DISPLAY OF PICTURES IN A PICTURE FRAME | US | Kleinberg 17409 | 11/425,108 06/19/06 | |
| METHOD AND APPARATUS FOR USER CONFIGURABLE TABLE FOR BLOCKING OR ALLOWING OF VIDEO AND AUDIO SIGNALS | US | Kleinberg 17516 | 12/135,081 6/6/08 | |
| AC INVERTER CAPABLE OF DRIVING MULTIPLE LAMPS FOR LCD PANEL BACKLIGHT | US | Kleinberg 18000 | 11/757,949 06/04/2007 | |

| Title | Country | Counsel Dist. No. | Application No. Filing Date | Patent No. Issue date |
|---|---|---|---|---|
| METHOD AND APPARATUS FOR AUTOMATIC STARTUP AND SHUTDOWN INCLUDING AUTOMATIC SOURCE SWITCHING | US | Kleinberg 18131 | 11/683,400 03/07/87 | |
| METHOD AND APPARATUS FOR AUTOMATIC STARTUP AND SHUTDOWN INCLUDING AUTOMATIC CONTENT SWITCHING II | US | Kleinberg 18394 | 11/761,345 06/11/07 | |
| BACK PANEL FOR A VIDEO DISPLAY DEVICE | CHINA | Kleinberg 18639 | 200730150259 08/14/07 | |
| (PCT) METHOD AND APPARATUS FOR. DIGITAL AUTOMATIC DISPLAY OF PICTURES IN A REAL FRAME | PCT | Kleinberg 18540 | PCT/US07/716030 6/19/07 | |
| AC INVERTER CAPABLE OF DRIVING MULTIPLE LAMPS FOR LCD PANEL BACKLIGHT | Taiwan | Kleinberg 18949 | 96150710 12/28/2007 | |
| BACK PANEL FOR VIDEO DISPLAY DEVICE INCLUDING REPLACEABLE SLIDE-OUT ELECTRONIC COMPONENTS | US | Kleinberg 18978 | 11/971,187 01/08/2008 | |

VERIFIED COMPLAINT TO QUIET TITLE FOR PERSONAL PROPERTY AND DECL. RELIEF

| Title | Country | Counsel Dist. No. | Application No. Filing Date | Patent No. Issue date |
|---|---|---|---|---|
| USPA: METHOD AND APPARATUS FOR AUTOMATIC DISPLAY OF PICTURES IN A DIGITAL PICTURE FRAME | US | Kleinberg 19536 | 12/172,191 07/11/2008 | |
| USER-CUSTOMIZED COMPUTER DISPLAY METHOD | US | Renner Otto WEDEP0101US | 61/222,553 07/02/2009 | |
| INTERACTIVE DIGITAL-TELEVISION WITH IMPROVED USER INTERFACE | US | Renner Otto WEDEP0102US | 61/253,601 10/21/2009 | |
| SYSTEM AND METHOD FOR ACTIVATING DISPLAY DEVICE FEATURE | US | Renner Otto WEDEP0104US | 61/292,573, 01/06/2010 | |

## KNOW-HOW

## INVENTION DISCLOSURES

| Title | Country | Counsel Dkt No. |
|---|---|---|
| METHOD AND APPARATUS FOR CONTROLLING LED BACKLIGHT IN A VIDEO MONITOR | US | Kleinberg 17069 |
| REMOTE CONTROL HOTKEY | US | Kleinberg 17080 |
| METHOD AND APPARATUS FOR THE AUTOMATIC ASSOCIATION OF PARTICULAR TELEVISION NETWORKS WITH REMOTE CONTROL BUTTONS DESIGNATED FOR THOSE TELEVISION NETWORKS | US | Kleinberg 17167 |

2233922.2

- 13 -

VERIFIED COMPLAINT TO QUIET TITLE FOR PERSONAL PROPERTY AND DECL. RELIEF

| | | |
|---|---|---|
| METHOD AND APPARATUS FOR THE DISPLAY OF PRE-DEFINED TELEVISION NETWORKS OR CONTENT UPON TELEVISION STARTUP | US | Kleinberg 17168 |
| METHOD FOR PROVIDING REMOTE CONTROL BUTTONS ALLOCATED TO A PARTICULAR TELEVISION NETWORK: | US | Kleinberg 17169 |
| METHOD AND APPARATUS FOR DEFINING A SINGLE BUTTON FOR MULTIPLE CONFIGURATION SETTINGS ON A REMOTE CONTROL | US | Kleinberg 17170 |

OTHER KNOW-HOW

(1) Mosaic View technologies

(2) neonNow and neonSource technologies

(3) Z-Axis Interface technology

(4) Monitor Plus technology

(5) Crowe Horwath Valuation Report of October 31, 2008 regarding items (1)-(4)

(6) Tuner Activation technologies and business methods

(7) Know-how related to edge-lit LED televisions:
    a. Preferred sources of supply for components and assemblies,
    b. Reduced NIT luminance requirements (250 NIT or lower) and reduced LED component requirements including thermal efficiency studies and the use of fewer filters/films in order to create the BLU Design for LED packaging in edge-lit LED backlight units
    c. Know-how relating to market requirements and technology review, and the application of this knowhow to derive specific LED backlight unit designs at preferred values of brightness, viewing angle. and color temperature

TRADEMARK REGISTRATIONS AND APPLICATIONS

| 1080 PURE | | | |
|---|---|---|---|
| Country | Counsel Dkt No. | Application No. Filing Date | Registration No. Reg. Date |
| US | Kleinberg 17847 | 77/052,491 11/28/06 | 3,432,009 5/20/08 |

2233922.2      - 14 -

VERIFIED COMPLAINT TO QUIET TITLE FOR PERSONAL PROPERTY AND DECL. RELIEF

Newmeyer & Dillion LLP

| AUTOSOURCE | | | |
|---|---|---|---|
| Country | Counsel Dkt No. | Application No. Filing Date | Registration No. Reg. Date |
| US | Kleinberg 16789 | 78/869,219 04/25/06 | |
| JAPAN | Kleinberg 17699 | 91213/2006 09/29/06 | 5206600 02/20/2009 |
| TAIWAN | Kleinberg 17701 | 95049263 09/27/06 | 01343626 01/01/2009 |

| MOSAICVIEW | | | |
|---|---|---|---|
| Country | Counsel Dkt No. | Application No. Filing Date | Registration No. Reg. Date |
| US | Kleinberg 17222 | 78/844,215 03/23/06 | 3,647,131 06/09/2009 |
| INDIA | Kleinberg 17706 | 1490334 09/22/06 | 1490334 Reg. Date 09/22/2006 Reg. Recordal Date 07/10/2008 |
| JAPAN | Kleinberg 17707 | 89152/2006 9/25/06 | 5134180 05/09/2008 |
| TAIWAN | Kleinberg 17709 | 95048227 09/21/06 | 01268524 07/01/07 Class 9 |

| PIXELDIRECT™ | | | |
|---|---|---|---|
| Country | Counsel Dkt No. | Application No. Filing Date | Registration No. Reg. Date |
| US | Kleinberg 16407 | 78/731,080 10/11/05 | 3,497,099 09/02/2008 §§ 8 & 15 Due 09 02 2014 |
| TAIWAN | Kleinberg 17717 | 95049265 09/27/06 | 01343627 01/01/2009 |

///

///

2233922.2

- 15 -

VERIFIED COMPLAINT TO QUIET TITLE FOR PERSONAL PROPERTY AND DECL. RELIEF