# Exhibit E

# California Secretary of State Debra Bowen

Secretary of State   Administration   Elections   **Business Programs**   Political Reform

**Business Entities (BE)**

Online Services
 - **Business Search**
 - **Disclosure Search**
 - **E-File Statements**
 - **Mail Processing Times**

Main Page

Service Options

Name Availability

Forms, Samples & Fees

Annual/Biennial Statements

Filing Tips

**Information Requests**
 (certificates, copies & status reports)

Service of Process

FAQs

Contact Information

Resources
 - **Business Resources**
 - **Tax Information**
 - **Starting A Business**
 - **International Business Relations Program**

**Customer Alert**
 (misleading business solicitations)

## Business Entity Detail

Data is updated weekly and is current as of Friday, September 10, 2010. It is not a complete or certified record of the entity.

| | |
|---|---|
| Entity Name: | MORA ELECTRONICS, LLC |
| Entity Number: | 200234710019 |
| Date Filed: | 12/10/2002 |
| Status: | ACTIVE |
| Jurisdiction: | CALIFORNIA |
| Entity Address: | 12150 MORA DR |
| Entity City, State, Zip: | SANTA FE SPRINGS CA 90670 |
| Agent for Service of Process: | PARACORP INC (C1082536) |
| Agent Address: | * |
| Agent City, State, Zip: | * |

* Indicates the information is not contained in the California Secretary of State's database.

* **Note:** If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

**Modify Search**   **New Search**   **Printer Friendly**   **Back to Search Results**

**Privacy Statement** | **Free Document Readers**

Copyright © 2010   California Secretary of State