**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

SOFTWARE FREEDOM CONSERVANCY, INC. and ERIK ANDERSEN,

                      Plaintiffs,

                - against -

BEST BUY CO., INC., SAMSUNG ELECTRONICS AMERICA, INC., WESTINGHOUSE DIGITAL ELECTRONICS, LLC, JVC AMERICAS CORPORATION, WESTERN DIGITAL TECHNOLOGIES, INC., ROBERT BOSCH LLC, PHOEBE MICRO, INC., HUMAX USA INC., COMTREND CORPORATION, DOBBS-STANFORD CORPORATION, VERSA TECHNOLOGY INC., ZYXEL COMMUNICATIONS INC., ASTAK INC., and GCI TECHNOLOGIES CORPORATION,

                      Defendants.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/10

Civil Action No. 09-CIV-10155 (SAS)

ECF Case



SEP 24 2010

## ORDER FOR ADMISSION *PRO HAC VICE*

Upon the unopposed request of David Leichtman, attorney for Best Buy Co., Inc., and the appropriate fees having been paid to the Court;

**IT IS HEREBY ORDERED** that

    Applicant's Name:    Christopher K. Larus
    Firm Name:    Robins, Kaplan, Miller & Ciresi L.L.P.
    Address:    2800 LaSalle Plaza, 800 LaSalle Avenue
    City/State/Zip:    Minneapolis, Minnesota 55402-2015
    Phone Number:    (612) 349-8500
    Fax Number:    (612) 339-4181
    Email address:    cklarus@rkmc.com

is admitted to practice *pro hac vice* as counsel for Best Buy Co., Inc., in the above captioned case in the United States District Court for the Southern District of New York.

Dated: September 24, 2010
New York, New York

							_____
							The Honorable Shira A. Scheindlin
							United States District Court Judge