UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

SOFTWARE FREEDOM CONSERVANCY, INC.
and ERIK ANDERSEN,

          Plaintiffs,

    -against-                                    09 Civ. 10155 (SAS)

BEST BUY CO., INC., SAMSUNG ELECTRONICS
AMERICA, INC., WESTINGHOUSE DIGITAL
ELECTRONICS, LLC, JVC AMERICAS
CORPORATION, WESTERN DIGITAL
TECHNOLOGIES, INC., ROBERT BOSCH LLC,
PHOEBE MICRO, INC., HUMAX USA INC.,
COMTREND CORPORATION, DOBBS-
STANFORD CORPORATION, VERSA
TECHNOLGY INC., ZYXEL COMMUNICATIONS
INC., ASTAK INC., and GCI TECHNOLOGIES
CORPORATION,

          Defendants.

------------------------------------------------------------x

      I, Robert L. Weigel, an attorney duly admitted to practice before the Southern District of New York, hereby certify that on September 20, 2010, I caused true and correct copies of the following documents to be served by ECF notification upon all parties who receive notice of this case pursuant to the Court's ECF filing system on behalf of non-party Credit Managers Association of California: (1) Memorandum of Law in Opposition to Plaintiffs' Motion to Join Successors in Interest of Defendant Westinghouse Digital Electronics, LLC; (2) Declaration of Michael Joncich with Exhibits; and (3) Declaration of Samuel A. Newman with Exhibits.

Dated: New York, New York
September 23, 2010

By: _____
     Robert L. Weigel (RW 0163)