UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOFTWARE FREEDOM CONSERVANCY, INC. and ERIK ANDERSEN, <br><br>    Plaintiffs, <br><br>    -against- <br><br>BEST BUY CO., INC., SAMSUNG ELECTRONICS AMERICA, INC., WESTINGHOUSE DIGITAL ELECTRONICS, LLC, JVC AMERICAS CORPORATION, WESTERN DIGITAL TECHNOLOGIES, INC., ROBERT BOSCH LLC, PHOEBE MICRO, INC., HUMAX USA INC., COMTREND CORPORATION, DOBBS-STANFORD CORPORATION, VERSA TECHNOLOGY INC., ZYXEL COMMUNICATIONS INC., ASTAK INC., and GCI TECHNOLOGIES CORPORATION, <br><br>    Defendants. | Civil Action No. 09-CIV-10155 (SAS) <br><br> ECF Case |

## NOTICE OF CHANGE OF ADDRESS

■    I have cases pending          ☐    I have no cases pending

To: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: <u>Oren D. Langer</u>

- ■ Attorney

    - ■ I am a U.S.D.C., Southern District of New York attorney. My SDNY Bar Number is: OL-5962. My State Bar Number is: 4220299.

    - ☐ I am a *Pro Hac Vice* attorney

    - ☐ I am a Government Agency attorney

- ■ Law Firm/Government Agency Association

1

- ▪ <u>Robins, Kaplan, Miller & Ciresi L.L.P.</u>

- ▪ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

- ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

- ▪ Address:  From:  499 Park Avenue, Suite 1200
               New York, New York  10022

              To:    601 Lexington Avenue, Suite 3400
                     New York, New York 10022

- ▪ Telephone No.:   212.980.7400

- ▪ Fax No.:         212.980.7499

- ▪ E-Mail Address:  odlanger@rkmc.com

Dated: October 1, 2010

_____
ATTORNEY'S SIGNATURE