# V-CHIP UPDATES

Westinghouse Digital televisions manufactured after January, 2009 do not require a V-Chip update. The only purpose of the update is to allow older televisions to use a new ratings system if one is developed.

If you wish to determine if your TV is enabled with the capability to update the content ratings system, please click here
V-Chip Information Notification



Legal Disclaimer

WESTINGHOUSE DIGITAL ELECTRONICS LLC

Non-Exclusive Copyright License

Westinghouse Digital Electronics LLC ("Westinghouse") is the owner of certain firmware update software and related intellectual property rights relating to the specified model of Westinghouse LCD television

☐ I agree.

Next >>

Enter your Serial Number: 5130J83900293

Where to find your numbers.

Enter your Model Number: TX-52F480S ▼

Enter your Part Number: TW-51302-C052A ▼