## WHOIS-RWS

| Network | |
|---|---|
| NetRange | 207.38.27.160 - 207.38.27.175 |
| CIDR | 207.38.27.160/28 |
| Name | ICI-WESTINGHOUSE-1 |
| Handle | NET-207-38-27-160-1 |
| Parent | NETWORK-207-38-0-0 (NET-207-38-0-0-1) |
| Net Type | Reassigned |
| Origin AS | |
| Nameservers | |
| Customer | Westinghouse Digital Electronics (C02408239) |
| Registration Date | 2010-01-22 |
| Last Updated | 2010-01-22 |
| Comments | |
| RESTful Link | http://whois.arin.net/rest/net/NET-207-38-27-160-1 |

View upstream network's resource POC records.
View upstream organization's POC records.