# Whois: Legacywd.com

Acquire this Domain Name

Search Whois Records [                    ]  Search

| Whois Record | Site Profile | Registration | Server Stats | My Whois |

## Whois Record

**Related Domains For Sale or At Auction**    1  2  3  More>

RealLegacy.com ($888)          LegacyCommunications.com ($1,888)  SterlingLegacy.com ($688)
BondLegacy.com ($544)          LegacyFirst.com ($1,695)            SoulLegacy.com ($1,988)

Reverse Whois:     "Westinghouse" owns about  **1,669 other domains**
Email Search:      ralvarez@wde.com  is associated with about **2 domains**

Registrar History:  **1 registrar**
NS History:         **1 change** on **2** unique name servers over **0** year.
IP History:         **1 change** on **2** unique name servers over **0** years.
Whois History:      **3 records** have been archived **since 2010-05-29**.
Dedicated Hosting:  legacywd.com is hosted on a **dedicated** server.

Log In or Create a FREE account to start monitoring this domain name

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... **right from your own desktop!**  Download Now>

```
Registrant:
  Westinghouse
  500 N. State College Blvd., #1300
  Orange, California 92868
  United States

  Domain Name: LEGACYWD.COM
    Created on: 26-May-10
    Expires on: 26-May-12
    Last Updated on: 26-May-10

  Administrative Contact:
    Roque, Rey    rroque@wde.com
    Westinghouse
    500 N. State College Blvd., #1300
    Orange, California 92868
    United States
    (714) 221-9800    Fax --

  Technical Contact:
    Alvarez, Raul    ralvarez@wde.com
    Westinghouse
    500 N. State College Blvd., #1300
    Orange, California 92868
    United States
    +1.7142219800    Fax --

  Domain servers in listed order:
    NS35.DOMAINCONTROL.COM
    NS36.DOMAINCONTROL.COM
```