UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
:
SOFTWARE FREEDOM CONSERVANCY, INC.   :
and ERIK ANDERSEN,
:
        Plaintiffs,
:
   -against-                               :         09 Civ. 10155 (SAS)
:
BEST BUY CO., INC., SAMSUNG ELECTRONICS :
AMERICA, INC., WESTINGHOUSE DIGITAL
ELECTRONICS, LLC, JVC AMERICAS
CORPORATION, WESTERN DIGITAL
TECHNOLOGIES, INC., ROBERT BOSCH LLC,
PHOEBE MICRO, INC., HUMAX USA INC.,
COMTREND CORPORATION, DOBBS-
STANFORD CORPORATION, VERSA
TECHNOLGY INC., ZYXEL COMMUNICATIONS
INC., ASTAK INC., and GCI TECHNOLOGIES
CORPORATION,
:
        Defendants.
:
-----------------------------------------------------------------x

    I, Robert L. Weigel, an attorney duly admitted to practice before the Southern District of New York, hereby certify that on October 1, 2010, I caused a true and correct copy of the Supplemental Declaration of Michael Joncich to be served by ECF notification upon all parties who receive notice of this case pursuant to the Court's ECF filing system on behalf of non-party Credit Managers Association of California.

Dated: New York, New York
October 5, 2010

                                              By: _/s/ Robert L. Weigel_____
                                                  Robert L. Weigel (RW 0163)