UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOFTWARE FREEDOM CONSERVANCY, INC., et al.

    Plaintiffs,

- against -

BEST BUY, INC., et al.

    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/10

~~PROPOSED~~
REVISED SCHEDULING ORDER

09 Civ. 10155 (SAS)

SHIRA A. SCHEINDLIN, U.S.D.J.:

    WHEREAS, the Court issued a Scheduling Order on February 22, 2010 (the "Scheduling Order"); and

    WHEREAS, certain parties now seek a two month extension of certain dates in the Scheduling Order and no party has objected to such an extension;

    NOW, THEREFORE, the Court revises the Scheduling Order as follows::

(1) Initial expert reports due April 11, 2011

(2) Rebuttal expert reports due May 11, 2011

(3) Each expert's deposition will be completed by June 15, 2011

(4) Fact discovery is to be completed by February 18, 2011

(5) Expert discovery is to be completed by June 15, 2011

No further extensions will be granted.

SO ORDERED

_____
SHIRA A. SCHEINDLIN
United States District Judge

Dated: New York, New York
    November 16, 2010