*Scheindlin J*

FILED
12/13/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------- X
SOFTWARE FREEDOM CONSERVANCY, INC. :
and ERIK ANDERSEN, :                        ECF CASE
:
                    Plaintiffs, :           Civil Action No. 1:09-cv-10155-SAS
     -against- :
:
BEST BUY CO., INC., et al. :                **NOTICE OF VOLUNTARY**
: **DISMISSAL**
                    Defendants. :
--------------------------------------------------------- X

     Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiffs Software Freedom

Conservancy, Inc. and Erik Andersen hereby dismiss defendant JVC AMERICAS

CORPORATION from this action WITHOUT PREJUDICE, and without costs to any party.

Plaintiffs maintain this action against all other defendants.

                    Respectfully submitted,
                    SOFTWARE FREEDOM LAW CENTER, INC.

                By: _____

                    Daniel B. Ravicher (DR1498)
                    1995 Broadway, 17th Floor
                    New York, NY 10023-5882
                    Tel.: 212-580-0800
                    Fax.: 212-580-0898

                    Attorneys for Plaintiffs *Software Freedom*
                    *Conservancy, Inc.* and *Erik Andersen*

DATED: _Dec 13_, 2010
       New York, NY

SO ORDERED:

_____
Hon. Shira A Scheindlin
United States District Judge