UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

SOFTWARE FREEDOM CONSERVANCY, INC. and
ERIK ANDERSEN,

        Plaintiffs,

-against-

BEST BUY CO., INC., SAMSUNG ELECTRONICS
AMERICA, INC., WESTINGHOUSE DIGITAL
ELECTRONICS, LLC, JVC AMERICAS
CORPORATION, WESTERN DIGITAL
TECHNOLOGIES, INC., ROBERT BOSCH LLC,
PHOEBE MICRO, INC., HUMAX USA INC.,
COMTREND CORPORATION, DOBBS-STANFORD
CORPORATION, VERSA TECHNOLOGY INC.,
ZYXEL COMMUNICATIONS INC., ASTAK INC.,
and GCI TECHNOLOGIES CORPORATION,

        Defendants.

ECF CASE

09-CV-10155 (SAS)

FILED U.S. DC
DEC 29 2010
S.D. OF N.Y.

---

### PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that SOFTWARE FREEDOM CONSERVANCY, INC. and ERIK ANDERSEN, Plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the Opinion and Order of Judge Shira A. Scheindlin denying Plaintiffs' motion to join CREDIT MANAGERS ASSOCIATION OF CALIFORNIA as Defendant pursuant to Rule 25(c) of the Federal Rules of Civil Procedure entered in this action on November 29, 2010.

Dated: December 29, 2010
New York, New York

Respectfully submitted,
SOFTWARE FREEDOM LAW CENTER, INC.

By: /s/ Daniel B. Ravicher

Daniel B. Ravicher (DR1498)
Aaron Williamson (AW1337)
Michael A. Spiegel (MS2309)
1995 Broadway, 17th Floor
New York, NY 10023-5882
Tel.: 212-580-0800
Fax.: 212-580-0898

Attorneys for Plaintiffs *Software Freedom Conservancy, Inc.* and *Erik Andersen*

TO:

Robert L. Weigel
GIBSON, DUNN & CRUTCHER, LLP
200 Park Avenue
New York, New York 10166
(212) 351-4000

*Attorneys for Credit Managers Association of California*

Barry M. Kazan
Thompson Hine LLP
335 Madison Avenue, 12th Floor
New York, NY 10017
(212) 344-5680

*Attorneys for Westinghouse Digital, LLC*

David Leichtman
Robins, Kaplan, Miller & Ciresi, LLP (NYC)
601 Lexington Avenue, Suite 3400
New York, NY 10022
(212) 980-7400

*Attorneys for Best Buy Co., Inc.*

Lynn Michelle Marvin
Jones Day (NYC)
222 East 41st Street
New York, NY 10017
(212)-326-3978

*Attorneys for Western Digital Technologies*

Andrew Kaver
LAW OFFICE OF ANDREW M. KAVER
32 Broadway, Suite 1710
New York, NY 10004
(212)-897-5803

*Attorneys for Pheobe Micro, Inc.*

Emily Bab Kirsch
Reed Smith (NYC)
599 Lexington Avenue
New York, NY 10022
(212)-521-5400

*Attorneys for ZYXEL Communications Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the attached PLAINTIFFS' NOTICE OF APPEAL was served on the date indicated below by first class mail upon:

Robert L. Weigel
GIBSON, DUNN & CRUTCHER, LLP
200 Park Avenue
New York, New York 10166
(212) 351-4000

*Attorneys for Credit Managers Association of California*

Barry M. Kazan
Thompson Hine LLP
335 Madison Avenue, 12th Floor
New York, NY 10017
(212) 344-5680

*Attorneys for Westinghouse Digital, LLC*

David Leichtman
Robins, Kaplan, Miller & Ciresi, LLP (NYC)
601 Lexington Avenue, Suite 3400
New York, NY 10022
(212) 980-7400

*Attorneys for Best Buy Co., Inc.*

Lynn Michelle Marvin
Jones Day (NYC)
222 East 41st Street
New York, NY 10017
(212)-326-3978

*Attorneys for Western Digital Technologies*

Andrew Kaver
LAW OFFICE OF ANDREW M. KAVER
32 Broadway, Suite 1710
New York, NY 10004
(212)-897-5803

*Attorneys for Pheobe Micro, Inc.*

Emily Bab Kirsch
Reed Smith (NYC)
599 Lexington Avenue
New York, NY 10022
(212)-521-5400

*Attorneys for ZYXEL Communications Inc.*

Dated: December 29, 2010

_____
Daniel B. Ravicher