UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

SOFTWARE FREEDOM CONSERVANCY, INC. :
and ERIK ANDERSEN,                   :       ECF CASE
                                     :
                         Plaintiffs, :       Civil Action No. 1:09-cv-10155-SAS
        -against-                    :
                                     :
BEST BUY CO., INC., et al.           :       **NOTICE OF VOLUNTARY**
                                     :       **DISMISSAL**
                         Defendants. :
------------------------------------------------------------ X

Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiffs Software Freedom

Conservancy, Inc. and Erik Andersen hereby dismiss defendant VERSA TECHNOLOGY INC.

from this action WITHOUT PREJUDICE, and without costs to any party.  Plaintiffs maintain this

action against all other defendants.

Respectfully submitted,
SOFTWARE FREEDOM LAW CENTER, INC.

By: _____

Daniel B. Ravicher (DR1498)
1995 Broadway, 17th Floor
New York, NY 10023-5882
Tel.: 212-580-0800
Fax.: 212-580-0898

Attorneys for Plaintiffs *Software Freedom
Conservancy, Inc.* and *Erik Andersen*

DATED:  JAN 18, 2011
        New York, NY

SO ORDERED:

_____
Hon. Shira A Scheindlin
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/18/11