SOFTWARE FREEDOM LAW CENTER, INC.
Daniel B. Ravicher (DR1498)
Aaron Williamson (AW1337)
Michael A. Spiegel (MS2309)
1995 Broadway, 17th Floor
New York, NY 10023-5882
Tel.: 212-580-0800
Fax.: 212-580-0898

Attorneys for Plaintiffs *Software Freedom Conservancy, Inc.* and *Erik Andersen*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOFTWARE FREEDOM CONSERVANCY, INC. and ERIK ANDERSEN, | ECF CASE |
| Plaintiffs, | 09-CV-10155 (SAS) |
| -against- | |
| BEST BUY CO., INC., SAMSUNG ELECTRONICS AMERICA, INC., WESTINGHOUSE DIGITAL ELECTRONICS, LLC, JVC AMERICAS CORPORATION, WESTERN DIGITAL TECHNOLOGIES, INC., ROBERT BOSCH LLC, PHOEBE MICRO, INC., HUMAX USA INC., COMTREND CORPORATION, DOBBS-STANFORD CORPORATION, VERSA TECHNOLOGY INC., ZYXEL COMMUNICATIONS INC., ASTAK INC., and GCI TECHNOLOGIES CORPORATION, | **NOTICE OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AGAINST DEFENDANTS BEST BUY, CO., INC. AND PHOEBE MICRO, INC.** |
| Defendants. | |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Injunction; the Declaration of Erik Andersen, dated January 27, 2011, and Exhibits 1-2 annexed thereto; the Declaration of Bradley M. Kuhn, dated January 26, 2011; and on all the prior proceedings and matters of record in this case, Plaintiffs Software Freedom Conservancy, Inc. and Erik Andersen will move the court before the Honorable Shira A. Scheindlin, United States District Court Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, for an order granting a preliminary injunction enjoining and restraining defendants Best Buy, Co., Inc. and Phoebe Micro, Inc. from any further copying, distribution or use of their copyrighted software BusyBox pursuant to Federal Rules of Civil Procedure 65.

PLEASE TAKE NOTICE that pursuant to Local Civil Rule 6.1(b) any opposing papers or answering memoranda are to be served within fourteen business days after service of this motion.

Dated: January 31, 2011
      New York, New York

                                              Respectfully submitted,
SOFTWARE FREEDOM LAW CENTER, INC.

By: s/ Daniel B. Ravicher
Daniel B. Ravicher (DR1498)
Aaron Williamson (AW1337)
Michael A. Spiegel (MS2309)
1995 Broadway, 17th Floor
New York, NY 10023-5882
Tel.: 212-580-0800
Fax.: 212-580-0898

Attorneys for Plaintiffs *Software Freedom Conservancy, Inc. and Erik Andersen*