UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SOFTWARE FREEDOM CONSERVANCY, INC.
and ERIK ANDERSEN,                                              09-CIV-10155 (SAS)

       Plaintiffs

                    **CERTIFICATE OF**
-against-                   **SERVICE**

BEST BUY CO. INC.; SAMSUNG ELECTRONICS
AMERICA, INC.; WESTINGHOUSE DIGITAL
ELECTRONICS, LLC; JVC AMERICAS CORP;
WESTERN DIGITAL TECHNOLOGIES, INC;
ROBERT BOSCH, LLC; PHOEBE MICRO, INC.;
HUMAX USA, INC.; COMTREND CORPORATION
DOBBS-STANFORD CORPORATION; VERSA
TECHNOLOGY INC.; ZYXEL COMMUNICATIONS
INC.; ASTAK INC.; and GCI TECHNOLOGIES
CORPORATION,

       Defendants
-------------------------------------------------------------X

   I, Andrew M. Kaver, certify that on February 1, 2011, I caused a true and correct

copy of the DEFENDANT PHOEBE MICRO, INC.'S ANSWER TO THE

COMPLAINT to be served upon the entities on the attached service list by CM/ECF.


            /s/ *Andrew M. Kaver*
            Andrew M. Kaver
            Attorney for Defendant
            32 Broadway, Suite 1710
            New York, NY 10004
            917-338-6873

**SERVICE LIST**

Daniel B. Ravicher
1995 Broadway, 17th Floor
New York, NY 10023
212-580-0800
*Attorney for the Plaintiffs*

Aaron K. Williamson
1995 Broadway, 17th Floor
New York, NY 10023
212-580-0800
*Attorney for Plaintiff Software Freedom Conservancy, Inc.*

Michael A. Spiegel
1995 Broadway, 17th Floor
New York, NY 10023
212-580-0800
*Attorney for Plaintiff Software Freedom Conservancy, Inc.*

Mishi Choudhary
1995 Broadway, 17th Floor
New York, NY 10023
212-580-0800
*Attorney for Plaintiff Software Freedom Conservancy, Inc.*

David Leichtman
Robins, Kaplan, Miller & Ciresi, LLP
601 Lexington Ave., Suite 3400
New York, NY 10022
212-980-7400
*Attorney for Defendant Best Buy Co., Inc.*

Emmet J. McMahon
Robins, Kaplan, Miller & Ciresi, LLP
800 La Salle Ave., Suite 2500
Minneapolis, MN 55402
612-349-8500
*Attorney for Defendant Best Buy Co., Inc.*

Hillel I. Parness
Robins, Kaplan, Miller & Ciresi, LLP
601 Lexington Ave., Suite 3400
New York, NY 10022
212-980-7400
*Attorney for Defendant Best Buy Co., Inc.*

Oren D. Langer
Robins, Kaplan, Miller & Ciresi, LLP
601 Lexington Ave., Suite 3400
New York, NY 10022
212-980-7400
*Attorney for Defendant Best Buy Co., Inc.*

Christopher K. Larus
Robins, Kaplan, Miller & Ciresi, LLP
800 La Salle Ave., Suite 2500
Minneapolis, MN 55402
612-349-8500
*Attorney for Defendant Best Buy Co., Inc.*

Nicole E. Kopinski
Robins, Kaplan, Miller & Ciresi, LLP
800 La Salle Ave., Suite 2500
Minneapolis, MN 55402
612-349-8500
*Attorney for Defendant Best Buy Co., Inc.*

Sharon E. Roberg-Perez
Robins, Kaplan, Miller & Ciresi, LLP
800 La Salle Ave., Suite 2500
Minneapolis, MN 55402
612-349-8500
*Attorney for Defendant Best Buy Co., Inc.*

Kyle B. Fleming
Baker & Daniels
111 E. Wayne St., Suite 800
Fort Wayne, IN 46802
216-861-7374
*Attorney for Defendant Westinghouse Digital Electronics, LLC*

Sara H.B. Yousuf
Balber, Pickard, Battistoni, Maldonado & Van Der Tuin
1370 Avenue of the Americas
New York, NY 10019
212-246-2400
*Attorney for Defendant Westinghouse Digital Electronics, LLC*

Lynn M. Marvin
Jones Day
222 E. 41st Street
New York, NY 10017

212-326-3978
*Attorney for Defendants Western Digital Technologies, Inc. and Western Digital Corp.*

Emily B. Kirsch
Reed Smith
599 Lexington Avenue
New York, NY 10022
212-521-5400
*Attorney for Defendant ZYXEL Communications Inc.*

S.J. Christine H. Yang
Law Offices of S.J. Christine Yang
17220 Newhope St., Suite 101-102
Fountain Valley, CA 92708
714-641-4022
*Attorney for Defendant ZYXEL Communications Inc.*

Ognjan V. Shentov
Jones Day
901 Lakeside Ave.
Cleveland, OH 44114
212-326-3650
*Attorney for Defendant Western Digital Corp.*

Stela C. Tipi
Jones Day
222 E. 41st Street
New York, NY 10017
212-326-3939
*Attorney for Defendant Western Digital Corp.*