UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SOFTWARE FREEDOM CONSERVANCY, INC.
and ERIK ANDERSEN,                                              09-CIV-10155 (SAS)

                       Plaintiffs

                                                                           **RULE 7.1 CORPORATE**
-against-                                                                       **DISCLOSURE**
                                                                           **STATEMENT**

BEST BUY CO. INC.; SAMSUNG ELECTRONICS
AMERICA, INC.; WESTINGHOUSE DIGITAL
ELECTRONICS, LLC; JVC AMERICAS CORP;
WESTERN DIGITAL TECHNOLOGIES, INC;
ROBERT BOSCH, LLC; PHOEBE MICRO, INC.;
HUMAX USA, INC.; COMTREND CORPORATION
DOBBS-STANFORD CORPORATION; VERSA
TECHNOLOGY INC.; ZYXEL COMMUNICATIONS
INC.; ASTAK INC.; and GCI TECHNOLOGIES
CORPORATION,

                       Defendants
------------------------------------------------------------X

       Defendant Phoebe Micro, Inc., does not have a corporate parent.


Dated:  New York, NY
           February 1, 2011
                                            /s/ *Andrew M. Kaver*
                                            Andrew M. Kaver
                                            Attorney for Defendant
                                            32 Broadway, Suite 1710
                                            New York, NY 10004
                                            917-338-6873

.