UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOFTWARE FREEDOM CONSERVANCY, INC.
and ERIK ANDERSON,

        Plaintiffs,

v.

BEST BUY CO., INC., SAMSUNG
ELECTRONICS AMERICA, INC.,
WESTINGHOUSE DIGITAL ELECTRONICS,
LLC, JVC AMERICAS CORPORATION,
WESTERN DIGITAL TECHNOLOGIES, INC.,
ROBERT BOSCH LLC, PHOEBE MICRO, INC.,
HUMAX USA INC., COMTREND
CORPORATION, DOBBS-STANFORD
CORPORATION, VERSA TECHNOLOGY INC.,
ZYXEL COMMUNICATIONS INC., ASTAK,
INC., and GCI TECHNOLOGIES
CORPORATION,

        Defendants.

No.: 09-CV-10155 (SAS)(GWG)

**NOTICE OF WITHDRAWAL OF MOTION
TO ADMIT COUNSEL
*PRO HAC VICE***



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/14/11

Emily B. Kirsch hereby withdraws her motion, filed on June 14, 2010, to admit counsel *pro hac vice*.

Dated: June 24, 2010
City, State: New York, New York

*Ms. Kirsch's motion to withdraw her motion to admit counsel pro hac vice is granted. The clerk of the court is directed to close this motion, docket number 124.*

*So ordered.*
/s/ Shira A. Scheindlin
USDJ
2/14/11

Emily B. Kirsch
Emily B. Kirsch (EB 4216)
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
Telephone: +1 212 521 5400
Facsimile: +1 212 521 5450
ekirsch@reedsmith.com

*Counsel for Defendant ZyXEL Communications Inc.*