SOFTWARE FREEDOM LAW CENTER, INC.
Daniel B. Ravicher (DR1498)
Aaron Williamson (AW1337)
Michael A. Spiegel (MS2309)
1995 Broadway, 17th Floor
New York, NY 10023-5882
Tel.: 212-580-0800
Fax.: 212-580-0898

Attorneys for Plaintiffs *Software Freedom Conservancy, Inc.* and *Erik Andersen*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOFTWARE FREEDOM CONSERVANCY, INC. and ERIK ANDERSEN, | ECF CASE |
| Plaintiffs, | 09-CV-10155 (SAS) |
| -against- | |
| BEST BUY CO., INC., SAMSUNG ELECTRONICS AMERICA, INC., WESTINGHOUSE DIGITAL ELECTRONICS, LLC, JVC AMERICAS CORPORATION, WESTERN DIGITAL TECHNOLOGIES, INC., ROBERT BOSCH LLC, PHOEBE MICRO, INC., HUMAX USA INC., COMTREND CORPORATION, DOBBS-STANFORD CORPORATION, VERSA TECHNOLOGY INC., ZYXEL COMMUNICATIONS INC., ASTAK INC., and GCI TECHNOLOGIES CORPORATION, | **NOTICE OF PLAINTIFFS' MOTION TO FIND WESTINGHOUSE DIGITAL, LLC IN CONTEMPT** |
| Defendants. | |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion to Find Westinghouse Digital, LLC, in Contempt and on all the prior proceedings and matters of record in this case, plaintiffs Software Freedom Conservancy, Inc.

and Erik Andersen will move the court before the Honorable Shira A. Scheindlin, United States District Court Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, at a date and time to be determined by the court, for an order finding Westinghouse Digital, LLC to be in contempt of this Court's injunction issued against Westinghouse Digital Electronics, LLC.

A copy of this Notice of Motion and its supporting memorandum are being served on Westinghouse Digital, LLC, as provided in Federal Rule of Civil Procedure 4.

Dated: February 23, 2011
      New York, New York

                                       Respectfully submitted,
                                       SOFTWARE FREEDOM LAW CENTER, INC.

                                       By: _s/ Daniel B. Ravicher_____
                                       Daniel B. Ravicher (DR1498)
                                       Aaron Williamson (AW1337)
                                       Michael A. Spiegel (MS2309)
                                       1995 Broadway, 17th Floor
                                       New York, NY 10023-5882
                                       Tel.: 212-580-0800
                                       Fax.: 212-580-0898

                                       Attorneys for Plaintiffs *Software Freedom*
                                       Conservancy, Inc. and Erik Andersen