UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOFTWARE FREEDOM CONSERVANCY, INC. and ERIK ANDERSEN,<br><br>    Plaintiffs,<br><br>    -against-<br><br>BEST BUY CO., INC., SAMSUNG ELECTRONICS AMERICA, INC., WESTINGHOUSE DIGITAL ELECTRONICS, LLC, JVC AMERICAS CORPORATION, WESTERN DIGITAL TECHNOLOGIES, INC., ROBERT BOSCH LLC, PHOEBE MICRO, INC., HUMAX USA INC., COMTREND CORPORATION, DOBBS-STANFORD CORPORATION, VERSA TECHNOLOGY INC., ZYXEL COMMUNICATIONS INC., ASTAK INC., and GCI TECHNOLOGIES CORPORATION,<br><br>    Defendants. | Civil Action No. 09-CIV-10155 (SAS)<br><br>ECF Case<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 2/28/11 |

### ORDER FOR EXTENSION OF TIME

Upon the stipulated request of counsel for Plaintiff Software Freedom Conservancy, Inc. ("SFC"), and co-Defendants Phoebe Micro, Inc. ("Phoebe Micro") and Best Buy Co., Inc. ("Best Buy");

**IT IS HEREBY ORDERED** that

(i) the deadline for Phoebe Micro and Best Buy to file their papers in opposition to SFC's motion for preliminary injunction (Dkt. 163) is extended from February 28, 2011, to March 7, 2011; and

(ii) the deadline for SFC to file its reply papers in support of its motion for preliminary injunction is extended from March 14, 2011, to March 21, 2011.

Dated: February 25, 2011
City, State: New York, NY

_____
The Honorable Shira A. Scheindlin
United States District Court Judge