# Roberg-Perez Decl. Ex. B

## March 7, 2011

## Best Buy's Opposition to Plaintiffs' Preliminary Injunction Motion

| | |
|---|---|
| To: | Bradley M. Kuhn[gpl-busybox@softwarefreedom.org] |
| Cc: | mjn3@codepoet.org[mjn3@codepoet.org] |
| From: | Erik Andersen |
| Sent: | Sat 4/7/2007 4:56:06 AM |
| Importance: | Normal |
| Subject: | Re: GPL enforcement |
| Categories: | multipart/signed; boundary="82I3+IH0IqGh5yls"; charset="us-ascii"; micalg=pgp-sha1; protocol="application/pgp-signature" |

**signature.asc**

On Thu Mar 29, 2007 at 06:49:58PM -0400, Bradley M. Kuhn wrote:
> Erik and mjn3, I just need a message from you stating something like:
>
> "As a copyright holder in the Conservancy's BusyBox and uClibc
> projects, I appoint the Conservancy as my agent in enforcement of
> those copyrights and the GPL and LGPL licenses (respectively) on those
> software packages."

As a copyright holder in the Conservancy's BusyBox and uClibc
projects, I appoint the Conservancy as my agent in enforcement of
those copyrights and the GPL and LGPL licenses (respectively) on
those software packages.

 -Erik

--
Erik B. Andersen          http://codepoet-consulting.com/
--This message was written using 73% post-consumer electrons--

