# Roberg-Perez Decl. Ex. E

## March 7, 2011

## Best Buy's Opposition to Plaintiffs' Preliminary Injunction Motion

# Index of /downloads

| Name | Last modified | Size | Description |
|---|---|---|---|
| Parent Directory | | - | |
| BusyBox.1 | 02-Oct-2009 09:23 | 134K | |
| BusyBox.html | 02-Oct-2009 09:23 | 144K | |
| BusyBox.txt | 02-Oct-2009 09:23 | 125K | |
| binaries/ | 06-Oct-2010 17:58 | - | |
| busybox-0.60.3.tar.bz2 | 27-Apr-2002 10:16 | 599K | |
| busybox-0.60.3.tar.bz2.sign | 27-Apr-2002 10:16 | 558 | |
| busybox-0.60.4.tar.bz2 | 18-Sep-2002 20:42 | 611K | |
| busybox-0.60.4.tar.bz2.sign | 18-Sep-2002 20:42 | 558 | |
| busybox-0.60.5.tar.bz2 | 27-Oct-2002 05:11 | 612K | |
| busybox-0.60.5.tar.bz2.sign | 27-Oct-2002 05:11 | 558 | |
| busybox-1.00.tar.bz2 | 13-Oct-2004 09:49 | 1.1M | |
| busybox-1.00.tar.bz2.sign | 13-Oct-2004 09:49 | 552 | |
| busybox-1.01.tar.bz2 | 17-Aug-2005 01:32 | 932K | |
| busybox-1.01.tar.bz2.sign | 17-Aug-2005 01:32 | 552 | |
| busybox-1.1.0.tar.bz2 | 14-Jan-2006 07:15 | 1.3M | |
| busybox-1.1.0.tar.bz2.sign | 14-Jan-2006 07:15 | 555 | |
| busybox-1.1.1.tar.bz2 | 22-Mar-2006 21:20 | 1.4M | |
| busybox-1.1.1.tar.bz2.sign | 22-Mar-2006 21:20 | 524 | |
| busybox-1.1.2.tar.bz2 | 10-Apr-2006 20:03 | 1.4M | |
| busybox-1.1.2.tar.bz2.sign | 10-Apr-2006 20:03 | 524 | |
| busybox-1.1.3.tar.bz2 | 17-May-2006 19:49 | 1.4M | |
| busybox-1.1.3.tar.bz2.sign | 17-May-2006 19:49 | 524 | |
| busybox-1.2.0.tar.bz2 | 28-Jul-2006 22:56 | 1.3M | |
| busybox-1.2.0.tar.bz2.sign | 30-Jun-2006 22:43 | 526 | |
| busybox-1.2.1.tar.bz2 | 28-Jul-2006 22:57 | 1.3M | |
| busybox-1.2.1.tar.bz2.sign | 28-Jul-2006 22:57 | 526 | |
| busybox-1.2.2.1.tar.bz2 | 29-Oct-2006 19:27 | 1.3M | |
| busybox-1.2.2.1.tar.bz2.sign | 13-Dec-2006 23:48 | 539 | |
| busybox-1.2.2.tar.bz2 | 24-Oct-2006 20:24 | 1.4M | |
| busybox-1.2.2.tar.bz2.sign | 24-Oct-2006 20:24 | 526 | |
| busybox-1.3.0.tar.bz2 | 13-Dec-2006 23:49 | 1.4M | |
| busybox-1.3.0.tar.bz2.sign | 13-Dec-2006 23:49 | 533 | |
| busybox-1.3.1.tar.bz2 | 27-Dec-2006 05:01 | 1.4M | |

http://busybox.net/downloads/

EXHIBIT 12
WIT: Andersen
DATE: 10/29/10
Amy Rivera, CSR, RPR, CLR

| | | | |
|---|---|---|---|
| | busybox-1.3.1.tar.bz2.sign | 27-Dec-2006 05:01 | 533 |
| | busybox-1.3.2.tar.bz2 | 20-Jan-2007 20:28 | 1.4M |
| | busybox-1.3.2.tar.bz2.sign | 20-Jan-2007 20:28 | 533 |
| | busybox-1.4.0.tar.bz2 | 20-Jan-2007 20:30 | 1.4M |
| | busybox-1.4.0.tar.bz2.sign | 20-Jan-2007 20:30 | 533 |
| | busybox-1.4.1.tar.bz2 | 24-Jan-2007 22:09 | 1.4M |
| | busybox-1.4.1.tar.bz2.sign | 17-Feb-2007 15:37 | 533 |
| | busybox-1.4.2.tar.bz2 | 18-Mar-2007 18:15 | 1.4M |
| | busybox-1.4.2.tar.bz2.sign | 18-Mar-2007 18:15 | 533 |
| | busybox-1.5.0.tar.bz2 | 22-Mar-2007 22:39 | 1.5M |
| | busybox-1.5.0.tar.bz2.sign | 22-Mar-2007 22:39 | 533 |
| | busybox-1.5.1.tar.bz2 | 20-May-2007 17:06 | 1.5M |
| | busybox-1.5.1.tar.bz2.sign | 20-May-2007 17:04 | 533 |
| | busybox-1.5.2.tar.bz2 | 21-Mar-2008 08:37 | 1.5M |
| | busybox-1.5.2.tar.bz2.sign | 21-Mar-2008 08:37 | 533 |
| | busybox-1.6.0.tar.bz2 | 02-Jun-2007 11:19 | 1.6M |
| | busybox-1.6.0.tar.bz2.sign | 02-Jun-2007 11:19 | 533 |
| | busybox-1.6.1.tar.bz2 | 30-Jun-2007 15:12 | 1.6M |
| | busybox-1.6.1.tar.bz2.sign | 30-Jun-2007 15:12 | 533 |
| | busybox-1.6.2.tar.bz2 | 26-Nov-2007 07:14 | 1.6M |
| | busybox-1.6.2.tar.bz2.sign | 26-Nov-2007 07:14 | 535 |
| | busybox-1.7.0.tar.bz2 | 24-Aug-2007 11:07 | 1.6M |
| | busybox-1.7.0.tar.bz2.sign | 25-Aug-2007 17:03 | 535 |
| | busybox-1.7.1.tar.bz2 | 16-Sep-2007 18:54 | 1.6M |
| | busybox-1.7.1.tar.bz2.sign | 16-Sep-2007 18:54 | 535 |
| | busybox-1.7.2.tar.bz2 | 30-Sep-2007 00:02 | 1.6M |
| | busybox-1.7.2.tar.bz2.sign | 30-Sep-2007 00:02 | 535 |
| | busybox-1.7.3.tar.bz2 | 03-Nov-2007 23:16 | 1.6M |
| | busybox-1.7.3.tar.bz2.sign | 03-Nov-2007 23:16 | 535 |
| | busybox-1.7.4.tar.bz2 | 24-Nov-2007 04:42 | 1.6M |
| | busybox-1.7.4.tar.bz2.sign | 24-Nov-2007 04:42 | 535 |
| | busybox-1.7.5.tar.bz2 | 21-Mar-2008 08:46 | 1.6M |
| | busybox-1.7.5.tar.bz2.sign | 21-Mar-2008 08:46 | 533 |
| | busybox-1.8.0.tar.bz2 | 04-Nov-2007 15:39 | 1.7M |
| | busybox-1.8.0.tar.bz2.sign | 04-Nov-2007 15:39 | 535 |
| | busybox-1.8.1.tar.bz2 | 10-Nov-2007 03:19 | 1.7M |
| | busybox-1.8.1.tar.bz2.sign | 10-Nov-2007 03:19 | 535 |
| | busybox-1.8.2.tar.bz2 | 24-Nov-2007 04:39 | 1.7M |

