# Roberg-Perez Decl. Ex. H

## March 7, 2011

## Best Buy's Opposition to Plaintiffs' Preliminary Injunction Motion

| | |
|---|---|
| To: | Dave Cinege[dcinege@psychosis.com] |
| From: | Erik Andersen |
| Sent: | Tue 11/9/1999 3:03:54 PM |
| Importance: | Normal |
| Subject: | Re: Copyright no-no's... |
| Categories: | text/plain; charset="us-ascii" |

On Tue Nov 09, 1999 at 03:16:21AM -0500, Dave Cinege wrote:
> I was looking over the changes to more and relized something.
> Their are problems with the headers you're placing on files.
>
> In most files you've made changes in I see only:
> Copyright (C) 1999 by Lineo, inc.
>
> This implies lineo holds the orignal copyright. They don't.
> For example the copyright on more.c is Bruce, then me (on my changes), then
> Lineo (on your changes). Debian is not even involved. (Things where enumerated
> in the LICENCE file. take a look. )
>
> Normally I would not really give a shit, but this is not a personal but a
> company claim. Especially since I've been told lineo will engage in some
> propritary licencing.
>
> For instance, if Lineo had the original copyright on more.c, they could
> re-licence it under a closed licence. This is not the case. Only Bruce could do
> that. (with sub authors permissions - grey area I think)
>
> Unlikely, yes. Big deal, no. But I figured I'd mention it now just so you know
> to be careful...
>

As for the Lineo copyright, Lineo asked me to put that on the stuff
they paid me to work on. Since it is their money, that is their right.
There is plenty of prior art where a company/government/whatever is the
copyright holder on GPLed software. NASA could relicense all the linux
ethernet drivers and decide to sell them for a billion dollers each.
That is their right as the copyright holder. And it is our right not to
buy them, of course, since the ethernet drivers are GPL'ed, they can't
take anything away from us. Same with Lineo. If they want to be losers
and figure out what is theirs and what isn't and fork the code, they
could (in theory) sell a proprietary closed source version. And we could
all ignore them since the code is GPLed, they could only keep private
new stuff. We would still have the old version, so we lose nothing.
Whatever is out there and GPL'ed will stay GPL'ed forever. I'm not too
worried about Lineo trying to fork and sell propietary versions of GPLed
software. That would be dumb... Lineo has lots of companies like Intel
begging us to adopt their code and then sell it back to them (I don't
understand companies). They are funding busybox work simply because they
can, and because it is a good thing for embedded linux.

I've tried to be careful about copyrights and tried to only assign
copyright to Lineo when it was a total re-write or re-implementation. In
the case of more, I does look a lot like the original -- so it is not
a total rewrite, and so it look like I may have screwed up. I would be
happy to acknowledge the original copyright holder. Any suggestions on

EXHIBIT 15
WIT: Andersen
DATE: 10/29/10
Amy Rivera, CSR, RPR, CLR

what it should look like. I know you and bruce are involved. Debian is involved since the version of busybox in the Debian boot-floppies CVS archive had a number of changes in it from the version I got from you. I took the several versions, blended them all together, and then wrote some new stuff.

If you have the time and interest, it would be nice if you could be the license police and keep me honest. If you can find any other problems, please let me know.

Anyway, how do you propose we fix it? Something like this:

```
 * Copyright (C) 1995, 1996 by Bruce Perens <bruce@pixar.com>.
 * Adjusted by Dave Cinege
 * Adjusted by the Debian boot-floppies team
 * Adjusted by Erik Andersen
 *
```

?

 -Erik

--
Erik B. Andersen   Web:   http://www.xmission.com/~andersen/
            email:  andersee@debian.org
--This message was written using 73% post-consumer electrons--