# Roberg-Perez Decl. Ex. K

## March 7, 2011

## Best Buy's Opposition to Plaintiffs' Preliminary Injunction Motion

Case 1:09-cv-10155-SAS   Document 179-11   Filed 03/07/11   Page 2 of 2



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = busybox
Search Results: Displaying 1 through 3 of 3 entries.



**Resort results by:**                                                                                              Set Search Limits

| # | Title < | Full Title | Copyright Number | Date |
|---|---------|------------|------------------|------|
| [ 1 ] | BusyBox. | BusyBox. | TX0006877524 | 2007 |
| [ 2 ] | BusyBox, v.0.60.3. | BusyBox, v.0.60.3. | TX0006869051 | 2002 |
| [ 3 ] | BusyBox, v.1.00-rc1. | BusyBox, v.1.00-rc1. | TX0006869056 | 2004 |

**Resort results by:**                                                                                              Set Search Limits



| Save, Print and Email (Help Page) | |
|---|---|
| **Records** | Select Format: Full Record    Format for Print/Save |
| ○ All on Page<br>● Selected On Page<br>○ Selected all Pages | Enter your email address: _____    Email |

**Search for:** busybox        **Search by:** Title (omit initial article A, An, The, El, La, Das etc.)        **Item type:** None

25 records per page                                                                  Submit    Reset

Help  Search  History  **Titles**  Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |
Library of Congress Home Page