# Roberg-Perez Decl. Ex. L

## March 7, 2011

## Best Buy's Opposition to Plaintiffs' Preliminary Injunction Motion

User Guide

# INSIGNIA™

Connected Blu-Ray Disc Player
**NS-WBRDVD**

BBYSF0014550

 NS-WBRDVD Connected Blu-Ray Disc Player

### Photo file requirement (USB/DISC)

- File extensions: .jpg , .jpeg , .png
- Recommended size:
  - Less than 4,000 x 3,000 x 24 bit/pixel
  - Less than 3,000 x 3,000 x 32 bit/pixel
- CD-R/RW, DVD R/RW, BD-R/RE Format: ISO 9660+JOLIET, UDF, and UDF Bridge format
- Maximum Files/Folder: Less than 2000 (total number of files and folders)
- Progressive and lossless compression photo image files are not supported.
- Depending on the size and number of the photo files, it may take several minutes to read the contents of the media.

# Legal notices

### FCC Part 15

This device complies with Part 15 of the FCC Rules. Operation of this product is subject to the following two conditions: (1) this device may not cause harmful interference, and (2) this device must accept any interference received, including interference that may cause undesired operation.

This equipment has been tested and found to comply within the limits for a class B digital device, pursuant to Part 15 of the FCC Rules. These limits are designed to provide reasonable protection against harmful interference in a residential installation. This equipment generates, uses, and can radiate radio frequency energy and, if not installed and used in accordance with the instructions, may cause harmful interference to radio communications. However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause harmful interference to radio or television reception, which can be determined by turning the equipment off and on, the user is encouraged to try to correct the interference by one or more of the following measures:

- Reorient or relocate the receiving antenna.
- Increase the separation between the equipment and receiver.
- Connect the equipment into an outlet on a circuit different from that to which the receiver is connected.
- Consult the dealer or an experienced technician for help.

### FCC warning

Changes or modifications not expressly approved by the party responsible for compliance with the FCC Rules could void the user's authority to operate this equipment.

### DHHS and FDA safety certification

This product is made and tested to meet safety standards of the FCC, requirements and compliance with safety performance of the U.S. Department of Health and Human Services, and also with FDA Radiation Performance Standards 21 CFR Subchapter J.

### Canada ICES-003 statement

This Class B digital apparatus complies with Canadian ICES-003.

### About copyright

Unauthorized copying, broadcasting, public performance, and lending of discs are prohibited. Your player incorporates copyright protection technology that is protected by U.S. patents and other intellectual property rights. Use of this copyright protection technology must be authorized by Macrovision, and is intended for home and other limited viewing uses only unless otherwise authorized by Macrovision. Reverse engineering or disassembly is prohibited.

### HDMI™

Your TV incorporates HDMI™ technology.
HDMI, the HDMI Logo and High-Definition Multimedia Interface are trademarks or registered trademarks of HDMI Licensing LLC.

### Energy Star



Products that have earned ENERGY STAR® are designed to protect the environment through superior energy efficiency. Your player is Energy Star compliant.

### Sun Microsystems, Inc.



Java and all other Java trademarks and logos are trademarks or registered trademarks of Sun Microsystems, Inc. in the United States and/or other countries.

### Macrovision

This product incorporates copyright protection technology that is protected by U.S. patents and other intellectual property rights. Use of this copyright protection technology must be authorized by Macrovision, and is intended for home and other limited viewing uses only unless otherwise authorized by Macrovision. Reverse engineering or disassembly is prohibited.

### Dolby Laboratories

☐ DOLBY TRUE HD DIGITAL PLUS    Manufactured under license from Dolby Laboratories. Dolby and the double-D symbol are trademarks of Dolby Laboratories.

### DTS, Inc.

dts HD Master Audio Essential   Manufactured under license under U.S. Patent #'s: 5,451,942; 5,956,674;5,974,380; 5,978,762; 6,226,616; 6,487,535; 7,392,195; 7,272,567; 7,333,929; 7,212,872 & other U.S. and worldwide patents issued & pending. DTS is a registered trademark and the DTS logos, symbol, DTS-HD and DTS-HD Master Audio | Essential are trademarks of DTS, Inc. 1996-2008 DTS, Inc. All rights reserved.

## PUBLIC LICENSE

This product contains software that is subject to the GNU Public License Version 2 (GPL2). You can obtain a copy of the GPL License from
http://www.gnu.org/licenses/old-licenses/gpl-2.0.html.

If you require additional information or you wish to receive source code, please call the Insignia support line at 1-877-467-4289. The source code is available for a period of three (3) years from the date of the distribution of this product by Insignia.

## GNU PUBLIC LICENSE

The BD player runs software that is covered under the GPL. As such, we are required to publish the following:
GNU GENERAL PUBLIC LICENSE
Version 2, June 1991
Copyright (C) 1989, 1991 Free Software Foundation, Inc.
51 Franklin Street, Fifth Floor, Boston, MA 02110-1301, USA
Everyone is permitted to copy and distribute verbatim copies of this license document, but changing it is not allowed.

### Preamble

The licenses for most software are designed to take away your freedom to share and change it. By contrast, the GNU General Public License is intended to guarantee your freedom to share and change free software--to make sure the software is free for all its users. This General Public License applies to most of the Free Software Foundation's software and to any other program whose authors commit to using it. (Some other Free Software Foundation software is covered by the GNU Lesser General Public License instead.) You can apply it to your programs, too.

When we speak of free software, we are referring to freedom, not price. Our General Public Licenses are designed to make sure that you have the freedom to distribute copies of free software (and charge for this service if you wish), that you receive source code or can get it if you want it, that you can change the software or use pieces of it in new free programs; and that you know you can do these things.

To protect your rights, we need to make restrictions that forbid anyone to deny you these rights or to ask you to surrender the rights.

These restrictions translate to certain responsibilities for you if you distribute copies of the software, or if you modify it.

For example, if you distribute copies of such a program, whether gratis or for a fee, you must give the recipients all the rights that you have. You must make sure that they, too, receive or can get the source code. And you must show them these terms so they know their rights.

BBYSF0014577