# Khan Decl. Ex. A

## March 7, 2011

## Best Buy's Opposition to Plaintiffs' Preliminary Injunction Motion

| From: | Bradley M. Kuhn <gpl@busybox.net> |
|---|---|
| Sent: | Wednesday, September 22, 2010 8:30 AM |
| To: | Brown, Andrew <Andrew.Brown5@bestbuy.com> |
| Cc: | Philip Cameron <pcameron@broadcom.com>; Rashid Khan <khanr@broadcom.com> |
| Subject: | Re: Busybox build |

So, your new instructions are very well written; they are probably among
the best C&CS instructions I've seen in years.

Using them, our contractor Paul was able to get the sources for both the
toolchain and the main sources to build.

I think given how far we gotten it would be a waste for you all to fly
out here.

Meanwhile, we probably will have a few minor issues that will still need
resolution, but that will be related to various installation issues that
I think can be resolved.  Preliminary results are showing that the
primary build appears to work, and only installation issues remain.
(We'll also need to check that copyright notices and the like are correct,
but those are easily fixed too if there's a problem.)

If you want to come out still to discuss those, you can, but I see no
reason such discussions can't happen over the phone in the coming week.

Once I've verified Paul's overnight results and we've looked into the
build output in more detail, we'll raise our additional concerns.  I
hope to have those for you on detail by the end of the business day
today.

Please let me know ASAP if you still plan to come on Thursday, as I'd
like to free up the day for other matters if possible.

--
Bradley M. Kuhn
President, Software Freedom Conservancy (BusyBox's organizational home)



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY