# Khan Decl. Ex. B

## March 7, 2011

## Best Buy's Opposition to Plaintiffs' Preliminary Injunction Motion

| | |
|---|---|
| From: | Bradley M. Kuhn <gpl@busybox.net> |
| Sent: | Wednesday, September 22, 2010 5:01 PM |
| To: | Boerschel, Bob <Bob.Boerschel@bestbuy.com>; Brown, Andrew <Andrew.Brown5@bestbuy.com>; Rashid Khan <khanr@broadcom.com>; Daniel B. Ravicher <ravicher@softwarefreedom.org> |
| Cc: | Langer, Oren D. <ODLanger@rkmc.com>; Leichtman, David <DLeichtman@rkmc.com>; McMahon, Emmett J. <EJMcMahon@rkmc.com>; Wangensteen, Kari <Kari.Wangensteen@bestbuy.com>; Bauder, Dawn <Dawn.Bauder@bestbuy.com>; Rausch, Andrew <Andrew.Rausch@bestbuy.com>; Roberg-Perez, Sharon E. <SERoberg-Perez@rkmc.com>; Philip Cameron <pcameron@broadcom.com>; aaronw@softwarefreedom.org; deiref@broadcom.com; lee.leibig@broadcom.com; dmarotta@broadcom.com; kpatel@broadcom.com; Koss, Maria <Maria.Koss@bestbuy.com>; McGinnis, Patrick (Asia Office) <Patrick.McGinnis@bestbuy.com> |
| Subject: | NS-WBRDVD : Round 5 evaluation of candidate C&CS release : re: Conservancy v. Best Buy, et al. |

After a productive technical-only discussion between Conservancy,
BestBuy's technical staff, and Broadcom's technical staff, we were able
to reach another plateau regarding the candidate source submission for
the NS-WBRDVD. The end result is Conservancy's analysis below of
BestBuy's round 5 C&CS candidate submission for the NS-WBRDVD product.
There are issues that remain, but they are primarily of a different
nature than previous issues; a more complete analysis was now possible
since the software can actually be built.

Specifically, the issues identified below, in my opinion, now warrant
direct attention from the lawyers. (Notwithstanding the very first item
listed, but that is a technical issue that can be easily solved by
BestBuy/Broadcom.)

Indeed, I believe that *technical* resolution of all of the issues below
should be straightforward. However, it's likely the lawyers will want
to review the issues listed and discuss them directly with their
technical teams.

Meanwhile, Conservancy will await a sixth candidate C&CS candidate
submission for the NS-WBRDVD product that addresses these issues below.
Also (as discussed in the final item below), Conservancy awaits a first
candidate for the NS-BDLIVE01, NS-BRDVD3, and NS-2BRDVD.

Finally, I'd like to offer my thanks in particular to Andy Brown of
BestBuy; Andy has been extremely helpful in getting us to this point.

###############################################################
NS-WBRDVD : Round 5 Analysis of Candidate C&CS release

We analyzed the candidate C&CS source for the NS-WBRDVD firmware
provided to use by BestBuy in the following file (with the following
corresponding sha1sum):
    5cc47eb112c2a040eef3edf3269f1d1ee7023f71  BusyBox_091610.zip

While this source code does build, the following issues have been
identified with the candidate source release:

* The build process does not properly install the bvdlibs binaries
  into usr/local in the squashfs image. Thus, the "scripts to control
  installation" for these files are not complete.

* Your firmware appears to have the functionality to do
  over-the-Internet upgrades, by having the firmware download a new
  version of itself. This is an additional act of distribution, and
  as such you should make an offer for source code to the user at the
  time they trigger an over-the-air upgrade. Can you confirm that
  such an new offer for source occurs, and show us how it is
  accomplished?

* The binary firmwares you've distributed have Linux version
  2.6.24.7_524-uclibc-brcm but the sources provided built one numbered



EXHIBIT
Broadcom
NO. 7
1/20/11   OO

2.6.24.7_356-uclibc-brcm. We therefore are somewhat concerned that
perhaps the sources don't match the correct version of Linux that
you are currently distributing.


