UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SOFTWARE FREEDOM CONSERVANCY, INC.
and ERIK ANDERSEN,                                              09-CIV-10155 (SAS)

                      Plaintiffs

-against-

BEST BUY CO. INC.; SAMSUNG ELECTRONICS
AMERICA, INC.; WESTINGHOUSE DIGITAL
ELECTRONICS, LLC; JVC AMERICAS CORP;
WESTERN DIGITAL TECHNOLOGIES, INC;
ROBERT BOSCH, LLC; PHOEBE MICRO, INC.;
HUMAX USA, INC.; COMTREND CORPORATION
DOBBS-STANFORD CORPORATION; VERSA
TECHNOLOGY INC.; ZYXEL COMMUNICATIONS
INC.; ASTAK INC.; and GCI TECHNOLOGIES
CORPORATION,

                      Defendants
-----------------------------------------------------------------X

## NOTICE OF APPEARANCE

Please enter the appearance of Brian S. Cohen, Esq., Cohen Law Group, P.C., 1220 Broadway, Suite 708, New York, N.Y. 10001; Telephone No.: (212) 967-2879, as attorney for defendant Phoebe Micro, Inc.

Dated: March 7, 2011
       New York, N.Y.

                                      **COHEN LAW GROUP, P.C.**

                                      /s/ Brian S. Cohen
                                      Brian S. Cohen, Esq. (BC2091)
                                      1220 Broadway, Suite 708
                                      New York, N.Y. 10001
                                      Telephone No.: (212) 967-2879
                                      Facsimile No.: (646) 349-2567
                                      E-Mail: brian@cohenlg.com

                                      *Attorneys for Phoebe Micro, Inc.*

## **CERTIFICATE OF SERVICE**

I, Brian S. Cohen, Esq., hereby certify that on March 7, 2011, a copy of the foregoing

*Notice of Appearance* was served on the following by CM/ECF:

Daniel B. Ravicher
1995 Broadway, 17th Floor
New York, NY 10023
212-580-0800
ravicher@yu.edu
*Attorney for the Plaintiffs*

Aaron K. Williamson
1995 Broadway, 17th Floor
New York, NY 10023
212-580-0800
aaronw@softwarefreedom.org
*Attorney for Plaintiff Software Freedom Conservancy, Inc.*

Michael A. Spiegel
1995 Broadway, 17th Floor
New York, NY 10023
212-580-0800
mspiegel@softwarefreedom.org
*Attorney for Plaintiff Software Freedom Conservancy, Inc.*

Mishi Choudhary
1995 Broadway, 17th Floor
New York, NY 10023
212-580-0800
mishi@softwarefreedom.org
*Attorney for Plaintiff Software Freedom Conservancy, Inc.*

David Leichtman
Robins, Kaplan, Miller & Ciresi, LLP
601 Lexington Ave., Suite 3400
New York, NY 10022
212-980-7400
dleichtman@rkmc.com
*Attorney for Defendant Best Buy Co., Inc.*

Emmet J. McMahon
Robins, Kaplan, Miller & Ciresi, LLP

800 La Salle Ave., Suite 2500
Minneapolis, MN 55402
612-349-8500
ejmcmahon@rkmc.com
*Attorney for Defendant Best Buy Co., Inc.*

Hillel I. Parness
Robins, Kaplan, Miller & Ciresi, LLP
601 Lexington Ave., Suite 3400
New York, NY 10022
212-980-7400
hiparness@rkmc.com
*Attorney for Defendant Best Buy Co., Inc.*

Oren D. Langer
Robins, Kaplan, Miller & Ciresi, LLP
601 Lexington Ave., Suite 3400
New York, NY 10022
212-980-7400
odlanger@rkmc.com
*Attorney for Defendant Best Buy Co., Inc.*

Christopher K. Larus
Robins, Kaplan, Miller & Ciresi, LLP
800 La Salle Ave., Suite 2500
Minneapolis, MN 55402
612-349-8500
cklarus@rkmc.com
*Attorney for Defendant Best Buy Co., Inc.*

Nicole E. Kopinski
Robins, Kaplan, Miller & Ciresi, LLP
800 La Salle Ave., Suite 2500
Minneapolis, MN 55402
612-349-8500
nekopinski@rkmc.com
*Attorney for Defendant Best Buy Co., Inc.*

Sharon E. Roberg-Perez
Robins, Kaplan, Miller & Ciresi, LLP
800 La Salle Ave., Suite 2500
Minneapolis, MN 55402
612-349-8500
seroberg-perez@rkmc.com
*Attorney for Defendant Best Buy Co., Inc.*

Kyle B. Fleming
Baker & Daniels
111 E. Wayne St., Suite 800
Fort Wayne, IN 46802
216-861-7374
kfleming@rennerotto.com
*Attorney for Defendant Westinghouse Digital Electronics, LLC*

Sara H.B. Yousuf
Balber, Pickard, Battistoni, Maldonado & Van Der Tuin
1370 Avenue of the Americas
New York, NY 10019
212-246-2400
syousuf@kanekessler.com
*Attorney for Defendant Westinghouse Digital Electronics, LLC*

Lynn M. Marvin
Jones Day
222 E. 41st Street
New York, NY 10017
212-326-3978
lmarvin@jonesday.com
*Attorney for Defendants Western Digital Technologies, Inc.* and *Western Digital Corp.*

Emily B. Kirsch
Reed Smith
599 Lexington Avenue
New York, NY 10022
212-521-5400
ekirsch@reedsmith.com
*Attorney for Defendant ZYXEL Communications Inc.*

Ognjan V. Shentov
Jones Day
901 Lakeside Ave.
Cleveland, OH 44114
212-326-3650
ovshentov@jonesday.com
*Attorney for Defendant Western Digital Corp.*

Stela C. Tipi
Jones Day
222 E. 41st Street
New York, NY 10017

212-326-3939
schincisan@jonesday.com
*Attorney for Defendant Western Digital Corp.*

                                    <u>/s/ Brian S. Cohen</u>
                                    Brian S. Cohen, Esq.