UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SOFTWARE FREEDOM CONSERVANCY, INC.
and ERIK ANDERSEN,                                       09-CIV-10155 (SAS)
                           Plaintiffs

-against-                                                **DEFENDANT PHOEBE MICRO'S INC.'S NOTICE OF JOINDER IN DEFENDANT BEST BUY CO. INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

BEST BUY CO. INC.; SAMSUNG ELECTRONICS
AMERICA, INC.; WESTINGHOUSE DIGITAL
ELECTRONICS, LLC; JVC AMERICAS CORP;
WESTERN DIGITAL TECHNOLOGIES, INC;
ROBERT BOSCH, LLC; PHOEBE MICRO, INC.;
HUMAX USA, INC.; COMTREND CORPORATION
DOBBS-STANFORD CORPORATION; VERSA
TECHNOLOGY INC.; ZYXEL COMMUNICATIONS
INC.; ASTAK INC.; and GCI TECHNOLOGIES
CORPORATION,
                           Defendants
----------------------------------------------------------------X

      On January 31, 2011, Plaintiffs filed a motion for preliminary injunction against Defendants Best Buy Co. Inc.'s and Phoebe Micro, Inc. (Doc. #163). Defendant Phoebe Micro, Inc. hereby gives notice that it joins in the Brief in Opposition to Plaintiff's Motion for Preliminary Junction, filed today, March 7, 2011, by Defendant Best Buy Co. Inc. (Doc. #178).

Dated: New York, NY
         March 7, 2011

                                                      Respectfully submitted,

                                                      **COHEN LAW GROUP, P.C.**

                                                        /s/ Brian S. Cohen
                                                    Brian S. Cohen, Esq. (BC2091)
                                                    1220 Broadway, Suite 708
                                                    New York, N.Y. 10001
                                                     Telephone No.: (212) 967-2879
                                                     Facsimile No.: (646) 349-2567
                                                     E-Mail: brian@cohenlg.com

                                                     *Attorneys for Phoebe Micro, Inc.*

## CERTIFICATE OF SERVICE

I, Brian S. Cohen, certify that on March 7, 2011, I caused a true and correct copy of DEFENDANT PHOEBE MICRO'S NOTICE OF JOINDER IN DEFENDANT BEST BUY CO. INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION and the accompanying DECLARATION OF PETER LUI IN SUPPORT OF NOTICE OF JOINDER IN DEFENDANT BEST BUY CO. INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION to be served upon the entities on the attached service list by CM/ECF.

**COHEN LAW GROUP, P.C.**

      /s/ Brian S. Cohen
Brian S. Cohen, Esq. (BC2091)
1220 Broadway, Suite 708
New York, N.Y. 10001
Telephone No.: (212) 967-2879
Facsimile No.: (646) 349-2567
E-Mail: brian@cohenlg.com

*Attorneys for Phoebe Micro, Inc.*

**SERVICE LIST**

Daniel B. Ravicher
1995 Broadway, 17th Floor
New York, NY 10023
212-580-0800
ravicher@yu.edu
*Attorney for the Plaintiffs*

Aaron K. Williamson
1995 Broadway, 17th Floor
New York, NY 10023
212-580-0800
aaronw@softwarefreedom.org
*Attorney for Plaintiff Software Freedom Conservancy, Inc.*

Michael A. Spiegel
1995 Broadway, 17th Floor
New York, NY 10023
212-580-0800
mspiegel@softwarefreedom.org
*Attorney for Plaintiff Software Freedom Conservancy, Inc.*

Mishi Choudhary
1995 Broadway, 17th Floor
New York, NY 10023
212-580-0800
mishi@softwarefreedom.org
*Attorney for Plaintiff Software Freedom Conservancy, Inc.*

David Leichtman
Robins, Kaplan, Miller & Ciresi, LLP
601 Lexington Ave., Suite 3400
New York, NY 10022
212-980-7400
dleichtman@rkmc.com
*Attorney for Defendant Best Buy Co., Inc.*

Emmet J. McMahon
Robins, Kaplan, Miller & Ciresi, LLP
800 La Salle Ave., Suite 2500
Minneapolis, MN 55402
612-349-8500
ejmcmahon@rkmc.com
*Attorney for Defendant Best Buy Co., Inc.*

Hillel I. Parness

Robins, Kaplan, Miller & Ciresi, LLP
601 Lexington Ave., Suite 3400
New York, NY 10022
212-980-7400
hiparness@rkmc.com
*Attorney for Defendant Best Buy Co., Inc.*

Oren D. Langer
Robins, Kaplan, Miller & Ciresi, LLP
601 Lexington Ave., Suite 3400
New York, NY 10022
212-980-7400
odlanger@rkmc.com
*Attorney for Defendant Best Buy Co., Inc.*

Christopher K. Larus
Robins, Kaplan, Miller & Ciresi, LLP
800 La Salle Ave., Suite 2500
Minneapolis, MN 55402
612-349-8500
cklarus@rkmc.com
*Attorney for Defendant Best Buy Co., Inc.*

Nicole E. Kopinski
Robins, Kaplan, Miller & Ciresi, LLP
800 La Salle Ave., Suite 2500
Minneapolis, MN 55402
612-349-8500
nekopinski@rkmc.com
*Attorney for Defendant Best Buy Co., Inc.*

Sharon E. Roberg-Perez
Robins, Kaplan, Miller & Ciresi, LLP
800 La Salle Ave., Suite 2500
Minneapolis, MN 55402
612-349-8500
seroberg-perez@rkmc.com
*Attorney for Defendant Best Buy Co., Inc.*

Kyle B. Fleming
Baker & Daniels
111 E. Wayne St., Suite 800
Fort Wayne, IN 46802
216-861-7374
kfleming@rennerotto.com
*Attorney for Defendant Westinghouse Digital Electronics, LLC*

Sara H.B. Yousuf

Balber, Pickard, Battistoni, Maldonado & Van Der Tuin
1370 Avenue of the Americas
New York, NY 10019
212-246-2400
syousuf@kanekessler.com
*Attorney for Defendant Westinghouse Digital Electronics, LLC*

Lynn M. Marvin
Jones Day
222 E. 41st Street
New York, NY 10017
212-326-3978
lmarvin@jonesday.com
*Attorney for Defendants Western Digital Technologies, Inc. and Western Digital Corp.*

Emily B. Kirsch
Reed Smith
599 Lexington Avenue
New York, NY 10022
212-521-5400
ekirsch@reedsmith.com
*Attorney for Defendant ZYXEL Communications Inc.*

Ognjan V. Shentov
Jones Day
901 Lakeside Ave.
Cleveland, OH 44114
212-326-3650
ovshentov@jonesday.com
*Attorney for Defendant Western Digital Corp.*

Stela C. Tipi
Jones Day
222 E. 41st Street
New York, NY 10017
212-326-3939
schincisan@jonesday.com
*Attorney for Defendant Western Digital Corp.*