UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOFTWARE FREEDOM CONSERVANCY, INC. and ERIK ANDERSEN,<br><br>Plaintiffs,<br><br>v.<br><br>BEST BUY CO., INC.; SAMSUNG ELECTRONICS AMERICA, INC.; WESTINGHOUSE DIGITAL ELECTRONICS, LLC; JVC AMERICAS CORPORATION; WESTERN DIGITAL TECHNOLOGIES, INC.; ROBERT BOSCH LLC; PHOEBE MICRO, INC.; HUMAX USA INC.; COMTREND CORPORATION; DOBBS-STANDFORD CORPORATION; VERSA TECHNOLOGY INC.; and GCI TECHNOLOGIES CORPORATION,<br><br>Defendants. | Civil Action No: 09-cv-10155 (SAS)<br>Judge Scheindlin<br><br><br><br>DECLARATION OF TERRI POINDEXTER IN SUPPORT OF RESPONDENT WESTINGHOUSE DIGITAL, LLC'S OPPOSITION TO PLAINTIFFS' MOTION TO FIND WESTINGHOUSE DIGITAL, LLC IN CONTEMPT |

I, Terri Poindexter, declare as follows:

1. I am currently in charge of Human Resources for Westinghouse Digital, LLC ("WD").

2. In April 2010 WD acquired from Credit Managers Association of California doing business as Credit Management Association ("CMA"), certain business records of Mora Electronics, LLC ("Mora"). Included in these records is documentation showing that all of Mora's employees on April 2, 2010 had their respective positions and employment terminated as of that date.

3. None of WD's employees has been an employee of Mora at any time following the termination of employment on April 2, 2010 to the present.

4. I declare under penalty of perjury that the foregoing is true and correct. Executed on March 9, 2011 in Orange, California.

/s/ Lerri Poindexter