## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2011, I caused to be served copies of Respondent Westinghouse Digital, LLC's Opposition to Plaintiffs' Motion to Find Westinghouse Digital, LLC in Contempt, Declaration of Kenneth Randall in support of Respondent Westinghouse Digital, LLC's Opposition to Plaintiffs' Motion to Find Westinghouse Digital, LLC in Contempt, and Declaration of Terri Poindexter in support of Respondent Westinghouse Digital, LLC's Opposition to Plaintiffs' Motion to Find Westinghouse Digital, LLC in Contempt upon all attorneys of record by electronic means through the Court's ECF system.

                                                  /s/ Barry M. Kazan
                                                  Barry M. Kazan