

WESTINGHOUSE DIGITAL ELECTRONICS

V-CHIP RATINGS UPDATE TECHNOLOGY

COMPLIANCE PLAN

June 10, 2008

v.1.1

i

**TABLE OF CONTENTS**

Page

Background ................................................................................................... 1

Compliance Measures ................................................................................... 1

    Customer Notification ............................................................................. 1

    Receiver Upgrades ................................................................................. 2

    Product Management ............................................................................. 3

Compliance Officer ........................................................................................ 4

Reporting to FCC ........................................................................................... 4

Exhibit A – Email Notice to Affected Consumers .......................................... 5

Exhibit B – Website Notice ............................................................................ 6

Exhibit C – Text of Call Center Message on Hold ........................................ 7

Exhibit D – Affected Models and Upgrade Method ...................................... 8

## BACKGROUND

Westinghouse Digital Electronics, LLC ("WDE" or the "Company") entered into a Consent Decree with the Federal Communications Commission ("FCC"), effective April 10, 2008 (the "Consent Decree"). Under Paragraph 8 of the Consent Decree pursuant to which the Company agreed to create and maintain a Compliance Plan through April 9, 2010 (the "Compliance Period") related to the implementation of V-chip technology in televisions that enable the device to adapt to new rating systems ("Ratings Update Technology").

This document sets forth the actions taken and to be taken by the Company to comply with the Consent Decree.

## COMPLIANCE MEASURES

1. Customer Notification.

    (a) Email Notice. The Company's Marketing Department has assembled a list (based on consumer product registration cards) of the email addresses of consumers who purchased units determined by the Company as requiring upgrade to provide Ratings Update Technology. The Marketing Department has also drafted an email notice to advise such consumers of the availability of such update, attached hereto as Exhibit A. The Marketing Department will arrange for delivery of such notice to the affected consumers. Such delivery will be in batches so as to ensure timely availability of customer service agents who may be called to ask questions in response to the email notification. The size and frequency of the delivery batch will be adjusted depending on the amount of response generated. This notification process will be completed as soon as reasonably practicable.

    (b) Website Notice. A webpage notifying consumers about the Ratings Update Technology and models which may require update to obtain it has been created and gone live as of the date of this Compliance Plan (the "Compliance Webpage"). The webpage, a screen shot of which will be appended to this Compliance and set forth in Exhibit B, will be maintained by the Marketing Department through the Compliance Period.

    (c) Call Center Notification. The Company will cause its call center to provide a message to consumers who are on hold after calling the Company's customer service and technical support lines while waiting for a service representative, which message will provide information regarding the Ratings Update Technology. The text of the message to be provided to consumers is set forth on Exhibit C. The Customer Service Department has contracted with the Company's third party call center to implement such message-on-hold capability, and the message set forth in this paragraph is scheduled to be live on or before June 17, 2008.

1

2. <u>Receiver Upgrades</u>.

   (a) <u>Identification of Affected Models and Serial Numbers</u>.  As of the date of this Compliance Plan, the Company has identified all models and serial numbers of individual products within a model type which are affected by this Compliance Plan, and the method of upgrade available to activate Ratings Update Technology in such device.  A list of such models and serial number ranges is set forth in Exhibit D.

   (b) <u>Implementation of Ratings Update Technology</u>.  As of the date of this Compliance Plan, the Company has established remedial actions (including creation of firmware) to enable activation of Ratings Update Technology in all affected models.  The activation of Ratings Update Technology will require affected devices to be upgraded.  There are three methods by which affected units may be upgraded to activate Ratings Update Technology.

      i. <u>Website Download</u>.  Most units of affected models may be upgraded to activate the Ratings Update Technology through downloading of appropriate firmware with upgrade instructions from the Company website.  The upgrading process may be executed by the consumer.

      ii. <u>Call Center Firmware Distribution</u>.  In the event a consumer does not desire to obtain firmware for his or her affected device through the Company website, the consumer may request a copy of the firmware with upgrade instructions be delivered on a form of hard media specified by the Company.

      iii. <u>Service Center Upgrade</u>.  Some models of affected products require special equipment to effect the transfer of new firmware into the device, and cannot be upgraded by the consumer.  In those cases, the upgrade will be performed by a Company service center.

      iv. <u>Product Replacement</u>.  Some models of affected products cannot be upgraded to activate Ratings Update Technology without substantial re-work.  In those cases, the consumer will be afforded a replacement unit in which the Ratings Update Technology is activated.

