```
Date: Fri, 7 Sep 2001 10:43:54 -0600
From: Erik Andersen <andersen@lineo.com>
To: Lin2001@lineo.com
Subject: Goodbye all...
User-Agent: Mutt/1.3.20i

I've enjoyed my time here at Lineo, but it seems that time has come to
an end.  That is really too bad -- I've really enjoyed watching Lineo
grow and I'm sad that I'm going to miss, as Paul Harvey would say,
the rest of the story.  Please make sure it has a happy ending (or
preferably, no ending at all).

If you have any busybox/tinylogin/uClibc questions or find you need
enhancements or bugfixes, I'll be happy to send you my hourly rates.   ;-)

 -Erik

--
Erik B. Andersen    email:  andersen@lineo.com
--This message was written using 73% post-consumer electrons--
```