UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
SOFTWARE FREEDOM CONSERVANCY, : ECF CASE
INC. and ERIK ANDERSON, :
                      Plaintiffs, : Civil Action No. 1:09-cv-10155-SAS
v. :
                                   : **NOTICE OF VOLUNTARY DISMISSAL**
BEST BUY CO., INC., et al., :
                      Defendants. :
------------------------------------------------------- X

Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiffs Software Freedom Conservancy, Inc. and Erik Andersen hereby dismiss defendant WESTERN DIGITAL TECHNOLOGIES, INC. from this action WITHOUT PREJUDICE, and without costs to any party. Plaintiffs maintain this action against all other defendants.

                                                Respectfully submitted,
                                                SOFTWARE FREEDOM LAW CENTER, INC.

By: _____
      Daniel B. Ravicher (DR1498)
      1995 Broadway, 17th Floor
      New York, NY 10023-5882
      Tel.: 212-580-0800
      Fax.: 212-580-0898

      Attorneys for Plaintiffs *Software Freedom Conservancy, Inc.* and *Erik Andersen*

DATED: May 12, 2011
               New York, NY

SO ORDERED:

_____
Hon. Shira A Scheindlin
United States District Judge