# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

SOFTWARE FREEDOM CONSERVANCY, INC. and
ERIK ANDERSEN,

                                **Plaintiffs,**

               -against-

BEST BUY CO., INC., et al.

                             **Defendants.**

-------------------------------------------------------------- X

ECF CASE

09-CV-10155 (SAS)

**NOTICE OF WITHDRAWAL AND
REQUEST FOR REMOVAL FROM
DOCKET**

 

PLEASE TAKE NOTICE that Michael A. Spiegel no longer represents Plaintiffs in the captioned matter, and hereby requests removal of his name from the docket.

Dated: New York, New York

     May 17, 2011

                                        *Michael Spiegel*

                                      Michael A. Spiegel (MS2309)
                                      1995 Broadway, FL. 17 New York, NY 10023
                                      212-461-1913
                                      mspiegel@softwarefreedom.org