# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOFTWARE FREEDOM CONSERVANCY, INC. and ERIK ANDERSEN, <br><br> Plaintiffs, <br><br> -against- <br><br> BEST BUY CO., INC., et al. <br><br> Defendants. | ECF CASE <br><br> 09-CV-10155 (SAS) <br><br> **DELCARATION OF MICHAEL A. SPIEGEL** |

1. I, Michael A. Spiegel, an attorney duly authorized to practice law in this Court, submit this declaration in support of my request to be removed from the docket and withdraw as an attorney of record for Plaintiffs in the above captioned matter.

2. I am an attorney formerly associated with the Software Freedom Law Center ("SFLC"), counsel to Plaintiffs. As of April 30, 2011, I am no longer affiliated with SFLC. Plaintiffs continue to be clients of SFLC. Daniel B. Ravicher, Legal Director of SFLC, Aaron Williamson, Counsel at SFLC, and Mishi Choudhary, Counsel at SFLC, are duly authorized to practice law in this Court and continue to appear on Plaintiffs' behalf.

WHEREFORE, for the foregoing reasons, I respectfully request to be removed from the docket and withdraw as attorney of record for Plaintiffs.

Dated: New York, New York

      May 17, 2011

*/s/ Michael Spiegel*
Michael A. Spiegel (MS2309)
1995 Broadway, FL. 17 New York, NY 10023
212-461-1913
mspiegel@softwarefreedom.org