UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
SOFTWARE FREEDOM CONSERVANCY, INC. and
ERIK ANDERSEN,

                         Plaintiffs,

    -against-

BEST BUY CO., INC., et al.

                         Defendants.
------------------------------------------------------------------ X

ECF CASE

09-CV-10155 (SAS)

**NOTICE OF WITHDRAWAL AND REQUEST FOR REMOVAL FROM DOCKET**

      PLEASE TAKE NOTICE that Michael A. Spiegel no longer represents Plaintiffs in the captioned matter, and hereby requests removal of his name from the docket.

Dated: New York, New York

      May 17, 2011

                                                   /s/ Michael Spiegel
                                                   Michael A. Spiegel (MS2309)
                                                   1995 Broadway, FL. 17 New York, NY 10023
                                                   212-461-1913
                                                   mspiegel@softwarefreedom.org