**MANDATE**



UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

      At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 25th day of February, two thousand and eleven,

_____

Erik Andersen, Software Freedom Conservancy, Inc.,

Plaintiffs-Counter-Defendants - Appellants,

v.

Best Buy Co., Inc.,

Defendant-Counter-Claimant - Appellee,

Westinghouse Digital Electronics, LLC, Western Digital Technologies, Inc., Phoebe Micro, Inc., Versa Technology Inc., ZYXEL Communications Inc., Western Digital Corporation,

Defendants - Appellees,

Credit Managers Association of California,

Objector - Appellee,

Samsung Electronics America, Inc., JVC Americas Corporation, Robert Bosch LLC, Humax USA Inc., Comtred Corporation, Dobbs-Stanford Corporation, Astak Inc., GCI Technologies Corporation,

Defendants.

_____

**ORDER**
Docket Number: 10-5290

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 03, 2011

      The parties in the above-referenced case have filed a stipulation withdrawing this appeal

**MANDATE ISSUED ON 06/03/2011**

pursuant to Local Rule 42.1. Each party has submitted a separate electronically signed counterpart reflecting the negotiated terms of the stipulation.

The stipulations are hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court



A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit