UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X   ECF CASE
SOFTWARE FREEDOM CONSERVANCY, INC. and            |
ERIK ANDERSEN,                                                        |   09-CV-10155 (SAS)
                                                                                    |
                   Plaintiffs,                              |
    -against-                                                          |   **NOTICE OF WITHDRAWAL AND**
                                                                                    |   **REQUEST FOR REMOVAL FROM**
BEST BUY CO., INC., et al.                                          |   **DOCKET**
                                                                                    |
                   Defendants.                          |
------------------------------------------------------------------ X

PLEASE TAKE NOTICE that Mishi Choudhary no longer represents Plaintiffs in the captioned matter, and hereby requests removal of her name from the docket.

Dated: New York, New York

June 10, 2011

                                       */s/ Mishi Choudhary*
                                       Mishi Choudhary (MC2009)
                                       1995 Broadway Floor 17
                                       New York, NY-10023
                                       (tel) 212-461-1912
                                       mishi@softwarefreedom.org