UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SOFTWARE FREEDOM CONSERVANCY, INC. and ERIK ANDERSEN,<br><br>                    Plaintiffs,<br>-against-<br><br>BEST BUY CO., INC., et al.<br><br>                    Defendants. | ECF CASE<br><br>09-CV-10155 (SAS)<br><br>**DECLARATION OF MISHI CHOUDHARY** |

1.  I, Mishi Choudhary, an attorney duly authorized to practice law in this Court, submit this declaration in support of my request to be removed from the docket and withdraw as an attorney of record for Plaintiffs in the above captioned matter.

2.  I am an attorney associated with the Software Freedom Law Center ("SFLC"), counsel to Plaintiffs. However, I am no longer assigned to this matter. Daniel B. Ravicher, Legal Director of SFLC and Aaron Williamson, Counsel at SFLC, are duly authorized to practice law in this Court and continue to appear on Plaintiffs' behalf.

WHEREFORE, for the foregoing reasons, I respectfully request to be removed from the docket and withdraw as attorney of record for Plaintiffs.

Dated: New York, New York

June 10, 2011

_____
Mishi Choudhary (MC2009)
1995 Broadway Floor 17
New York, NY-10023
(tel) 212-461-1912
mishi@softwarefreedom.org