Scheindlin

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK



------------------------------------------------------------ X
SOFTWARE FREEDOM CONSERVANCY, INC. and :
ERIK ANDERSEN, :
 :
                Plaintiffs, : ECF CASE
   -against- :
 :
BEST BUY CO., INC., SAMSUNG ELECTRONICS :
AMERICA, INC., WESTINGHOUSE DIGITAL : 09-CV-10155 (SAS)
ELECTRONICS, LLC, JVC AMERICAS :
CORPORATION, WESTERN DIGITAL :
TECHNOLOGIES, INC., ROBERT BOSCH LLC, :
PHOEBE MICRO, INC., HUMAX USA INC., :
COMTREND CORPORATION, DOBBS-STANFORD :
CORPORATION, VERSA TECHNOLOGY INC., :
ZYXEL COMMUNICATIONS INC., ASTAK INC., :
and GCI TECHNOLOGIES CORPORATION, :
                Defendants. :
------------------------------------------------------------ X

## STIPULATED ORDER OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41, plaintiffs Software Freedom Conservancy, Inc. and Erik Andersen and defendant BEST BUY CO., INC. hereby dismiss their claims against each other from this action WITH PREJUDICE with respect to any past claims for certain Insignia Blu-ray products (NS-WBRDVD, NS-BRDVD3, NS-BRHTIB, NS-BRDVD3-CA, NS-WBRDVD2, NS-BRDVD4, NS-WBRDVD2-CA, NS-BRDVD4-CA, NS-BRDVD, NS-2BRDVD, and NS-BDLIVE01) and without costs to any party. Plaintiffs maintain this action against all other defendants.

1

| | |
|---|---|
| SOFTWARE FREEDOM LAW CENTER | ROBINS, KAPLAN, MILLER & CIRESI L.L.P. |

*[signature]*

Daniel B. Ravicher (DR 1498)
Software Freedom Law Center
1995 Broadway, 17th Floor
New York, New York 10023-5882
(212) 580-0800

*Attorneys for Plaintiffs Software Freedom Conservancy and Erik Andersen*

*[signature]*

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
David Leichtman (DL-7233)
dleichtman@rkmc.com
Hillel I. Parness (HP-1638)
hiparness@rkmc.com
Oren D. Langer (OL-5962)
odlanger@rkmc.com
601 Lexington Ave., 34th Floor
New York, NY 10022
(212) 980-7400

Emmett J. McMahon (*pro hac vice*)
Sharon E. Roberg-Perez (*pro hac vice*)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
(612) 349-8500
*Attorneys for Defendant Best Buy, Co., Inc.*

SO ORDERED this 13 day of June 2011.

*[signature]*

The Honorable Shira A. Scheindlin
United States District Judge