UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SOFTWARE FREEDOM CONSERVANCY, INC. and ERIK ANDERSEN, | X  ECF CASE <br> 09-CV-10155 (SAS) |
| Plaintiffs, | |
| -against- | **NOTICE OF WITHDRAWAL AND REQUEST FOR REMOVAL FROM DOCKET** |
| BEST BUY CO., INC., et al. | |
| Defendants. | X |

PLEASE TAKE NOTICE that Aaron Williamson no longer represents Plaintiffs in the captioned matter, and hereby requests removal of his name from the docket.

Dated: New York, New York

June 20, 2011

Aaron Williamson (AW1337)
1995 Broadway Floor 17
New York, NY-10023
(tel) 212-461-1911
aaronw@softwarefreedom.org