UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X   ECF CASE
SOFTWARE FREEDOM CONSERVANCY, INC. and |
ERIK ANDERSEN,                         |   09-CV-10155 (SAS)
                                       |
                    Plaintiffs,        |
        -against-                      |   **DECLARATION OF AARON**
                                       |   **WILLIAMSON**
BEST BUY CO., INC., et al.             |
                                       |
                    Defendants.        |
------------------------------------------------------------------ X

1. I, Aaron Williamson, an attorney duly authorized to practice law in this Court, submit this declaration in support of my request to be removed from the docket and withdraw as an attorney of record for Plaintiffs in the above captioned matter.

2. I am an attorney associated with the Software Freedom Law Center ("SFLC"), counsel to Plaintiffs. However, I am no longer assigned to this matter. Daniel B. Ravicher, Legal Director of SFLC, is duly authorized to practice law in this Court and continues to appear on Plaintiffs' behalf.

For the foregoing reasons, I respectfully request to be removed from the docket and withdraw as attorney of record for Plaintiffs.

Dated: New York, New York

June 20, 2011

                                        Aaron Williamson (AW1337)
                                        1995 Broadway Floor 17
                                        New York, NY-10023
                                        (tel) 212-461-1911
                                        aaronw@softwarefreedom.org