**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SOFTWARE FREEDOM CONSERVANCY, INC. AND ERIK ANDERSEN<br><br>         Plaintiffs,<br><br>                    -against-<br><br>BEST BUY CO. INC., SAMSUNG ELECTRONICS AMERICA, INC., WESTINGHOUSE DIGITAL ELECTRONICS, LLC, JVC AMERICAS CORPORATION, WESTERN DIGITAL TECHNOLOGIES, INC., ROBERT BOSCH LLC, PHOEBE MICRO, INC., HUMAX USA INC., COMTREND CORPORATION, DOBBS-STANFORD CORPORATION, VERSA TECHNOLOGY INC, ZYXEL COMMUNICATIONS INC., ASTAK INC., and GCI TECHNOLOGIES CORPORATION,<br><br>         Defendants. | Civil Action No. 09-CIV-10155 (SAS) |

**APPEARANCE**

To the Clerk of this court and all parties of record:

   Enter my appearance as counsel in this case for Zyxel Communications, Inc.

   I certify that I am admitted to practice in this Court.

Dated:  New York, New York         /s/ David Leichtman_____
        June 30, 2011              David Leichtman (DL-7233)
                                   Robins, Kaplan, Miller & Ciresi L.L.P.
                                   601 Lexington Avenue, Suite 3400
                                   New York, NY 10022
                                   Tel.:   212.980.7400
                                   Fax.:   212.980.7499
                                   dleichtman@rkmc.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the below date, he did cause a true and correct copy of the foregoing **Appearance** be served via this Court's Electronic Case Filing system upon counsel for all parties.

Dated: June 30, 2011

/s/ David Leichtman_____
David Leichtman (DL-7233)