Scheindlin, J

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
SOFTWARE FREEDOM CONSERVANCY, INC. and :
ERIK ANDERSEN, :
                                                           :
                              Plaintiffs,     :     ECF CASE
        -against-                                  :
                                                           :
BEST BUY CO., INC., SAMSUNG ELECTRONICS :
AMERICA, INC., WESTINGHOUSE DIGITAL     :     09-CV-10155 (SAS)
ELECTRONICS, LLC, JVC AMERICAS                 :
CORPORATION, WESTERN DIGITAL                    :
TECHNOLOGIES, INC., ROBERT BOSCH LLC,    :
PHOEBE MICRO, INC., HUMAX USA INC.,           :
COMTREND CORPORATION, DOBBS-STANFORD :
CORPORATION, VERSA TECHNOLOGY INC.,       :
ZYXEL COMMUNICATIONS INC., ASTAK INC.,  :
and GCI TECHNOLOGIES CORPORATION,          :
                              Defendants.    :
------------------------------------------------------------ X



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/21/11

## STIPULATED ORDER

WHEREAS currently pending before the Court in this action is a motion by Plaintiffs Software Freedom Conservancy, Inc. and Erik Andersen for preliminary injunction against Defendants Best Buy, Co., Inc. ("Best Buy") and Phoebe Micro, Inc. ("Phoebe") (Dkt. 163); and

WHEREAS Plaintiffs and Best Buy have made significant progress towards resolving their dispute such that Plaintiffs no longer wish to maintain the motion against Best Buy;

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiffs, Best Buy and Phoebe in the above action, subject to the approval and order of the Court, that:

a.  Plaintiffs' currently pending Motion For Preliminary Injunction Against Best Buy and Phoebe (Dkt. 163) shall be withdrawn in its entirety.

b.  Plaintiffs may refile their motion for a preliminary injunction against Phoebe any

time after the entering of this Order by the Court.

c.  If Plaintiffs refile their motion for a preliminary injunction, Phoebe shall have ten (10) days after Plaintiffs refile their motion to file any opposition.

d.  If Phoebe files an opposition, Plaintiffs shall have seven (7) days from the filing of that opposition to file a reply.

| SOFTWARE FREEDOM LAW CENTER | ROBINS, KAPLAN, MILLER & CIRESI L.L.P. |
|---|---|
| *Daniel B. Ravicher* | *Sharon E. Roberg-Perez* |
| Daniel B. Ravicher (DR 1498) | Sharon E. Roberg-Perez (*pro hac vice*) |
| Software Freedom Law Center | 2800 LaSalle Plaza |
| 1995 Broadway, 17th Floor | 800 LaSalle Avenue |
| New York, New York 10023-5882 | Minneapolis, MN 55402 |
| (212) 580-0800 | (612) 349-8500 |
| *Attorneys for Plaintiffs Software Freedom Conservancy and Erik Andersen* | *Attorneys for Defendant Best Buy, Co., Inc.* |

LAW OFFICES OF NENA W. WONG

Nena W. Wong
6080 Center Drive Suite 600
Los Angeles, CA 90045
(310) 704-6603

*Attorneys for Defendant Phoebe Micro, Inc.*

SO ORDERED this ___ day of _____ 2011.

The Honorable Shira A. Scheindlin
United States District Judge