**ROBINS, KAPLAN, MILLER & CIRESI** L.L.P.

ATTORNEYS AT LAW

SUITE 3400
600 LEXINGTON AVENUE
NEW YORK, NY 10022-4611
TEL: 212-980-7400 FAX: 212-980-7499
www.rkmc.com

DAVID LEICHTMAN
212-980-7401
DLeichtman@rkmc.com

July 20, 2011

VIA FACSIMILE

Honorable Shira A. Scheindlin
United States District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1620
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/11

Re: *Software Freedom Conservancy, Inc., et al. v. Best Buy Co., Inc., et al.*,
09-cv-10155 (SAS)

Dear Judge Scheindlin:

We write in response to the Court's Order (Dkt. No. 208) granting Software Freedom Conservancy, Inc.'s ("SFC") and ZyXEL Communications Inc.'s ("ZyXEL") (collectively, the "parties") requests for a pre-motion conference, currently scheduled for July 28, 2011 at 3:30 p.m., to address the parties' proposed motions for summary judgment. (See 7/15/2011 D. Leichtman Fax to Judge Scheindlin, and 7/15/2011 D. Ravicher Fax to Judge Scheindlin.)

Due to a scheduling conflict, the parties respectfully request the Court to re-schedule the above-noticed pre-motion conference. If your Honor's schedule allows, SFC, ZyXEL, and Phoebe Micro, Inc. are all available on the following dates to re-schedule this conference: August 1 and August 8.

Sincerely,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

David Leichtman /msy

David Leichtman

cc: Daniel B. Ravicher, Esq. (*via email only*)
Andrew Kaver, Esq. (*via email only*)
Brian S. Cohen, Esq. (*via email only*)
Counsel of Record (*via email only*)

*Handwritten annotation:* Request granted. Conference rescheduled to August 8 at 5 pm. So Ordered. [signature] USDJ 7/21/11

75210800.1
ATLANTA · BOSTON · LOS ANGELES · MINNEAPOLIS · NAPLES · NEW YORK