# THOMPSON HINE

ATLANTA     CLEVELAND     DAYTON     WASHINGTON, D.C.
CINCINNATI     COLUMBUS     NEW YORK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/19/11

August 19, 2011

*By Facsimile (212) 805-7920*

Honorable Shira A. Scheindlin, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

RE:     Software Freedom Conservancy, Inc. et al. v. Best Buy Co., Inc. et al.,
           1:09-cv-10155-SAS

Dear Judge Scheindlin,

We represent non-party Westinghouse Digital LLC ("WD") in the above action. By order dated August 8, 2011, Your Honor directed WD and the Plaintiffs to make certain submissions to the Court by August 23, 2011.

We write to inform the Court that WD and the Plaintiffs have agreed to engage in settlement discussions to attempt to resolve the issues raised by the August 8, 2011 Order. As a result, we would ask that the Court extend the time for the submissions under the August 8, 2011 Order from August 23, 2011 until September 7, 2011. I am authorized to represent that the Plaintiffs join this request.

Respectfully submitted,

Barry M. Kazan

cc:     Counsel of Record (via e-mail)

*Handwritten note:* Request granted. The parties may have until September 7 to make their submission as required by the August 8 Order. So Ordered.

/s/ Judge Scheindlin
USDJ
8/19/11

Barry.Kazan@thompsonhine.com     Phone 212.908.3921    Fax 212.344.6101     2071281

THOMPSON HINE LLP     335 Madison Avenue     www.ThompsonHine.com
ATTORNEYS AT LAW     12th Floor     Phone 212.344.5680
A Limited Liability Partnership     New York, New York 10017-4611     Fax 212.344.6101
Including A Professional Corporation