# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------- X   ECF CASE

SOFTWARE FREEDOM CONSERVANCY, INC. and | 
ERIK ANDERSEN, | 09-CV-10155 (SAS)
| 
                              Plaintiffs, | 
         -against- | **NOTICE OF WITHDRAWAL AND**
| **REQUEST FOR REMOVAL FROM**
BEST BUY CO., INC., et al. | **DOCKET**
| 
                              Defendants. | 
--------------------------------------------------------- X

PLEASE TAKE NOTICE that Mishi Choudhary no longer represents Plaintiffs in the captioned matter, and hereby requests removal of her name from the docket.

Dated: New York, New York

June 10, 2011

_____
Mishi Choudhary (MC2009)
1995 Broadway Floor 17
New York, NY-10023
(tel) 212-461-1912
mishi@softwarefreedom.org

*Request granted. Mishi Choudhary is hereby relieved as counsel to plaintiffs in this matter. The Clerk of the Court is directed to remove her name from the docket and to terminate ECF noticing to her in this matter. The Clerk is further directed to close this motion [Dkt No. 202].*
*SO ORDERED.*

*8/26/11*
_____
*Shira A. Scheindlin*
*U.S.D.J.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:   8/26/11