UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

SOFTWARE FREEDOM CONSERVANCY, INC. and
ERIK ANDERSEN,

                Plaintiffs,

-against-

BEST BUY CO., INC., et al.

                Defendants.

---

X  ECF CASE

09-CV-10155 (SAS)

NOTICE OF WITHDRAWAL AND
REQUEST FOR REMOVAL FROM
DOCKET

X

PLEASE TAKE NOTICE that Aaron Williamson no longer represents Plaintiffs in the captioned matter, and hereby requests removal of his name from the docket.

Dated: New York, New York

June 20, 2011

Aaron Williamson (AW1337)
1995 Broadway Floor 17
New York, NY-10023
(tel) 212-461-1911
aaronw@softwarefreedom.org

---

*Handwritten order:*

Request granted. Aaron Williamson is hereby relieved as counsel to plaintiffs in this matter. The Clerk of the Court is directed to remove his name from the docket and to terminate ECF noticing to him in this matter. The Clerk is further directed to close this motion [Dkt No. 205].

SO ORDERED.

8/26/11

Shira A. Scheindlin
U.S.D.J.

*USDC SDNY DOCUMENT ELECTRONICALLY FILED, DATE FILED: 8/26/11*