RECEIVED SEP 08 2011

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/11

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

SOFTWARE FREEDOM CONSERVANCY, INC. and ERIK ANDERSEN,

            Plaintiffs,

-against-

BEST BUY CO., INC., et al.

           Defendants.

---

X  ECF CASE

09-CV-10155 (SAS)

**NOTICE OF WITHDRAWAL AND REQUEST FOR REMOVAL FROM DOCKET**

X

PLEASE TAKE NOTICE that Michael A. Spiegel no longer represents Plaintiffs in the captioned matter, and hereby requests removal of his name from the docket.

Dated: New York, New York

May 17, 2011

*Michael Spiegel*
Michael A. Spiegel (MS2309)
1995 Broadway, FL. 17 New York, NY 10023
212-461-1913
mspiegel@softwarefreedom.org

*Handwritten order:*

Request granted. Michael A. Spiegel is hereby relieved as counsel to plaintiffs in this matter. The Clerk of the Court is directed to remove his name from the docket and to terminate ECF noticing to him in this matter. The Clerk is further directed to close this motion [Docket No. 197].

SO ORDERED

*[signature]*
Shira A. Scheindlin
U.S.D.J.

9/8/11