UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

SOFTWARE FREEDOM CONSERVANCY, INC. and ERIK ANDERSEN,

      Plaintiffs,

-against-

WESTINGHOUSE DIGITAL ELECTRONICS, LLC, PHOEBE MICRO, INC., and ZYXEL COMMUNICATIONS INC.,

      Defendants.

ECF CASE

09-CV-10155 (SAS)

**NOTICE OF MOTION TO AMEND COMPLAINT**

---

  PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion to Amend Complaint; the Declaration of Daniel B. Ravicher, Esq., dated September 16, 2011, and Exhibit 1 annexed thereto; and on all the prior proceedings and matters of record in this case, Plaintiffs will move the court before the Honorable Shira A. Scheindlin, United States District Court Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, for an Order, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure for leave to amend the Complaint herein.

  PLEASE TAKE NOTICE that pursuant to Local Civil Rule 6.1(b) any opposing papers or answering memoranda are to be served within fourteen days after service of this motion.

Dated: September 16, 2011
  New York, New York

Respectfully submitted,

By: s/ Daniel B. Ravicher
Daniel B. Ravicher (DR1498)
Law Offices of Daniel B. Ravicher, Esq.
1375 Broadway, Suite 600
New York, NY 10018
Tel.: 646-470-2641
Fax.: 212-591-6038