UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| SOFTWARE FREEDOM CONSERVANCY, INC. and ERIK ANDERSEN, | : : : | ECF CASE |
| Plaintiffs, | : : | 09-CV-10155 (SAS) |
| -against- | : : | **DECLARATION OF DANIEL B. RAVICHER IN SUPPORT OF PLAINTIFFS' MOTION TO AMEND COMPLAINT** |
| WESTINGHOUSE DIGITAL ELECTRONICS, LLC, PHOEBE MICRO, INC., and ZYXEL COMMUNICATIONS INC., | : : : : : | |
| Defendants. | : | |

---

I, Daniel B. Ravicher, pursuant to 28 U.S.C. 1746, declare as follows:

    1.    I am a member of the bar of this Court and counsel in this action to all plaintiffs.

I offer this declaration in support of Plaintiffs' Motion to Amend Complaint.

    2.    Attached hereto as Exhibit 1 is the proposed Amended Complaint.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Daniel B. Ravicher*

_____
Daniel B. Ravicher

Executed on September 16, 2011
New York, New York