<u>Exhibit 1</u>

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------------  X
SOFTWARE FREEDOM CONSERVANCY, INC. and      :
ERIK ANDERSEN,                              :    ECF CASE
                                            :
                        Plaintiffs,         :    09-CV-10155 (SAS)
        -against-                           :
                                            :
WESTINGHOUSE DIGITAL ELECTRONICS, LLC,      :    AMENDED COMPLAINT
PHOEBE MICRO, INC., and  ZYXEL              :
COMMUNICATIONS INC.,                        :
                        Defendants.         :
-------------------------------------------------------------------  X
```

This is an action by the Software Freedom Conservancy, Inc., a 501(c)(3) not-for-profit charitable corporation organized under the laws of the State of New York, and Erik Andersen, an individual, ("Plaintiffs") by and through their attorneys, the Software Freedom Law Center, Inc., to recover damages arising from infringement of Plaintiffs' copyrights in the software program known as BusyBox™ by Westinghouse Digital Electronics, LLC, Phoebe Micro, Inc., and Zyxel Communications Inc. ("Defendants") and to enjoin each Defendant's future infringement. Specifically, each Defendant distributed and continues to copy, modify, or distribute Plaintiffs' copyrighted BusyBox software without Plaintiffs' permission and despite the fact that Plaintiffs notified each Defendant of its unlawful activity.  Since each Defendant has infringed Plaintiffs' copyrights, and since that infringement is ongoing, Plaintiffs seek damages, injunctive relief, attorneys' fees, and all other appropriate remedies available under the law.

### THE PARTIES

1.  The Software Freedom Conservancy, Inc. is a 501(c)(3) tax exempt New York not-for-

profit corporation with a principal place of business at 137 Montague St., Ste. 380, Brooklyn, NY 11201-3548. The Conservancy acts as the corporate home and fiscal sponsor for various free and open source software ("FOSS") projects. The Conservancy also serves as copyright enforcement agent for the owners of rights in and to some of its member projects.

2. Mr. Erik Andersen is a private individual with a residence in Springville, Utah. Mr. Andersen develops, markets, distributes, and licenses computer software in a professional capacity.

3. On information and belief, Westinghouse Digital Electronics, LLC, ("Westinghouse") is a California limited liability company with its principal place of business at 12150 Mora Drive, Santa Fe Springs, CA 90670.

4. On information and belief, Phoebe Micro, Inc. ("Phoebe Micro") is a California corporation with its principal place of business at 47606 Kato Road, Fremont, CA 94538.

5. On information and belief, ZyXEL Communications Inc. ("ZyXEL") is a California corporation with its principal place of business at 1130 North Miller Street, Anaheim, CA 92806-2001.

**JURISDICTION AND VENUE**

6. This Court has subject matter jurisdiction over Plaintiffs' claims for copyright infringement pursuant to 17 U.S.C. § 501 and 28 U.S.C. §§ 1331 and 1338(a).

7. This Court has personal jurisdiction over each Defendant pursuant to Rule 4(K)(1)(a) of the Federal Rules of Civil Procedure and §§ 301 and 302 of the New York Civil Practice Law and Rules. On information and belief, each Defendant (i) conducted and continues to conduct

substantial business in the State of New York; (ii) placed its allegedly infringing products into the stream of commerce throughout the United States with the expectation that they will be used by consumers in this judicial district, which products and services have been offered for sale and used in New York and this judicial district; (iii) caused infringement to occur and continue to occur in New York and in this judicial district; (iv) contracts to supply goods and services and/or maintains offices within this judicial district; or, (v) owns or operates websites for the purposes of distributing infringing electronic products or directly marketing, selling and supporting various physical products to people in and residents of New York and in this judicial district.

8. Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b), (c) and 1400(a) because a substantial part of the events giving rise to the claims asserted herein arise in this district, and each Defendant, on information and belief, is and at all times was doing business in this district.

## FACTUAL BACKGROUND

9. Mr. Andersen is the author and developer of the BusyBox computer program, and the owner of copyrights in that computer program.  BusyBox is a single computer program that comprises a set of computing tools and optimizes them for computers with limited resources, such as cell phones, PDAs, and other small, specialized electronic devices.  BusyBox is extremely customizable, fast, and flexible, and, on information and belief, is used in countless products sold by many manufacturers all over the world.

10. Mr. Andersen has registered and applied for registration of several of his copyrights in BusyBox.  *See*, *e.g.*, "BusyBox, v.0.60.3.", Copyright Reg. No. TX0006869051 (October 2,

2008); "BusyBox, version 1.00", Copyright Reg No. TX0007412131 (September 2011); "BusyBox, version 1.00-pre1" (Claim 1-654604812 filed on 8/30/2011); "BusyBox, version 1.00-pre2" (Claim 1-655039228 filed on 8/31/2011); "BusyBox, version 1.00-pre3" (Claim 1-655044385 filed on 8/31/2011); "BusyBox, version 1.00-pre4" (Claim 1-655091784 filed on 8/31/2011); "BusyBox, version 1.00-pre5" (Claim 1-655603152 filed on 9/1/2011); "BusyBox, version 1.00-pre6" (Claim 1-655691236 filed on 9/1/2011); "BusyBox, version 1.00-pre8" (Claim 1-657538342 filed on 9/6/2011); "BusyBox, version 1.00-pre9" (Claim 1-657538446 filed on 9/6/2011); and, "BusyBox, version 1.00-rc1" (Claim 1-657538539 filed 9/6/2011).

11. Plaintiff Software Freedom Conservancy is a 501(c)(3) tax-exempt public charity comprised of many FOSS projects. In addition to being the fiscal sponsor of its member projects, the Conservancy also serves as copyright enforcement agent for some owners of copyrights in the member projects. BusyBox is a project of the Software Freedom Conservancy, which also acts as copyright enforcement agent for Mr. Andersen with respect to BusyBox.

12. Mr. Andersen has distributed BusyBox since on or about November 4, 1999. He distributes BusyBox in source code form, the human-readable form of a computer program that a programmer must have in order to make changes to the program. Mr. Andersen distributes BusyBox under a copyright license entitled the "GNU General Public License, Version 2" ("the License"). A copy of the License is attached to this Complaint as Exhibit A.

13. Under the License, Mr. Andersen grants certain permissions to other parties to copy, modify and redistribute BusyBox so long as those parties satisfy certain conditions. In particular, Section 2(b) of the License, addressing each Licensee, states:

> You must cause any work that you distribute or publish, that in whole or in part contains or is derived from the Program or any part thereof, to be licensed as a whole at no charge to all third parties under the terms of this License.

Thus, if a Licensee redistributes a version of BusyBox, it may do so only under the terms of the License. Distribution of BusyBox under any other terms or conditions is not allowed.

14. The object code or executable form of a computer program is the form that can actually be run on a computer, but which is not intelligible to the human reader and thus is not practicably modifiable. The License permits a Licensee to distribute BusyBox in object code or executable form on the condition that the Licensee gives recipients access to the source code corresponding to the version of BusyBox they are distributing in object code or executable form. Specifically, section 3 of the License states:

> You may copy and distribute the Program (or a work based on it, under Section 2) in object code or executable form under the terms of Sections 1 and 2 above provided that you also do one of the following:
>
> > a) Accompany it with the complete corresponding machine-readable source code, which must be distributed under the terms of Sections 1 and 2 above on a medium customarily used for software interchange; or,
