Scheindlin J

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
SOFTWARE FREEDOM CONSERVANCY,
INC. and ERIK ANDERSEN,                      :   ECF CASE
                             Plaintiffs,    :
         -against-                         :   09-CV-10155 (SAS)
                                           :
BEST BUY CO., INC., et al.,                  :   STIPULATION OF DISMISSAL
                            Defendants.    :
---------------------------------------------------------- X

      Pursuant to Federal Rule of Civil Procedure 41(a) and the agreement of the parties, Plaintiffs Software Freedom Conservancy, Inc. and Erik Andersen and Defendant ZyXEL Communications, Inc.. ("ZyXEL") hereby stipulate to dismiss defendant ZyXEL from this action WITHOUT PREJUDICE, and agree that the parties shall bear their own costs, attorneys' fees, and other expenses in connection with the above-captioned action without costs to any party. Plaintiffs maintain this action against all other defendants.

      Dated: October 28, 2011

_____
Daniel B. Ravicher (DR 1498)
The Law Offices of Daniel B. Ravicher, Esq.
1375 Broadway, Ste. 600
New York, NY 10018
(646) 470-2641

Attorneys for Plaintiffs *Software Freedom Conservancy, Inc. and Erik Andersen*

_____
David Leichtman
Robins, Kaplan, Miller & Ciresi L.L.P.
601 Lexington Avenue, Suite 3400
New York, NY 10022
(212) 980-7400

Attorneys for Defendant *ZyXEL Communications, Inc.*

SO ORDERED this 31 day of Oct 2011.

_____
The Honorable Shira A. Scheindlin
United States District Judge