UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
Index No. 09-CV-10155 (SAS)

SOFTWARE FREEDOM CONSERVANCY, INC. AND ERIK ANDERSEN

, Plaintiff(s)

- against -

WESTINGHOUSE DIGITAL ELECTRONICS, LLC, PHOEBE MICRO, INC., AND ZYXEL COMMUNICATIONS INC.

, Defendant(s)

State of California    }
                       } SS.:
County of Santa Clara  }

### AFFIDAVIT OF SERVICE

Susan Jeanne Parker being duly sworn, deposes and says that she is over the age of 18 years; is not a party to this action and resides within the State of California. That on 11/15/2011 at 9:29 AM at:
PHOEBE MICRO, INC.
47606 KATO ROAD
FREMONT CA 94538
Deponent served the:

SUMMONS IN A CIVIL ACTION AND AMENDED COMPLAINT

on PHOEBE MICRO, INC.

a domestic and/or foreign corporation
by delivering thereat a true copy to Flora Zheng personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be the Managing Agent and who stated that they were authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 30   HEIGHT: 5'4''   WEIGHT: 115   HAIR: BLACK   RACE: ASIAN   SEX: FEMALE

Susan Jeanne Parker           Lic. #n/a
ServerLinks.com               Lic. # 1104670
OUR DOC# 28321
The Law Offices of Daniel B. Ravicher, Esq.
1375 Broadway
Suite 600
New York NY 10018
646-470-2641

SWORN TO BEFORE ME  11-16-11
                    (date)



STATE OF CALIFORNIA
COUNTY OF SANTA CLARA

MOHAMMAD B. SAMI
COMM. # 1881322
NOTARY PUBLIC
CALIFORNIA
SANTA CLARA COUNTY
EXP. MARCH 1, 2014