UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

SOFTWARE FREEDOM
CONSERVANCY, INC. and ERIK
ANDERSEN,

         Plaintiffs,

    - against -

WESTINGHOUSE DIGITAL
ELECTRONICS, LLC, PHOEBE
MICRO, INC., ZYXEL
COMMUNICATIONS INC. and
WESTERN DIGITAL CORPORATION,

         Defendants.

------------------------------------------------------- X

ORDER

09 Civ. 10155 (SAS)



**SHIRA A. SCHEINDLIN, U.S.D.J.:**

The August 8, 2011 Order in this matter is hereby vacated. The Clerk of the Court is directed to withdraw this entry (Docket No. 211) from the docket.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
         January 5, 2012

## - Appearances -

**For Plaintiffs:**

Daniel B. Ravicher, Esq.
Aaron Williamson, Esq.
Michael A. Spiegel, Esq.
Software Freedom Law Center
1995 Broadway, 17th Floor
New York, New York 10023-5882
(212) 580-0880

**For Respondent Westinghouse Digital, LLC:**

Barry M. Kazan, Esq.
Thompson Hine LLP
335 Madison Avenue, 12th Floor
New York, New York 10017
(212) 344-5680

**For Westinghouse Digital Electronics, LLC:**

Kyle Bradford Fleming, Esq.
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802
(216) 816-7374

Sarah Hawa Bawany Yousuf, Esq.
Balber, Pickard, Battistoni, Maldonado & Van Der Tuin
1370 Avenue of the Americas
New York, New York
(212) 246-2400

**For Phoebe Micro, Inc.:**

Andrew Kaver, Esq.
The Law Office of Andrew M. Kaver
32 Broadway, Suite 1710

New York, New York 10004
(212) 897-5803

Brian Scott Cohen, Esq.
Cohen Law Group, P.C.
1220 Broadway, Suite 708
New York, New York 10001
(212) 967-2879

**For Zyxel Communications Inc.:**

David Leichtman, Esq.
Robins, Kaplan, Miller & Ciresi LLP
601 Lexington Avenue, Suite 3400
New York, New York 10022
(212) 980-7400

Emily Bab Kirsch, Esq.
Reed Smith
599 Lexington Avenue
New York, New York 10022
(212) 521-5400

Shiou-Jin Christine Hwang Yang, Esq.
Law Offices of S.J. Christine Yang
17220 Newhope Street, Suite 101-102
Fountain Valley, California 92708
(714) 641-4022

**For Western Digital Corporation:**

Ognjan Varbanov Shentov, Esq.
Jones Day (Cleveland)
901 Lakeside Avenue
Cleveland, Ohio 44114
(212) 326-3650

Lynn Michelle Marvin, Esq.
Stela Christina Tipi, Esq.

Jones Day (NYC)
222 East 41st Street
New York, New York
(212) 326-3939