UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
SOFTWARE FREEDOM CONSERVANCY, INC., et al.,

                Plaintiffs,

-against-

BEST BUY, INC., et al.

                Defendants.
------------------------------------------------------------- X

**SECOND REVISED SCHEDULING ORDER**

09-CV-10155 (SAS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/12

SHIRA A. SCHEINDLIN, U.S.D.J.:

    WHEREAS, the Court issued a Scheduling Order on February 22, 2010 (the "Scheduling Order") and a Revised Scheduling Order on November 17, 2010 (the "Revised Scheduling Order");

    WHEREAS, the Revised Scheduling Order provided for fact discovery to be completed by February 18, 2011, and expert discovery to be completed by June 15, 2011;

    WHEREAS, with permission of the Court, Plaintiffs filed an Amended Complaint on November 15, 2011 (the "Amended Complaint") expressly including additional accused infringing products not expressly identified in the original complaint and the lone remaining defendant Answered the Amended Complaint on December 16, 2011; and

    WHEREAS, the parties are currently performing discovery related to the additional accused infrining products included in the Amended Complaint;

    NOW THEREFORE, the Court revises the Revised Scheduling Order as follows:

        (1) Fact discovery is to be completed by March 16, 2012;

        (2) Initial expert reports due April 20, 2012;

        (3) Rebuttal expert reports due May 18, 2012; and

        (4) Each expert's deposition and expert discovery will be completed by June 15, 2012.

*No further extensions will be granted*

SO ORDERED

SHIRA A. SCHEINDLIN
United States District Judge

Dated: New York, New York
       Feb 10, 2012