Exhibit 1

```
From andersen@codepoet.org Sat Apr  7 00:56:09 2007
Return-Path: <andersen@codepoet.org>
Delivered-To: gpl-busybox@softwarefreedom.org
Received: from localhost (rutledge [127.0.0.1])
        by mail.sflc.info (Postfix) with SMTP id 3BA08480679BD
        for <gpl-busybox@softwarefreedom.org>; Sat,  7 Apr 2007 00:56:09 -0400 (
EDT)
Received: from codepoet.org (codepoet.org [166.70.99.138])
        (using TLSv1 with cipher ADH-AES256-SHA (256/256 bits))
        (No client certificate requested)
        by mail.sflc.info (Postfix) with ESMTP id 9BA0D4804AEC9
        for <gpl-busybox@softwarefreedom.org>; Sat,  7 Apr 2007 00:56:08 -0400 (
EDT)
Received: by codepoet.org (Codepoet.org Mail Daemon, from userid 1000)
        id 71B0EFA0599; Fri,  6 Apr 2007 22:56:06 -0600 (MDT)
```
**Date: Fri, 6 Apr 2007 22:56:06 -0600**
**From:  Erik Andersen <andersen@codepoet.org>**
**To: "Bradley M. Kuhn" <gpl-busybox@softwarefreedom.org>**
```
Cc: mjn3@codepoet.org
```
**Subject:  Re: GPL enforcement**
```
Message-ID: <20070407045606.GA14527@codepoet.org>
Reply-To: andersen@codepoet.org
Mail-Followup-To: andersen@codepoet.org,
        "Bradley M. Kuhn" <gpl-busybox@softwarefreedom.org>,
        mjn3@codepoet.org
References: <87648k3j8k.fsf@shipitfish.net> <20070329161246.GA18225@codepoet.org
> <871wj7ll61.fsf@shipitfish.net>
MIME-Version: 1.0
Content-Type: multipart/signed; micalg=pgp-sha1;
        protocol="application/pgp-signature"; boundary="82I3+IH0IqGh5yIs"
Content-Disposition: inline
In-Reply-To: <871wj7ll61.fsf@shipitfish.net>
X-No-Junk-Mail: I do not want to get *any* junk mail.
User-Agent: Mutt/1.5.13 (2006-08-11)
X-DSPAM-Result: Innocent
X-DSPAM-Processed: Sat Apr  7 00:56:09 2007
X-DSPAM-Confidence: 0.9899
X-DSPAM-Improbability: 1 in 9809 chance of being spam
X-DSPAM-Probability: 0.0000
X-DSPAM-Signature: 2504,4617246970951134311015
X-DSPAM-Factors: 27,
        just, 0.01000,
        Date*Apr, 0.01000,
        from, 0.01000,
        of, 0.01000,
        of, 0.01000,
        Received*ESMTP, 0.01000,
        Content-Disposition*inline, 0.01000,
        Content-Disposition*inline, 0.01000,
        Received*client+certificate, 0.01000,
        message, 0.01000,
        message, 0.01000,
        Date*Fri, 0.01000,
        Received*softwarefreedom.org>, 0.01000,
        Received*TLSv1+with, 0.01000,
        To*<gpl, 0.01000,
        and+the, 0.01000,
        and+the, 0.01000,
        BusyBox, 0.01000,
        BusyBox, 0.01000,
        Received*mail.sflc.info, 0.01000,
        Content-Transfer-Encoding*quoted+printable, 0.01000,
        Received*(using, 0.01000,
```

```
            Received*(No, 0.01000,
            Received*with+cipher, 0.01000,
            Received*busybox, 0.01000,
            Received*SHA, 0.01000,
            Received*Mail, 0.01000
Status: RO
Content-Length: 1238


--82I3+IH0IqGh5yIs
Content-Type: text/plain; charset=us-ascii
Content-Disposition: inline
Content-Transfer-Encoding: quoted-printable

On Thu Mar 29, 2007 at 06:49:58PM -0400, Bradley M. Kuhn wrote:
> Erik and mjn3, I just need a message from you stating something like:
>=20
>     "As a copyright holder in the Conservancy's BusyBox and uClibc
>      projects, I appoint the Conservancy as my agent in enforcement of
>      those copyrights and the GPL and LGPL licenses (respectively) on those
>      software packages."

As a copyright holder in the Conservancy's BusyBox and uClibc
projects, I appoint the Conservancy as my agent in enforcement of
those copyrights and the GPL and LGPL licenses (respectively) on
those software packages.

 -Erik

--
Erik B. Andersen             http://codepoet-consulting.com/
--This message was written using 73% post-consumer electrons--

--82I3+IH0IqGh5yIs
Content-Type: application/pgp-signature; name="signature.asc"
Content-Description: Digital signature
Content-Disposition: inline

-----BEGIN PGP SIGNATURE-----
Version: GnuPG v1.4.3 (GNU/Linux)

iD8DBQFGFyRmX5tkPjDTkFcRAiyfAJ9/qrdVlCvv9a2J/UlEEqqWTPwBygCeJ4TH
ktlRb9nbkDh1Kdic++MJZw0=
=IXXt
-----END PGP SIGNATURE-----

--82I3+IH0IqGh5yIs--
```