Exhibit 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**TX 6-869-051**

**Effective date of registration:**

October 2, 2008

## Title

**Title of Work:** BusyBox, v.0.60.3

## Completion/ Publication

**Year of Completion:** 2002

**Date of 1st Publication:** April 27, 2002

## Author

- **Author:** Erik Andersen

**Author Created:** New and revised computer source code by Erik Andersen

**Work made for hire:** No

**Citizen of:** United States          **Domiciled in:** United States

**Year Born:** 1971

**Anonymous:** No          **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Erik Andersen

352 North 525 East, Springville, Utah, 84663

## Limitation of copyright claim

**Material excluded from this claim:** Previous version of the program and computer program code from other sources

**New material included in claim:** New and revised computer source code by Erik Andersen

## Certification

**Name:** Erik Andersen

**Date:** September 18, 2007

**Correspondence:** Yes