Exhibit 3

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-441-841

**Effective date of
registration:**

August 30, 2011

---

## Title

**Title of Work:** BusyBox, version 1.00-pre1

## Completion/Publication

**Year of Completion:** 2003

**Date of 1st Publication:** July 15, 2003 **Nation of 1st Publication:** United States

## Author

- **Author:** Erik Andersen

  **Author Created:** text, compilation, editing, computer program

  **Work made for hire:** No

  **Citizen of:** United States **Domiciled in:** United States

  **Year Born:** 1971

## Copyright claimant

**Copyright Claimant:** Erik Andersen

352 N 525 East, SPRINGVILLE, UT, 84663-1579, United States

## Limitation of copyright claim

**Material excluded from this claim:** text, computer program

**Previous registration and year:** TX 6-869-051   2008

**New material included in claim:** text, compilation, editing, computer program

## Rights and Permissions

**Organization Name:** Software Freedom Conservancy, Inc.

**Address:** 137 MONTAGUE ST   STE 380

BROOKLYN, NY 11201  United States

## Certification

---

**Name:**   Bradley M. Kuhn

**Date:**   August 30, 2011



**Registration #:** TX0007441841
**Service Request #:** 1-654604812



Software Freedom Conservancy, Inc.
Software Freedom Conservancy, Inc.
137 MONTAGUE ST  STE 380
BROOKLYN, NY 11201-3548  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-450-229**

**Effective date of registration:**

August 31, 2011

---

## Title

**Title of Work:** BusyBox, version 1.00-pre2

## Completion/Publication

**Year of Completion:** 2003

**Date of 1st Publication:** July 30, 2003          **Nation of 1st Publication:** United States

## Author

■   **Author:** Erik Andersen

**Author Created:** text, compilation, editing, computer program

**Work made for hire:** No

**Citizen of:** United States          **Domiciled in:** United States

**Year Born:** 1971

## Copyright claimant

**Copyright Claimant:** Erik Andersen

352 N 525 East, SPRINGVILLE, UT, 84663-1579, United States

## Limitation of copyright claim

**Material excluded from this claim:** text, computer program

**Previous registration and year:** TX 6-869-051     2008

**New material included in claim:** text, compilation, editing, computer program

## Rights and Permissions

**Organization Name:** Software Freedom Conservancy, Inc.

**Address:** 137 MONTAGUE ST   STE 380

BROOKLYN, NY 11201  United States

## Certification

**Name:**   Bradley M. Kuhn

**Date:**   August 31, 2011



**Registration #:**   TX0007450229
**Service Request #:**   1-655039228



Software Freedom Conservancy, Inc.
Software Freedom Conservancy, Inc.
137 MONTAGUE ST  STE 380
BROOKLYN, NY 11201-3548  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-450-225

**Effective date of registration:**

August 31, 2011

---

## Title
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**Title of Work:** BusyBox, version 1.00-pre3

## Completion/Publication
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**Year of Completion:** 2003

**Date of 1st Publication:** September 12, 2003    **Nation of 1st Publication:** United States

## Author
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

■ **Author:** Erik Andersen

**Author Created:** text, compilation, editing, computer program

**Work made for hire:** No

**Citizen of:** United States    **Domiciled in:** United States

**Year Born:** 1971

## Copyright claimant
━━━━━━━━━━━━━━━━━━━━━━━━━━━

**Copyright Claimant:** Erik Andersen

352 N 525 East, SPRINGVILLE, UT, 84663-1579, United States

## Limitation of copyright claim
━━━━━━━━━━━━━━━━━━━

**Material excluded from this claim:** text, computer program

**Previous registration and year:** TX 6-869-051    2008

**New material included in claim:** text, compilation, editing, computer program

## Rights and Permissions
━━━━━━━━━━━━━━━━━━━━━

**Organization Name:** Software Freedom Conservancy, Inc.

**Address:** 137 MONTAGUE ST   STE 380

BROOKLYN, NY 11201  United States

## Certification
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**Name:**   Bradley M. Kuhn

**Date:**   August 31, 2011



**Registration #:**   TX0007450225
**Service Request #:**   1-655044385



Software Freedom Conservancy, Inc.
Software Freedom Conservancy, Inc.
137 MONTAGUE ST  STE 380
BROOKLYN, NY 11201-3548  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-450-179

