# Exhibit A

## BusyBox versions found in Phoebe Products

| Phoebe Product | BusyBox Version | Date Confirmed |
|---|---|---|
| AICAP650W | 1.00-pre1 | 2009-08-31 and 2011-08-09 |
| AICAP650 | 1.00-pre1 | 2011-08-09 |
| AICN500 | 1.01 | 2011-08-09 |
| AICN500W | 1.01 | 2011-08-09 |
| AICN747W | 1.01 | 2011-08-09 |
| AICN777W | 1.01 | 2011-08-09 |
| ANAS350 | 1.00-rc2 | 2011-01-26 and 2011-08-09 |
| AP671W | 1.11.1 | 2011-08-09 |
| AR360W3G | 1.00-rc2 | 2011-01-26 and 2011-08-09 |
| AR525W | 1.00 | 2011-08-09 |
| AR570W | 1.15.2 | 2011-08-09 |
| AR660W3G | 1.11.1 | 2011-08-09 |
| AR675W | 1.00-pre8 | 2011-08-09 |
| AR680W | 1.00 | 2011-08-09 |

11