# Exhibit B

## RÉSUMÉ OF BRADLEY M. KUHN

**Experience:**

9/2010 – present     EXECUTIVE DIRECTOR AND PRESIDENT.

*Software Freedom Conservancy*        Brooklyn, NY

Coordinated and led all matters for a small non-profit 501(c)(3) software-related charity. Managed a staff of two and hundreds of volunteers in all aspects of fiscal sponsorship for Free Software projects, included conference coordination, travel funding, copyright, trademark and licensing issues, non-profit and Free Software project governance, software development, and investigation of enforcement and compliance with GPL, LGPL and other relevant Free Software licenses. Raised funds to grow the size of organization.

3/2010 – present     MEMBER, BOARD OF DIRECTORS.

*Free Software Foundation*        Brooklyn, NY

Served as an at-large member on FSF's Board of Directors. Held seats on FSF's finance committee, and Form 990 review committee. Advised FSF on policies relating to various political positions related to Free Software and copyleft licensing, campaigns, and GPL enforcement plans.

1/2008 – 1/2010     CO-MAINTAINER AND DEVELOPER.

*Pokersource*

Created entire test suite for Pokersource Twisted-based network poker game server software, released under the Affero GPL. Developed and improved Pokersource based on contractual needs of clients deploying the software online. Coordinated community leadership work with co-maintainer, Loïc Dachary.

3/2005 – 8/2010     POLICY ANALYST AND TECHNOLOGY DIRECTOR.

*Software Freedom Law Center*     New York, NY

Coordinated free software community relationships for a law firm which was (at the time) focused on providing pro-bono legal services to Open Source and Free Software projects. Educated and collaborated with legal staff to assist in their understanding of community and policy issues throughout the software freedom community.

Co-drafted various educational materials about legal and policy issues, including a *Primer on Legal Issues for Free Software Developers*, a *Guide to Compliance with the GPL*, various other documents. Co-Drafted and co-led the comment process for creation of the GCC Runtime Library Exception for GPLv3.

Managed, specified, deployed, administrated, and maintained all technological infrastructure for a staff of nine, including servers, bandwidth, phone systems, and other facility management systems.

Investigated violations of GPL, LGPL and other similarly-licensed software. Analyzed firmware files and documented presence of copyrighted code from Free Software developers.

1/2000 – 3/2005     *Free Software Foundation*   (Multiple positions.)      Boston, MA

3/2002 – 3/2005     EXECUTIVE DIRECTOR.

Handled all day-to-day senior management tasks for a staff of nine employees. Scheduled and directed all projects and departments, which included: archival research, book publishing, legal consulting, fund-raising, software development, and system administration. Mentored staff through turbulent organizational changes.

Formalized existing GNU General Public License (GPL) compliance activity into its own department. Worked closely with general counsel and staff to design and implement successful strategies for the new department. Led existing staff to increase case closure from a few per year to approximately thirty per year.

Carried out diplomacy throughout the technology industry to generate goodwill and secure contributions of software copyrights and funding. Leveraged strong technological background to negotiate decisively with executives and lawyers at large software and hardware for-profit companies and software-focused non-profit organizations.

Directed, guided and assisted staff to design and implement an associate membership program. Convinced the board of directors to adopt that program. Led the implementation of the program, which yielded record-breaking fund-raising returns, despite a widely documented economic downturn for non-profits during that period.

1/2001 – 3/2002     VICE PRESIDENT.

Reorganized management and departmental structure of Foundation. Handled and resolved employee performance situations. Hired staff as necessary. Coordinated closely with board of directors to build consensus for organizational changes.

Represented the Foundation in the press, including interviews in The New York Times, The Boston Globe, and throughout the technology press. Revamped the press image of the Foundation, including launching a successful ongoing response to direct press attacks by Microsoft in May 2001.

1/2000 – 12/2001    ASSISTANT TO THE PRESIDENT.

Coordinated with Foundation's president to handle communication with the press and volunteer community. Personally handled much of the Foundation's external email communication and routed necessary communication to the president and other staff.

Answered Free Software licensing questions and investigated violations of the GPL. Researched and prepared reports on licensing situations for the president and general counsel.

8/1998 – 6/1999     TEACHER.

*Walnut Hills High School*

*Cincinnati Public School System*                    Cincinnati, OH

Designed, prepared, and taught an Advanced Placement Computer Science course in C++ to junior and senior high school students.

7/1998, 3/1999    TECHNICAL TRAINER.

*Synapsis Solutions, Inc.*                           Berkeley, CA

Designed and wrote course materials for a four-day course entitled "Introduction to Perl for Programmers". Taught the course twice on site at Synapsis' client, Autodesk.


9/1997 – 7/1998    SYSTEM ADMINISTRATOR.

*Center for Geographic Information Systems*

*University of Cincinnati*                           Cincinnati, OH

Served as the head system administrator for a network of machines that included SGI Irix, Sun Solaris and Intel-based Windows NT systems. Developed and implemented a computer usage policy. Designed and implemented department-wide file sharing, user account, email and web server systems.

