Scheindlin, S

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/12

------------------------------------------------ X
SOFTWARE FREEDOM CONSERVANCY,
INC., et al.,
                      Plaintiffs,
   -against-

PHOEBE MICRO, INC.,
                      Defendant.
------------------------------------------------ X

ECF CASE

Civil Action No. 1:09-cv-10155-SAS

**STIPULATION OF DISMISSAL**

Plaintiffs Software Freedom Conservancy, Inc. and Erik Andersen and Defendant Phoebe Micro, Inc., hereby stipulate to dismiss defendant Phoebe Micro, Inc., from this action WITHOUT PREJUDICE, and without costs to any party. Clerk is directed to close this case.

DATED: September 20, 2012

_____
Daniel B. Ravicher (DR1498)
Law Offices of Daniel B. Ravicher, Esq.
1375 Broadway, Ste. 600
New York, NY 10018
(646) 470-2641

Attorneys for Plaintiffs

_____
Nena W. Wong, Esq.
Law Offices of Nena W. Wong
6080 Center Drive, Suite 600
Los Angeles, CA 90045
(310) 704-6603

Attorneys for Phoebe Micro, Inc.

SO ORDERED this 21 day of September 2012:

_____
Hon. Shira A Scheindlin
United States District Judge