http://busybox.net/downloads/

| File | Date | Size |
|---|---|---|
| busybox-1.8.2.tar.bz2.sign | 24-Nov-2007 04:39 | 535 |
| busybox-1.8.3.tar.bz2 | 21-Mar-2008 08:53 | 1.7M |
| busybox-1.8.3.tar.bz2.sign | 21-Mar-2008 08:53 | 533 |
| busybox-1.9.0.tar.bz2 | 24-Dec-2007 14:42 | 1.7M |
| busybox-1.9.0.tar.bz2.sign | 24-Dec-2007 14:42 | 535 |
| busybox-1.9.1.tar.bz2 | 12-Feb-2008 17:17 | 1.7M |
| busybox-1.9.1.tar.bz2.sign | 12-Feb-2008 17:17 | 533 |
| busybox-1.9.2.tar.bz2 | 21-Mar-2008 20:41 | 1.7M |
| busybox-1.9.2.tar.bz2.sign | 21-Mar-2008 20:41 | 533 |
| busybox-1.10.0.tar.bz2 | 22-Mar-2008 14:20 | 1.8M |
| busybox-1.10.0.tar.bz2.sign | 22-Mar-2008 14:20 | 536 |
| busybox-1.10.1.tar.bz2 | 19-Apr-2008 04:07 | 1.8M |
| busybox-1.10.1.tar.bz2.sign | 19-Apr-2008 04:07 | 536 |
| busybox-1.10.2.tar.bz2 | 08-May-2008 15:28 | 1.8M |
| busybox-1.10.2.tar.bz2.sign | 08-May-2008 15:28 | 536 |
| busybox-1.10.3.tar.bz2 | 05-Jun-2008 01:12 | 1.8M |
| busybox-1.10.3.tar.bz2.sign | 05-Jun-2008 01:12 | 536 |
| busybox-1.10.4.tar.bz2 | 25-Jun-2008 11:25 | 1.8M |
| busybox-1.10.4.tar.bz2.sign | 25-Jun-2008 11:25 | 536 |
| busybox-1.11.0.tar.bz2 | 25-Jun-2008 12:55 | 1.8M |
| busybox-1.11.0.tar.bz2.sign | 25-Jun-2008 12:55 | 536 |
| busybox-1.11.1.tar.bz2 | 11-Jul-2008 22:02 | 1.8M |
| busybox-1.11.1.tar.bz2.sign | 11-Jul-2008 22:02 | 536 |
| busybox-1.11.2.tar.bz2 | 21-Aug-2008 19:40 | 1.8M |
| busybox-1.11.2.tar.bz2.sign | 21-Aug-2008 19:40 | 536 |
| busybox-1.11.3.tar.bz2 | 28-Sep-2008 18:06 | 1.8M |
| busybox-1.11.3.tar.bz2.sign | 28-Sep-2008 18:06 | 536 |
| busybox-1.12.0.tar.bz2 | 20-Aug-2008 23:27 | 1.9M |
| busybox-1.12.0.tar.bz2.sign | 20-Aug-2008 23:27 | 536 |
| busybox-1.12.1.tar.bz2 | 28-Sep-2008 18:08 | 1.9M |
| busybox-1.12.1.tar.bz2.sign | 28-Sep-2008 18:08 | 536 |
| busybox-1.12.2.tar.bz2 | 09-Nov-2008 17:23 | 1.9M |
| busybox-1.12.2.tar.bz2.sign | 09-Nov-2008 17:23 | 536 |
| busybox-1.12.3.tar.bz2 | 18-Dec-2008 00:25 | 1.9M |
| busybox-1.12.3.tar.bz2.sign | 18-Dec-2008 00:25 | 536 |
| busybox-1.12.4.tar.bz2 | 31-Dec-2008 03:39 | 1.9M |
| busybox-1.12.4.tar.bz2.sign | 31-Dec-2008 03:39 | 536 |
| busybox-1.13.0.tar.bz2 | 09-Nov-2008 17:31 | 1.9M |