* The binary firmwares you distribute contain the file
"lib/modules/bcmdriver.ko", which is a derivative work of the kernel
name Linux, but you have not included its complete and corresponding
source code, as required by the GPL.


* The following .so files appear to not have source code. Given their
nature, it seems that source for these files might be required under
the terms of the LGPL, since directfb is LGPL'd. Please explain why
source code was not included for these .so files, or include it.

   * usr/local/lib/directfb-0.9.22/gfxdrivers/libdirectfb_bcmgfx.so
   * usr/local/lib/directfb-0.9.22/systems/libdirectfb_bcm.so
   * usr/local/lib/directfb-0.9.22/interfaces/IDirectFBImageProvider/libidirectfbimageprovider_jpeg.so
   * usr/local/lib/directfb-0.9.22/interfaces/IDirectFBImageProvider/libidirectfbimageprovider_png.so
   * usr/local/lib/directfb-0.9.22/interfaces/IDirectFBVideoProvider/libidirectfbvideoprovider_bcm.so


* The following .so files included in your binary firmwares appear to
us to be derivative works of FFMPEG, which means they are covered by
the LGPL (and perhaps the GPL depending on how FFMPEG was used).
However, we found no source code, nor offer for source code, nor
scripts to control compilation nor installation of FFMPEG in the
sources you provided.

   * usr/local/lib/libavcodec.so
   * usr/local/lib/libavcodec.so.52
   * usr/local/lib/libavcodec.so.52.20.0
   * usr/local/lib/libavformat.so
   * usr/local/lib/libavformat.so.52
   * usr/local/lib/libavformat.so.52.31.0
   * usr/local/lib/libavutil.so
   * usr/local/lib/libavutil.so.49
   * usr/local/lib/libavutil.so.49.15.0


* The following .so file appears to be a derivative work of either GNU
gettext's libintl and/or uClibc, both of which are licensed under
the LGPL. We note that sources for uClibc are included, but it does
not appear your scripts to control compilation and installation
build a copy of uClibc's libintl replacement. If this libintl is
based on uClibc, you'll have to adjust the build process. If it
turns out this libintl.so is based on GNU gettext, you will have to
include that as well, as we don't see those sources included.
You'll also need to fix the build system to install this file
properly.

   * usr/local/lib/libintl.so


* The following .so file appears to be based on the LGPL'd portions of
procps (libproc), which is LGPL'd. However, we do not find any
source code, nor offer for source code, nor scripts to control
compilation nor installation of FFMPEG in the sources you provided.

   * usr/local/lib/libproc-3.2.6.so (http://packages.debian.org/changelogs/pool/main/p/procps/procps_3.2.8-9/libproc-dev.copyright)


* It appears that you have not included any source code for the
following .so files which appear in your binary firmwares. It's
very possible these libraries are not based on nor are derivative of
any GPL'd and/or LGPL'd software, and are not dynamically linked
with any GPL'd software on the running system. If that is so, then
please confirm for us in writing that it is so.

   * usr/local/lib/libCNWSLibAE.so
   * usr/local/lib/libCN_PlayerLibAE.so
   * usr/local/lib/libIAEKernel.so
   * usr/local/lib/libIAudioDecoder.so