   Exhibit D lists which method applies to specific models and serial number ranges within models.

   (c) <u>Website Download</u>.  As of the date of this Compliance Plan, the Company has created and put up a webpage in the support section of its website to enable consumers to download firmware into their devices which will activate Ratings Update Technology.  The process of loading firmware with upgrade instructions has been implemented.  The site will be managed by the Marketing Department.  All firmware upgrades for each affected model, and modifications thereto, will be provided by the Product Management Department to the Marketing Departments for posting to the website.

2

 (d) <u>Call Center Firmware Distribution</u>.  As of the date of this Compliance Plan, (i) the Company has acquired blank compact discs to load firmware requested by consumers in lieu of firmware download to address implementation of Ratings Update Technology for affected products, and (ii) a database of applicable firmware has been created by the Product Management Department.  The Customer Service Department will receive calls for such media, produce the compact disc containing the appropriate data from the firmware database, and ship the compact disc to the requesting consumer.

 (e) <u>Service Center Upgrades</u>.  The Customer Service Department will manage requests for upgrades for models requiring an authorized service center to implement the Ratings Update Technology.  Such requests will involve the issuance of a Return Material Authorization for repair of the unit by an authorized service center, which issuance will be subject to standard Company policy and procedure.  The upgrade will be effected as a repair of the product by a Company service center, and will be managed as a repair in accordance with the Company's standard policy and procedure.  The Product Management Department has concluded that no special parts are required to effect such repair; however, a special piece of equipment not currently available in all service centers is required. The Service Department will arrange for the provision of appropriate repair manuals and equipment to be delivered to authorized service centers.  If an authorized service center does not have equipment necessary to effect the repair, the Service Department will arrange for transfer of the unit to a service center which can effect the repair in accordance with standard policy and procedure.

 (f) <u>Product Replacement</u>.  The Customer Service Department will manage requests for upgrades for models requiring product replacement in order to implement Ratings Update Technology.  Such requests will involve the issuance of a Return Material Authorization for swap of the unit by the Company Service Center, which issuance will be subject to standard Company policy and procedure.  The swap will be effected and delivered by the Company's RMA warehouse, in accordance with the Company's standard policy and procedure for product swaps. The Service Department will manage the availability of sufficient inventory for swap.

3. <u>Product Management</u>.  The Product Management Department will take the following steps to assure that new products procured by the Company incorporate Ratings Update Technology:

 (a) <u>Parts Procurement Specification</u>.  The Product Management Department will include specifications for the development and purchase of all new television models that require compliance with applicable all FCC standards.  Such specifications will be included in all Parts Procurement Specification documents issued by the Product Management Department for new television models.

3

(b) <u>Design Review</u>.  From time to time the Company will conduct internal and external design reviews of its products.  The Product Management Department will include compliance with FCC requirements as a criteria for such reviews.

(c) <u>Product Testing</u>.  Subject to the availability of adequate test equipment, the Product Management Department will include as part of its quality testing procedure for new and continuing products tests for compliance with applicable FCC standards relating to the implementation of Ratings Update Technology.

(d) <u>Productization Procedures</u>.  The Product Management Department will include, as part of its standard productizaton process, a line item calling for the identification, segregation, tracking and resolution of design and product issues specifically affecting the ability of a product to comply with the Ratings Update Technology.  Applicable product management forms and procedures will be updated to include such line item.

## COMPLIANCE OFFICER

The Company's Chief Technology Officer will be the executive responsible for overseeing implementation of this Compliance Plan and enforcement of applicable FCC requirements.  Company departments which are responsible for elements of this Compliance Plan will provide such reports, operating procedures, flow charts and other information as may be requested by the Chief Technology Officer in order to assess and assure the implementation of this Compliance Plan.  Issues regarding the interpretation of this Compliance Plan should be addressed to the Chief Technology Officer.

## REPORTING TO THE FCC

The Company's Chief Technology Officer will file compliance reports with the FCC as may be required under the Consent Decree.

## EFFECTIVE DATE

The effective date of this Compliance Plan is June 10, 2008.  Activity under this Compliance Plan will continue through June 9, 2010.