> >
> > b) Accompany it with a written offer, valid for at least three years, to give any third party, for a charge no more than your cost of physically performing source distribution, a complete machine-readable copy of the corresponding source code, to be distributed under the terms of Sections 1 and 2 above on a medium customarily used for software interchange . . . .

Thus, to comply with the License, when a party distributes an object code or executable form of BusyBox, they must include either (i) the "complete corresponding machine-readable source code" or (ii) a "written offer ... to give any third party ... a complete machine-readable copy of the corresponding source code." If a distributor fails to do this, they are not fulfilling the terms

5

of the license and, thus, that distribution is not made with Mr. Andersen's permission.

15. Plaintiffs have at no time granted any permission to any party to copy, modify, or distribute BusyBox under any terms other than those of the License.  Plaintiffs do not permit anyone to distribute BusyBox except in compliance with the License.

16. On information and belief, each Defendant sells electronic products, such as high definition televisions, video cameras, wireless routers, etc., that contain embedded executable forms of software, called "firmware," or offers electronic versions of firmware for download via their website.  On information and belief, each Defendant has distributed firmware – embedded in electronic products or by itself – that contains BusyBox or a derivative work of BusyBox.  Each Defendant is required to have Plaintiffs' permission to make such distributions.  The only such permission available for BusyBox is the contingent one granted under the License.

17. On information and belief, each Defendant has distributed BusyBox within firmware – embedded in electronic products or by itself – in a manner that does not comply with the License.  Such firmware includes that for: Westinghouse's TX-52F480S LCD HDTV; Phoebe Micro's Airlink101 AR670W and AR690W wireless routers, Airlink101 AICAP650W IP Motion Wireless Camera and AICAP650, AICN500, AICN500W, AICN600W, AICN747W, AICN777W, ANAS350, AP671W, AR360W3G, AR525W, AR570W, AR660W3G, AR675W and AR680W products; and, ZyXEL's P-663H-51 ADSL 2+ Bonded 4 Port Router and DMA-2500, FSG2200HNU, GS1500-24P, GS1510-16, GS1510-24, MWR222, NS320, NSA-220 Plus, NSA-2401, NSA210, NSA221, P-2601HN-F1, P-2601HNL-F1, P-2812HNU-51c, P-3202H-Bb, P-330W, P-870H-51a v2, P-870HW-51a_v2, P663HN-51 and ZYWALL USG 200 products.  Each

Defendant has therefore made and, on information and belief, continues to make distributions of BusyBox without Plaintiff's permission.

18. In addition, under the License, any party that redistributes BusyBox in a manner that does not comply with the License immediately and automatically loses all rights granted under the License to copy and modify BusyBox. Specifically, section 4 of the License states:

> You may not copy, modify, sublicense, or distribute the Program except as expressly provided under this License. Any attempt otherwise to copy, modify, sublicense or distribute the Program is void, and will automatically terminate your rights under this License.

Thus, once each Defendant made a distribution that did not comply with the License, that Defendant lost any and all right to copy, modify, or distribute BusyBox. Any copying, modification, or distribution of BusyBox after that time by each Defendant was and is without Plaintiffs' permission.

19. Prior to the filing of this complaint, Plaintiffs notified each Defendant of its unlawful conduct in writing. Each Defendant has either ignored or refused to meaningfully respond to Plaintiffs and, on information and belief, continues to copy, modify or distribute BusyBox in violation of Plaintiffs' exclusive rights under the Copyright Act. Because each Defendant was aware of its infringing activities from at least the date it received written notice from Plaintiffs, any copying, modification, or distribution of BusyBox after at least the date each Defendant received such notice was and is willful.