**Effective date of
registration:**

August 31, 2011

---

## Title

**Title of Work:** BusyBox, version 1.00-pre4

## Completion/Publication

**Year of Completion:** 2003

**Date of 1st Publication:** December 10, 2003        **Nation of 1st Publication:** United States

## Author

■        **Author:** Erik Andersen

**Author Created:** text, compilation, editing, computer program

**Work made for hire:** No

**Citizen of:** United States        **Domiciled in:** United States

**Year Born:** 1971

## Copyright claimant

**Copyright Claimant:** Erik Andersen

352 N 525 East, SPRINGVILLE, UT, 84663-1579, United States

## Limitation of copyright claim

**Material excluded from this claim:** text, computer program

**Previous registration and year:** TX 6-869-051    2008

**New material included in claim:** text, compilation, editing, computer program

## Rights and Permissions

**Organization Name:** Software Freedom Conservancy, Inc.

**Address:** 137 MONTAGUE ST   STE 380

BROOKLYN, NY 11201  United States

## Certification

**Name:**   Bradley M. Kuhn

**Date:**   August 31, 2011



**Registration #:**   TX0007450179
**Service Request #:**   1-655091784



Software Freedom Conservancy, Inc.
137 MONTAGUE ST  STE 380
137 MONTAGUE ST  STE 380
BROOKLYN, NY 11201-3548  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-443-243

**Effective date of registration:**

September 1, 2011

## Title

**Title of Work:** BusyBox, version 1.00-pre6

## Completion/Publication

**Year of Completion:** 2004

**Date of 1st Publication:** January 31, 2004       **Nation of 1st Publication:** United States

## Author

- **Author:** Erik Andersen

  **Author Created:** text, compilation, editing, computer program

  **Work made for hire:** No

  **Citizen of:** United States          **Domiciled in:** United States

  **Year Born:** 1971

## Copyright claimant

**Copyright Claimant:** Erik Andersen

352 N 525 East, SPRINGVILLE, UT, 84663-1579, United States

## Limitation of copyright claim

**Material excluded from this claim:** text, computer program

**Previous registration and year:** TX 6-869-051     2008

**New material included in claim:** text, compilation, editing, computer program

## Rights and Permissions

**Organization Name:** Software Freedom Conservancy, Inc.

**Address:** 137 MONTAGUE ST   STE 380

BROOKLYN, NY 11201  United States

## Certification

**Name:**   Bradley M. Kuhn

**Date:**   September 1, 2011



**Registration #:**  TX0007443243
**Service Request #:**  1-655691236



Software Freedom Conservancy, Inc.
137 MONTAGUE ST  STE 380
BROOKLYN, NY 11201-3548  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-445-924

**Effective date of registration:**

September 6, 2011

---

## Title

**Title of Work:** BusyBox, version 1.00-pre8

## Completion/Publication

**Year of Completion:** 2004

**Date of 1st Publication:** February 23, 2004    **Nation of 1st Publication:** United States

## Author

- **Author:** Erik Andersen

  **Author Created:** text, compilation, editing, computer program

  **Work made for hire:** No

  **Citizen of:** United States    **Domiciled in:** United States

  **Year Born:** 1971

## Copyright claimant

**Copyright Claimant:** Erik Andersen

352 N 525 East, SPRINGVILLE, UT, 84663-1579, United States

## Limitation of copyright claim

**Material excluded from this claim:** text, computer program

**Previous registration and year:** TX 6-869-051    2008

**New material included in claim:** text, compilation, editing, computer program

## Rights and Permissions

**Organization Name:** Software Freedom Conservancy, Inc.

**Address:** 137 MONTAGUE ST   STE 380

BROOKLYN, NY 11201 United States

## Certification

**Name:**   Bradley M. Kuhn

**Date:**   September 6, 2011



**Registration #:**   TX0007445924
**Service Request #:**   1-657538342



Software Freedom Conservancy, Inc.
Software Freedom Conservancy, Inc.
137 MONTAGUE ST  STE 380
BROOKLYN, NY 11201-3548  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-445-912