7/1996 – 8/1997     NETWORK AND SYSTEM ADMINISTRATOR.

Work contracted to:

*Westinghouse Wireless Solutions Company*     Linthicum, MD

Performed all administration tasks for a LAN of Sun workstations running Solaris 2.4 and 2.5.1, including: implementation of security measures and backup procedures, installation and integration of new hardware and software, extensive script writing in Perl and Korn shell to assist users, interacting with software and hardware vendors for ordering, pricing and service calls, and assisting users with the use of a Unix environment to perform software development tasks. Handled all user support requests for a department of fifty users. Served as the technical lead on the site's system administration team.

Performed all administration duties for machines running Red Hat GNU/Linux. These machines served as the DNS server, the mail server, and the Usenet news server for the entire site and subdomain. Configured Sendmail to suit mail services at the site.

Designed and implemented a suite of Perl programs that utilized CVS to enforce configuration management protocols. Maintained and enhanced these programs based on user requests and recommendations.

Designed and developed Intranet web site. Built a problem report system using Perl CGI scripts and a back-end database.

6/1991 – 7/1996    SOFTWARE DEVELOPER.    (Multiple clients.)

3/1996 – 7/1996    Work contracted to:

*Lucent Technologies*        Cockeysville, MD

Participated in a short term contract to reengineer a legacy software system. Evaluated configuration management and CASE tools. Worked on a development team using Booch OOA/OOD methodology and C++ with the Standard Template Library.

12/1995 – 3/1996    Work contracted to:

*dakota imaging, inc.*        Columbia, MD

Assisted in establishing a policy for maintaining software development under the Atria ClearCase environment. Designed and implemented a set of programs and Imakefiles that worked in concert with the ClearCase environment to implement that policy. Wrote Perl programs to generate reports for an OCR data retrieval system. Developed client/server imaging software in C.

6/1991 – 9/1995    Work contracted to:

*The Baltimore RH Typing Laboratory*    Baltimore, MD

Assisted with system administration tasks for an AT&T 3B2/600 running Unix System V Release 3.2.3. Configured and installed numerous Free Software tools.

Designed, implemented, maintained and augmented a large suite of software in Perl, Tcl, Bourne Shell, C, SQL, and Informix-4GL. This software provided end-user applications, middleware, data warehousing, and account management functions for the entire blood laboratory.

Designed and implemented an interface between the Tcl language and Informix database products using Informix-ESQL/C. Augmented Tcl to better to suit the needs of the client.

Designed and implemented a system that produced statistical calculations using genetic blood typing results retrieved from an SQL database. Maintained and augmented that system for two years.

**Education:**

9/1997 – 1/2001    THE UNIVERSITY OF CINCINNATI    Cincinnati, OH

M.S. in Computer Science, January 2001.

GPA: 3.93

Advisor: John Franco, PhD.

Thesis Title: *Considerations on Porting Perl to the Java Virtual Machine*

9/1995 – 12/1995    THE UNIVERSITY OF DELAWARE                Newark, DE

Studied for one semester as a funded graduate student in the Computer and Information Sciences graduate program.

GPA: 4.00


9/1991 – 5/1995     LOYOLA COLLEGE                        Baltimore, MD

B.S. (summa cum laude) in Computer Science, May 1995

Major GPA: 3.98   Overall GPA: 3.83

Graduated first in Computer Science class of 1995. Maryland Distinguished Scholar, Loyola Presidential Scholar, Maryland House of Delegates Scholar. Dean's List throughout attendance. Academic Achievement Award in Computer Science received each year of attendance. Upsilon Pi Epsilon (Computer Science Honors Society) member. Phi Beta Kappa member.

Administrated a local network of Computer Science department machines running Slackware GNU/Linux. Configured and installed Free Software. Set up and maintained campus-wide Usenet news server.

Conducted research on compiler optimizations for C++. Programmed extensively in Perl.

Received the Loyola College Hauber Summer Research Fellowship in 1993 and 1994. Conducted research on embeddable command languages. Programmed extensively in Tcl/Tk.

**Software**

**Development:**  **Languages:**  Bourne shell, C, C++, C-shell, Emacs-Lisp, HTML, Imake, Java, LaTeX, Make (System V and GNU), Perl, Python, Scheme, SQL, Texinfo, Tcl, XSLT.

**Tools:**  Object-oriented analysis and design, CPAN Modules, CVS, GNU Emacs, RCS, Request Tracker (RT), Savannah/SourceForge, Standard Template Library (C++), Tk (Perl and Tcl), Twisted.

**System**

**Administration:**  **Software:**  Apache, BIND, CVS, Debian GNU/Linux, Exim, Git, INND, Linux [0-3].x, Mercurial, NIS, NFS, Postfix, Red Hat GNU/Linux, Request Tracker (RT), Rsync, Samba, Sendmail, SSH.

**Hardware:**  AT&T 3B2, Axil UltraSparc, CISCO routers, Dell Enterprise Servers, Ethernet networks, Exabyte Tape Drives, HP LaserJet Series Printers, Sun SparcStations and SparcServers, Various network hardware components, x86 system purchasing and assembly.