http://busybox.net/downloads/

| | | | |
|---|---|---|---|
| | busybox-1.13.0.tar.bz2.sign | 09-Nov-2008 17:31 | 536 |
| | busybox-1.13.1.tar.bz2 | 18-Dec-2008 00:25 | 2.0M |
| | busybox-1.13.1.tar.bz2.sign | 18-Dec-2008 00:25 | 536 |
| | busybox-1.13.2.tar.bz2 | 31-Dec-2008 03:41 | 2.0M |
| | busybox-1.13.2.tar.bz2.sign | 31-Dec-2008 03:41 | 536 |
| | busybox-1.13.3.tar.bz2 | 04-Mar-2009 01:37 | 2.0M |
| | busybox-1.13.3.tar.bz2.sign | 04-Mar-2009 01:37 | 544 |
| | busybox-1.13.4.tar.bz2 | 15-Apr-2009 00:33 | 2.0M |
| | busybox-1.13.4.tar.bz2.sign | 15-Apr-2009 00:33 | 536 |
| | busybox-1.14.0.tar.bz2 | 15-Apr-2009 02:04 | 2.1M |
| | busybox-1.14.0.tar.bz2.sign | 15-Apr-2009 02:04 | 536 |
| | busybox-1.14.1.tar.bz2 | 27-May-2009 16:16 | 2.1M |
| | busybox-1.14.1.tar.bz2.sign | 27-May-2009 16:16 | 544 |
| | busybox-1.14.2.tar.bz2 | 21-Jun-2009 22:46 | 2.1M |
| | busybox-1.14.2.tar.bz2.sign | 21-Jun-2009 22:46 | 536 |
| | busybox-1.14.3.tar.bz2 | 02-Aug-2009 18:25 | 2.1M |
| | busybox-1.14.3.tar.bz2.sign | 02-Aug-2009 18:25 | 536 |
| | busybox-1.14.4.tar.bz2 | 12-Sep-2009 15:50 | 2.1M |
| | busybox-1.14.4.tar.bz2.sign | 12-Sep-2009 15:50 | 536 |
| | busybox-1.15.0.tar.bz2 | 23-Aug-2009 00:34 | 1.9M |
| | busybox-1.15.0.tar.bz2.sign | 23-Aug-2009 00:34 | 536 |
| | busybox-1.15.1.tar.bz2 | 12-Sep-2009 15:58 | 1.9M |
| | busybox-1.15.1.tar.bz2.sign | 12-Sep-2009 15:58 | 536 |
| | busybox-1.15.2.tar.bz2 | 08-Oct-2009 01:49 | 1.9M |
| | busybox-1.15.2.tar.bz2.sign | 08-Oct-2009 01:49 | 536 |
| | busybox-1.15.3.tar.bz2 | 12-Dec-2009 21:25 | 1.9M |
| | busybox-1.15.3.tar.bz2.sign | 12-Dec-2009 21:25 | 536 |
| | busybox-1.16.0.tar.bz2 | 26-Jan-2010 07:22 | 1.9M |
| | busybox-1.16.0.tar.bz2.sign | 26-Jan-2010 07:22 | 536 |
| | busybox-1.16.1.tar.bz2 | 28-Mar-2010 18:25 | 1.9M |
| | busybox-1.16.1.tar.bz2.sign | 28-Mar-2010 18:25 | 536 |
| | busybox-1.16.2.tar.bz2 | 12-Jun-2010 13:54 | 1.9M |
| | busybox-1.16.2.tar.bz2.sign | 12-Jun-2010 13:54 | 536 |
| | busybox-1.17.0.tar.bz2 | 06-Jul-2010 02:20 | 2.0M |
| | busybox-1.17.0.tar.bz2.sign | 06-Jul-2010 02:20 | 536 |
| | busybox-1.17.1.tar.bz2 | 24-Jul-2010 22:16 | 2.0M |
| | busybox-1.17.1.tar.bz2.sign | 24-Jul-2010 22:16 | 536 |
| | busybox-1.17.2.tar.bz2 | 23-Aug-2010 00:52 | 2.0M |

http://busybox.net/downloads/

| Name | Last modified | Size |
|---|---|---|
| busybox-1.17.2.tar.bz2.sign | 23-Aug-2010 00:52 | 536 |
| busybox-1.17.3.tar.bz2 | 09-Oct-2010 20:02 | 2.0M |
| busybox-1.17.3.tar.bz2.sign | 09-Oct-2010 20:02 | 536 |
| busybox-snapshot.tar.bz2 | 21-Oct-2010 00:20 | 2.0M |
| fixes-1.2.2.1-foglietta/ | 05-Sep-2008 19:31 | - |
| fixes-1.10.0/ | 17-Apr-2008 18:05 | - |
| fixes-1.10.1/ | 07-May-2008 09:21 | - |
| fixes-1.10.2/ | 31-May-2008 07:36 | - |
| fixes-1.10.3/ | 25-Jun-2008 10:11 | - |
| fixes-1.10.4/ | 09-Jul-2008 21:57 | - |
| fixes-1.11.0/ | 11-Jul-2008 22:09 | - |
| fixes-1.11.1/ | 09-Aug-2008 20:31 | - |
| fixes-1.11.2/ | 27-Sep-2008 00:55 | - |
| fixes-1.12.0/ | 25-Sep-2008 20:14 | - |
| fixes-1.12.1/ | 06-Nov-2008 15:11 | - |
| fixes-1.12.2/ | 12-Nov-2008 22:04 | - |
| fixes-1.12.3/ | 18-Dec-2008 00:25 | - |
| fixes-1.13.0/ | 18-Dec-2008 00:25 | - |
| fixes-1.13.1/ | 31-Dec-2008 03:06 | - |
| fixes-1.13.2/ | 08-Mar-2009 01:04 | - |
| fixes-1.13.3/ | 31-Mar-2009 23:17 | - |
| fixes-1.14.0/ | 27-May-2009 16:05 | - |
| fixes-1.14.1/ | 14-Jun-2009 17:44 | - |
| fixes-1.14.2/ | 30-Jul-2009 10:51 | - |
| fixes-1.14.3/ | 12-Sep-2009 14:01 | - |
| fixes-1.15.0/ | 12-Sep-2009 14:00 | - |
| fixes-1.15.1/ | 30-Sep-2009 00:21 | - |
| fixes-1.15.2/ | 04-Dec-2009 01:47 | - |
| fixes-1.16.0/ | 27-Mar-2010 19:08 | - |
| fixes-1.16.1/ | 22-May-2010 04:41 | - |
| fixes-1.17.0/ | 24-Jul-2010 21:18 | - |
| fixes-1.17.1/ | 23-Aug-2010 00:37 | - |
| fixes-1.17.2/ | 04-Sep-2010 17:46 | - |
| fixes-1.17.3/ | 20-Oct-2010 13:19 | - |
| legacy/ | 24-Feb-2010 05:51 | - |
| qemu/ | 30-Jun-2006 00:36 | - |
| snapshots/ | 21-Oct-2010 00:20 | - |