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BBYSF0008219

* usr/local/lib/libIEDKExtensions.so
* usr/local/lib/libIFL31NativeSoundOutput.so
* usr/local/lib/libIFileSystem.so
* usr/local/lib/libIFlashLib.so
* usr/local/lib/libIGraphicsDriver.so
* usr/local/lib/libIIO.so
* usr/local/lib/libIImageDecoder.so
* usr/local/lib/libIJSONParserLib.so
* usr/local/lib/libIProcess.so
* usr/local/lib/libIShell.so
* usr/local/lib/libISocket.so
* usr/local/lib/libIStagecraft.so
* usr/local/lib/libIStream.so
* usr/local/lib/libIStreamPlayer.so
* usr/local/lib/libIURLOps.so
* usr/local/lib/libIVideoDecoder.so
* usr/local/lib/libIXMLReaderLib.so
* usr/local/lib/libWVPlaybackAPI.so
* usr/local/lib/libWVStreamControlAPI.so
* usr/local/lib/libasf.so
* usr/local/lib/libasf_stubs.so
* usr/local/lib/libasfdrm.so
* usr/local/lib/libasfdrm_stubs.so
* usr/local/lib/libbdp.so
* usr/local/lib/libbdvd.so
* usr/local/lib/libbdvd_crypt.so
* usr/local/lib/libbdvd_drawingtoolkit.so
* usr/local/lib/libbdvd_drm.so
* usr/local/lib/libbdvd_png.so
* usr/local/lib/libbfd.so
* usr/local/lib/libcinemanow.so
* usr/local/lib/libcmdlnpars.so
* usr/local/lib/libcommon.so
* usr/local/lib/libbdj.so
* usr/local/lib/libdivxdrm_HD11.so
* usr/local/lib/libdrm.so
* usr/local/lib/libdrmbignum.so
* usr/local/lib/libdrmblackbox.so
* usr/local/lib/libdrmcore.so
* usr/local/lib/libdrmcrypto.so
* usr/local/lib/libdrmdevcert.so
* usr/local/lib/libdrmdevicedevcert.so
* usr/local/lib/libdrmmanager.so
* usr/local/lib/libdrmparms.so
* usr/local/lib/libdrmpkcrypto.so
* usr/local/lib/libdrmtoolscommon.so
* usr/local/lib/libloader.so
* usr/local/lib/libnandutils.so
* usr/local/lib/libnetapp.so
* usr/local/lib/libnetflix.so
* usr/local/lib/liboem_ansi.so
* usr/local/lib/libosapi.so
* usr/local/lib/libpandora.so
* usr/local/lib/libplayer.so
* usr/local/lib/librbufcap.so
* usr/local/lib/libsettop.so
* usr/local/lib/libsysinfo.so
* usr/local/lib/libvfs.1.0.0.so
* usr/local/lib/libvfs.so
* usr/local/lib/libturnkey.so
* usr/local/lib/libvudu.so
* usr/local/lib/libemwi_pp.so
* usr/local/lib/libssl.so
* usr/local/lib/libcrypto.so
* usr/local/lib/libcurl.so
* usr/local/lib/libcurl.so.4
* usr/local/lib/libcurl.so.4.1.1
* usr/local/lib/libexpat.so
* usr/local/lib/libexpat.so.1
* usr/local/lib/libexpat.so.1.5.2
* usr/local/lib/libjpeg.so.62.0
* usr/local/lib/libmng.so

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BBYSF0008220

```
   * usr/local/lib/libmng.so.1
   * usr/local/lib/libmng.so.1.1.0.9
   * usr/local/lib/libpng.so
   * usr/local/lib/libpng.so.3
   * usr/local/lib/libpng.so.3.1.2.8
   * usr/local/lib/libpng12.so
   * usr/local/lib/libpng12.so.0
   * usr/local/lib/libpng12.so.0.1.2.8
   * usr/local/lib/libxml2.so
   * usr/local/lib/libxml2.so.2
   * usr/local/lib/libxml2.so.2.6.27


 * Finally, we have previously identified for you three other products
   that we have confirmed include BusyBox and other GPL/LGPL'd
   software: Namely, the NS-BDLIVE01, NS-BRDVD3, and NS-2BRDVD.  It
   does not appear that these sources you provided are also the
   complete and corresponding source for those other models as well, so
   we await candidate source release for those other three models.
##################################################################
--
Bradley M. Kuhn
President, Software Freedom Conservancy (BusyBox's organizational home)
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BBYSF0008221