4

## EXHIBIT A

## EMAIL NOTICE TO AFFECTED CONSUMERS

"*All Westinghouse LCD HDTV's include a V-chip which permits selective blocking of television programming based on the content rating system in use today. In the future, there may be additional rating systems. Many of our TV's are already capable of using rating systems that have not yet been developed, but some are not. To determine whether your set is capable of using a new rating system and to obtain information about how to upgrade your set to use a new rating system, please click on the link below.*"

**EXHIBIT B**

**WEBSITE NOTICE**



**EXHIBIT C**

**TEXT OF MESSAGE TO CONSUMERS ON HOLD**

*"Please also be advised that certain LCD TV models require an upgrade to be able to respond to future changes in the V-chip content advisory ratings system. For more information, please go to www.westinghousedigital.com/vchip   You will be connected to a representative shortly."*

# EXHIBIT D

# AFFECTED MODELS AND UPGRADE METHOD

## Table of Models, Serial Numbers and Upgrade Methods

| Model | S/N Range that needs replacement | S/N Range that can be upgraded by firmware upload | S/N Range that needs the unit to be sent in for service | S/N Range that needs no firmware upgrade or service | Customer Service Route | Recommended Replacement Model (if necessary) | |
|---|---|---|---|---|---|---|---|
| | | | | | | Primary | Secondary |
| SK-32H510S | n/a | All | n/a | n/a | Customer service directs the callers to go to firmware download page | | |
| SK-32H520S | n/a | All | n/a | n/a | | | |
| W3213 HD | n/a | All | n/a | n/a | | | |
| SK-40H590D | n/a | All | n/a | n/a | | | |
| SK-42H240S | n/a | All | n/a | n/a | | | |
| SK-42H330S | n/a | All | n/a | n/a | | | |
| LTV-46w1 | n/a | All | n/a | n/a | | n/a | |
| | | | | | | | |
| SK-26H240S | n/a | 71000001 ~ 73799999 | n/a | 73800000 or higher | . First identify the S/N with the customer. . If the S/N is in yellow range, direct customer to go to firmware download . All other S/N has no need for firmware upgrade or service | | |
| SK-26H520S | n/a | 71000001 ~ 73799999 | n/a | 73800000 or higher | | | |
| SK-26H590D | n/a | 70600001 ~ 74901482 | n/a | 74901483 or higher | | | |
| SK-32H240S | n/a | 70100001 ~ 73599999 | n/a | 73600000 or higher | | | |
| SK-32H590D | n/a | 70500001 ~ 74902450 | n/a | 74902451 or higher | | | |
| SK-40H520S | n/a | 73800001 ~ 74601013 | n/a | 74601014 or higher | | | |
| TX-42F430S | n/a | 71700400 ~ 74900379 | n/a | 74900380 or higher | | | |
| TX-47F430S | n/a | 70100001 ~ 74700000 | n/a | 74700001 or higher | | | |
| TX-52F480S | n/a | 70100000 ~ 74599999 | n/a | 74600000 or higher | | n/a | |
| | | | | | | | |
| SK-19H210S | n/a | n/a | lower than 74804654 | 74804655 or higher | . First identify the S/N with customer. If S/N is in green range, customer service direct the customer to send the unit in for service | SK-19H210S (w/firmware upgrade, if quick turnaround is necessary) | |
| | | | | | | | |
| LTV-27W7 | lower than 63100000 | 63100000 or higher | n/a | n/a | . First identify the S/N with the customer . If the S/N is in red range, the unit need to be sent in for service (replacement) . If the S/N is in yellow | LTV-27w7 (S/N 63100000 or higher) | |
| LTV-32W4 HDC | lower than 63100000 | 63100000 or higher | n/a | n/a | | LTV-32w4 HDC (S/N 63100000 or higher) | SK32H590D (w/firmware upgrade) |

8

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| LTV-32W6 HD | lower than 63100000 | 63100000 or higher | n/a | n/a | range, direct customers to go to firmware download page | LTV-32w6 HD (S/N 63100000 or higher) | SK-32H510S/520S (w/firmware upgrade) |
| LTV-37W2 HD | lower than 63100000 | 63100000 or higher | n/a | n/a | | LTV-37w2 HD (S/N 63100000 or higher) | |
| LTV-40W1 HD | lower than 72400001 | 72400001 or higher | n/a | n/a | | LTV-40w1 HD (S/N 72400001 or higher) | SK-40H520S (w/firmware upgrade) |
| | | | | | | | |
| LTV-27W10 PRO | All | n/a | n/a | n/a | Customer service directs the calls to send the units in for service (replacement) | LTV-27w7 (S/N 63100000 or higher) | |
| LTV-27W6 HD | All | n/a | n/a | n/a | | LTV-27w7 (S/N 63100000 or higher) | |
| LTV-32w12 | All | n/a | n/a | n/a | | LTV-32w6 HD (S/N 63100000 or higher) | SK-32H510S/520S (w/firmware upgrade) |
| LTV-32W12 PRO | All | n/a | n/a | n/a | | LTV-32w6 HD (S/N 63100000 or higher) | SK-32H510S/520S (w/firmware upgrade) |
| LTV-32W3 HD | All | n/a | n/a | n/a | | LTV-32w6 HD (S/N 63100000 or higher) | SK-32H510S/520S (w/firmware upgrade) |
| LTV-42W8 PRO | All | n/a | n/a | n/a | | SK-42H240S (w/firmware upgrade) | SK-42H330S (w/firmware upgrade) |