## CLAIM FOR RELIEF
## COUNT I- COPYRIGHT INFRINGEMENT

20. Plaintiffs reallege and restate paragraphs 1 through 19 as if more fully set forth

herein.

21. Mr. Andersen is, and at all relevant times has been, a copyright owner under United States copyright law in the FOSS software program known as BusyBox. His copyright registrations for BusyBox include: "BusyBox, v.0.60.3.", Copyright Reg. No. TX0006869051 (10/2/2008); and, "BusyBox, version 1.00", Copyright Reg No. TX0007412131 (September 2011). His pending applications for copyright registration of additional versions of BusyBox include: "BusyBox, version 1.00-pre1" (Claim 1-654604812 filed on 8/30/2011); "BusyBox, version 1.00-pre2" (Claim 1-655039228 filed on 8/31/2011); "BusyBox, version 1.00-pre3" (Claim 1-655044385 filed on 8/31/2011); "BusyBox, version 1.00-pre4" (Claim 1-655091784 filed on 8/31/2011); "BusyBox, version 1.00-pre5" (Claim 1-655603152 filed on 9/1/2011); "BusyBox, version 1.00-pre6" (Claim 1-655691236 filed on 9/1/2011); "BusyBox, version 1.00-pre8" (Claim 1-657538342 filed on 9/6/2011); "BusyBox, version 1.00-pre9" (Claim 1-657538446 filed on 9/6/2011); and, "BusyBox, version 1.00-rc1" (Claim 1-657538539 filed 9/6/2011). Plaintiff Software Freedom Conservancy is the corporate home for the BusyBox project and the designated copyright enforcement agent for Mr. Andersen with respect to BusyBox.

22. Each Defendant's distribution of products or firmware that contain BusyBox without approval or authorization by Plaintiffs infringes each of Plaintiffs' exclusive copyrights in BusyBox pursuant to 17 U.S.C. § 501.

23. Plaintiffs are entitled to recover from each Defendant for infringement of each copyright as of its date of registration either (i) the amount of Plaintiffs' actual damages and any additional profits of each Defendant incurred as a result of the infringement or (ii) statutory

damages. 17 U.S.C. § 504.

24. For each copyright, Plaintiffs are also entitled to permanent injunctive relief pursuant to 17 U.S.C. § 502 because Plaintiffs have no adequate remedy at law for each Defendant's wrongful conduct because, among other things, (a) Plaintiffs' copyrights are unique and valuable property whose market value is impossible to assess, thus causing irreparable harm, (b) each Defendant's infringement harms Plaintiffs such that Plaintiffs could not be made whole by any monetary award, and (c) each Defendant's wrongful conduct, and the resulting damage to Plaintiffs, is continuing.

25. As of each copyright's registration, Plaintiffs are also entitled to an order impounding any and all infringing materials pursuant to 17 U.S.C. § 503 and to recover their attorneys' fees and costs of suit pursuant to 17 U.S.C. § 505.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request judgment against each Defendant as follows:

(1) That the Court issue injunctive relief against each Defendant, and that each Defendant, its directors, principals, officers, agents, representatives, servants, employees, attorneys, successors and assigns, and all others in active concert or participation with each Defendant, be enjoined and restrained from copying, modifying, distributing or making any other infringing use of Plaintiffs' software.

(2) That the Court order each Defendant to pay Plaintiffs' actual and consequential damages incurred or statutory damages;

(3)   That the Court order each Defendant to account for and disgorge to Plaintiffs all profits derived from its unlawful acts;

(4)   That the Court order each Defendant to pay Plaintiffs' litigation expenses, including reasonable attorneys' fees and costs of this action; and

(5)   That the Court grant Plaintiffs any such further relief as the Court may deem just and proper.

| | |
|---|---|
| Dated: September 16, 2011<br>　　　　New York, New York | Respectfully submitted,<br><br>*Daniel B. Ravicher*<br>By: _____<br>Daniel B. Ravicher (DR1498)<br>Law Offices of Daniel B. Ravicher, Esq.<br>1375 Broadway, Suite 600<br>New York, NY 10018<br>Tel.: 646-470-2641<br>Fax.: 212-591-6038 |

## **EXHIBIT A**