**Effective date of registration:**

September 6, 2011

## Title ─────────────────────────

**Title of Work:** BusyBox, version 1.00-pre9

## Completion/Publication ─────────

**Year of Completion:** 2004

**Date of 1st Publication:** April 7, 2004       **Nation of 1st Publication:** United States

## Author ────────────────────────

■ **Author:** Erik Andersen

**Author Created:** text, compilation, editing, computer program

**Work made for hire:** No

**Citizen of:** United States       **Domiciled in:** United States

**Year Born:** 1971

## Copyright claimant ─────────────

**Copyright Claimant:** Erik Andersen

352 N 525 East, SPRINGVILLE, UT, 84663-1579, United States

## Limitation of copyright claim ──

**Material excluded from this claim:** text, computer program

**Previous registration and year:** TX 6-869-051     2008

**New material included in claim:** text, compilation, editing, computer program

## Rights and Permissions ─────────

**Organization Name:** Software Freedom Conservancy, Inc.

**Address:** 137 MONTAGUE ST   STE 380

BROOKLYN, NY 11201  United States

## Certification ──────────────────

**Name:** Bradley M. Kuhn

**Date:** September 6, 2011



**Registration #:**   TX0007445912
**Service Request #:**   1-657538446

Software Freedom Conservancy, Inc.
Software Freedom Conservancy, Inc.
137 MONTAGUE ST  STE 380
BROOKLYN, NY 11201-3548  United States

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-445-909

**Effective date of registration:**

September 6, 2011

## Title

**Title of Work:** BusyBox, version 1.00-rc1

## Completion/Publication

**Year of Completion:** 2004

**Date of 1st Publication:** July 20, 2004   **Nation of 1st Publication:** United States

## Author

**Author:** Erik Andersen

**Author Created:** text, compilation, editing, computer program

**Work made for hire:** No

**Citizen of:** United States   **Domiciled in:** United States

**Year Born:** 1971

## Copyright claimant

**Copyright Claimant:** Erik Andersen

352 N 525 East, SPRINGVILLE, UT, 84663-1579, United States

## Limitation of copyright claim

**Material excluded from this claim:** text, computer program

**Previous registration and year:** TX 6-869-051   2008

**New material included in claim:** text, compilation, editing, computer program

## Rights and Permissions

**Organization Name:** Software Freedom Conservancy, Inc.

**Address:** 137 MONTAGUE ST   STE 380

BROOKLYN, NY 11201   United States

## Certification

**Name:**   Bradley M. Kuhn

**Date:**   September 6, 2011

---

**Correspondence:**   Yes



**Registration #:**   TX0007445909
**Service Request #:**   1-657538539



Software Freedom Conservancy, Inc.
Software Freedom Conservancy, Inc.
137 MONTAGUE ST  STE 380
BROOKLYN, NY 11201-3548  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-412-131

**Effective date of registration:**

September 6, 2011

## Title

**Title of Work:** BusyBox, version 1.00

## Completion/Publication

**Year of Completion:** 2004

**Date of 1st Publication:** October 13, 2004    **Nation of 1st Publication:** United States

## Author

■   **Author:** Erik Andersen

**Author Created:** text, compilation, editing, computer program

**Work made for hire:** No

**Citizen of:** United States    **Domiciled in:** United States

**Year Born:** 1971

## Copyright claimant

**Copyright Claimant:** Erik Andersen

352 N 525 East, SPRINGVILLE, UT, 84663-1579, United States

## Limitation of copyright claim

**Material excluded from this claim:** text, computer program

**Previous registration and year:** TX 6-869-051    2008

**New material included in claim:** text, compilation, editing, computer program

## Rights and Permissions

**Organization Name:** Software Freedom Conservancy, Inc.

**Address:** 137 MONTAGUE ST   STE 380

BROOKLYN, NY 11201   United States

## Certification

**Name:**   Bradley M. Kuhn

**Date:**   September 6, 2011



**Registration #:**   TX0007412131

**Service Request #:**   1-657538662



Software Freedom Conservancy, Inc.
137 MONTAGUE ST  STE 380
BROOKLYN, NY 11201-3548  United States