http://busybox.net/downloads/

Index of /downloads

Page 6 of 6

*Apache Server at busybox.net Port 80*

http://busybox.net/downloads/

# Index of /downloads/legacy

| Name | Last modified | Size | Description |
|---|---|---|---|
| Parent Directory | | – | |
| README-legacy | 24-Feb-2010 05:49 | 482 | |
| busybox-0.25.tar.gz | 27-Sep-1998 20:46 | 93K | |
| busybox-0.25.tar.gz.sign | 27-Sep-1998 20:46 | 549 | |
| busybox-0.26.tar.gz | 09-Apr-1999 15:38 | 96K | |
| busybox-0.26.tar.gz.sign | 09-Apr-1999 15:38 | 549 | |
| busybox-0.27.tar.gz | 12-May-1999 01:59 | 97K | |
| busybox-0.27.tar.gz.sign | 12-May-1999 01:59 | 549 | |
| busybox-0.28.tar.gz | 07-Oct-1999 21:53 | 97K | |
| busybox-0.28.tar.gz.sign | 07-Oct-1999 21:53 | 549 | |
| busybox-0.29a1.tar.gz | 24-Sep-1999 16:52 | 103K | |
| busybox-0.29a1.tar.gz.sign | 24-Sep-1999 16:52 | 555 | |
| busybox-0.30.tar.gz | 20-Oct-1999 22:28 | 144K | |
| busybox-0.30.tar.gz.sign | 20-Oct-1999 22:28 | 549 | |
| busybox-0.31.tar.gz | 22-Oct-1999 05:19 | 152K | |
| busybox-0.31.tar.gz.sign | 22-Oct-1999 05:19 | 549 | |
| busybox-0.32.tar.gz | 05-Nov-1999 00:39 | 158K | |
| busybox-0.32.tar.gz.sign | 05-Nov-1999 00:39 | 549 | |
| busybox-0.33.tar.gz | 06-Nov-1999 06:43 | 158K | |
| busybox-0.33.tar.gz.sign | 06-Nov-1999 06:43 | 549 | |
| busybox-0.34.tar.gz | 09-Nov-1999 05:41 | 160K | |
| busybox-0.34.tar.gz.sign | 09-Nov-1999 05:41 | 549 | |
| busybox-0.35.tar.gz | 12-Nov-1999 21:05 | 162K | |
| busybox-0.35.tar.gz.sign | 12-Nov-1999 21:05 | 549 | |
| busybox-0.36.tar.gz | 17-Nov-1999 21:48 | 178K | |
| busybox-0.36.tar.gz.sign | 17-Nov-1999 21:48 | 549 | |
| busybox-0.37.tar.gz | 25-Nov-1999 08:07 | 182K | |
| busybox-0.37.tar.gz.sign | 25-Nov-1999 08:07 | 549 | |
| busybox-0.38.tar.gz | 05-Dec-1999 23:41 | 185K | |
| busybox-0.38.tar.gz.sign | 05-Dec-1999 23:41 | 549 | |
| busybox-0.39.tar.gz | 11-Dec-1999 23:26 | 204K | |
| busybox-0.39.tar.gz.sign | 11-Dec-1999 23:26 | 549 | |
| busybox-0.40.tar.gz | 07-Jan-2000 23:31 | 221K | |
| busybox-0.40.tar.gz.sign | 07-Jan-2000 23:31 | 549 | |