9

**Table of Firmware Upgradeable Models**
**Models, Serial Numbers and Firmware Versions**

| Model Numbers | Part Number | Firmware Version Number | Instruction Guide | Serial No. Scheme |
|---|---|---|---|---|
| SK-26H520S | TW-50201-C026A | V26NMAW-UWA Ver.2.18 FA02 M64 H1068C D080422.rar | Firmware Upload #3 | 5020G71000001 - 5020G72699999 |
| | TW-50202-C026A | V26NMAW-UWA Ver.2.18 FA02 M64 H1068C D080422.rar | Firmware Upload #3 | 5020G72700001 - 5020G73799999 |
| | TW-50203-C026A | V26PMAW-UWB-FA08M05-0418_Buzzing Noise.rar | Firmware Upload #3 | 5020G73800001 - 5020G80499999 |
| SK-26H240S | TW-50301-C026A | V26NMAW-UWA Ver.2.18 FA02 M64 H1068B D080422.rar | Firmware Upload #3 | 5030G71000001 - 5030G72699999 |
| | TW-50302-C026A | V26NMAW-UWA Ver.2.18 FA02 M64 H1068B D080422.rar | Firmware Upload #3 | 5030G72700001 - 5030G73799999 |
| | TW-50303-C026A | V26PMAW-UWA-FA08M05-0418_Buzzing Noise.rar | Firmware Upload #3 | 5030G73800001 - 5030G80499999 |
| SK-26H590D | TW-50401-C026A | 1.00.22 | Firmware Upload #3 | 5040T70600001 - 5040T71599999 |
| | TW-50401-C026A | | Firmware Upload #3 | 5040J71600001 - 5040J74099999 |
| | TW-50402-C026A | Combo26_HALFHIGHT_V024.tgz | Firmware Upload #3 | 5040J74100001 - 5040J74901482 |
| SK-32H520S | TW-50501-C032A | Broadcom 3242 | Firmware Upload #Broadcom | 5050W00000000 - 5050W99999999 |
| | TW-50501-C032A | N/A | N/A | 5050J00000000 - 5050J99999999 |
| | TW-50521-C032E | N/A | N/A | 5052J00000000 - 5052J99999999 |
| | TW-50521-C032E | N/A | N/A | 5052W00000000 - 5052W99999999 |
| SK-32H240S | TW-50601-C032A | Broadcom 3242 for 32inch model.rar | Firmware Upload #Broadcom | 5060J00000000 - 5060J99999999 |
| | TW-50601-C032A | Ver. 1.01.017 (X240) | Firmware Upload #3 | 5060W00000000 - 5060W99999999 |
| | TW-50602-C032A | Ver. 1.01.019 (X241) | Firmware Upload #3 | 5060J00000000 - 5060J99999999 |
| | TW-50602-C032A | Ver. 1.01.019 (X241) | Firmware Upload #3 | 5060W00000000 - 5060W99999999 |
| | TW-50611-C032B | Ver. 1.01.019 (X241) | Firmware Upload #3 | 5061J00000000- 5061J99999999 |
| | TW-50621-C032E | Ver. 1.01.019 (X241) | Firmware Upload #3 | 5062J00000000 - 5062J99999999 |
| | TW-50621-C032E | Ver. 1.01.019 (X241) | Firmware Upload #3 | 5062W00000000 - 5062W99999999 |
| SK-32H590D | TW-50701-C032B | 1.00.22 | Firmware Upload #3 | 5070T70500001 - 5070T71299999 |
| | TW-50701-C032B | | Firmware Upload #3 | 5070J71300001 - 5070J73899999 |
| | TW-50711-C032B | Combo32_HALFHIGHT_V024.tgz | Firmware Upload #3 | 5071J73900001 - 5071J74902450 |
| | TW-50712-C032B | | Firmware Upload #3 | |
| SK-42H240S | TW-50901-L042C | Broadcom 3242 for 42inch model.rar | Firmware Upload #Broadcom | 5090J00000000 - 5092J99999999 |
| TX-42F430S | TW-51101-L042A | 01_OSD_FW_V1.4.2.rar | Firmware Upload #2 | 5110J71700400 - 5110J799999999 |