```
                    GNU GENERAL PUBLIC LICENSE
                       Version 2, June 1991

 Copyright (C) 1989, 1991 Free Software Foundation, Inc.,
 51 Franklin Street, Fifth Floor, Boston, MA 02110-1301 USA
 Everyone is permitted to copy and distribute verbatim copies
 of this license document, but changing it is not allowed.

                            Preamble

  The licenses for most software are designed to take away your
freedom to share and change it.  By contrast, the GNU General Public
License is intended to guarantee your freedom to share and change free
software--to make sure the software is free for all its users.  This
General Public License applies to most of the Free Software
Foundation's software and to any other program whose authors commit to
using it.  (Some other Free Software Foundation software is covered by
the GNU Lesser General Public License instead.)  You can apply it to
your programs, too.

  When we speak of free software, we are referring to freedom, not
price.  Our General Public Licenses are designed to make sure that you
have the freedom to distribute copies of free software (and charge for
this service if you wish), that you receive source code or can get it
if you want it, that you can change the software or use pieces of it
in new free programs; and that you know you can do these things.

  To protect your rights, we need to make restrictions that forbid
anyone to deny you these rights or to ask you to surrender the rights.
These restrictions translate to certain responsibilities for you if you
distribute copies of the software, or if you modify it.

  For example, if you distribute copies of such a program, whether
gratis or for a fee, you must give the recipients all the rights that
you have.  You must make sure that they, too, receive or can get the
source code.  And you must show them these terms so they know their
rights.

  We protect your rights with two steps: (1) copyright the software, and
(2) offer you this license which gives you legal permission to copy,
distribute and/or modify the software.

  Also, for each author's protection and ours, we want to make certain
that everyone understands that there is no warranty for this free
software.  If the software is modified by someone else and passed on, we
want its recipients to know that what they have is not the original, so
that any problems introduced by others will not reflect on the original
authors' reputations.

  Finally, any free program is threatened constantly by software
patents.  We wish to avoid the danger that redistributors of a free
program will individually obtain patent licenses, in effect making the
program proprietary.  To prevent this, we have made it clear that any
patent must be licensed for everyone's free use or not licensed at all.
```

   The precise terms and conditions for copying, distribution and
modification follow.

		    GNU GENERAL PUBLIC LICENSE
   TERMS AND CONDITIONS FOR COPYING, DISTRIBUTION AND MODIFICATION

  0. This License applies to any program or other work which contains
a notice placed by the copyright holder saying it may be distributed
under the terms of this General Public License.  The "Program", below,
refers to any such program or work, and a "work based on the Program"
means either the Program or any derivative work under copyright law:
that is to say, a work containing the Program or a portion of it,
either verbatim or with modifications and/or translated into another
language.  (Hereinafter, translation is included without limitation in
the term "modification".)  Each licensee is addressed as "you".

Activities other than copying, distribution and modification are not
covered by this License; they are outside its scope.  The act of
running the Program is not restricted, and the output from the Program
is covered only if its contents constitute a work based on the
Program (independent of having been made by running the Program).
Whether that is true depends on what the Program does.

  1. You may copy and distribute verbatim copies of the Program's
source code as you receive it, in any medium, provided that you
conspicuously and appropriately publish on each copy an appropriate
copyright notice and disclaimer of warranty; keep intact all the
notices that refer to this License and to the absence of any warranty;
and give any other recipients of the Program a copy of this License
along with the Program.

You may charge a fee for the physical act of transferring a copy, and
you may at your option offer warranty protection in exchange for a fee.

  2. You may modify your copy or copies of the Program or any portion
of it, thus forming a work based on the Program, and copy and
distribute such modifications or work under the terms of Section 1
above, provided that you also meet all of these conditions:

    a) You must cause the modified files to carry prominent notices
    stating that you changed the files and the date of any change.

    b) You must cause any work that you distribute or publish, that in
    whole or in part contains or is derived from the Program or any
    part thereof, to be licensed as a whole at no charge to all third
    parties under the terms of this License.

    c) If the modified program normally reads commands interactively
    when run, you must cause it, when started running for such
    interactive use in the most ordinary way, to print or display an
    announcement including an appropriate copyright notice and a
    notice that there is no warranty (or else, saying that you provide
    a warranty) and that users may redistribute the program under
    these conditions, and telling the user how to view a copy of this

    License.  (Exception: if the Program itself is interactive but
    does not normally print such an announcement, your work based on
    the Program is not required to print an announcement.)

These requirements apply to the modified work as a whole.  If
identifiable sections of that work are not derived from the Program,
and can be reasonably considered independent and separate works in
themselves, then this License, and its terms, do not apply to those
sections when you distribute them as separate works.  But when you
distribute the same sections as part of a whole which is a work based
on the Program, the distribution of the whole must be on the terms of
this License, whose permissions for other licensees extend to the
entire whole, and thus to each and every part regardless of who wrote it.

Thus, it is not the intent of this section to claim rights or contest
your rights to work written entirely by you; rather, the intent is to
exercise the right to control the distribution of derivative or
collective works based on the Program.

In addition, mere aggregation of another work not based on the Program
with the Program (or with a work based on the Program) on a volume of
a storage or distribution medium does not bring the other work under
the scope of this License.

  3. You may copy and distribute the Program (or a work based on it,
under Section 2) in object code or executable form under the terms of
Sections 1 and 2 above provided that you also do one of the following:

    a) Accompany it with the complete corresponding machine-readable
    source code, which must be distributed under the terms of Sections
    1 and 2 above on a medium customarily used for software interchange; or,

    b) Accompany it with a written offer, valid for at least three
    years, to give any third party, for a charge no more than your
    cost of physically performing source distribution, a complete
    machine-readable copy of the corresponding source code, to be
    distributed under the terms of Sections 1 and 2 above on a medium
    customarily used for software interchange; or,

    c) Accompany it with the information you received as to the offer
    to distribute corresponding source code.  (This alternative is
    allowed only for noncommercial distribution and only if you
    received the program in object code or executable form with such
    an offer, in accord with Subsection b above.)

The source code for a work means the preferred form of the work for
making modifications to it.  For an executable work, complete source
code means all the source code for all modules it contains, plus any
associated interface definition files, plus the scripts used to
control compilation and installation of the executable.  However, as a
special exception, the source code distributed need not include
anything that is normally distributed (in either source or binary
form) with the major components (compiler, kernel, and so on) of the
operating system on which the executable runs, unless that component
itself accompanies the executable.