http://busybox.net/downloads/legacy/



EXHIBIT 17
WIT: Andersen
DATE: 10/29/10
Amy Rivera, CSR, RPR, CLR

| File | Date | Size |
|---|---|---|
| busybox-0.41.tar.gz | 15-Jan-2000 18:33 | 228K |
| busybox-0.41.tar.gz.sign | 15-Jan-2000 18:33 | 549 |
| busybox-0.42.tar.gz | 11-Feb-2000 22:29 | 237K |
| busybox-0.42.tar.gz.sign | 11-Feb-2000 22:29 | 549 |
| busybox-0.43.tar.gz | 19-Apr-2000 05:16 | 341K |
| busybox-0.43.tar.gz.sign | 19-Apr-2000 05:16 | 549 |
| busybox-0.45.tar.gz | 22-Jun-2000 00:26 | 476K |
| busybox-0.45.tar.gz.sign | 22-Jun-2000 00:26 | 549 |
| busybox-0.46.tar.gz | 11-Jul-2000 18:20 | 430K |
| busybox-0.46.tar.gz.sign | 11-Jul-2000 18:20 | 549 |
| busybox-0.47.tar.gz | 26-Sep-2000 05:19 | 463K |
| busybox-0.47.tar.gz.sign | 26-Sep-2000 05:19 | 549 |
| busybox-0.48.tar.gz | 13-Dec-2000 18:55 | 473K |
| busybox-0.48.tar.gz.sign | 13-Dec-2000 18:55 | 549 |
| busybox-0.49.tar.gz | 27-Jan-2001 09:39 | 491K |
| busybox-0.49.tar.gz.sign | 27-Jan-2001 09:39 | 549 |
| busybox-0.50.tar.gz | 16-Mar-2001 08:21 | 562K |
| busybox-0.50.tar.gz.sign | 16-Mar-2001 08:21 | 549 |
| busybox-0.51.tar.gz | 10-Apr-2001 20:33 | 610K |
| busybox-0.51.tar.gz.sign | 10-Apr-2001 20:33 | 549 |
| busybox-0.52.tar.gz | 07-Jul-2001 08:29 | 768K |
| busybox-0.52.tar.gz.sign | 07-Jul-2001 08:29 | 549 |
| busybox-0.60.0.tar.gz | 02-Aug-2001 20:59 | 789K |
| busybox-0.60.0.tar.gz.sign | 02-Aug-2001 20:59 | 555 |
| busybox-0.60.1.tar.gz | 23-Aug-2001 22:48 | 791K |
| busybox-0.60.1.tar.gz.sign | 23-Aug-2001 22:48 | 555 |
| busybox-0.60.2.tar.gz | 20-Nov-2001 12:02 | 794K |
| busybox-0.60.2.tar.gz.sign | 20-Nov-2001 12:02 | 555 |
| busybox-0.60.3.tar.gz | 27-Apr-2002 10:16 | 753K |
| busybox-0.60.3.tar.gz.sign | 27-Apr-2002 10:16 | 555 |
| busybox-0.60.4.tar.gz | 18-Sep-2002 20:42 | 770K |
| busybox-0.60.4.tar.gz.sign | 18-Sep-2002 20:42 | 555 |
| busybox-0.60.5.tar.gz | 27-Oct-2002 05:11 | 767K |
| busybox-0.60.5.tar.gz.sign | 27-Oct-2002 05:11 | 555 |
| busybox-1.00-pre1.tar.bz2 | 15-Jul-2003 15:59 | 1.0M |
| busybox-1.00-pre1.tar.bz2.sign | 15-Jul-2003 15:59 | 567 |
| busybox-1.00-pre1.tar.gz | 15-Jul-2003 15:58 | 1.2M |
| busybox-1.00-pre1.tar.gz.sign | 15-Jul-2003 15:58 | 564 |

http://busybox.net/downloads/legacy/

| File | Date | Size |
|---|---|---|
| busybox-1.00-pre2.tar.bz2 | 30-Jul-2003 09:50 | 1.0M |
| busybox-1.00-pre2.tar.bz2.sign | 30-Jul-2003 09:50 | 567 |
| busybox-1.00-pre2.tar.gz | 30-Jul-2003 09:50 | 1.2M |
| busybox-1.00-pre2.tar.gz.sign | 30-Jul-2003 09:50 | 564 |
| busybox-1.00-pre3.tar.bz2 | 12-Sep-2003 08:45 | 1.1M |
| busybox-1.00-pre3.tar.bz2.sign | 12-Sep-2003 08:45 | 567 |
| busybox-1.00-pre3.tar.gz | 12-Sep-2003 08:45 | 1.3M |
| busybox-1.00-pre3.tar.gz.sign | 12-Sep-2003 08:45 | 564 |
| busybox-1.00-pre4.tar.bz2 | 11-Dec-2003 02:56 | 1.1M |
| busybox-1.00-pre4.tar.bz2.sign | 11-Dec-2003 02:56 | 567 |
| busybox-1.00-pre4.tar.gz | 11-Dec-2003 02:56 | 1.2M |
| busybox-1.00-pre4.tar.gz.sign | 11-Dec-2003 02:56 | 564 |
| busybox-1.00-pre5.tar.bz2 | 23-Dec-2003 09:26 | 1.0M |
| busybox-1.00-pre5.tar.bz2.sign | 23-Dec-2003 09:26 | 567 |
| busybox-1.00-pre5.tar.gz | 23-Dec-2003 09:26 | 1.2M |
| busybox-1.00-pre5.tar.gz.sign | 23-Dec-2003 09:26 | 564 |
| busybox-1.00-pre6.tar.bz2 | 31-Jan-2004 08:14 | 1.1M |
| busybox-1.00-pre6.tar.bz2.sign | 31-Jan-2004 08:14 | 567 |
| busybox-1.00-pre6.tar.gz | 31-Jan-2004 08:14 | 1.2M |
| busybox-1.00-pre6.tar.gz.sign | 31-Jan-2004 08:14 | 564 |
| busybox-1.00-pre7.tar.bz2 | 04-Feb-2004 11:57 | 1.1M |
| busybox-1.00-pre7.tar.bz2.sign | 04-Feb-2004 11:57 | 567 |
| busybox-1.00-pre7.tar.gz | 04-Feb-2004 11:57 | 1.2M |
| busybox-1.00-pre7.tar.gz.sign | 04-Feb-2004 11:57 | 564 |
| busybox-1.00-pre8.tar.bz2 | 23-Feb-2004 09:25 | 1.1M |
| busybox-1.00-pre8.tar.bz2.sign | 23-Feb-2004 09:25 | 567 |
| busybox-1.00-pre8.tar.gz | 23-Feb-2004 09:25 | 1.2M |
| busybox-1.00-pre8.tar.gz.sign | 23-Feb-2004 09:25 | 564 |
| busybox-1.00-pre9.tar.bz2 | 07-Apr-2004 14:24 | 1.1M |
| busybox-1.00-pre9.tar.bz2.sign | 07-Apr-2004 14:24 | 567 |
| busybox-1.00-pre9.tar.gz | 07-Apr-2004 14:24 | 1.2M |
| busybox-1.00-pre9.tar.gz.sign | 07-Apr-2004 14:24 | 564 |
| busybox-1.00-pre10.tar.bz2 | 13-Apr-2004 19:42 | 1.0M |
| busybox-1.00-pre10.tar.bz2.sign | 13-Apr-2004 19:42 | 570 |
| busybox-1.00-pre10.tar.gz | 13-Apr-2004 19:42 | 1.2M |
| busybox-1.00-pre10.tar.gz.sign | 13-Apr-2004 19:42 | 567 |
| busybox-1.00-rc1.tar.bz2 | 20-Jul-2004 11:13 | 1.1M |
| busybox-1.00-rc1.tar.bz2.sign | 20-Jul-2004 11:13 | 564 |