| | TW-51121-C042A | 01_OSD_FW_V1.4.2.rar | Firmware Upload #2 | 5112J73401268 - 5112J74899999 |
| | TW-51122-C042A | SusanII_v1.6.3.rar | Firmware Upload #2 | 5112J74900380 - 5112J99999999 |
| | TW-51122-C042A | SusanII_v1.6.3.rar | Firmware Upload #2 | |
| | TW-51123-C042A | SusanII_v1.6.3.rar | Firmware Upload #2 | |
| TX-47F430S | TW-51211-C047A | 01_OSD_FW_V1.4.2.rar | Firmware Upload #2 | 5121J73100998 - 5121J70000000 |
| | TW-51212-C047A | SusanII_v1.6.3.rar | Firmware Upload #2 | 5121J74002047 - 5121J99999999 |
| | TW-51213-C047A | SusanII_v1.6.3.rar | Firmware Upload #2 | |
| TX-52F480S | TW-51301-C052A | 01_OSD_FW_V1.4.2.rar | Firmware Upload #2 | 5130J73600014 - 5130J70000000 |
| | TW-51302-C052A | SusanII_v1.6.3.rar | Firmware Upload #2 | 5130J73800025 - 5130J99999999 |
| LTV-40w1HDC | n/a | X240_Samsung40L11_DVD_V071.tgz | Firmware Upload #3 | C4001WSM0700000000 - C4001WSM0799999999 |
| SK-40H590D | TW-52301-S040A | V40NSAW-UWA Ver.1.06 FA01.rar | Firmware Upload #3 | 5230Z74200001 - 5230Z81899999 |
| SK-40H520S | TW-52801-S040A | V40PSAW-UWA-FA07M05-0122.rar | Firmware Upload #3 | 5280Z73800001 - 5280Z74601013 |
| SK-42H330S | TW-52901-L042C | Broadcom 3242 for 42inch model.rar | Firmware Upload #Broadcom | 5290J00000000 - 5290J99999999 |
| SK-32H510S | TW-53001-C032A | Broadcom 3242 for 32inch model.rar | Firmware Upload #Broadcom | 5300J00000000 - 5300J99999999 |
| W3213HD | n/a | X240_CMO32L06_BF_071.tgz | Firmware Upload #3 | W3213DET0600000000 - W3213DET0699999999 |
| LTV-27W7 HD | n/a | X240_CMO27C1_V071.tgz | Firmware Upload #3 | B2753DET0600000000 - B2753DET0699999999 |
| | n/a | X240_CMO27L13_V071.tgz | Firmware Upload #3 | C2754DET0600000000 - C2754DET0699999999 |
| | n/a | X240_CMO27L03_V071.tgz | Firmware Upload #3 | D2755DET0600000000 - D2755DET0699999999 |
| LTV-32W4 HDC | n/a | X240_CMO32C5_V071.tgz | Firmware Upload #3 | B3254DET0600000000 - B3254DET0699999999 |
| | n/a | X240_CMO32L06_V071.tgz | Firmware Upload #3 | C3257DET0600000000 - C3257DET0699999999 |
| | n/a | X240_CMO32L04_V071.tgz | Firmware Upload #3 | D3259DET0600000000 - D3259DET0699999999 |
| LTV-32W6 HD | n/a | X240_CMO32C5_V071.tgz | Firmware Upload #3 | B3253DET0600000000 - B3253DET0699999999 |
| | n/a | X240_CMO32C4_V071.tgz | Firmware Upload #3 | C3255DET0600000000 - C3255DET0699999999 |
| | n/a | X240_CMO32L06_V071.tgz | Firmware Upload #3 | D3256DET0600000000 - D3256DET0699999999 |
| LTV-37W2 HD | n/a | X240_AUO37V1_V071.tgz | Firmware Upload #3 | A3751DEM0600000000 - A3751DEM0699999999 |
| LTV-46W1 HD | n/a | X240_SAMSUNG46L03_V071.tgz | Firmware Upload #3 | W4601DEM0600000000 - W4601DEM0699999999 |
| | n/a | X240_SAMSUNG46WTL03_V071.tgz | Firmware Upload #3 | A4650DEM0600000000 - A4650DEM0699999999 |

10