```
If distribution of executable or object code is made by offering
access to copy from a designated place, then offering equivalent
access to copy the source code from the same place counts as
distribution of the source code, even though third parties are not
compelled to copy the source along with the object code.

  4. You may not copy, modify, sublicense, or distribute the Program
except as expressly provided under this License.  Any attempt
otherwise to copy, modify, sublicense or distribute the Program is
void, and will automatically terminate your rights under this License.
However, parties who have received copies, or rights, from you under
this License will not have their licenses terminated so long as such
parties remain in full compliance.

  5. You are not required to accept this License, since you have not
signed it.  However, nothing else grants you permission to modify or
distribute the Program or its derivative works.  These actions are
prohibited by law if you do not accept this License.  Therefore, by
modifying or distributing the Program (or any work based on the
Program), you indicate your acceptance of this License to do so, and
all its terms and conditions for copying, distributing or modifying
the Program or works based on it.

  6. Each time you redistribute the Program (or any work based on the
Program), the recipient automatically receives a license from the
original licensor to copy, distribute or modify the Program subject to
these terms and conditions.  You may not impose any further
restrictions on the recipients' exercise of the rights granted herein.
You are not responsible for enforcing compliance by third parties to
this License.

  7. If, as a consequence of a court judgment or allegation of patent
infringement or for any other reason (not limited to patent issues),
conditions are imposed on you (whether by court order, agreement or
otherwise) that contradict the conditions of this License, they do not
excuse you from the conditions of this License.  If you cannot
distribute so as to satisfy simultaneously your obligations under this
License and any other pertinent obligations, then as a consequence you
may not distribute the Program at all.  For example, if a patent
license would not permit royalty-free redistribution of the Program by
all those who receive copies directly or indirectly through you, then
the only way you could satisfy both it and this License would be to
refrain entirely from distribution of the Program.

If any portion of this section is held invalid or unenforceable under
any particular circumstance, the balance of the section is intended to
apply and the section as a whole is intended to apply in other
circumstances.

It is not the purpose of this section to induce you to infringe any
patents or other property right claims or to contest validity of any
such claims; this section has the sole purpose of protecting the
integrity of the free software distribution system, which is
implemented by public license practices.  Many people have made
```

```
generous contributions to the wide range of software distributed
through that system in reliance on consistent application of that
system; it is up to the author/donor to decide if he or she is willing
to distribute software through any other system and a licensee cannot
impose that choice.

This section is intended to make thoroughly clear what is believed to
be a consequence of the rest of this License.

  8. If the distribution and/or use of the Program is restricted in
certain countries either by patents or by copyrighted interfaces, the
original copyright holder who places the Program under this License
may add an explicit geographical distribution limitation excluding
those countries, so that distribution is permitted only in or among
countries not thus excluded.  In such case, this License incorporates
the limitation as if written in the body of this License.

  9. The Free Software Foundation may publish revised and/or new versions
of the General Public License from time to time.  Such new versions will
be similar in spirit to the present version, but may differ in detail to
address new problems or concerns.