| Name | Date | Size |
|---|---|---|
| busybox-1.00-rc1.tar.gz | 20-Jul-2004 11:13 | 1.2M |
| busybox-1.00-rc1.tar.gz.sign | 20-Jul-2004 11:13 | 561 |
| busybox-1.00-rc2.tar.bz2 | 26-Jul-2004 12:32 | 1.0M |
| busybox-1.00-rc2.tar.bz2.sign | 26-Jul-2004 12:32 | 564 |
| busybox-1.00-rc2.tar.gz | 26-Jul-2004 12:32 | 1.2M |
| busybox-1.00-rc2.tar.gz.sign | 26-Jul-2004 12:32 | 561 |
| busybox-1.00-rc3.tar.bz2 | 16-Aug-2004 10:33 | 1.1M |
| busybox-1.00-rc3.tar.bz2.sign | 16-Aug-2004 10:33 | 564 |
| busybox-1.00-rc3.tar.gz | 16-Aug-2004 10:33 | 1.2M |
| busybox-1.00-rc3.tar.gz.sign | 16-Aug-2004 10:33 | 561 |
| busybox-1.00.tar.gz | 13-Oct-2004 09:49 | 1.3M |
| busybox-1.00.tar.gz.sign | 13-Oct-2004 09:49 | 549 |
| busybox-1.01.tar.gz | 17-Aug-2005 01:32 | 1.1M |
| busybox-1.01.tar.gz.sign | 17-Aug-2005 01:32 | 549 |
| busybox-1.1.0-pre1.tar.bz2 | 03-Nov-2005 23:21 | 1.3M |
| busybox-1.1.0-pre1.tar.bz2.sign | 03-Nov-2005 23:21 | 570 |
| busybox-1.1.0-pre1.tar.gz | 03-Nov-2005 23:21 | 1.6M |
| busybox-1.1.0-pre1.tar.gz.sign | 03-Nov-2005 23:21 | 567 |
| busybox-1.1.0.tar.gz | 14-Jan-2006 07:15 | 1.6M |
| busybox-1.1.0.tar.gz.sign | 14-Jan-2006 07:15 | 552 |
| busybox-1.1.1.fixes.patch | 06-Apr-2006 16:58 | 14K |
| busybox-1.1.1.tar.gz | 22-Mar-2006 21:20 | 1.6M |
| busybox-1.1.1.tar.gz.sign | 22-Mar-2006 21:20 | 521 |
| busybox-1.1.2.fixes.patch | 17-May-2006 18:52 | 29K |
| busybox-1.1.2.tar.gz | 10-Apr-2006 20:03 | 1.6M |
| busybox-1.1.2.tar.gz.sign | 10-Apr-2006 20:03 | 521 |
| busybox-1.1.3.tar.gz | 17-May-2006 19:49 | 1.7M |
| busybox-1.1.3.tar.gz.sign | 17-May-2006 19:49 | 521 |
| busybox-1.2.0.fixes.patch | 19-Jul-2006 21:58 | 20K |
| busybox-1.2.0.tar.gz | 30-Jun-2006 22:43 | 1.6M |
| busybox-1.2.0.tar.gz.sign | 30-Jun-2006 22:43 | 523 |
| busybox-1.2.1.fixes.patch | 16-Oct-2006 20:21 | 57K |
| busybox-1.2.1.tar.gz | 28-Jul-2006 22:57 | 1.6M |
| busybox-1.2.1.tar.gz.sign | 28-Jul-2006 22:57 | 523 |
| busybox-1.2.2.tar.gz | 24-Oct-2006 20:24 | 1.6M |
| busybox-1.2.2.tar.gz.sign | 24-Oct-2006 20:24 | 523 |
| busybox-1.3.0.tar.gz | 13-Dec-2006 23:50 | 1.7M |
| busybox-1.3.0.tar.gz.sign | 13-Dec-2006 23:50 | 530 |