Each version is given a distinguishing version number.  If the Program
specifies a version number of this License which applies to it and "any
later version", you have the option of following the terms and conditions
either of that version or of any later version published by the Free
Software Foundation.  If the Program does not specify a version number of
this License, you may choose any version ever published by the Free Software
Foundation.

  10. If you wish to incorporate parts of the Program into other free
programs whose distribution conditions are different, write to the author
to ask for permission.  For software which is copyrighted by the Free
Software Foundation, write to the Free Software Foundation; we sometimes
make exceptions for this.  Our decision will be guided by the two goals
of preserving the free status of all derivatives of our free software and
of promoting the sharing and reuse of software generally.

                            NO WARRANTY

  11. BECAUSE THE PROGRAM IS LICENSED FREE OF CHARGE, THERE IS NO WARRANTY
FOR THE PROGRAM, TO THE EXTENT PERMITTED BY APPLICABLE LAW.  EXCEPT WHEN
OTHERWISE STATED IN WRITING THE COPYRIGHT HOLDERS AND/OR OTHER PARTIES
PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESSED
OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF
MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.  THE ENTIRE RISK AS
TO THE QUALITY AND PERFORMANCE OF THE PROGRAM IS WITH YOU.  SHOULD THE
PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF ALL NECESSARY SERVICING,
REPAIR OR CORRECTION.

  12. IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MAY MODIFY AND/OR
REDISTRIBUTE THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES,
INCLUDING ANY GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING
OUT OF THE USE OR INABILITY TO USE THE PROGRAM (INCLUDING BUT NOT LIMITED
```

```
TO LOSS OF DATA OR DATA BEING RENDERED INACCURATE OR LOSSES SUSTAINED BY
YOU OR THIRD PARTIES OR A FAILURE OF THE PROGRAM TO OPERATE WITH ANY OTHER
PROGRAMS), EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE
POSSIBILITY OF SUCH DAMAGES.

                     END OF TERMS AND CONDITIONS

            How to Apply These Terms to Your New Programs

  If you develop a new program, and you want it to be of the greatest
possible use to the public, the best way to achieve this is to make it
free software which everyone can redistribute and change under these terms.

  To do so, attach the following notices to the program.  It is safest
to attach them to the start of each source file to most effectively
convey the exclusion of warranty; and each file should have at least
the "copyright" line and a pointer to where the full notice is found.

    <one line to give the program's name and a brief idea of what it does.>
    Copyright (C) <year>  <name of author>

    This program is free software; you can redistribute it and/or modify
    it under the terms of the GNU General Public License as published by
    the Free Software Foundation; either version 2 of the License, or
    (at your option) any later version.

    This program is distributed in the hope that it will be useful,
    but WITHOUT ANY WARRANTY; without even the implied warranty of
    MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
    GNU General Public License for more details.

    You should have received a copy of the GNU General Public License along
    with this program; if not, write to the Free Software Foundation, Inc.,
    51 Franklin Street, Fifth Floor, Boston, MA 02110-1301 USA.

Also add information on how to contact you by electronic and paper mail.

If the program is interactive, make it output a short notice like this
when it starts in an interactive mode:

    Gnomovision version 69, Copyright (C) year name of author
    Gnomovision comes with ABSOLUTELY NO WARRANTY; for details type `show w'.
    This is free software, and you are welcome to redistribute it
    under certain conditions; type `show c' for details.

The hypothetical commands `show w' and `show c' should show the appropriate
parts of the General Public License.  Of course, the commands you use may
be called something other than `show w' and `show c'; they could even be
mouse-clicks or menu items--whatever suits your program.

You should also get your employer (if you work as a programmer) or your
school, if any, to sign a "copyright disclaimer" for the program, if
necessary.  Here is a sample; alter the names:

  Yoyodyne, Inc., hereby disclaims all copyright interest in the program
```

    `Gnomovision' (which makes passes at compilers) written by James Hacker.

    <signature of Ty Coon>, 1 April 1989
    Ty Coon, President of Vice

This General Public License does not permit incorporating your program into
proprietary programs.  If your program is a subroutine library, you may
consider it more useful to permit linking proprietary applications with the
library.  If this is what you want to do, use the GNU Lesser General
Public License instead of this License.