| | | | |
|---|---|---|---|
| | busybox-1.3.1.tar.gz | 27-Dec-2006 05:02 | 1.7M |
| | busybox-1.3.1.tar.gz.sign | 27-Dec-2006 05:02 | 530 |
| | busybox-1.3.2.tar.gz | 20-Jan-2007 20:29 | 1.7M |
| | busybox-1.3.2.tar.gz.sign | 20-Jan-2007 20:29 | 530 |
| | busybox-1.4.0.tar.gz | 20-Jan-2007 20:31 | 1.7M |
| | busybox-1.4.0.tar.gz.sign | 20-Jan-2007 20:31 | 530 |
| | busybox-1.4.1.tar.gz | 24-Jan-2007 22:10 | 1.7M |
| | busybox-1.4.1.tar.gz.sign | 17-Feb-2007 15:37 | 530 |
| | busybox-1.4.2.tar.gz | 18-Mar-2007 18:16 | 1.7M |
| | busybox-1.4.2.tar.gz.sign | 18-Mar-2007 18:16 | 530 |
| | busybox-1.5.0.tar.gz | 22-Mar-2007 22:40 | 1.8M |
| | busybox-1.5.0.tar.gz.sign | 22-Mar-2007 22:40 | 530 |
| | busybox-1.5.1.tar.gz | 20-May-2007 17:05 | 1.8M |
| | busybox-1.5.1.tar.gz.sign | 20-May-2007 17:04 | 530 |
| | busybox-1.5.2.tar.gz | 21-Mar-2008 08:38 | 1.8M |
| | busybox-1.5.2.tar.gz.sign | 21-Mar-2008 08:38 | 530 |
| | busybox-1.6.0.tar.gz | 02-Jun-2007 11:23 | 1.9M |
| | busybox-1.6.0.tar.gz.sign | 02-Jun-2007 11:23 | 530 |
| | busybox-1.6.1.tar.gz | 30-Jun-2007 15:15 | 1.9M |
| | busybox-1.6.1.tar.gz.sign | 30-Jun-2007 15:15 | 530 |
| | busybox-1.6.2.tar.gz | 26-Nov-2007 07:15 | 1.9M |
| | busybox-1.6.2.tar.gz.sign | 26-Nov-2007 07:15 | 532 |
| | busybox-1.7.0.tar.gz | 24-Aug-2007 11:07 | 1.9M |
| | busybox-1.7.0.tar.gz.sign | 25-Aug-2007 17:03 | 532 |
| | busybox-1.7.1.tar.gz | 16-Sep-2007 18:54 | 1.9M |
| | busybox-1.7.1.tar.gz.sign | 16-Sep-2007 18:54 | 532 |
| | busybox-1.7.2.tar.gz | 30-Sep-2007 00:02 | 1.9M |
| | busybox-1.7.2.tar.gz.sign | 30-Sep-2007 00:02 | 532 |
| | busybox-1.7.3.tar.gz | 03-Nov-2007 23:16 | 1.9M |
| | busybox-1.7.3.tar.gz.sign | 03-Nov-2007 23:16 | 532 |
| | busybox-1.7.4.tar.gz | 24-Nov-2007 04:42 | 1.9M |
| | busybox-1.7.4.tar.gz.sign | 24-Nov-2007 04:42 | 532 |
| | busybox-1.7.5.tar.gz | 21-Mar-2008 08:47 | 1.9M |
| | busybox-1.7.5.tar.gz.sign | 21-Mar-2008 08:47 | 530 |
| | busybox-1.8.0.tar.gz | 04-Nov-2007 15:39 | 2.0M |
| | busybox-1.8.0.tar.gz.sign | 04-Nov-2007 15:39 | 532 |
| | busybox-1.8.1.tar.gz | 10-Nov-2007 03:19 | 2.0M |
| | busybox-1.8.1.tar.gz.sign | 10-Nov-2007 03:19 | 532 |

http://busybox.net/downloads/legacy/

| | | | |
|---|---|---|---|
| | busybox-1.8.2.tar.gz | 24-Nov-2007 04:40 | 2.0M |
| | busybox-1.8.2.tar.gz.sign | 24-Nov-2007 04:40 | 532 |
| | busybox-1.8.3.tar.gz | 21-Mar-2008 08:54 | 2.0M |
| | busybox-1.8.3.tar.gz.sign | 21-Mar-2008 08:54 | 530 |
| | busybox-1.9.0.tar.gz | 24-Dec-2007 14:42 | 2.0M |
| | busybox-1.9.0.tar.gz.sign | 24-Dec-2007 14:42 | 532 |
| | busybox-1.9.1.tar.gz | 12-Feb-2008 17:17 | 2.0M |
| | busybox-1.9.1.tar.gz.sign | 12-Feb-2008 17:17 | 530 |
| | busybox-1.9.2.tar.gz | 21-Mar-2008 20:42 | 2.0M |
| | busybox-1.9.2.tar.gz.sign | 21-Mar-2008 20:42 | 530 |
| | busybox-1.10.0.tar.gz | 22-Mar-2008 14:21 | 2.1M |
| | busybox-1.10.0.tar.gz.sign | 22-Mar-2008 14:21 | 533 |
| | busybox-1.10.1.tar.gz | 19-Apr-2008 04:09 | 2.1M |
| | busybox-1.10.1.tar.gz.sign | 19-Apr-2008 04:09 | 533 |
| | busybox-1.10.2.tar.gz | 08-May-2008 15:29 | 2.1M |
| | busybox-1.10.2.tar.gz.sign | 08-May-2008 15:29 | 533 |
| | busybox-1.10.3.tar.gz | 05-Jun-2008 01:13 | 2.1M |
| | busybox-1.10.3.tar.gz.sign | 05-Jun-2008 01:13 | 533 |
| | busybox-1.10.4.tar.gz | 25-Jun-2008 11:26 | 2.1M |
| | busybox-1.10.4.tar.gz.sign | 25-Jun-2008 11:26 | 533 |
| | busybox-1.11.0.tar.gz | 25-Jun-2008 12:56 | 2.2M |
| | busybox-1.11.0.tar.gz.sign | 25-Jun-2008 12:56 | 533 |
| | busybox-1.11.1.tar.gz | 11-Jul-2008 22:03 | 2.2M |
| | busybox-1.11.1.tar.gz.sign | 11-Jul-2008 22:03 | 533 |
| | busybox-1.11.2.tar.gz | 21-Aug-2008 19:41 | 2.2M |
| | busybox-1.11.2.tar.gz.sign | 21-Aug-2008 19:41 | 533 |
| | busybox-1.11.3.tar.gz | 28-Sep-2008 18:08 | 2.2M |
| | busybox-1.11.3.tar.gz.sign | 28-Sep-2008 18:08 | 533 |
| | busybox-1.12.0.tar.gz | 20-Aug-2008 23:29 | 2.3M |
| | busybox-1.12.0.tar.gz.sign | 20-Aug-2008 23:29 | 533 |
| | busybox-1.12.1.tar.gz | 28-Sep-2008 18:10 | 2.3M |
| | busybox-1.12.1.tar.gz.sign | 28-Sep-2008 18:10 | 533 |
| | busybox-1.12.2.tar.gz | 09-Nov-2008 17:24 | 2.3M |
| | busybox-1.12.2.tar.gz.sign | 09-Nov-2008 17:24 | 533 |
| | busybox-1.12.3.tar.gz | 18-Dec-2008 00:25 | 2.3M |
| | busybox-1.12.3.tar.gz.sign | 18-Dec-2008 00:25 | 533 |
| | busybox-1.12.4.tar.gz | 31-Dec-2008 03:40 | 2.3M |
| | busybox-1.12.4.tar.gz.sign | 31-Dec-2008 03:40 | 533 |

http://busybox.net/downloads/legacy/

| File | Date | Size |
|---|---|---|
| busybox-1.13.0.tar.gz | 09-Nov-2008 17:32 | 2.3M |
| busybox-1.13.0.tar.gz.sign | 09-Nov-2008 17:32 | 533 |
| busybox-1.13.1.tar.gz | 18-Dec-2008 00:25 | 2.3M |
| busybox-1.13.1.tar.gz.sign | 18-Dec-2008 00:25 | 533 |
| busybox-1.13.2.tar.gz | 31-Dec-2008 03:41 | 2.3M |
| busybox-1.13.2.tar.gz.sign | 31-Dec-2008 03:41 | 533 |
| busybox-1.13.3.tar.gz | 04-Mar-2009 01:38 | 2.3M |
| busybox-1.13.3.tar.gz.sign | 04-Mar-2009 01:38 | 541 |
| busybox-1.13.4.tar.gz | 15-Apr-2009 00:34 | 2.3M |
| busybox-1.13.4.tar.gz.sign | 15-Apr-2009 00:34 | 533 |
| busybox-1.14.0.tar.gz | 15-Apr-2009 02:05 | 2.4M |
| busybox-1.14.0.tar.gz.sign | 15-Apr-2009 02:05 | 533 |
| busybox-1.14.1.tar.gz | 27-May-2009 16:16 | 2.4M |
| busybox-1.14.1.tar.gz.sign | 27-May-2009 16:16 | 541 |
| busybox-1.14.2.tar.gz | 21-Jun-2009 22:47 | 2.4M |
| busybox-1.14.2.tar.gz.sign | 21-Jun-2009 22:47 | 533 |
| busybox-1.14.3.tar.gz | 02-Aug-2009 18:26 | 2.4M |
| busybox-1.14.3.tar.gz.sign | 02-Aug-2009 18:26 | 533 |
| busybox-1.14.4.tar.gz | 12-Sep-2009 15:51 | 2.4M |
| busybox-1.14.4.tar.gz.sign | 12-Sep-2009 15:51 | 533 |
| busybox-1.15.0.tar.gz | 23-Aug-2009 00:34 | 2.3M |
| busybox-1.15.0.tar.gz.sign | 23-Aug-2009 00:34 | 533 |
| busybox-1.15.1.tar.gz | 12-Sep-2009 15:59 | 2.3M |
| busybox-1.15.1.tar.gz.sign | 12-Sep-2009 15:59 | 533 |
| busybox-1.15.2.tar.gz | 08-Oct-2009 01:55 | 2.3M |
| busybox-1.15.2.tar.gz.sign | 08-Oct-2009 01:49 | 533 |
| busybox-1.15.3.tar.gz | 12-Dec-2009 21:25 | 2.3M |
| busybox-1.15.3.tar.gz.sign | 12-Dec-2009 21:26 | 533 |
| busybox-1.16.0.tar.gz | 26-Jan-2010 07:23 | 2.3M |
| busybox-1.16.0.tar.gz.sign | 26-Jan-2010 07:23 | 533 |
| fixes-1.3.0/ | 26-Dec-2006 18:13 | - |
| fixes-1.3.1/ | 28-Dec-2006 21:43 | - |
| fixes-1.3.2/ | 21-Mar-2008 09:47 | - |
| fixes-1.4.0/ | 24-Jan-2007 20:34 | - |
| fixes-1.4.1/ | 02-Mar-2007 23:07 | - |
| fixes-1.4.2/ | 21-Mar-2008 09:47 | - |
| fixes-1.5.0/ | 10-May-2007 23:08 | - |
| fixes-1.5.1/ | 08-Feb-2008 21:25 | - |

http://busybox.net/downloads/legacy/

| | | |
|---|---|---|
| fixes-1.5.2/ | 21-Mar-2008 09:47 | - |
| fixes-1.6.0/ | 30-Jun-2007 15:05 | - |
| fixes-1.6.1/ | 26-Nov-2007 05:01 | - |
| fixes-1.6.2/ | 21-Mar-2008 09:47 | - |
| fixes-1.7.0/ | 12-Sep-2007 15:31 | - |
| fixes-1.7.1/ | 28-Sep-2007 22:36 | - |
| fixes-1.7.2/ | 30-Oct-2007 19:42 | - |
| fixes-1.7.3/ | 12-Nov-2007 20:58 | - |
| fixes-1.7.4/ | 09-Dec-2007 03:04 | - |
| fixes-1.7.5/ | 21-Mar-2008 09:47 | - |
| fixes-1.8.0/ | 07-Nov-2007 00:24 | - |
| fixes-1.8.1/ | 16-Nov-2007 20:36 | - |
| fixes-1.8.2/ | 08-Feb-2008 18:43 | - |
| fixes-1.8.3/ | 21-Mar-2008 09:47 | - |
| fixes-1.9.0/ | 12-Feb-2008 16:58 | - |
| fixes-1.9.1/ | 20-Mar-2008 12:23 | - |
| fixes-1.9.2/ | 21-Mar-2008 09:47 | - |
| tutorial/ | 03-Aug-2006 20:49 | - |

*Apache Server at busybox.net Port 80*

http://busybox.net/downloads/legacy/